1

2
CHARLES THOMPSON, State Bar No. 139841
  thompsoncha@gtlaw.com

3
DAVID BLOCH, State Bar No. 184530
  david.bloch@gtlaw.com

4
MELISSA J. KENDRA, State Bar No. 291905
  melissa.kendra@gtlaw.com

5
ANTHONY E. GUZMAN II, State Bar No. 311580
  guzmanan@gtlaw.com

6
GREENBERG TRAURIG, LLP

7
101 Second Street, Suite 2200
San Francisco, California 94105

8
Telephone: 415.655.1300
Facsimile: 415.707.2010

9

10
Attorneys for Defendant
BYTEDANCE INC.

11
DEMERY RYAN, State Bar No. 217176
  dryan@littler.com

12
DAVID S. MAOZ, State Bar No. 233857
  dmaoz@littler.com

13
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor

14
Los Angeles, California 90067
Telephone: 310.553.0308

15
Facsimile: 800.715.1330

16
Attorneys for Defendant

17
SHUYI (SELENE) GAO
[*Additional Counsel on Next Page*]

18
**THE UNITED STATES DISTRICT COURT**

19
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21  YINTAO YU, an individual, | Case No.  23-cv-04910 |
| 22      Plaintiff | **AMENDED CERTIFICATE OF SERVICE** |
| 23      v. | [Originally San Francisco Superior Court No. CGC-23-608845] |
| 24  BYTEDANCE INC., a Delaware Corporation; SHUYI (SELENE) GAO, an individual; and | Complaint Filed:          Sept. 5, 2023 |
| 25  DOES 1 through 20, inclusive, | |
| 26      Defendants. | |

27

28

1

2

## **ADDITIONAL COUNSEL**

3

GREGORY ISKANDER, State Bar No. 200215

4

  giskander@littler.com

LITTLER MENDELSON, P.C.

5

Treat Towers 1255 Treat Boulevard, Suite 600

Walnut Creek, California 94597

6

Telephone: 925.932.2468

Facsimile: 925.946.9809

7

8

Attorneys for Defendant

SHUYI (SELENE) GAO

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

AMENDED CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. My business address is 101 Second Street, Suite 2200, San Francisco, California 94105-3668. On the date below, I caused to be served the following documents:

- **NOTICE OF REMOVAL**
- **CIVIL COVER SHEET**
- **DEFENDANT BYTEDANCE INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**

on the parties involved, addressed as follows:

Charles H. Jung                                    ***Attorney for Plaintiff Yintao Yu***
charles@njfirm.com
Jaime Dorenbaum
jaime@njfirm.com
Brittany Shimshock
brittany@njfirm.com
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, CA  94111
T: 415.762.3100 / F: 415.534.3200

**BY PERSONAL DELIVERY:**

☒ I caused such envelope or package to be delivered by hand to the offices of each addressee above by providing such envelope or package to a professional messenger service for service.

☒ **BY ELECTRONIC TRANSMISSION:**  Based on a court order or agreement by the parties, I transmitted true and correct copies of the document(s) via e-mail from lynne.rose@gtlaw.com to the email addresses listed for each party as set forth above or on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at San Francisco, California, on September 26, 2023.

_____
LYNNE  ROSE

3
AMENDED CERTIFICATE OF SERVICE