1
2
3
4
5
6
7
8

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>    Plaintiff<br><br>    v.<br><br>BYTEDANCE, INC., a Delaware Corporation; SHUYI (SELENE) GAO, an individual,<br><br>    Defendants. | Case No. 4:23-cv-04910-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION**<br><br>[Originally San Francisco Superior Court No. CGC-23-608845] |

Having considered the motion to compel arbitration filed by ByteDance Inc. and Shuyi (Selene) Gao (collectively, "Defendants"), and for good cause shown, the Court GRANTS the Motion and ORDERS the following:

1. Yu is hereby compelled to pursue arbitration on the question of arbitrability of any remaining claims by Yu against Defendants, including those at issue in the concurrent state court proceeding, *Yintao Yu v. ByteDance Inc., et al.*, San Francisco Superior Court, Case No. CGC-23-6062466, and to arbitrate any and all such claims determined arbitrable;

2. Arbitration of the compelled claims is to be conducted in accordance with the terms of the below checked agreement's arbitration provision:

    ☐ The Employee Confidentiality and Inventions Assignment Agreement.

1

☐   The Stock Option Award Agreement.

☐   The Patent Assignment Agreement.

☐   The Undertaking Agreement

3. Yu is hereby enjoined from proceeding on his claims against Defendants in alternative proceedings, including those at issue in the concurrent state court proceeding, *Yintao Yu v. ByteDance Inc., et al.*, San Francisco Superior Court, Case No. CGC-23-6062466.

4. This action is hereby stayed pending the outcome of the outcome of the arbitration and subsequent petition for the enforcement of any resulting award.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE