CHARLES THOMPSON, State Bar No. 139841
  thompsoncha@gtlaw.com
DAVID BLOCH, State Bar No. 184530
  david.bloch@gtlaw.com
MELISSA KENDRA, State Bar No. 291905
  melissa.kendra@gtlaw.com
ANTHONY E. GUZMAN II, State Bar No. 311580
  guzmanan@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010

Attorneys for Defendant BYTEDANCE INC.

GREGORY ISKANDER, State Bar No. 200215
  giskander@littler.com
DEMERY RYAN, State Bar No. 217176
  dryan@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: 310.553.0308
Facsimile: 800.715.1330

Attorneys for Defendant SHUYI (SELENE) GAO
[*Additional Counsel on Next Page*]

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>    Plaintiff<br><br>    v.<br><br>BYTEDANCE, INC., a Delaware Corporation; SHUYI (SELENE) GAO, an individual,<br><br>    Defendants. | Case No. 4:23-cv-04910-SI<br><br>**AMENDED NOTICE OF MOTION TO COMPEL ARBITRATION**<br><br>[Originally San Francisco Superior Court No. CGC-23-608845]<br><br>Date:      November 17, 2023<br>Time:      10:00 a.m.<br>Location:  Courtroom 1, Floor 17<br><br>State Action filed: September 5, 2023<br>Removal Date:       September 25, 2023<br>Trial Date:         None |

# **ADDITIONAL COUNSEL**

DAVID S. MAOZ, State Bar No. 233857
  dmaoz@littler.com
LITTLER MENDELSON, P.C.
Treat Towers 1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendant
SHUYI (SELENE) GAO

2

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on **November 17, 2023**, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 1, 17th Floor before the Honorable Susan Illston of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, defendants ByteDance Inc. and Shuyi (Selene) Gao (collectively, "Defendants") will and hereby do move this Court for an order compelling plaintiff Yintao Yu to arbitration, staying proceedings pending the resolution thereof, and enjoining Yu from continuing to litigate the compelled claims in his concurrent state court proceeding, San Francisco Superior Court, Case No. CGC-23-606246.

This Notice amends and corrects the hearing date for the previous notice filed on October 5, 2023.

Dated: October 6, 2023                        GREENBERG TRAURIG, LLP

                                By:    */s/ Anthony E. Guzman II*
                                       Charles O. Thompson
                                       David Bloch
                                       Melissa Kendra
                                       Anthony E. Guzman II

                                       Attorneys for Defendant
                                       BYTEDANCE INC.

Dated: October 5, 2023                        LITTLER MENDELSON, P.C.

                                By:    */s/ Demery Ryan*
                                       Gregory Iskander
                                       Demery Ryan
                                       David Maoz

                                       Attorneys for Defendant
                                       SHUYI (SELENE) GAO

**AMENDED NOTICE OF MOTION TO COMPEL ARBITRATION**
ACTIVE 690739812v1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Anthony E. Guzman II, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1, that the concurrence to the filing of this document has been obtained from Demery Ryan, signatory hereto.

Dated: October 5, 2023          GREENBERG TRAURIG, LLP

                                By: */s/ Anthony E. Guzman II*
                                Anthony E. Guzman II

                                Attorneys for Defendant
                                BYTEDANCE INC.