CHARLES THOMPSON, State Bar No. 139841
  thompsoncha@gtlaw.com
DAVID BLOCH, State Bar No. 184530
  david.bloch@gtlaw.com
MELISSA KENDRA, State Bar No. 291905
  melissa.kendra@gtlaw.com
ANTHONY E. GUZMAN II, State Bar No. 311580
  guzmanan@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010

Attorneys for Defendant BYTEDANCE INC.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>    Plaintiff<br><br>    v.<br><br>BYTEDANCE, INC., a Delaware Corporation; SHUYI (SELENE) GAO, an individual,<br><br>    Defendants. | Case No. 4:23-cv-04910-SI<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>[Originally San Francisco Superior Court No. CGC-23-608845]<br><br>Date:        November 17, 2023<br>Time:        10:00 a.m.<br>Location:    Courtroom 1, Floor 17<br><br>State Action filed: September 5, 2023<br>Removal Date:      September 25, 2023<br>Trial Date:        None |

Defendant ByteDance Inc. hereby moves for an order to remove the Declaration of Dr. Linton Mohammed, ECF 14-2, from the public record because it contains certain personally identifiable information concerning plaintiff Yintao Yu that should have been redacted pursuant to Federal Rule of Civil Procedure 5.2.

A replacement Mohammed Declaration, identical to ECF 14-2 but redacting Mr. Yu's personal information—which has no bearing on the substance of the declaration or the underlying motion to compel arbitration—was filed today as ECF 21.

Accordingly, ByteDance Inc. respectfully requests that ECF 14-2 be restricted from the public record.

Dated: October 9, 2023     GREENBERG TRAURIG, LLP

By:   */s/ David S. Bloch*
      Charles O. Thompson
      David Bloch
      Melissa Kendra
      Anthony E. Guzman II

      Attorneys for Defendant
      BYTEDANCE INC.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Susan Illston
United States District Court Judge