CHARLES THOMPSON, State Bar No. 139841
thompsoncha@gtlaw.com
DAVID BLOCH, State Bar No. 184530
david.bloch@gtlaw.com
MELISSA KENDRA State Bar No. 291905
Melissa.kendra@gtlaw.com
ANTHONY E. GUZMAN II, State Bar No. 311580
guzmanan@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010

Attorneys for Defendant
BYTEDANCE INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>    Plaintiff<br><br>    v.<br><br>BYTEDANCE INC., a Delaware corporation, SHUYI (SELENE) GAO, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:23-cv-04910-SI<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 38(b), Defendant BYTEDANCE INC. hereby demands a trial by jury on all issues triable by a jury in the above-entitled action.

Respectfully submitted,

Dated: October 10, 2023

GREENBERG TRAURIG, LLP

By: _____
Charles O. Thompson
David Bloch
Anthony E. Guzman II
Melissa J. Kendra

Attorneys for Defendant
BYTEDANCE INC.