CHARLES THOMPSON, State Bar No. 139841
 thompsoncha@gtlaw.com
DAVID BLOCH, State Bar No. 184530
 david.bloch@gtlaw.com
MELISSA KENDRA, State Bar No. 291905
 melissa.kendra@gtlaw.com
ANTHONY E. GUZMAN II, State Bar No. 311580
 guzmanan@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010

Attorneys for Defendant BYTEDANCE INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>    Plaintiff<br><br>    v.<br><br>BYTEDANCE, INC., a Delaware Corporation; SHUYI (SELENE) GAO, an individual,<br><br>    Defendants. | Case No. 4:23-cv-04910-SI<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>[Originally San Francisco Superior Court No. CGC-23-608845]<br><br>Date:     November 17, 2023<br>Time:    10:00 a.m.<br>Location: Courtroom 1, Floor 17<br><br>State Action filed: September 5, 2023<br>Removal Date:    September 25, 2023<br>Trial Date:         None |

1
2
3    Defendant ByteDance Inc. hereby moves for an order to remove the Declaration of Dr.
4 Linton Mohammed, ECF 14-2, from the public record because it contains certain personally
5 identifiable information concerning plaintiff Yintao Yu that should have been redacted pursuant to
6 Federal Rule of Civil Procedure 5.2.

   A replacement Mohammed Declaration, identical to ECF 14-2 but redacting Mr. Yu's
7 personal information—which has no bearing on the substance of the declaration or the underlying
8 motion to compel arbitration—was filed today as ECF 21.
9
   Accordingly, ByteDance Inc. respectfully requests that ECF 14-2 be restricted from the
10 public record.
11
   Dated: October 9, 2023                    GREENBERG TRAURIG, LLP
12
                                       By:   /s/ David S. Bloch
13                                            Charles O. Thompson
                                              David Bloch
14                                            Melissa Kendra
                                              Anthony E. Guzman II
15
16                                            Attorneys for Defendant
                                              BYTEDANCE INC.
17
18 **IT IS SO ORDERED.**

19 Dated: October 16, 2023                    _____
                                              Hon. Susan Illston
20                                            United States District Court Judge
21
22
23
24
25
26
27
28

2

**ADMIN. MOTION & [~~PROPOSED~~] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**