UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>          Plaintiff,<br><br>     v.<br><br>BYTEDANCE INC., *et al*.,<br><br>          Defendants. | Case No. 23-cv-04910-SI<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE SUR-REPLY**<br><br>Re: Dkt. No. 29 |

On November 8, 2023, plaintiff filed an administrative motion requesting that the Court either strike objections filed by ByteDance or allow plaintiff the opportunity to file a sur-reply to address the objections. On the same day, ByteDance filed amended objections to the declarations of Beth Chrisman and David Lowe. Dkt. Nos. 30-31.

The Court finds that it is appropriate for plaintiff to have the opportunity to respond to the amended objections. Plaintiff shall file a sur-reply no later than November 13, 2023.

**IT IS SO ORDERED**.

Dated: November 8, 2023

_____
SUSAN ILLSTON
United States District Judge