UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YINTAO YU,

        Plaintiff,

    v.

BYTEDANCE INC., et al.,

        Defendants.

Case No. 23-cv-04910-SI

**ORDER RE: DEFENDANTS' MOTION FOR DISCOVERY**

On April 18, defendants filed a motion for discovery. Dkt. No. 66. The motion does not comply with the Court's Standing Order, found at https://cand.uscourts.gov/judges/illston-susan-si/, which requires *inter alia* that the parties file a joint statement. The Court directs the parties to comply with the Standing Order with regard to any future discovery disputes (as well as all other matters addressed in the Standing Order).

The Court has reviewed defendants' motion and finds that the matter can be resolved on an abbreviated briefing schedule. Accordingly, the Court VACATES the briefing schedule set forth in Dkt. No. 99 and directs plaintiff to file a response no later than **April 26, 2024**. The response can take the form of a letter brief. *See* Standing Order ¶ 3. After receipt of the plaintiff's response, the Court will take the matter under submission.

**IT IS SO ORDERED**.

Dated: April 19, 2024

_____
SUSAN ILLSTON
United States District Judge