UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>    Plaintiff,<br><br>    v.<br><br>BYTEDANCE INC., et al.,<br><br>    Defendants. | Case No. 23-cv-04910-SI<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION AND GRANTING DEFENDANTS' REQUEST TO FILE A REPLY DUE BY 3PM ON MAY 1**<br><br>Re: Dkt. No. 68 |

The Court GRANTS plaintiff's administrative motion to file a five page discovery statement under seal, along with declarations and exhibits. The discovery statement and supporting documents must be filed by 3 p.m. on Friday April 26. The Court GRANTS defendants' request to file a five page response, also under seal, along with declarations and exhibits. Defendants' reply papers must be filed no later than 3 p.m. on May 1.

**IT IS SO ORDERED**.

Dated: April 23, 2024

                SUSAN ILLSTON
                United States District Judge