CHARLES H. JUNG (217909)
(charles@njfirm.com)
JAIME DORENBAUM (289555)
(jaime@njfirm.com)
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, California 94111
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Plaintiff
YINTAO YU

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BYTEDANCE, INC., a Delaware Corporation; SHUYI (SELENE) GAO, an individual,<br><br>    Defendants.<br><br>BYTEDANCE, INC., a Delaware Corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>YINTAO YU, an individual,<br><br>    Counter-Defendant. | Case No. 3:23-cv-04910-SI<br><br>**DECLARATION OF JAIME DORENBAUM IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION AND PORTIONS OF BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER RE: DISCOVERY (ECF NO. 78)**<br><br>*State Court Action Filed: September 5, 2023*<br>*Removed: September 25, 2023*<br>*Trial Date: November 18, 2024* |

I, Jaime Dorenbaum, declare as follows:

1. I am one of the attorneys representing Plaintiff Yintao Yu ("Plaintiff") in the above-captioned matter. I am admitted to practice law before this Court and all California Courts. I make this declaration in support of Plaintiff's Administrative Motion to file under seal an exhibit, portions of a declaration, and portions of brief in support of motion for leave to file motion for reconsideration of order re: discovery (ECF No.78). I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following.

2. Plaintiff seeks to file a witness declaration from a former ByteDance employee ("Declaration of Anonymous") that redacts that witness' identity from the public record. Because the witness' identity is not related to the merits of the case, Plaintiff need only satisfy the less exacting good cause standard. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016).

3. "Good cause" exists to file this declaration under seal, at the request of the witness, because of his credible fear of retaliation against him and his family by the Chinese national police from the Ministry of Public Safety ("MPS"). *See Stallworth v. Brollini*, 288 F.R.D. 439, 444 (N.D. Cal. Dec. 21, 2012) (recognizing that district courts may refuse to compel disclose one's personal information). As detailed in the witness' declaration, the MPS has already retaliated against the witness for prior statements he made about ByteDance's censorship practices. In that instance, the MPS detained the witness' father because the witness criticized ByteDance's censorship practices on TikTok. Thus, there is good cause to keep the witness' identity confidential from the public record.

4. Plaintiff also seeks to redact the name of the witness described in paragraphs two and three above from the brief in support of his motion for leave. Good cause exists to redact the declarant's name for the same reasons detailed in paragraphs two and three above.

5. Plaintiff also seeks to redact statements made by the anonymous whose identity was at issue in the discovery dispute, made to the mediator as confidential communications. Because the communications are not related to the merits of the case, Plaintiff need only satisfy the less exacting good cause standard. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). "Good cause" exists to protect the description of these communications in Plaintiff's Motion

1

DECLARATION OF JAIME DORENBAUM ISO PLAINTIFF'S ADMINISTRATIVE MOTION
CASE NO. 3:23-CV-04910-SI

and the anonymous declaration to the mediator, which is attached as an exhibit to Plaintiff's declaration in support of the Motion. *See Folb v. Motion Picture Indus. Pension & Health Plans*, 16 F. Supp. 2d 1164, 1180 (C.D. Cal. 1998) (recognizing a federal mediation privilege under which "communications to the mediator and communications between parties during the mediation are protected" as well as "communications in preparation for and during the course of a mediation with a neutral").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 21, 2024

                                                */s/ Jaime Dorenbaum*
                                                Jaime Dorenbaum