UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BYTEDANCE INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 23-cv-04910-SI<br><br>**ORDER RE: DISCOVERY AND GRANTING MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 87, 91 |

For the reasons stated at the June 7, 2024 hearing, the Court orders as follows:

1. Plaintiff shall provide the identity of the anonymous declarant to defendants by close of business on June 7, 2024.

2. The Court quashes the deposition notice of Mr. Jung on the condition that Mr. Jung formally withdraws the declaration he filed on May 21, 2024 at Dkt. No. 85-1.

3. ByteDance is ordered not to retaliate against the anonymous declarant in any way, and ByteDance shall file a signed declaration affirming that no such retaliation will occur.

4. Defense counsel shall make inquiries of ByteDance regarding the allegations contained in the declarations filed by Mr. Yu and Mr. Jung about ByteDance allegedly hacking their cell phones, computers and other devices, and after such inquiry, shall file a declaration under oath regarding the results of that inquiry.

5. ByteDance shall complete its document production, with meta-data, no later than June 15, 2024.

6. Counsel are reminded to conduct themselves with professionalism and to refrain from any further filings of irrelevant, inflammatory material.

7. Finally, the Court GRANTS the administrative motions to seal at Dkt. Nos. 87 and 91.

**IT IS SO ORDERED**.

Dated: June 7, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge