CHARLES THOMPSON, State Bar No. 139841
  thompsoncha@gtlaw.com
DAVID BLOCH, State Bar No. 184530
  david.bloch@gtlaw.com
ANTHONY E. GUZMAN II, State Bar No. 311580
  guzmanan@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010

Attorneys for Defendant / Counter-Claimant
BYTEDANCE INC.

[*Additional Counsel on Following Page*]

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>Plaintiff<br><br>v.<br><br>BYTEDANCE INC., a Delaware Corporation; SHUYI (SELENE) GAO, an individual,<br><br>Defendants<br><hr>BYTEDANCE INC., a Delaware Corporation,<br><br>Counter-Claimant<br><br>v.<br><br>YINTAO YU, an individual,<br><br>Counter-Defendant | Case No. 3:23-cv-04910-SI<br><br>**JOINT STIPULATION REGARDING LIMITED USE OF POTENTIALLY PRIVILEGED DOCUMENTS; [PROPOSED] ORDER**<br><br>[Originally San Francisco Superior Court No. CGC-23-608845]<br><br><br>State Action Filed: September 5, 2023<br>Removal Date:     September 25, 2023<br>Trial Date:           November 18, 2024 |

**ADDITIONAL COUNSEL**

GREGORY ISKANDER, State Bar No. 200215
 giskander@littler.com
DEMERY RYAN, State Bar No. 217176
 dryan@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: 310.553.0308
Facsimile: 800.715.1330

DAVID S. MAOZ, State Bar No. 233857
 dmaoz@littler.com
LITTLER MENDELSON, P.C.
Treat Towers 1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendant
SHUYI (SELENE) GAO

CHARLES H. JUNG, State Bar No. 217909
 charles@njfirm.com
JAIME DORENBAUM, State Bar No. 289555
 jaime@njfirm.com
PAGE R. BARNES, State Bar No. 154539
 page@njfirm.com
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, California 94111
Telephone:  (415) 762-3100
Facsimile:   (415) 534-3200

Attorneys for Plaintiff / Counter-Defendant
YINTAO YU

1. WHEREAS, the Parties are engaged in discovery concerning their dispute over the formation of plaintiff Yintao Yu's contracts related to his employment with defendant ByteDance Inc. ("BDI"), including what particular documents Mr. Yu purportedly executed.

2. WHEREAS, BDI has identified documents relevant to this inquiry, which, however, also involve communications with BDI's in-house counsel or reflect the advice of counsel.

3. WHEREAS, the Parties have agreed that said documents may be produced in this matter without prejudice to BDI or its affiliates' rights to assert the attorney-client privilege or other protections that would bar the use of said documents in any other proceeding, including in such proceedings involving Mr. Yu and BDI.

4. WHEREAS, nothing in this Stipulation and Order shall be construed as a finding or admission that a particular document is or is not covered by the attorney-client privilege, attorney work product doctrine, or other similar protection.

NOW THEREFORE, the Parties hereby stipulate and agree to the following:

1. That the production by BDI of documents labeled with the legend LIMITED USE – NO WAIVER shall not constitute a waiver of the attorney-client privilege in this or any other federal or state proceeding under Federal Rules of Evidence 502(d) and 502(e).

2. That Plaintiff does not waive its right to challenge BDI's claim of privilege over any document produced pursuant to this Agreement.

3. That Plaintiff's receipt, review, and retention of documents produced under this Order shall not constitute any professional or ethical violation, and that Defendants will not seek sanctions or disqualification of Plaintiff's counsel upon such grounds.

IT IS HEREBY STIPULATED.

DATED: June 12, 2024                    GREENBERG TRAURIG, LLP

                                        By:    /s/ David S. Bloch
                                               Charles O. Thompson
                                               David Bloch
                                               Anthony E. Guzman II
                                               Attorneys for Defendant / Counter-Claimant
                                               BYTEDANCE INC.

| | | |
|---|---|---|
| DATED: June 12, 2024 | | LITTLER MENDELSON, P.C. |
| | By: | */s/ Demery Ryan* |
| | | Gregory Iskander |
| | | Demery Ryan |
| | | David S. Maoz |
| | | Attorneys for Defendant |
| | | SHUYI (SELENE) GAO |
| DATED: June 12, 2024 | | NASSIRI & JUNG LLP |
| | By: | */s/ Jaime Dorenbaum* |
| | | Charles H. Jung |
| | | Jaime Dorenbaum |
| | | Page Barnes |
| | | Attorneys for Plaintiff / Counter-Claimant |
| | | YINTAO YU |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

| | | |
|---|---|---|
| DATED: June 12, 2024 | | GREENBERG TRAURIG, LLP |
| | By: | */s/ David S. Bloch* |
| | | Charles O. Thompson |
| | | David Bloch |
| | | Anthony E. Guzman II |
| | | Attorneys for Defendant / Counter-Claimant |
| | | BYTEDANCE INC. |

## [PROPOSED] ORDER APPROVING STIPULATION

Pursuant to Federal Rules of Evidence 502(d) and (e), and for good cause shown,

**IT IS SO ORDERED.**

DATED: June 13, 2024

_____
HON. SUSAN ILLSTON
U.S. DISTRICT JUDGE