UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>        Plaintiff,<br><br>    v.<br><br>BYTEDANCE INC., et al.,<br><br>        Defendants. | Case No. 23-cv-04910-SI<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE ADDITIONAL DATES FOR DEPOSITION OF DEFENDANTS' EXPERT** |

    The Court has received defendants' request for guidance regarding the parties' dispute over scheduling the date for the deposition of defendants' expert. Defendants state that plaintiff noticed the deposition for August 28, the same day that defense counsel fly back from Singapore (where the deposition of Ronnie Hua is occurring). Plaintiff has refused to provide any other dates for the deposition unless defendants stipulate to extend expert deadlines.

    The Court hereby ORDERS plaintiff to provide other dates for the expert deposition. The Court finds no reason to extend any expert deadlines. The Court expects counsel to cooperate with each other in the scheduling of the expert deposition.

    **IT IS SO ORDERED**.

Dated: August 16, 2024

                                  SUSAN ILLSTON<br>
                                  United States District Judge