UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>        Plaintiff,<br><br>    v.<br><br>BYTEDANCE INC., et al.,<br><br>        Defendants. | Case No. 23-cv-04910-SI<br><br>**ORDER GRANTING UNOPPOSED MOTION TO COMPEL FARSAD LAW OFFICE P.C.'S COMPLIANCE WITH SUBPOENA**<br><br>Re: Dkt. No. 116 |

On September 6, 2024, the Court held a conference with the parties to discuss plaintiff's failure to timely disclose an expert witness. The Court will issue a separate order regarding that issue after receipt of briefing from plaintiff (and defendants if they wish to respond).

During that conference, the Court inquired about the status of defendants' pending motion to compel Farsaw Law Office P.C.'s compliance with a subpoena. The Court has received no objection to that motion, and plaintiff's counsel stated that they did not intend to file an opposition, although counsel asserted that further third party discovery was unnecessary and irrelevant.

The Court finds that the subpoena seeks documents relevant to this case, and having received no objection to defendant ByteDance's motion, hereby GRANTS the motion. Farsad Law Office, P.C. is compelled to comply with defendant's subpoena request, and shall make available for inspection and copying those documents at issue within defendant's subpoena request not more than seven (7) days of this Order.[1]

**IT IS SO ORDERED**.

Dated: September 6, 2024

                                        SUSAN ILLSTON<br>                                        United States District Judge

---

[1] Plaintiff's counsel stated that Farsad Law Office represented to plaintiff's counsel that it has already produced all responsive documents. The Court takes no position on this representation.