1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7
YINTAO YU,

Case No. 23-cv-04910-SI

8
                    Plaintiff,

9
        v.

**ORDER RE: RECENT FILINGS AND NOVEMBER 20, 2024 EVIDENTIARY HEARING**

10
BYTEDANCE INC., *et al.*,

11
                    Defendants.

12

13
        The parties have filed numerous documents in the last several days.  The Court has reviewed

14
them all, including the entirety of the voluminous exhibits filed by both parties.  Based upon the

15
record in this case, including the recent filings, and also because the parties have not reached a

16
settlement, the Court concludes that the evidentiary hearing shall proceed on November 20, 2024 at

17
10 a.m.  The Court has reserved from 10 a.m. until 4 p.m. for an in-person evidentiary hearing.  The

18
Court will recess from 4 p.m. until 6 p.m., at which time the Court will hear remote testimony from

19
Haiyi Bao via zoom.  If necessary, the Court will hear testimony on November 21 beginning at 10

20
a.m., until all witnesses have testified.

21
        The Court determines that no argument on the sanctions motion is necessary, except that the

22
Court directs plaintiffs' counsel  to be prepared to address what they knew and when regarding the

23
"anonymous declarant."  In addition, plaintiffs' counsel shall be prepared to address ByteDance's

24
assertion that Yu committed perjury in his April 26, 2024 declaration to this Court when he stated

25
that he was unavailable for an in-person deposition in San Francisco in May of this year because he

26
needed to help his pregnant wife.  *See* Dkt. No. 228 at 9 n.3; *see also* Dkt. No. 74 at 4-5; Dkt. No.

27
74-2.

28
        As per the Court's October 29, 2024 order, the Court expects to hear in-person testimony

United States District Court
Northern District of California

from the following witnesses: (1) Yintao Yu; (2) Linlin Fan; (3) Nancy Weng of Farsad Law; (4) Melissa Kendra (limited to testimony about contact with Haiyi Bao); (5) David Lowe of the Rudy Exelrod firm; and (6) any other witnesses the parties wish to call regarding the anonymous declaration/Haiyi Bao and/or Yu's testimony at his deposition regarding the bankruptcy petition.

After the conclusion of the evidentiary hearing, the Court will determine what further proceedings are necessary, including whether there is a need for further briefing on plaintiff's recently-filed motion to dismiss.

**IT IS SO ORDERED**.

Dated: November 18, 2024

SUSAN ILLSTON
United States District Judge