UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>    Plaintiff,<br><br>    v.<br><br>BYTEDANCE INC., *et al.*,<br><br>    Defendants. | Case No. 23-cv-04910-SI<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE EVIDENTIARY HEARING**<br><br>Re: Dkt. No. 233 |

On November 19, 2024, plaintiff Yintao Yu filed an administrative motion to continue the evidentiary hearing scheduled for November 20. The motion is DENIED.

**IT IS SO ORDERED**.

Dated: November 19, 2024

SUSAN ILLSTON
United States District Judge