United States District Court
Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    YINTAO YU,                                 Case No. 23-cv-04910-SI

8              Plaintiff,

9         v.                                    **ORDER RE: FILING OF YU'S
                                                DEPOSITION TRANSCRIPT**
10   BYTEDANCE INC., *et al*.,

11             Defendants.

12        ByteDance Inc. has filed excerpts of Yu's deposition transcript on the docket, but not the

13   entire transcript.  The Court directs ByteDance to file the entire deposition transcript as soon as

14   possible.

15

16        **IT IS SO ORDERED**.

17

18   Dated: December 6, 2024        _____

19                                  SUSAN ILLSTON
                                    United States District Judge
20
21
22
23
24
25
26
27
28