```
 1              THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       ---oOo---
 4
     YINTAO YU, an
 5   individual,
             Plaintiff,
 6   vs.
     BYTEDANCE, INC., a            No. 3:23-cv-04910-SI
 7   Delaware Corporation;
     SHUYI (SELENE) GAO, an
 8   individual,
             Defendants.
 9   _____/
10   BYTEDANCE, INC., a Delaware
     Corporation,
11           Counter-Claimant,
     vs.
12   YINTAO YU, an individual,
              Counter-Defendant.
13   _____/
14
15
             VIDEOTAPED DEPOSITION OF YINTAO YU
16
                      June 7, 2024
17
18
19
20
21
22
23      Taken before EARLY K. LANGLEY, RMR, B.A. (PBK)
24                   CSR No. 3537
25                Job No. SF 6733289

                                            Page 1
```

```
1                        I N D E X
2
                                                    PAGE
3
    YINTAO YU                                        13
4
    EXAMINATION BY MR. THOMPSON                      13
5
6
7
8
9
10      INSTRUCTIONS TO WITNESS/REQUESTS TO MARK TRANSCRIPT
11
                             Page:Line
12
13  Instructions not to answer    236:3
14
15
16
17
18
19
20
21
22
23
24
25
                                            Page  2
```

```
1                    E X H I B I T S
2
3    EXHIBIT NO.                                    PAGE
4
     Exhibit 1      Notice of Deposition              39
5
     Exhibit 2      Voluntary Petition for            64
6                   Individuals Filing for Bankruptcy
7    Exhibit 3      Resumé, Yintao (Roger) Yu         69
8    Exhibit 4      USCIS Form I-9, BDI_002216        81
9    Exhibit 5      W-4, 2017, Yintao Yu, BDI_002211  85
10   Exhibit 6      Document Titled "Personal         88
                    Information" with handwriting,
11                  BDI_002214
12   Exhibit 7      7/9/13 Deed of Trust              89
13   Exhibit 8      Fixed/Adjustable Rate Rider       90
14   Exhibit 9      8/21/2015 Deed of Trust           92
15   Exhibit 10     Statement and Designation of      92
                    Foreign Corporation
16
     Exhibit 11     7/30/2019 Letter, Y. Yu to S. Gao  93
17
     Exhibit 12     7/18/2018 Doctor's note           93
18
     Exhibit 13     Grant Deed, 7/28/2017            100
19
     Exhibit 14     Grant Deed, 7/28/2017            101
20
     Exhibit 15     Grant Deed, recorded 8/2/2017    102
21
     Exhibit 16     Affidavit Change of Trustee      114
22                  recorded 11/19/20
23   Exhibit 17     Deed of Trust 1/6/2020           115
24   Exhibit 18     Fixed/Adjustable Rate Ride,      116
                    1/6/2020
25

                                            Page 3
```

```
 1
                       E X H I B I T S
 2
      Exhibit 19      Inter Vivos Trust dated 1/6/2020   117
 3
      Exhibit 20      Affidavit Change of Trustee,        117
 4                    1/9/2023
 5    Exhibit 21      Verified Complaint dated 9/5/2023   119
 6    Exhibit 22      6/5/2017 Email chain, BDI_001893,   138
                      in Chinese
 7
      Exhibit 23      6/8/2017 Email chain, BDI_000963,   139
 8                    in Chinese
 9    Exhibit 24      6/8/2017 Email chain, BDI_000952,   142
                      in Chinese
10
      Exhibit 25      6/9/2017 Email chain, BDI_000935    145
11
      Exhibit 26      7/26/2017 Email chain, BDI_000591   147
12
      Exhibit 27      WeChat exchange, BDI_000285, in     155
13                    Chinese
14    Exhibit 28      8/22/2017 Email chain,              163
                      BDI_000681, in Chinese
15
      Exhibit 29      8/22/2017 Email chain,              165
16                    BDI_000493, in Chinese
17    Exhibit 30      8/22/2017 Email chain,              168
                      BDI_000498, in Chinese
18
      Exhibit 31      8/22/2017 Email chain,              170
19                    BDI_000512, in Chinese
20    Exhibit 32      8/22/2017 Email chain,              171
                      BDI_000490, in Chinese
21
      Exhibit 33      8/22/2017 Email chain,              174
22                    BDI_000518, in Chinese
23    Exhibit 34      8/22/2017 Patent Assignment         183
                      Agreement, Tank Exchange and
24                    ByteDance, BDI_000026
25

                                               Page  4
```

1

       E X H I B I T S

2

    Exhibit 35    8/27/2017 Side Letter, BDI_000262    186

3

    Exhibit 36    Notice of Stock Option Award With    203
                  a Grant Date of 9/30/2017

4

5   Exhibit 37    Notice of Stock Option Award    210
                  dated 9/30/2017

6

    Exhibit 38    Employee Confidentiality and    210
                  Inventions Assignment Agreement,

7                 BDI_001960

8

    Exhibit 39    9/1/2017 Email, BDI_001949, in    214

9                 Chinese

10  Exhibit 40    Text thread, beginning 09-18    215
                  19:57, in Chinese

11

    Exhibit 41    9/23/2017 Email from D. Wang, in    221

12                Chinese

13  Exhibit 42    12/18/2017 Email Chain, Benefit    226
                  Enrollment With Attachment

14

    Exhibit 43    12/26/2017 Text message chain,    230

15                BDI_002194

16  Exhibit 44    Declaration in Support of    242
                  Opposition to Motion For Relief

17                From Stay

18  Exhibit 45    Declaration of Yintao Yu in    246
                  Support of Opposition to

19                Defendant's Motion to Compel
                  Arbitration and Stay Proceedings.

20

    Exhibit 46    Declaration of Yintao Yu in    247

21                Support of Plaintiff's Motion For
                  Temporary Stay

22

    Exhibit 47    Declaration of Yintao Yu in    247

23                Support of Plaintiff Yintao Yu's
                  Opposition to Defendants' Motion

24                to Compel Arbitration

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1

E X H I B I T S

2

3    Exhibit 48      Declaration of Yintao Yu in          248
                     Support of Plaintiff's Sur-Reply
4                    dated December 1, 2023

5    Exhibit 49      Declaration in Support of            250
                     Plaintiff's Supplemental Opening
6                    Brief in Support to Order For
                     Further Briefing

7

     Exhibit 50      Declaration of Yintao Yu in          250
8                    Support of Plaintiff's Response
                     to Defendants 'Statement of
9                    Discovery Dispute

10   Exhibit 51      Declaration of Yintao Yu in          251
                     Support of
11                   Plaintiff/Counter-Defendant
                     Yintao Yu's Motion For Leave to
12                   File a Motion For Reconsideration
                     of Order Re Discovery

13

     Exhibit 52      Plaintiff/Counter-Defendant          251
14                   Yintao Yu's Responses and
                     Objections to ByteDance's
15                   Interrogatories, Set One

16   Exhibit 53      Plaintiff/Counter-Defendant          257
                     Supplemental Responses and
17                   Objections to ByteDance's
                     Interrogatories, Set Number One

18

     Exhibit 54      Plaintiff/Counter-Defendant          258
19                   Yintao's Yu's Responses and
                     Objections ByteDance's Requests
20                   For Admission, Set One

21   Exhibit 55      Plaintiff/Counter-Defendant          258
                     Yintao Yu's Responses and
22                   Objections to ByteDance's Demand
                     For Production and Inspection,
23                   Set One

24   Exhibit 56      Copy of Green Card, Yintao Yu,       231
                     BDI_002209

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1

E X H I B I T S

2

3      Exhibit 57      5/11/2015 K&L Gates Engagement        259

                       for Legal Services, YU-12

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

1             DEPOSITION OF YINTAO YU

2

3         BE IT REMEMBERED, that pursuant to Notice, and

4    on June 7, 2024, commencing at the hour of 12:33 p.m.,

5    in the offices of Veritext, 101 Montgomery Street,

6    Suite 450, San Francisco, California, before me, EARLY

7    LANGLEY, a Certified Shorthand Reporter, State of

8    California, personally appeared YINTAO YU, produced as

9    a witness in said action, and being by me first duly

10   sworn, was thereupon examined as a witness in said

11   cause.

12                   ---oOo---

13   APPEARANCES:

14

15   Attorneys for Plaintiff Yintao Yu:

16

17         CHARLES H. JUNG, ESQ.

18         Charles@njfirm.com

19         JAIME DORENBAUM, ESQ.

20         Jaime@njfirm.com

21         NASSIRI & JUNG LLP

22         1700 Montgomery Street, Suite 207

23         San Francisco, CA 94111

24         (415) 762-3100

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    Attorneys for Defendant Shuyi (Selene) Gao:

2

3            DAVID S. MAOZ, ESQ.

4            Dmaoz@littler.com

5            LITTLER MENDELSON, P.C.

6            2049 Century Park East, 5th Floor

7            Los Angeles, CA 90067

8            (310) 553-0308

9

10    Attorneys for Defendant and Counter-Claimant ByteDance,

11    Inc.:

12

13            CHARLES THOMPSON, ESQ.

14            Thompsoncha@gtlaw.com

15            MELISSA KENDRA, ESQ.

16            Melissa.kendra@gtlaw.com

17            ANTHONY E. GUZMAN, II, ESQ.

18            Guzmanan@gtlaw.com

19            DEMETRA MAKRIS, ESQ.

20            Demetra.makris@gtlaw.com

21            GREENBERG TRAURIG, LLP

22            101 Second Street, Suite 2200

23            San Francisco, CA 94105

24            (415) 655-1300

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    Also present:

2

3            AMANDA PEETERS, Interpreter, License 301183

4

5            ANNA VOIT, Videographer

6

7            LINTON MOHAMMED, Forensic Document Examiner

8

9            MELYNNIE RIZVI, Head of Global Employment

10           Law, ByteDance

11

12           RAV GREWAL, Senior Counsel, ByteDance

13

14           MICHAEL COLE, Head of Employment

15           Litigation, ByteDance

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                          --oOo--

 2                  P R O C E E D I N G S

 3                          --oOo--

 4              THE VIDEOGRAPHER:  Good morning.  We are

 5     going on record at 12:33 p.m. on June 7, 2024.      12:33

 6              Please note that the microphones are

 7     sensitive and may pick up whispering and other

 8     conversations you might not want to be on the

 9     record.

10              This is Media Unit 1 of the video-recorded 12:34

11     deposition of Yintao Yu taken in the matter of Yu,

12     Yintao v. ByteDance, Inc. et al., filed in the

13     United States District Court for the Northern

14     District of California.  The Case Number is

15     3:23-cv-04910-SI.                                   12:34

16              The location of the deposition today is

17     101 Montgomery Street, Suite 450, San Francisco,

18     California.

19              My name is Anna Voit, representing

20     Veritext, and I'm the videographer.  The court      12:35

21     reporter today is Early Langley from the firm

22     Veritext.  I am not related to any party in this

23     action, nor am I financially interested in the

24     outcome.

25              If there are any objections to proceeding, 12:35
```

Page 11

 1    please state them at the time of your appearance.

 2            Counsel and all present will now state

 3    their appearances and affiliations for the record,

 4    beginning with the noticing attorney.

 5            MR. THOMPSON:  Charles Thompson for          12:35

 6    ByteDance.

 7            MR. GUZMAN:  Anthony Guzman for ByteDance.

 8            MS. KENDRA:  Melissa Kendra for ByteDance.

 9            MS. MAKRIS:  Demetra Makris for ByteDance.

10            MR. MAOZ:  David Maoz on behalf of

11    Defendant Selene Gao.

12            MR. COLE:  Michael Cole, ByteDance.

13            MR. GREWAL:  Rav Grewal, ByteDance.

14            MS. RIZVI:  Melynnie Rizvi, ByteDance.

15            MR. JUNG:  This is Charles Jung for          12:35

16    plaintiff, Yintao Yu.

17            MR. DORENBAUM:  Jaime Dorenbaum for

18    plaintiff, Yintao Yu.

19            MR. THOMPSON:  Also present in the room is

20    Dr. Mohammed, who is our expert on handwriting.      12:36

21            MR. JUNG:  And can I just be clear,

22    Mr. Thompson, while we're on this topic, I

23    recognize some of the faces, not all of them, and

24    I know you have counsel here for ByteDance, who I

25    know.  Can I just ask, who are the other people in  12:36

                                                 Page 12

```
 1   the back?
 2           MS. RIZVI:  So I'm Melynnie Rizvi.  I'm an
 3   attorney.  I work for ByteDance.  I lead the
 4   global employment law team.  And both Michael and
 5   Rav are also attorneys for ByteDance that are on    12:36
 6   my team.
 7           THE VIDEOGRAPHER:  Court Reporter, you may
 8   now swear in the witness.
 9                     AMANDA PEETERS
10      sworn to translate from Mandarin Chinese into
11       English and from English to Mandarin Chinese
12                       as follows:
13                       YINTAO YU
14                   sworn as a witness,
15                  testified as follows:
16           THE REPORTER:  You may proceed.
17           MR. THOMPSON:  Thank you.
18   EXAMINATION BY MR. THOMPSON:
19      Q.  Mr. Yu, do you speak English?
20      A.  (In English:)  I speak --                   12:37
21           THE INTERPRETER:  (Interpreting.)
22           THE WITNESS:  (In English:)  Yeah.
23           (Via Interpreter:)  Yeah.
24   BY MR. THOMPSON:
25      Q.  Do you require the assistance of the court  12:37
```

Page 13

1    reporter -- or the interpreter?

2         A.  (In English:)  Yes.

3              THE INTERPRETER:  (Interpreting.)

4              THE WITNESS:  (In English:)  Yes.

5         (Via Interpreter:)  Yes.                    12:37

6              MR. JUNG:  And just to be clear, let's let

7    the interpreter interpret the words first, and

8    then you can give your answers.

9              THE WITNESS:  (In English:)  I understand.

10             MR. JUNG:  Just to --                  12:37

11             THE INTERPRETER:  (Interpreting.)

12   BY MR. THOMPSON:

13        Q.  Seems like a silly question, but if you

14   speak English, why do you require an interpreter?

15        A.  (In English:)  I don't understand a      12:38

16   hundred percent.

17        Q.  Okay.  Would you like to proceed in

18   English and if there is a problem with your

19   understanding, have it interpreted, or would you

20   like the entire deposition interpreted?           12:38

21        A.  (In English:)  So I will try to answer in

22   English, but I need to have the translator to

23   translate to Mandarin for the questions.

24        Q.  Okay.  That works.

25             MR. THOMPSON:  Is that okay with you,    12:38

                                            Page 14

1    Counsel?

2            MR. JUNG:  It is.

3    BY MR. THOMPSON:

4        Q.  Okay.  And are you having any difficulty

5    understanding the interpreter?                    12:38

6        A.  (In English:)  So far, I don't.  I don't

7    see any problem.

8        Q.  Okay.  And if you do, will you alert us to

9    it, please, right away?

10       A.  (In English:)  I think I will.         12:39

11       Q.  Okay.  Very good.

12           MR. THOMPSON:  Before we start the

13   questioning, I do want to clarify what the

14   objectives were for this deposition today.

15           I had notified plaintiff's counsel,      12:39

16   Jamie -- Jaime Dorenbaum, that we were going to

17   bring our expert witness to this deposition for

18   the ease of the parties so that he could evaluate

19   Mr. Yu's handwriting and that we would use up a

20   part of our deposition time to do that, that he      12:39

21   would be taking --

22           THE INTERPRETER:  Counsel, could

23   you pause --

24           MR. THOMPSON:  I don't know that this

25   needs to be interpreted for the witness.  It's     12:39

                                              Page 15

1    really for the record.

2            Charles, do you want it interpreted for

3    the witness?

4            MR. JUNG:  Why don't you just state maybe

5    two or three sentences at a time and then have her    12:40

6    interpret it.

7            MR. THOMPSON:  Good enough.

8            All right.  Do you want to take it from

9    there.

10           THE INTERPRETER:  (Interpreting.)         12:40

11           MR. THOMPSON:  So my idea was that for the

12    sake of efficiency and time, that the expert would

13    come here today, take the writing samples from

14    Mr. Yu and examine them and also examine an

15    original document that we located at the same time   12:40

16    in the presence of counsel for counsel's

17    convenience.

18            I thought I had Mr. Dorenbaum's agreement

19    to this, but Mr. Jung is now objecting.

20           THE INTERPRETER:  (Interpreting.)         12:41

21           MR. THOMPSON:  Do you want to state your

22    objection.

23           THE INTERPRETER:  (Interpreting.)

24           MR. JUNG:  I will, yes.  Thank you,

25    Mr. Thompson.                                   12:41

                                            Page 16

```
 1              So this deposition is noticed under
 2    Rule 30.  Rule 30 calls for oral examinations.  It
 3    does not call for a physical demonstration,
 4    physical examination.  None of those things are
 5    permitted under the rule.                      12:41
 6              And I've between informed by the expert
 7    off the record that what is intended is
 8    approximately 60 exemplars, and that is certainly
 9    nothing we ever discussed or ever agreed to.
10              There's been no parameters or protocols  12:42
11    established for this physical, in effect,
12    examination, and it's improper under Rule 30.
13              Having said that --
14              THE INTERPRETER:  (Interpreting.)
15              MR. JUNG:  Having said that, despite the  12:43
16    notice under Rule 30, and even Rule 34, relating
17    to the production of documents, this is not an
18    examination by oral question, and nothing empowers
19    ByteDance to compel my client to sign documents on
20    the spot at this deposition.                   12:43
21              Having said that, as a compromise, I will
22    allow an exemplar to be taken on the record and on
23    camera, but that will be one exemplar.  That
24    should be enough.  So that's my compromise.  Sixty
25    is not going to happen.                        12:44
```

Page 17

```
 1              THE INTERPRETER:  (Interpreting.)
 2              MR. THOMPSON:  All right.  We disagree
 3    with that interpretation.  This was briefed to the
 4    Court so that we could have him live and in person
 5    here.  We also noticed the deposition with a          12:45
 6    demand for inspection.
 7              And I informed Mr. Dorenbaum of our
 8    intentions, that we were bringing this expert here
 9    for this purpose, and the time to have objected to
10    that would have been before I flew him up here        12:45
11    from San Diego and blew an entire day and travel
12    expenses and all that comes with that.
13              So this was an effort for the convenience
14    of the client and for the convenience of counsel
15    to get this done at the same time of this             12:45
16    deposition.  Your objections are not well taken.
17              We will be seeking redress from the Court,
18    and we will be seeking the costs of bringing
19    Mr. Yu back and Dr. Mohammed back to get this done
20    a second time, which will probably be significant.  12:46
21              THE INTERPRETER:  (Interpreting.)
22              MR. JUNG:  My understanding of the law is
23    that there is no basis to require exemplars to be
24    produced under deposition-like conditions.  That's
25    my understanding of the case law.  I'll observe       12:47
```

Page 18

1    that there are one, two, three, four, five, six,

2    seven -- eight attorneys here on the defense side.

3        What I have offered before this deposition

4    began, before we went on the record, is that if I

5    am wrong on the law, please -- please show me.        12:48

6    But that is my understanding of the law.

7        If there's a -- you know, I've offered a

8    compromise, and I'm willing to proceed on that

9    basis.  And so that's -- that's our position.

10        MR. THOMPSON:  We will --                       12:48

11        THE INTERPRETER:  (Interpreting.)

12    BY MR. THOMPSON:

13        Q.  Can you understand most of what we're

14    saying?

15        A.  (In English:)  It is a question for me?    12:49

16        Q.  Yeah.  "Yes" or "no"?

17        A.  (In English:)  Most.

18        Q.  Would it be possible, because I'm

19    concerned that this deposition is never going to

20    finish in seven hours with this interpretation,     12:49

21    that you could alert us if you don't understand

22    some of this rhetoric and then have it

23    interpreted?

24        THE INTERPRETER:  (Interpreting.)

25        MR. JUNG:  Look, we've already talked         12:49

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    about this, Mr. Thompson.

2              I have a compromise for you there, which

3    is that with respect to this beginning colloquy

4    that we're having stating things on the record,

5    since that is primarily for counsel and for the        12:50

6    record, why don't we do that in English only.  Is

7    that fair?

8              MR. THOMPSON:  Okay.

9              THE INTERPRETER:  (Interpreting.)

10              MR. THOMPSON:  Let's get the one              12:50

11    signature, and then we'll proceed.

12              MR. JUNG:  That sounds great.

13              MR. THOMPSON:  All right.  Dr. Mohammed --

14              MS. RIZVI:  Can I just state for the

15    record that while there are eight attorneys here,      12:50

16    we disagree with your interpretation of the law.

17    I don't want to take up the deposition time, but I

18    want to make that clear, and I don't want you to

19    make additional representations in the future that

20    we don't.  We disagree with your interpretation of    12:50

21    the law.  I think you're wrong.

22              MR. JUNG:  Representations about what?

23    I'm not making -- I'm not sure I'm making

24    representations, Counsel.

25              MR. THOMPSON:  Just for the record, we are   12:50

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   not waiving our rights to a full inspection by
 2   accepting your compromise, but we do recognize
 3   that there is something on the table, and we do
 4   want to accept it.
 5           MR. JUNG:  Thank you.                    12:51
 6           THE WITNESS:  (In English:)  This a ECIAA.
 7   I'm not going to sign it.  I will sign on the
 8   back.
 9           MR. JUNG:  So -- so just for the record,
10   what's been placed in front of Mr. Yu is a       12:51
11   signature page for the ECIAA.  That's -- we
12   definitely did not talk about this.  It says (as
13   read):
14               "Signature page for confidentiality
15           and inventions assignment agreement."    12:51
16           We are not signing that, and Mr. Yu, I
17   think properly, turned the page over, and we will
18   sign that.
19           So go ahead and proceed, Mr. Yu.
20           THE WITNESS:  (In English:)  I use my own 12:51
21   pen.
22           MR. JUNG:  Mr. Mohammed.
23           MR. THOMPSON:  Okay.  For the record, I
24   have a brown envelope, and it is -- got dang an
25   dai, d-a-n-g a-n d-a-i, on the front of it.  It   12:52
```

Page 21

```
1    has been in my custody.  It is an original
2    document.  And I'm just going to pull it out here
3    so the other side can see it.
4            And I'm going to -- and I'm going to give
5    this to Dr. Mohammed, and he's going to take it      12:52
6    out, and one of your attorneys and one of my
7    attorneys is going to go watch him take a look at
8    it and examine it.
9            Okay?
10           MR. JUNG:  Okay.                             12:52
11           MR. THOMPSON:  Okay.
12           MR. JUNG:  Did you mean examine it -- what
13   do you mean?
14           MR. THOMPSON:  In the other room.
15           MR. JUNG:  Oh, okay.                         12:53
16           MR. THOMPSON:  In front of lawyers.
17           MR. JUNG:  Okay.  All right.  That's fine.
18           MR. THOMPSON:  Then we can get on with
19   things.
20       Q.  All right.  Will you please state and        12:54
21   spell your name for the record, Mr. Yu.
22       A.  (In English:)  Y-i-n-t-a-o Y-u.
23       Q.  Have you ever been known by any other
24   name?
25       A.  (In English:)  No.                           12:54
```

Page 22

1      Q.   Have you ever had your deposition taken

2   before?

3      A.   (In English:)   No.

4      Q.   There are some instructions that go with

5   the deposition process that I am going to go over        12:54

6   with you.

7          The oath that was administered to you

8   earlier is the same oath that you would receive in

9   open court, carrying with it the same importance

10  to tell the truth and the same penalties of            12:54

11  perjury.

12         Do you understand that?

13     A.   (In English:)   Okay.

14         (Via Interpreter:)   Okay.

15     Q.   We require verbal responses.   If you say    12:55

16  "uh-huh," "huh-uh," that sort of thing, the court

17  reporter can't take them down.

18     A.   (In English:)   Okay.

19     Q.   Okay.   We want to make sure, especially

20  working with the interpreter, that you understand      12:55

21  each question before you answer it.   If you don't

22  understand the question, please let us know.

23     A.   (In English:)   Okay.

24     Q.   We don't want you to guess or estimate

25  about anything -- excuse me.   We don't want you to    12:56

Page  23

1      guess about anything.  We are entitled to your

2      best estimates of things like times and distances,

3      that sort of thing.

4              If you have to guess, please let us know,

5      and we'll rephrase the question for you.  Okay?     12:56

6          A.  (In English:)  Okay.

7          Q.  Please let us know if you need to take a

8      break.

9          A.  (In English:)  Okay.

10         Q.  When the deposition is done, you'll have    12:57

11     the opportunity to make any changes in your

12     testimony you deem necessary.  If you make a

13     change in your testimony, "yes" to "no," that sort

14     of thing, the lawyers involved in the case have

15     the opportunity to point that out to the jury and   12:57

16     the Court.  That's why it's important you

17     understand the questions the first time.

18         A.  (In English:)  Okay.

19             (Via Interpreter:)  Okay.

20         Q.  Is there any reason you can't give us your 12:58

21     best testimony today?

22         A.  (In English:)  I don't understand this

23     question.

24         Q.  Are you on any medication?  Are you sleep

25     deprived?  Do you have a headache?  Is there any     12:58

Page 24

```
 1    reason you can't give us your best testimony
 2    today?
 3         A.  (In English:)  I don't think so.
 4         Q.  Other than talk to your lawyers, what did
 5    you do to prepare for your deposition today?      12:58
 6         A.  (In English:)  No.
 7              "No," I said.
 8         Q.  You didn't do anything to prepare for your
 9    deposition today?
10         A.  (In English:)  I talked to my attorneys.   12:59
11         Q.  Okay.  Don't want to know what you talked
12    about with your attorneys.
13              Did you do anything else?  Review any
14    documents?  Review any discovery in the case?
15    Look at any pictures?  Anything?                  12:59
16         A.  (In English:)  All I did is, I talked to
17    my attorney.
18         Q.  Okay.  You had an opportunity to meet with
19    your lawyers today.  "Yes"?
20              You need to respond verbally.  "Yes"?    13:00
21         A.  (In English:)  Yes.
22         Q.  And about how long were you able to meet
23    with them?
24         A.  (In English:)  You mean today?
25         Q.  Yes.                                     13:00
```

Page 25

1      A.  (In English:)  I met them about at noon.

2      Q.  And that's the only time you spent with

3  them, from noon until the deposition started?

4      A.  (In English:)  Yeah.

5      Q.  Okay.  I don't want to know what you've      13:00

6  said to your attorneys at any time, but I can ask

7  you questions around other things having to do

8  with them.

9          How did you select your lawyers?

10          MR. JUNG:  And objection.  I'm going to      13:01

11  object on privacy and relevance grounds;

12  potentially on privilege, depending on what answer

13  you're explicitly seeking.

14          But may I ask for an offer of proof,

15  Counsel, as to the connection to this -- to the      13:01

16  issues, the claims and the defenses in this case?

17          THE INTERPRETER:  (Interpreting.)

18          MR. THOMPSON:  I'll ask a simpler

19  question.

20          THE INTERPRETER:  (Interpreting.)      13:01

21  BY MR. THOMPSON:

22      Q.  I'm just looking for, externally, how you

23  picked your lawyers; if you picked them out of a

24  phone book, if you got them as referral, how you

25  wound up finding Mr. Jung.      13:02

                                        Page 26

```
 1              MR. JUNG:  And I'll make the same
 2    objections and, again, kindly ask Mr. Thompson for
 3    an offer of proof as to the relevance and how this
 4    relates to the claims and defenses in this
 5    litigation.                                    13:02
 6              THE INTERPRETER:  (Interpreting.)
 7              MR. THOMPSON:  So are you instructing him
 8    not to answer on attorney-client privilege?
 9              MR. JUNG:  I'm asking for an offer of
10    proof.                                         13:02
11              MR. THOMPSON:  I don't think I need an
12    offer of proof.
13              MR. JUNG:  Well, you're --
14              MR. THOMPSON:  I'm just asking him how he
15    picked you.                                    13:02
16              MR. JUNG:  Well, but that's the question.
17    Why?  Right?
18              So I would think, at a minimum, this is
19    covered by the federal right to privacy, and also
20    the California Constitution, which also has a     13:03
21    right to privacy.
22              You know, how one selects an attorney
23    doesn't make any fact more or less likely that
24    establishes any element in any claim in either the
25    claim or the affirmative defenses, and, therefore,  13:03
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   I see no relevance and -- particularly on a
 2   private matter such as the choice of counsel.
 3            So, again, I ask for an offer of proof,
 4   please.
 5            MR. THOMPSON:  I really disagree with you   13:03
 6   there, but I'll move on because it's not that
 7   interesting of a point.  I thought it was just a
 8   foundational thing.
 9            MR. JUNG:  Thank you.
10            MR. THOMPSON:  But it is interesting        13:03
11   you're standing on that objection.
12   BY MR. THOMPSON:
13       Q.  Besides your attorney, who have you talked
14   to about your claims with ByteDance?
15       A.  (In English:)  I need to -- a                13:04
16   clarification.  What do you mean by "talk"?
17       Q.  Well, the question is, have you talked to
18   anybody about this case?  That would include
19   civilians, ByteDance employees, reporters,
20   congressmen, people on the street, anyone.         13:04
21   Anyone.
22            MR. JUNG:  Vague.
23            MR. THOMPSON:  Let's break it down.
24            MR. JUNG:  Hold on a second.
25            Vague.                                      13:05
```

Page 28

1    BY MR. THOMPSON:

2        Q.  Have you talked to any ByteDance employees

3    or former employees about your claims?

4        A.  (In English:)  How is this relevant to the

5    formation of the disputed documents?              13:05

6        Q.  You don't get to make objections.  Answer

7    the question.

8            MR. JUNG:  You can answer the question as

9    to who you -- what former employees, if any,

10    you've spoken to about the claims in this case.    13:05

11            THE INTERPRETER:  (Interpreting.)

12            THE WITNESS:  (In English:)  It's still

13    pretty vague.  And what do you mean by "this

14    case"?

15            MR. JUNG:  Would you mind if I took five?  13:06

16            MR. THOMPSON:  Yeah.

17            MR. JUNG:  Okay.

18            MR. THOMPSON:  Why don't you go do that.

19            We'll go off the record for five minutes.

20    Thank you.                                         13:06

21            THE VIDEOGRAPHER:  Time is 1:06 p.m., and

22    we are off the record.

23                (Recess taken.)

24            THE VIDEOGRAPHER:  The time is 1:23 p.m.,

25    and we are back on the record.                     13:23

                                              Page 29

```
 1    BY MR. THOMPSON:
 2         Q.  The question pending is, who have you
 3    spoken with about this case who are former or
 4    current ByteDance personnel?
 5         A.  (In English:)  To my recollection, none.   13:24
 6         Q.  Have you spoken with any reporters about
 7    this case?
 8         A.  (In English:)  To my recollection, no.
 9         Q.  Have you spoken with any police
10    authorities, FBI, any -- any agencies at all,        13:24
11    involving cyber security or any of the allegations
12    in your case?
13              MR. JUNG:  Vague.
14              THE INTERPRETER:  (Interpreting.)
15              MR. JUNG:  And let me just help you here a 13:25
16    second.
17              So, here, you're asking for, also,
18    underlying allegations, right, not just this --
19    not just this particular case?  I'm just trying to
20    save you a little bit of time.  I think that         13:25
21    exceeds the scope of relevance, but --
22              MR. THOMPSON:  Yeah, it was really just
23    sort of a foundational question.
24              MR. JUNG:  Okay.  I'll let you proceed,
25    then.                                                13:25
```

Page 30

```
 1                MR. THOMPSON:  Yeah.

 2                THE WITNESS:  (In English:)  What case you

 3     are referring to?

 4                MR. JUNG:  He just means this case.  This

 5     case.                                              13:25

 6     BY MR. THOMPSON:

 7        Q.  Yeah, why we're here.

 8        A.  (In English:)  I haven't talked to any,

 9     like, agency or government agency or FBI for this

10     DJ action, this case.                              13:26

11        Q.  There have been several declarations filed

12     in this case by other witnesses.  Have you talked

13     to any of those people; Mr. Xia, Mr. Zhang, any of

14     those folks?

15        A.  (In English:)  Yes, I did.                  13:26

16        Q.  Okay.  Who have you spoken to?

17        A.  (In English:)  I talked to Mr. Zhang and

18     Mr. Xia.

19        Q.  Okay.  And let's take them one at a time.

20             Who did you -- I'm sorry.  I'm not as good 13:26

21     with their names.  Mr. Zhang, what did you talk to

22     him about?

23        A.  (In English:)  I don't think it's relevant

24     in this case.

25        Q.  Okay.                                       13:27
```

Page 31

```
 1          A.  (In English:)  Why this relevant for the
 2     formation of the disputed documents?
 3          Q.  Well, I don't know that until you tell me
 4     what the discussion is about.
 5              And you don't get to make the objections.   13:27
 6     If you keep doing this, we are going to have to
 7     stop the deposition and go back to court and get a
 8     special master.
 9              MR. THOMPSON:  Do you want to talk to him
10     again?  I'm not --                                   13:27
11              MR. JUNG:  I think -- I think --
12              Do you want to talk to me?  I think you
13     can answer this question.
14              THE WITNESS:  (In English:)  Okay.  That's
15     fine.                                                13:27
16              THE INTERPRETER:  (Interpreting.)
17              THE WITNESS:  (In English:)  Okay.
18     BY MR. THOMPSON:
19          Q.  Answer the question.
20          A.  (In English:)  Repeat your question.        13:28
21              MR. JUNG:  He wants to know, I think, what
22     you talked about with Mr. Zhang.
23              THE INTERPRETER:  (Interpreting.)
24     BY MR. THOMPSON:
25          Q.  Correct.                                    13:28
```

Page 32

```
 1          A.  (In English:)  I talked with him regarding

 2     his experience.

 3          Q.  At ByteDance?

 4          A.  (In English:)  At ByteDance.  And how his

 5     family got retaliated.                           13:28

 6          Q.  Okay.  Did you talk to him at all about

 7     your onboarding at ByteDance or signing any of the

 8     documents that you signed or didn't sign?

 9          A.  (In English:)  No.

10          Q.  Was that a "yes"?                        13:29

11          A.  (In English:)  No.

12          MR. JUNG:  He answered "No."  I think you

13     may have misheard him, Chuck.  He answered "No."

14     BY MR. THOMPSON:

15          Q.  Okay.  What did you talk to Mr. Xia about? 13:29

16     I might have mispronounced his name.  I apologize.

17          A.  (In English:)  I already answered the

18     question.

19          Q.  There are two declarants.  There's one

20     that's basically about the experience in China,    13:29

21     and there was the other one that was talking

22     about --

23          A.  (In English:)  You already asked --

24          THE WITNESS:  (In English:)  Can you

25     translate?                                         13:30
```

                                                    Page 33

```
 1              THE INTERPRETER:  (Interpreting.)
 2              THE WITNESS:  (In English:)  I just
 3    answer -- maybe you are confused.  I just answer
 4    the -- regarding Mr. Zhang.  Are you referring to
 5    the other declarant?                              13:30
 6    BY MR. THOMPSON:
 7         Q.  Maybe I am.  I was trying to do both of
 8    them.  So what did you talk to the other one
 9    about?
10         A.  (In English:)  The other one?           13:30
11              I talked to him regarding what happened
12    about the intrusion of the private investigator.
13         Q.  Okay.  Did you talk to him at all about
14    any of the facts of your case?
15         A.  (In English:)  No.                       13:31
16         Q.  Okay.  Now, have you spoken to anyone
17    other than your attorneys about the facts of this
18    action, the formation of the documents at the
19    beginning of your hiring, and the arbitration
20    agreements?                                        13:31
21         A.  (In English:)  No.
22         Q.  Other than your lawyers, have you had any
23    phone or email or other written conversations with
24    anyone else about this case?
25         A.  (In English:)  So to my recollection, no.  13:32
```

Page 34

```
 1              The one thing I did is, I went out on
 2     street.  I presented some signatures to some on
 3     the street and asked them -- I did not say, "These
 4     are my signature."  I just say, "These are some
 5     verified signatures.  There's some disputed        13:32
 6     signatures.  Do you think these signatures are
 7     signed by the same person?"  I did some test.
 8              So I basically interview some random
 9     street person, a few of them, and asked them, "Do
10     you think these verified signatures and these      13:32
11     disputed signature -- do you believe these
12     signatures were from the same person?"
13              And all of their answers were, "No, it's
14     signed by a different person."
15              That's what I did, and that's all I did,  13:33
16     talk to third party.
17        Q.  Those are just random people on the
18     street?
19        A.  (In English:)  Random people on the
20     street.  Because I was --                          13:33
21        Q.  Have you had -- go ahead.
22        A.  (In English:)  Just a test.
23        Q.  Have you had your signature checked by any
24     expert?
25        A.  (In English:)  Yes.                         13:33
```

Page 35

1          Q.   And who is that expert?

2          A.   (In English:)  Chrisman.

3          Q.   Chris Smith.

4               And have you had your signatures evaluated

5     by anyone other than the random folks on the          13:33

6     street and Chris Smith?

7               MR. JUNG:  Just to help you out, he said

8     "Chrisman."  Chrisman.

9               MR. THOMPSON:  Chrisman.  Thank you.  I

10    appreciate that.                                       13:34

11              THE WITNESS:  (In English:)  To my -- to

12    my recollection, no.  To my recollection, no.

13    BY MR. THOMPSON:

14         Q.   Okay.  When Chrisman evaluated your

15    signature, how many times did you sign your            13:34

16    signature for him?

17         A.   (In English:)  That's a question for my

18    attorney, not for me.

19         Q.   Were you there?

20         A.   (In English:)  It's -- my attorney          13:34

21    retained Chrisman.

22         Q.   I understand that.  But you were there,

23    and you signed your name; right?

24         A.   (In English:)  I never talked to -- I

25    never seen Chrisman, so...                             13:35

                                                  Page 36

1      Q.  So you didn't --

2      A.  (In English:)  My attorney provided some

3   verified documents to her.

4      Q.  Okay.  So you did not do any fresh

5   signatures for her?                              13:35

6      A.  (In English:)  I think this case is about

7   signatures around 2017, first of all.

8          Second of all, we sent her a number of

9   original documents containing my signature during

10   that period.                                     13:35

11      Q.  What original documents from 2017 did you

12   send to Chrisman?

13          THE WITNESS:  (In English:)  Is Jaime

14   here?

15          To my recollection, there were the        13:36

16   advisory agreement, the Tank Exchange foreign -- I

17   think it's called a registration.

18          You can read it from Chrisman's

19   declaration what documents were our original

20   documents.  It's in her declaration.             13:36

21          MR. THOMPSON:  I don't remember, Counsel.

22   Did you produce those documents to us?

23          MR. JUNG:  I -- I believe so, yeah.

24          MR. THOMPSON:  Okay.

25          MR. JUNG:  I don't know off the top of my  13:36

                                            Page 37

```
 1    head, but I believe so.
 2         MR. THOMPSON:  I'll put a little star by
 3    that, and we can come back to it.
 4    BY MR. THOMPSON:
 5         Q.  So I'm still not clear.  I hate to ask the  13:37
 6    question of you again, but it's not clear in my
 7    mind.
 8         You did not -- when Chrisman was hired,
 9    you were not requested to sign your name in --
10    whenever it was, 2023, whenever you hired him;       13:37
11    right?
12         A.  (In English:)  No.
13         Q.  That is correct?
14         A.  (In English:)  That is correct.
15         Q.  All right.  Did you bring any new          13:37
16    documents with you today?
17         A.  (In English:)  No.
18         MR. THOMPSON:  All right.  So as Exhibit
19    Number 1, we are going to mark the Notice of
20    Deposition.                                          13:38
21         THE INTERPRETER:  (Interpreting.)
22         MR. JUNG:  And, Mr. Thompson, I'm assuming
23    when you asked that question, that you didn't mean
24    the USB that we delivered to your team today.
25         MR. THOMPSON:  Correct.                         13:38
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              MR. JUNG:  Right.  Since that was counsel
 2   to counsel.
 3              (Whereupon, Defendant's Exhibit 1 was
 4              marked for identification.)
 5   BY MR. THOMPSON:                                    13:38
 6       Q.  All right.  So we've marked as Exhibit 1
 7   notice of your deposition today.
 8              MR. THOMPSON:  Counsel, I sent Jaime an
 9   email yesterday and asked him to go over the
10   requests for production and the document requests   13:38
11   and demands, et cetera, so we could speed this up
12   a little bit.
13              Did you have a chance to go over it before
14   you came over?  And the reason I ask is, is there
15   anything new other than the thumb drive you gave    13:39
16   to us prior to the deposition?
17              MR. JUNG:  I haven't gone over them.
18   Maybe Jaime has.  But since he's in the room with
19   your expert right now, maybe we could ask him at a
20   break.  Is that okay?                               13:39
21              MR. THOMPSON:  That's fine, or we can
22   bring him back on the record for that.  But as far
23   as you know, the answer is no?
24              MR. JUNG:  As far as I know, we've given
25   you what you asked for and what ByteDance is        13:39
```

                                                    Page 39

```
 1    entitled to.  So as far as I know, there's nothing
 2    else we're producing in production today.  But we
 3    can clarify with Jaime.
 4              MR. THOMPSON:  Okay.  Let's come back to
 5    that when he comes back in the room.              13:39
 6              Anybody got a Post-it note or something?
 7              MR. JUNG:  There's one there.
 8    BY MR. THOMPSON:
 9         Q.  All right.  I'm going to ask you a couple
10    of background questions here.  You can set that to  13:40
11    the side.
12              THE WITNESS:  (In English:)  So just give
13    it to you?
14              MR. JUNG:  Yeah.
15    BY MR. THOMPSON:                                   13:40
16         Q.  What's your date of birth?
17         A.  (In English:)  August 13, 1986.
18         Q.  Where were you born?
19         A.  (In English:)  Shanghai.
20         Q.  Have you ever used the alias Ben Yu?      13:40
21         A.  (In English:)  No.
22         Q.  Is that a "yes"?
23         A.  (In English:)  No.
24         Q.  Have you ever used the alias Brian Yu?
25         A.  (In English:)  No.                        13:41
```

Page 40

1          Q.  Have you ever used the alias Harry Yu?

2               THE WITNESS:  (In English:)  Why is this

3     relevant?

4               MR. JUNG:  It's not relevant, but it's

5     fine to let him go a little bit.                    13:41

6     BY MR. THOMPSON:

7          Q.  Yeah, I'm done with this after this

8     question.

9          A.  (In English:)  No.

10         Q.  Okay.  Are you a lawful resident alien in  13:41

11    the United States?

12         A.  (In English:)  Yes.

13         Q.  Okay.  And as of when?

14              MR. JUNG:  I also don't think this is

15    relevant, and so I'll object on that ground, but    13:41

16    I'll let him answer that question.

17              THE WITNESS:  (In English:)  2015.

18    BY MR. THOMPSON:

19         Q.  Okay.  And has your status been valid

20    since acquisition?                                  13:41

21              MR. JUNG:  Vague and irrelevant.

22              What does -- what does documented status

23    have to do with a signature case, Mr. Thompson?

24              MR. THOMPSON:  Well, I'll make a quick

25    offer of proof on this.                             13:42

                                            Page 41

```
 1              It's my understanding that although he was
 2    requested during the process of all the document
 3    signing to have produced a green card, he never
 4    did with the actual number on the green card being
 5    produced.  It was always either covered over, et      13:42
 6    cetera.
 7              So one of the things we requested that he
 8    bring with him is his actual green card.
 9              So his status, because we didn't -- we
10    never really knew his status, is sort of a part of   13:42
11    that whole process of back-and-forth and documents
12    that were going back and forth in the inception.
13              THE INTERPRETER:  (Interpreting.)
14              MR. JUNG:  But -- I'm sorry.  So -- but
15    what does whether Mr. Yu has maintained continuous   13:42
16    lawful status in the country have to do with that
17    question?
18              MR. THOMPSON:  Well, let me try it another
19    way.
20    BY MR. THOMPSON:                                      13:43
21        Q.  During the time that you were applying for
22    the position at ByteDance, did you have a valid
23    green card?
24        A.  (In English:)  I think you need to clarify
25    your question.  So what do you mean by "apply to      13:43
```

Page 42

```
 1    ByteDance"?
 2         Q.  You applied for a job at ByteDance;
 3    correct?
 4         A.  (In English:)  To my understanding, that
 5    is incorrect.                                       13:43
 6         Q.  Why is that incorrect?
 7         A.  (In English:)  So ByteDance begging me to
 8    join their company for months.  I did not apply
 9    for job.
10         MR. JUNG:  I can -- it's -- pronunciation  13:44
11    clarification:  ByteDance begged him to join the
12    company for months.
13         MR. THOMPSON:  I had it on the realtime,
14    but thank you, Counsel.
15    BY MR. THOMPSON:                                   13:44
16         Q.  Okay.  I didn't mean to get hung up on
17    semantics there.
18         I was, again, just trying to lay
19    foundation that when you were going through the
20    hiring process with Flipagram or ByteDance or      13:44
21    whatever, did you have a valid green card?
22         THE INTERPRETER:  Counsel, what's the
23    first company's name again?
24         MR. THOMPSON:  Flipagram.
25         THE INTERPRETER:  Flipagram?                  13:45
```

Page 43

```
1              MR. THOMPSON:  F-l-i-p-a-g-r-a-m.

2              MS. RIZVI:  F-l-i-p-o-g-r-a-m.  Flipogram.

3     Flipogram.

4              THE INTERPRETER:  (Interpreting.)

5              THE WITNESS:  (In English:)  First of all,    13:45

6     I need to clarify.  My employment has nothing to

7     do with Flipagram.  So I joined ByteDance.  I did

8     not join Flipagram.  I want to clarify that.

9              Second of all, I did have my green -- I

10    did have my valid green card when I joined          13:45

11    ByteDance.

12    BY MR. THOMPSON:

13       Q.  Did you ever produce that green card

14    unredacted and -- and unobstructed to ByteDance?

15             THE INTERPRETER:  Counsel, could you       13:46

16    repeat your question again, please?

17             MR. THOMPSON:  Oh, my god.

18             MR. JUNG:  I -- I couldn't make out your

19    word either, Chuck.  It's not her.

20             MR. THOMPSON:  Okay.                        13:46

21             (Record read by the court reporter.)

22             MR. THOMPSON:  Thank you.

23             THE INTERPRETER:  (Interpreting.)

24             THE WITNESS:  (In English:)  So they asked

25    to see my green card, and then I show them          13:47
```

                                              Page 44

1    multiple times.  The last time I show them was in

2    December 2017, although I show my green card to

3    them prior to that.

4    BY MR. THOMPSON:

5        Q.  My question is, did you ever show them the    13:47

6    whole green card, with the numbers and everything

7    on it?

8        A.  (In English:)  Yes, I -- so they asked to

9    see the whole green card, and I show them, but I

10   told them that "I don't want to give you a           13:47

11   photocopy unredacted."

12       Q.  Why?

13       A.  (In English:)  It's -- it's my -- it's my

14   document.  They are not entitled to get a

15   photocopy.  All they need to do is see if it's      13:48

16   valid.  They are not entitled to get a copy of it.

17       Q.  Why would you not let them have a copy of

18   it?  I don't understand.

19          MR. JUNG:  That's asked and answered.

20   BY MR. THOMPSON:                                     13:48

21       Q.  Can you explain that to me?

22       A.  (In English:)  I don't want -- I don't

23   want to add any more answers to the question I

24   already answered.

25       Q.  Okay.                                        13:48

                                              Page 45

1           MR. JUNG:  And to speed this up, Chuck,

2    I'm not sure if it helps, but I don't think a copy

3    is required.  Actually, all you have to do is --

4           MS. RIZVI:  It is required.

5           MR. JUNG:  -- show a copy.  But, you know, 13:48

6    asking for a copy, that's not required.

7           MR. THOMPSON:  Well, do you have some

8    authority --

9           MS. RIZVI:  A copy is required by law for

10   us to verify I-9 work authorization.  It's          13:49

11   specifically stated in the regulations.

12          MR. JUNG:  Okay.  But I don't think he's

13   required to make a copy and provide --

14          MS. RIZVI:  No, he is required to give it

15   to us so that we can make a copy so that we can     13:49

16   legally prove that we are employing people that

17   are legally entitled to work in the United States.

18          MR. JUNG:  Okay.  Very good.

19          And may I get your name again?

20          MS. RIZVI:  Melynnie Rizvi.                   13:49

21          MR. JUNG:  Okay, great.  Because you've

22   been making statements on the record.

23          MS. RIZVI:  I'm an attorney --

24          MR. JUNG:  No, I'm not doubting --

25          MS. RIZVI:  I'm an attorney --

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              MR. JUNG:  -- that you're an attorney.
 2              MS. RIZVI:  I have been an employment
 3      attorney for 25 years.
 4              MR. JUNG:  I'm not doubting your
 5      credentials one bit.                              13:49
 6      BY MR. THOMPSON:
 7         Q.  Okay.  So who did you show your green card
 8      to?
 9         A.  (In English:)  Back in Beijing, when I was
10      in Beijing, I show to a HR person.  I don't recall  13:49
11      the name.  And then they don't -- are you ready?
12              (Record read by the court reporter.)
13              THE WITNESS:  (In English:)  Okay.  And
14      then -- I haven't finished.
15              He doesn't seem to listen to me.          13:50
16              MR. JUNG:  No, you can finish.
17              THE WITNESS:  (In English:)  I can finish?
18      Okay.
19              And later on, I think in December 2017,
20      they asked me to -- they asked me again that they  13:50
21      want to see my green card.
22      BY MR. THOMPSON:
23         Q.  Was the person in Beijing Dave Wang?
24              MR. THOMPSON:  It's either Wong or Wang.
25      Wang.                                             13:51
```

Page 47

```
 1              THE INTERPRETER:  W-a-n-g, W-o-n-g.  Let
 2      me -- Tab 18.
 3              THE WITNESS:  (In English:)  I don't -- I
 4      don't recall exactly.  It's HR person.
 5      BY MR. THOMPSON:                              13:51
 6          Q.  And then in December 2017, who asked you
 7      again to see your green card?
 8          A.  (In English:)  So Defendant Shuyi Gao
 9      asked me again to show my green card, and I -- and
10      then she instruct me to show to a person.  Her   13:51
11      name is Jingjing Lu.
12          Q.  And did you show it to both of them?
13          A.  (In English:)  No, I -- I believe I only
14      show to Jingjing Lu.
15          Q.  And did you show it to her with the      13:51
16      numbers exposed so she could see all of it?
17          A.  (In English:)  Exactly.
18          Q.  Where did that happen?
19          A.  (In English:)  December 2017.
20          Q.  And where?                              13:52
21          A.  (In English:)  I don't -- I don't recall.
22          Q.  Was it in the Menlo Park office?
23          A.  (In English:)  I don't -- I don't recall
24      where.
25          Q.  Do you have the same green card today that 13:52
```

Page 48

```
 1   you had in 2017?
 2        A.  (In English:)  The green card is from
 3   2015.
 4            (Via Interpreter:)  The green card is from
 5   2015.                                          13:52
 6   BY MR. THOMPSON:
 7        Q.  So it's the same one you have today?
 8        A.  (In English:)  Yes.
 9        Q.  Okay.  Is it currently in your possession?
10        A.  (In English:)  I believe so, but I haven't 13:53
11   seen it for a while.
12        Q.  Where do you currently live?
13            MR. JUNG:  You can contact Mr. Yu through
14   counsel.
15            MR. THOMPSON:  Why can't we know his      13:53
16   residence?
17            MR. JUNG:  You -- because Mr. Yu has a
18   right to privacy.
19            You're not -- you also have sent at least
20   one, but I believe more, private investigators     13:53
21   to -- for various purposes.  We believe for
22   harassment purposes.
23            And because federal law recognizes a right
24   to privacy and the person's home address, for
25   those reasons, you can contact him through         13:54
```

Page 49

```
 1    counsel, as you already have been doing.

 2              MR. THOMPSON:  Well, Counsel --

 3    BY MR. THOMPSON:

 4        Q.  Well, let me ask this question:  Are you

 5    currently residing in California?                  13:54

 6        A.  (In English:)  Yes.

 7        Q.  And have you continuously been residing in

 8    California for the last three years?

 9        A.  (In English:)  Yes.

10              MR. THOMPSON:  And I think, Counsel, we've 13:54

11    asked you to produce a copy of his current green

12    card; have we not?

13              MR. JUNG:  I'm not sure, but we can talk

14    about that on the -- at the break.

15              MR. THOMPSON:  Okay.                       13:55

16    BY MR. THOMPSON:

17        Q.  And you did not bring a copy of it today

18    to the deposition?

19              Did you bring a copy of it today to your

20    deposition, your green card?                        13:55

21        A.  (In English:)  No.

22              MR. THOMPSON:  Jaime, when you were out of

23    the room, I asked Charles if he'd an opportunity

24    to go through our document requests and demands

25    for inspection, because I sent you that email       13:55
```

                                              Page 50

```
 1    yesterday that said if you'd look through them

 2    real quick, we could kind of speed things up.

 3              Is there anything new to produce today

 4    other than what you already gave us on the memory

 5    stick?                                            13:56

 6              MR. DORENBAUM:  We made a production

 7    earlier today.

 8              MR. THOMPSON:  Okay.

 9              MR. DORENBAUM:  Right?  And that was in

10    response to these requests --                     13:56

11              MR. THOMPSON:  Okay.

12              MR. DORENBAUM:  -- the requests for --

13    this is the notice.

14              MR. THOMPSON:  Okay.

15              Okay.  So for the record, then, we       13:56

16    requested in Demand For Inspection 1 that you

17    bring any state or federal government agency

18    documents between 2016 and 2018, including tax

19    filings, patent applications, driver's licenses,

20    immigration forms, passports, and court filings,  13:56

21    and none of those are being produced today;

22    correct?

23              MR. DORENBAUM:  That's actually not what

24    you requested.  You can read precisely the

25    language of the inspection demand.  It says (as    13:56
```

                                              Page 51

1    read):

2            "Original copies of your personally

3        signed documents filed with any state or

4        federal government agency between 2016 and

5        2018, including all tax filings, patent    13:57

6        application filings, driver's licenses,

7        immigration forms, passports, and court

8        filings."

9        MR. THOMPSON:  Yeah, that's what it says.

10        MR. DORENBAUM:  But that's not what you    13:57

11   said.

12        MR. THOMPSON:  I tried to make it quicker.

13        MR. DORENBAUM:  I know.  I try to make it

14   precise.

15        MR. THOMPSON:  Very good.                   13:57

16        Did you bring any of it?

17        MR. DORENBAUM:  I brought responsive

18   documents and produced them to you before the

19   deposition.

20        MR. THOMPSON:  Okay.                         13:57

21        MR. DORENBAUM:  That we had not already

22   produced.

23        MR. THOMPSON:  Well, the problem is, I

24   don't have those documents in front of me.  I

25   don't have a physical set of those documents that    13:57

1    you brought, so I don't know what you brought

2    other than what's on the USB.  So...

3            MR. DORENBAUM:  It's not that many, so I'm

4    sure during a break, you can flip through them

5    really quickly.                                    13:58

6            MR. THOMPSON:  Can somebody go out, take

7    the USB, get one of the reporters or somebody to

8    print whatever it is?

9            MR. DORENBAUM:  I also emailed them so

10   it's easier -- well, I didn't email them, but      13:58

11   someone from my office should have emailed them.

12           MR. THOMPSON:  Okay.  All right.  We'll

13   skip ahead a bit.

14   BY MR. THOMPSON:

15       Q.  Mr. Yu, you've never been convicted of a   13:58

16   felony; is that correct?

17       A.  (In English:)  No.

18       Q.  All right.  Have you ever threatened

19   anyone with a lawsuit?

20           MR. JUNG:  And I'm going to object.        13:58

21   Whether one has threatened a person with a lawsuit

22   in one's lifetime certainly exceeds the scope of

23   this narrow case.  So on that basis, I object;

24   relevance and, also, privacy.

25   BY MR. THOMPSON:                                   13:59

                                            Page 53

1          Q.  Go ahead.  You can answer.

2          A.  (In English:)  My attorney already object.

3          Q.  He didn't instruct you not to answer.  You

4     can answer the question.

5          A.  (In English:)  This is not relevant to the    13:59

6     case.  It's privacy.

7          Q.  You can answer the question.  Have you

8     ever threatened anyone with a lawsuit?

9              MR. JUNG:  And do you mean ByteDance?

10    Because that does at least seem tangentially        13:59

11    relevant.  Do you want that answer, or are you

12    asking just generally, in his whole life --

13             MR. THOMPSON:  I'm asking generally, yeah.

14             MR. JUNG:  As to anything?

15             MR. THOMPSON:  Yeah.                        13:59

16             MR. JUNG:  And is that --

17             MR. THOMPSON:  Does he go around

18    threatening people with lawsuits?

19             MR. JUNG:  What -- I'm not sure the --

20    there is no relevance to that.  So that former      13:59

21    question, I will allow you to ask.  That does seem

22    at least plausible as to relevance.

23             But that latter question, whether he --

24    whether that's happened any time in his life,

25    certainly seems beyond the scope, invades his       14:00

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   right to privacy, and there is a balancing test to
 2   be applied.
 3           So I ask you for an offer of proof as to
 4   the relevance of that question, if you're asking
 5   the broader question beyond the scope of this       14:00
 6   case.
 7           MR. THOMPSON:  Sure.  So first of all, for
 8   the record, relevance in a deposition is not a
 9   proper objection, as you know.  It's an objection
10   saved for the Court.  You can preserve, certainly,  14:00
11   the record by making it, but it's also not
12   something you can make and instruct a witness not
13   to answer on, because we all know that we're here
14   to discover the case.
15           So if he does go around threatening people  14:00
16   randomly with lawsuits, it might be relevant to
17   his behavior in this case, for beginners.
18           MR. JUNG:  How?
19           MR. THOMPSON:  Charles, we don't do
20   speaking objections in federal depositions.  We're 14:00
21   wasting time here.  Why don't you let him answer
22   the question.  It's a yes-or-no question.
23           MR. JUNG:  "How" is not a speaking
24   objection, I'll say.
25           And I did make an objection based on right  14:01
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    to privacy, and when one makes an objection based

2    on right to privacy, you should be able to make an

3    offer of proof.

4              MR. THOMPSON:  If that's it, if you think

5    that that's a privacy issue, which it's not, then    14:01

6    you can instruct him not to answer, and we can

7    take it up with the Court.

8              MR. JUNG:  Okay.  I'm asking for an offer

9    of proof.

10             MR. THOMPSON:  I just made one.  You       14:01

11   didn't like it.

12             MR. JUNG:  I didn't like it because it had

13   no logical connection, no -- it didn't make any

14   fact in this case more or less likely, which is

15   the definition of relevance.                         14:01

16             But, look, I'm not instructing him not to

17   answer.  So if he's willing to answer that

18   irrelevant question, he can.

19             MR. THOMPSON:  Okay.

20   BY MR. THOMPSON:                                     14:01

21       Q.  Go ahead.

22       A.  (In English:)  You're trying to invade my

23   privacy.  I don't feel comfortable answering that.

24       Q.  Have you ever threatened anyone with a

25   lawsuit?                                             14:02

                                              Page 56

```
 1              MR. JUNG:  Same objections.
 2              THE WITNESS:  (In English:)  I don't have
 3      anything to add to my prior answer.
 4      BY MR. THOMPSON:
 5          Q.  All right.  And that's what you're going   14:02
 6      to tell the jury; right?
 7          A.  (In English:)  This question -- I don't
 8      have anything else to add to my prior answer.
 9          Q.  Okay.  And let me just ask you another
10      question.  Do you think you'll need an interpreter  14:02
11      for the jury?
12              MR. JUNG:  Calls for speculation.
13              THE WITNESS:  (In English:)  I don't want
14      to speculate.
15      BY MR. THOMPSON:                                    14:02
16          Q.  You can't tell me, as you sit here today,
17      whether or not you think you'll need an
18      interpreter for trial?
19              It's about five months from now.  What's
20      going to change?                                    14:03
21              MR. JUNG:  Calls for speculation.
22              And I'll note, Mr. Thompson, there was no
23      ambiguity as to this.  We -- we discussed and
24      agreed on exactly how this deposition would be
25      conducted.                                          14:03
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              MR. THOMPSON:  Charles, please stop with
 2     these speaking objections.  I'm just trying to do
 3     a little planning here.  Is he going to need an
 4     interpreter at trial?  That's a "yes" or "no."
 5              MR. JUNG:  If you know --              14:03
 6              MR. THOMPSON:  It's not a trick question.
 7              MR. JUNG:  Hold on.
 8              If you know, you can answer that question.
 9              THE INTERPRETER:  (Interpreting.)
10              THE WITNESS:  (In English:)  Maybe I need  14:03
11     one.
12              MR. THOMPSON:  Very good.  We'll plan for
13     that.
14     BY MR. THOMPSON:
15         Q.  Are you currently working in the United   14:04
16     States?
17         A.  (In English:)  That is my privacy.
18              MR. JUNG:  You can answer as to whether
19     you're currently employed.
20              THE INTERPRETER:  (Interpreting.)         14:04
21              THE WITNESS:  (In English:)  I think
22     that's my privacy, too.
23     BY MR. THOMPSON:
24         Q.  You don't get to make the objections.  You
25     need to answer my questions.  If he instructs you  14:04
```

Page 58

1     not to answer, that's one thing.  Otherwise, you

2     need to answer my question.

3              Are you currently employed?

4              It is an element of your damages.  You

5     need to answer my question.                        14:05

6              MR. JUNG:  It is not an element of his

7     damages.

8              I'm going to make a suggestion.  Give me

9     two minutes.  Let me -- I don't know why you're

10    smirking over there.  But that's my suggestion.    14:05

11    You can take it or leave.  I think I can maybe

12    figure this part of it out.

13             MR. THOMPSON:  Okay.

14             MR. JUNG:  But it's clearly --

15             MR. THOMPSON:  No, that's fine.  That's    14:05

16    fine.  Go take a moment.

17             MR. JUNG:  Okay.  All right.

18             MR. THOMPSON:  Off the record.

19             THE VIDEOGRAPHER:  Time is 2:05 p.m., and

20    we are off the record.                             14:05

21              (Recess taken.)

22             THE VIDEOGRAPHER:  Time is 2:15 p.m., and

23    we are back on the record.

24    BY MR. THOMPSON:

25        Q.  Okay.  The pending question is, are you    14:15

                                              Page 59

1    currently employed?

2         A.  (In English:)  Yes.

3         Q.  And where are you employed?

4         A.  (In English:)  It's called Fika, F-i-k-a.

5         Q.  And is that a company in the U.S.?        14:16

6         A.  (In English:)  It's my company.

7         Q.  So you are self-employed, then; correct.

8         A.  (In English:)  I don't think that's

9    accurate.

10        Q.  Okay.  All right.  How long have you been  14:16

11   employed by Fika?

12        A.  (In English:)  From 2020.

13        Q.  And did you have any employment from 2018

14   to 2020?

15        A.  (In English:)  I -- I have some          14:17

16   part-time -- part-time roles.

17        Q.  And were those just doing some sort of

18   independent contracting/consulting work?

19            MR. JUNG:  And I object to relevance on

20   this entire line.  This is not the underlying        14:17

21   case.

22   BY MR. THOMPSON:

23        Q.  Go ahead.

24        A.  (In English:)  Yes.

25        Q.  And since 2020, have you had any other     14:17

Page 60

1    employers besides Fika?

2        A.  (In English:)  No.

3        Q.  Have you ever been involved in a binding

4    arbitration?

5            MR. JUNG:  Vague.                          14:18

6            THE INTERPRETER:  (Interpreting.)

7    BY MR. THOMPSON:

8        Q.  Did I get an answer?  I'm sorry.  Did you

9    answer?

10       A.  (In English:)  You need to clarify your    14:18

11   question.  It's vague.

12           MR. JUNG:  You can answer if you

13   understand.

14           THE WITNESS:  (In English:)  You need

15   to -- I hope you can clarify what you mean         14:18

16   by "binding arbitration."

17   BY MR. THOMPSON:

18       Q.  Well, binding arbitration would be an

19   arbitration that you would go to or subject

20   yourself to where the decision would be binding on  14:18

21   both parties; it would be a final decision.

22       A.  (In English:)  It is too broad.  I think

23   you need to limit scope of the arbitration.  If

24   you buy a product nowadays, you're probably going

25   to be in an arbitration.                          14:19

                                        Page 61

```
 1         Q.  Oh, that's not in my question.  Did you
 2    actually -- I'm not talking about you signing
 3    other arbitration agreements.
 4         I'm asking if you have actually been in an
 5    active arbitration, where there was an arbitrator    14:19
 6    and you're represented by someone and there was
 7    another side.
 8         Do you understand the question?
 9         A.  (In English:)  So, first of all, you -- I
10    think if you can make it clear that way in the      14:20
11    first place, that's going to be helpful.
12         And second, no.
13         Q.  Do you have an answer?
14         A.  (In English:)  The answer is no, but --
15         Q.  Oh, okay.  Got it.  All right.            14:20
16         A.  (In English:)  But you should -- if you
17    could have made it clear the way you made in the
18    end, it's going to be helpful.
19         Q.  All right.  I'll do my best.
20         Just curious.                                 14:20
21         Okay.  Do you use social media?
22    Specifically, are you on Twitter?
23         A.  (In English:)  No.
24         Q.  Are you on Facebook?
25         A.  (In English:)  Yes.                       14:21
```

Page 62

1        Q.  And have you posted anything about this

2    lawsuit on Facebook?

3        A.  (In English:)  No.

4        Q.  Have you posted anything on Facebook about

5    ByteDance?                                              14:21

6        A.  (In English:)  No.

7        Q.  And have you ever deleted a Facebook

8    account?

9        A.  (In English:)  So I only -- my personal

10   Facebook account, there's only one account.       14:22

11           When I worked at Facebook, we created a

12   bunch of testing account, and then we constantly

13   testing the account, delete the account, stuff

14   like that.  But these are not my accounts.  These

15   are for the purpose of testing.  I just want to be  14:22

16   clear.

17           And my personal Facebook account is one

18   account, and I have never deleted.

19       Q.  Thank you.

20           Have you ever deleted a Twitter account?   14:22

21       A.  (In English:)  No.

22       Q.  "Yes"?

23       A.  (In English:)  No.

24       Q.  Are you on Instagram?

25       A.  (In English:)  Yeah.                        14:22

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1       Q.  And have you ever posted anything on

2  Instagram about ByteDance or this case?

3       A.  (In English:)  No.

4       Q.  And have you ever deleted an Instagram

5  account?                                   14:23

6       A.  (In English:)  No.

7       Q.  Do you use Snapchat?

8       A.  (In English:)  I think I tried Snapchat,

9  like, once or twice and see how it works, but I

10  never use it.                            14:23

11       Q.  Same questions:  Have you ever posted

12  anything on Snapchat relating to the lawsuit or

13  ByteDance?

14       A.  (In English:)  No.

15       Q.  Have you ever filed a Voluntary Petition  14:24

16  for Bankruptcy?

17       A.  (In English:)  Why is this relevant?

18          MR. THOMPSON:  Can I have Exhibit

19  Number 2?  And will you hand them out.

20          (Whereupon, Defendant's Exhibit 2 was     14:24

21          marked for identification.)

22          (Witness conferring with counsel.)

23          MR. THOMPSON:  All right.  For the

24  record --

25          MR. JUNG:  Hold on a second.        14:25

Page 64

```
 1              MR. THOMPSON:  Ready for a question?
 2              MR. JUNG:  Yes, he will answer the
 3    question.
 4              MR. THOMPSON:  Okay.
 5    BY MR. THOMPSON:                                14:25
 6        Q.  Have you filed a Voluntary Petition for
 7    Bankruptcy?
 8              THE WITNESS:  (In English:)  Are you going
 9    to translate?
10              THE INTERPRETER:  (Interpreting.)      14:25
11              THE WITNESS:  (In English:)  No.
12    BY MR. THOMPSON:
13        Q.  And we marked as Exhibit 2 this Form 101,
14    Voluntary Petition for Individuals Filing for
15    Bankruptcy, and it bears your name.  Is this your   14:26
16    Voluntary Petition for Bankruptcy?
17        A.  (In English:)  No.
18        Q.  It's not?
19        A.  (In English:)  No, it's not.
20        Q.  Okay.  On the document that I handed you   14:26
21    that's now Exhibit 2, on page 7 of 9, there
22    appears to be a signature of a Y. Roger Yu.
23              Is that your signature?
24        A.  (In English:)  It's not my signature.
25        Q.  And on page 9 of 9, if you look, on       14:27
```

Page 65

```
 1      Exhibit 2, there's another signature of Y. Roger

 2   Yu.

 3             Is that your signature?

 4      A.  (In English:)  No.  No.

 5      Q.  Okay.  And are the last four numbers of    14:27

 6   your Social Security 5264?

 7      A.  (In English:)  That is correct.

 8             THE INTERPRETER:  (Interpreting.)

 9             THE WITNESS:  (In English:)  That is

10   correct.                                         14:27

11   BY MR. THOMPSON:

12      Q.  All right.  But you contend neither one of

13   these signatures on this document are yours?

14      A.  (In English:)  No.

15      Q.  And why do you contend that they're not,   14:27

16   or do you contend that they're not?

17             THE WITNESS:  (In English:)  He asked, "do

18   you contend."

19             THE INTERPRETER:  (Interpreting.)

20             THE WITNESS:  (In English:)  No.        14:28

21   BY MR. THOMPSON:

22      Q.  I'm just trying to get at, Mr. Yu, if this

23   isn't your signature, why isn't it your signature?

24      A.  (In English:)  It's not my signature.

25      Q.  Who would have affixed it to this form?    14:28
```

Page 66

1          A.  (In English:)  I don't know.

2          Q.  Okay.  You did file for voluntary

3     bankruptcy on January 11, 2023; correct?

4          A.  (In English:)  I already answer your

5     question.  No.                                    14:28

6          Q.  Have you ever filed for bankruptcy?

7          A.  (In English:)  No.

8          Q.  Did you fill out this form and not file

9     it?

10         A.  (In English:)  I don't understand your   14:29

11    question.  What do you mean by "not file"?

12         Q.  I'm holding an exhibit in my hand that

13    bears your name, your Social Security number, and

14    what appears to be your signature, and you're

15    saying you never filed it.                        14:29

16             Did someone else file it for you?

17         A.  (In English:)  What is the question?

18         Q.  Did someone else file this for you?

19         A.  (In English:)  I don't know.

20         Q.  So, Mr. Yu, do you have any knowledge of a 14:30

21    bankruptcy proceeding taking place in U.S.

22    Bankruptcy Court, the Northern District of

23    California, in January 2023?

24         A.  (In English:)  No.

25         Q.  In January 2023, did you reside at 115    14:31

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    College Avenue in Mountain Ville -- Mountain View,
 2    California?
 3         A.  (In English:)  No.
 4         Q.  Do you own a residence located at 115
 5    College Avenue in Mountain View, California?      14:32
 6         A.  (In English:)  What is the question?
 7         Q.  Do you own a residence located at 115
 8    College Avenue, Mountain View?
 9         A.  (In English:)  It is not relevant to this
10    case, to this narrow case for the formation of the  14:32
11    disputed documents.
12         Q.  Well, again, sir, you don't get to make
13    the objections, and the Court is not going to be
14    very happy with you if you continue to obstruct
15    this deposition.                                  14:32
16              I've got a document that was filed in
17    federal court bearing your signature and your
18    Social Security number that you say never
19    happened, and I'm just trying to figure out what
20    it is and how it happened and if, in fact, it's    14:33
21    you.
22              Do you understand?
23         A.  (In English:)  You're the one --
24              MR. JUNG:  Hold on.  Hold on.  Hold on one
25    second.  Maybe this will help.                    14:33
```

Page 68

```
 1              How about, you can answer the question as
 2    to whether you filed any Voluntary Petition for
 3    Bankruptcy relating to any real property.  How's
 4    that?
 5              THE WITNESS:  (In English:)  No, I didn't. 14:34
 6    BY MR. THOMPSON:
 7         Q.  Do you know if anyone did so on your
 8    behalf?
 9         A.  (In English:)  I don't know.
10              MR. THOMPSON:  Okay.  If I can have        14:35
11    Exhibit 3.  I think we can do this a lot quicker
12    with the exhibit.
13              (Whereupon, Defendant's Exhibit 3 was
14              marked for identification.)
15    BY MR. THOMPSON:                                     14:35
16         Q.  Mr. Yu, if you'll have a look at
17    Exhibit 3, it appears to be a resumé bearing your
18    name that predated your work at ByteDance.  Can
19    you identify this for me as your resumé?
20         A.  (In English:)  What's the question?        14:36
21         Q.  Is this yours?
22         A.  (In English:)  This is my resumé.
23         Q.  Okay.  And is this a resumé that you might
24    have given to ByteDance when you were going
25    through the courtship with them for your job?       14:36
```

Page 69

```
 1              MR. JUNG:  Vague.

 2              But you can answer if you understand.

 3              THE WITNESS:  (In English:)  What do you

 4     mean by "courtship"?  From who to who?

 5     BY MR. THOMPSON:                                14:37

 6         Q.  All I'm asking is, is this something you

 7     might have given to ByteDance?

 8         A.  (In English:)  It may be.

 9         Q.  Okay.  And take a minute and look at it.

10              As of, say, 2017, is everything in it true 14:37

11     and correct?

12              MR. JUNG:  Overbroad.

13              THE INTERPRETER:  (Interpreting.)

14              THE WITNESS:  (In English:)  You just give

15     me this document.  I haven't got time to review it  14:37

16     thoroughly.

17     BY MR. THOMPSON:

18         Q.  Take a moment.

19              Okay.  I have a few questions on it for

20     you.                                            14:41

21              Under "Employment and Appointments," is

22     that an accurate review of your jobs after

23     finishing your master's at the University of

24     Illinois?

25              In other words, it looks like you started  14:41
```

Page 70

1    working full time in 2011 for Tower Research and

2    then Facebook, you had Tank Exchange, and then

3    next in line would have been ByteDance.  Is that

4    correct?

5             MR. JUNG:  Compound.                    14:41

6             THE WITNESS:  (In English:)  So I need

7    some clarification.  So you mean -- is your

8    question that ByteDance is the employer after Tank

9    Exchange?  That's your question?

10   BY MR. THOMPSON:                                 14:42

11       Q.  No.  I'm sorry.  Let me break it down.

12           So from 2011 to 2011, apparently, you were

13   at Tower Research Capital; correct?

14           THE WITNESS:  (To Interpreter:)  Tower

15   Research Capital.                                14:42

16           THE INTERPRETER:  (Interpreting.)

17           THE WITNESS:  (In English:)  Yes.

18   BY MR. THOMPSON:

19       Q.  All right.  From 2011 to 2015, you were at

20   Facebook; right?                                 14:42

21       A.  (In English:)  Yes.

22       Q.  And from 2015 to whenever this thing was

23   drafted, you were at Tank Exchange; correct?

24       A.  (In English:)  Yes.

25       Q.  And the next job after that was ByteDance; 14:43

                                            Page 71

```
 1    correct?
 2          A.   (In English:)  Yes.
 3          Q.   Okay.  And you graduated from the
 4    University of Illinois at Urbana in 2010 with a
 5    Master's of Science in Computer Science; correct?   14:43
 6               THE WITNESS:  (To Interpreter:)  "Master."
 7    Your translation is "Ph.D."  "Master."
 8               THE INTERPRETER:  (Interpreting.)
 9               THE WITNESS:  (In English:)  Yeah -- yes.
10    BY MR. THOMPSON:                                    14:43
11          Q.   And your GPA was 3.96; right?
12          A.   (In English:)  Correct.
13          Q.   And did you hold any other jobs between
14    2011 and 2015 that aren't included on this resumé?
15          A.   (In English:)  No.                       14:44
16          Q.   Did you have any other businesses?
17          A.   (In English:)  I have a consulting
18    business.
19          Q.   And what was that called?
20          A.   (In English:)  It called Spruce Sea --   14:44
21    Spruce Sea Group.
22          Q.   Blue Sea?
23          A.   (In English:)  Spruce.  Like the tree.
24    Spruce.
25          Q.   Oh, Spruce Tree --                        14:44
```

Page 72

```
 1        A.  Yeah.
 2        Q.  -- Group.  Spruce Tree Group.
 3            THE INTERPRETER:  Consulting.  He said
 4   it's a consulting business.
 5   BY MR. THOMPSON:
 6        Q.  Did you ever get your Ph.D. in computer
 7   science?
 8        A.  (In English:)  No.
 9        Q.  Okay.  And when you were at Tower
10   Research, did you actually get to ring the opening  14:45
11   bell at the stock market?
12        A.  (In English:)  No.  My colleagues went
13   there.
14        Q.  And other than the Spruce Tree consulting
15   business, were there any other businesses that you  14:46
16   were working at or companies that you were a
17   member of from 2011 to 2017?
18            THE WITNESS:  (To Interpreter:)  I think
19   you meant "any other company working for," not
20   "business."  But it's just a translation --        14:46
21            THE INTERPRETER:  Could you repeat your
22   question, please, Counsel?
23   BY MR. THOMPSON:
24        Q.  Hang on a sec.  Did you understand what I
25   asked?                                             14:46
```

Page 73

```
 1            A.  (In English:)  No.  He was -- she was
 2      saying --
 3              MR. JUNG:  Let's stick to --
 4              THE WITNESS:  (In English:)  I don't --
 5              MR. JUNG:  Yeah, let's make sure you         14:46
 6      understand the question.
 7              Do you want it read back, or do you want
 8      to restate it?
 9              MR. THOMPSON:  Go ahead and read it back.
10              THE WITNESS:  (In English:)  So I think     14:46
11      you should answer -- ask your question again.
12              MR. JUNG:  Well, hold on.  The court
13      reporter is just going to read it back.  So let's
14      wait for that.
15              THE WITNESS:  (In English:)  Okay.          14:47
16              (Record read by the court reporter.)
17              THE INTERPRETER:  (Interpreting.)
18              THE WITNESS:  (In English:)  No.
19      BY MR. THOMPSON:
20          Q.  All right.  Do you recall providing your   14:47
21      resumé to ByteDance?
22          A.  (In English:)  I believe so.
23          Q.  Okay.  Do you remember who you gave it to?
24          A.  (In English:)  I don't -- I don't recall
25      who, the person I give to.                         14:48
```

                                                    Page 74

1        Q.   Do you remember how it was transmitted?

2    In person?  Email?

3        A.   (In English:)  I don't recall.

4        Q.   Do you know where it might have been

5    transmitted?  Would it have been in China or in        14:48

6    the U.S.?

7        A.   (In English:)  In China.

8        Q.   Okay.  And other than the Spruce Tree

9    consulting business, any other employers that you

10   left off?                                               14:48

11       A.   (In English:)  No.

12       Q.   And is it Spruce Sea, S-e-a, Group?

13       A.   (In English:)  Sea.

14       Q.   Okay.  So it is S-e-a, Sea, Spruce Sea

15   Group.                                                  14:49

16            And then were you ever the CEO of a

17   company called Hope Tree Foundation?

18       A.   (In English:)  So I am a president, I

19   believe.

20       Q.   Okay.  And the registered agent for that      14:49

21   company was a gentleman named Ben Yu.  Who is Ben

22   Yu?

23       A.   (In English:)  It's a family member.

24       Q.   Brother?

25       A.   (In English:)  It's -- it's a privacy.        14:50

                                                      Page 75

```
 1          Q.  But he was the registered agent; correct?
 2          A.  (In English:)  I don't recall.  It was
 3     long time ago.
 4          Q.  Okay.  And he's also listed as registered
 5     agent for Spruce Sea.  Do you remember that?        14:50
 6          A.  (In English:)  I don't recall.  It's long
 7     time ago.
 8          Q.  Okay.  Is your resumé that you took a
 9     moment to review there otherwise full and
10     complete?                                           14:50
11          MR. JUNG:  Overbroad.  Vague.
12          THE INTERPRETER:  (Interpreting.)
13          THE WITNESS:  (In English:)  What do you
14     mean by "complete"?
15     BY MR. THOMPSON:                                    14:51
16          Q.  It's your resumé, sir.  Is it a complete
17     resumé as of the time you had written it?
18          MR. JUNG:  Vague as to "complete resumé."
19          THE WITNESS:  (In English:)  Again, I
20     don't know how you define "complete," but it        14:51
21     appears so.
22     BY MR. THOMPSON:
23          Q.  Fair enough.  You can set that aside.
24          I want to talk about your signature for a
25     few minutes.  Since 2017, have you ever changed     14:51
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    your signature?
 2         A.  (In English:)  No.
 3         Q.  Do you sometimes sign your signature in --
 4    I just would say Chinese characters as opposed to
 5    cursive letters?                                   14:52
 6         A.  (In English:)  It could be, but it will be
 7    looking extremely different.  It's not...
 8         Q.  Right.  But you've never consciously
 9    altered your signature since 2017, have you?
10         A.  (In English:)  No.                        14:52
11         Q.  Do you ever use different signatures for
12    different documents?
13         A.  (In English:)  Not to my recollection.
14         Q.  Do you use a different signature for
15    professional versus personal reasons?              14:53
16         A.  (In English:)  Clarify your question.
17         Q.  Sure.  If you're signing a document for
18    work, you might sign it one way.  If you sign a
19    letter to your mom, you might sign it a different
20    way.                                               14:53
21         Do you do that, or is your signature
22    always the same, "Roger Yu"?
23         A.  (In English:)  If I sign a Chinese, then
24    it will be different.
25         Q.  So it would be different between if you're 14:54
```

Page 77

```
 1    signing an American document versus a Chinese

 2    document?

 3         A.  (In English:)  No.  What I am saying is if

 4    it's in Chinese, it would look different.  But

 5    it's not like a U.S. document, a Chinese document.  14:54

 6    It's not relating to the document.

 7         Q.  I think --

 8         A.  (In English:)  Just --

 9         Q.  I think I understand.  Okay.

10         Does your signature -- so you would have a 14:54

11    Chinese signature and a -- what would we call

12    it? -- a U.S. signature?

13              MR. THOMPSON:  What would be the

14    comfortable way to term that, gentlemen?  I'm open

15    to a suggestion.                                  14:55

16              THE WITNESS:  (In English:)  Whatever you

17    want to call it.

18    BY MR. THOMPSON:

19         Q.  Okay.  So you have two different

20    signatures you use; right?                        14:55

21         A.  (In English:)  So I should say that I

22    haven't used my Chinese signature for maybe ten --

23    ten years.

24         Q.  Okay.

25         A.  (In English:)  So when you are in China,  14:55
```

Page 78

1    of course you are going to sign Chinese.

2        Q.  So your signature would be essentially the

3    same if you're signing a professional document or

4    official document, a governmental document?  You'd

5    use the same signature, not using the Chinese        14:56

6    signature; correct?

7        A.  (In English:)  Can you clarify your

8    question?

9        Q.  You would use the same signature on

10    whatever you're signing; correct?                    14:56

11        A.  (In English:)  So I had a Chinese

12    signature, and then I may have used it when I --

13    long time ago, but my --

14        Here's what I am going to say:  For any

15    signature that I use for employment, it will be      14:57

16    the same.

17        Q.  Okay.  And that hasn't changed over the

18    last ten years?  It's been the same?

19        A.  (In English:)  Correct.

20        Q.  Do you have a way of verifying the          14:57

21    authenticity of your own signature on a document?

22        A.  (In English:)  Yeah.

23        Q.  And how would you do that?

24        A.  (In English:)  I look at the signature.  I

25    can immediately tell it's my signature, it's not    14:58

Page 79

1    my signature.

2        Q.   Okay.  So on that bankruptcy petition that

3    I showed you, you believe that to not be your

4    signature; correct?

5        A.   (In English:)  No.                        14:58

6        Q.   Have you ever had a situation where a

7    document was rejected because of your signature?

8        A.   (In English:)  What are they talking

9    about?

10       Q.   Do you understand the question?           14:59

11       A.   (In English:)  You guys are talking.

12       Q.   It doesn't matter.  Just answer the

13   question.

14       A.   (In English:)  You need to clarify the

15   question.  Like, what do you mean by "rejected"?  14:59

16       Q.   Have you ever, like, signed a check, and

17   it was rejected because somebody looked at it and

18   said, "I don't think that's his signature"?

19            That's what I mean by "rejected."

20       A.   (In English:)  No, never.                 14:59

21       Q.   Okay.  There's a little confusing bit on

22   the record here.

23            I asked you if you believed that the

24   signature on the bankruptcy petition was yours,

25   and then I ended the sentence with "correct," and  15:00

Page 80

1     you said "no."  So it created a double negative.

2     Let me clean that up for the record and just ask

3     you the question straight up.

4          Do you believe that the signature I showed

5     you on the bankruptcy petition is yours?        15:00

6          A.   (In English:)  I already answered that

7     question.  It's not my signature.

8          Q.   Thank you.  I just wanted to clear up the

9     record.

10         Okay.  Let's go off the record for a        15:01

11    second.

12         THE VIDEOGRAPHER:  The time is 3:01 p.m.,

13    and we are off the record.

14              (Recess taken.)

15         THE VIDEOGRAPHER:  The time is 3:21 p.m.,  15:21

16    and we are back on the record.

17         (Whereupon, Defendant's Exhibit 4 was

18         marked for identification.)

19    BY MR. THOMPSON:

20         Q.   We are back on the record.            15:21

21         We have marked as Exhibit 4 BDI_002216,

22    which is a USCIS Form I-9 that has some redactions

23    on it.

24         Mr. Yu, do you recognize your signature

25    anywhere on this document?                      15:21

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1          A.   (In English:)  Are you asking, is this --
 2     is this signature my signature on this BDI_002216?
 3          Q.   Yes.
 4          A.   (In English:)  This is not my -- this is
 5     not my signature.                                      15:22
 6          Q.   Okay.  On 2216, there is a "Signature of
 7     Employee" line and a date of "8/30/2017."
 8               You're telling me that is not your
 9     signature?
10               That's correct?                             15:22
11          A.   (In English:)  This is not my signature.
12          Q.   Okay.  And then at the top box, under
13     Section 1, there is an area for name, et cetera,
14     and there's handwriting in that (as read):
15                    "Last name, Yu.                        15:23
16                    "First name, Yintao."
17               Is any of that handwriting in those
18          boxes under Section 1 yours?
19          A.   (In English:)  I cannot tell the top box
20     is mine or not, but I can tell the signature is       15:23
21     mine -- is not mine.
22          Q.   Okay.
23          A.   (In English:)  And if you can -- do you
24     have an electronic version that you can enlarge
25     the signature?                                        15:23
```

Page 82

1          Q.  No, not -- not here.

2              Why do you ask?

3          A.  (In English:)  It appears to me -- it

4      appear to me the signature part is different from

5      the rest of the document.                          15:24

6          Q.  Okay.  Do you recall ever providing BDI

7      with an I-9?

8          A.  (In English:)  Yes.

9          Q.  And why couldn't you recognize the

10     handwriting in the box in Section 1?               15:24

11         A.  (In English:)  I don't want to be --

12     make a -- I don't want to be -- I'm not a hundred

13     percent sure.

14         Q.  So it could be yours?

15         A.  (In English:)  It's possible.  But not the 15:25

16     signature part.

17         Q.  Okay.  On BDI_002217, there's handwriting

18     on this document, too.  Is any of it yours?

19         A.  (In English:)  I cannot tell, like -- like

20     I told you.                                          15:25

21         Q.  Okay.  And do you remember ever providing

22     this document or any I-9 to Dave Wang at BDI?

23         A.  (In English:)  Yes.

24         Q.  And I asked a compound question.

25             Did you provide Dave Wang with an I-9?      15:26

                                                    Page 83

```
1        A.  (In English:)  I believe so, but not this
2    document.  I gave Dave Wang an I-9, but that's not
3    this document.
4        Q.  And could the document have been this
5    document that had more boxes completed, or was it    15:26
6    a completely different document from this one?
7        A.  (In English:)  That one, I don't recall
8    exactly.  But certainly, this document is not
9    signed by me.  This signature is not my signature.
10       Q.  Are those numbers under the "Today's        15:26
11   Date," "8/30/2017" -- is that your handwriting?
12       A.  (In English:)  I cannot tell.
13       Q.  And do you do your 7s with a cross hitch
14   across the middle like that?
15       A.  (In English:)  I -- I think so.            15:27
16       Q.  Do you know if you provided Dave Wang with
17   an I-9 on or about August 30, 2017?
18       A.  (In English:)  No.  The I-9 was not
19   completed in August.  That one, I was sure.
20       Q.  Do you know when you did give him an I-9?  15:27
21       A.  (In English:)  Your question is vague.
22   Gave to who?
23       Q.  Dave Wang.  When did you give Dave Wang an
24   I-9?
25       A.  (In English:)  I recall I gave Dave Wang   15:28
```

Page 84

```
 1    an I-9 in September 2017.
 2              MR. THOMPSON:  Let's mark as Exhibit
 3    Number 5 BDI_002211, a W-4.
 4              (Whereupon, Defendant's Exhibit 5 was
 5              marked for identification.)            15:28
 6    BY MR. THOMPSON:
 7         Q.  Please take a look at Exhibit 4 and tell
 8    me if you recognize any of the writing on
 9    BDI_002211 as yours.
10         A.  (In English:)  The quality of this       15:29
11    document is extremely bad.  Do you have an
12    original one?
13         Q.  This is all we've got for today.  Can you
14    tell me if any of the writing is yours?
15         A.  (In English:)  The signature on this     15:29
16    document, BDI_002211, is not my signature.  That
17    one, I'm a hundred percent sure.
18         Q.  Okay.  And is any of the writing on the
19    document yours?
20         A.  (In English:)  I cannot tell.            15:29
21              But look at this document.  Why the other
22    part is so dim, and the signature is so different?
23    Just the signature part, you look at it.  They're
24    so -- it's like the other part of it always so --
25    it's like -- almost like contaminated by some     15:30
```

                                              Page 85

 1   water or something, the other part, name, address.

 2   Just the signature -- just signature part is

 3   totally different from the rest of the document.

 4          MR. THOMPSON:  Okay.  Move to strike as

 5   nonresponsive.                                      15:30

 6   BY MR. THOMPSON:

 7      Q.  My question is very simple.  I'm not

 8   having the problems with this document that you

 9   are.

10          Under Box 1, where it says, "Yintao Yu, PO 15:30

11   Box 363, Palo Alto, California 94302," does

12   that resemble your handwriting or not?

13      A.  (In English:)  This might be mine.  I'm

14   not sure.  It might not.  It might be mine.

15          But the signature's, for sure, not mine.   15:31

16   And in addition, you see how the rest of the

17   document is so, so different from the signature

18   part.

19          The signature is like -- you see how -- so

20   it's like breaking pixels between the signatures.  15:31

21   Like the Y, the T, it's so high and so many break

22   points between the -- and then the rest of the

23   writing is so smooth.  Right?  It's continuous

24   here.  And then the signature is breaking in

25   pieces.                                             15:31

                                                   Page 86

1                    MR. THOMPSON:  Again, I'm going to move to

2        strike as nonresponsive.

3                    THE WITNESS:  (In English:)  You know,

4        this is -- this is --

5                    MR. THOMPSON:  Please don't argue with me. 15:31

6                    MR. JUNG:  Yeah.  Let's just answer the

7        questions.

8        BY MR. THOMPSON:

9            Q.  Please just answer the questions, or we'll

10       be here until tomorrow.  Okay?  And they're not      15:31

11       trick questions.

12                   So we have a clean record, in Box 1, you

13       think that the "Yintao Yu" might be your writing?

14           A.  (In English:)  Like I said, it might be

15       mine, might not.                                      15:32

16           Q.  Okay.

17           A.  (In English:)  I -- I cannot tell.

18           Q.  That's fine.  Thank you.

19           A.  (In English:)  But --

20           Q.  Did you ever provide BDI with an IRS Form  15:32

21       W-4?

22           A.  (In English:)  I believe so.

23           Q.  And was that provided to Dave Wang or

24       someone else?

25           A.  (In English:)  I don't recall.  It could   15:32

                                                    Page 87

```
 1   be Dave Wang.
 2        Q.  Would that have been in September or in
 3   August?
 4        A.  (In English:)  For sure, not -- for sure,
 5   not August.                                      15:33
 6        Q.  Okay.
 7        A.  (In English:)  But after August, I
 8   don't -- I don't know when.
 9        Q.  Possibly in September?
10        A.  (In English:)  September, October, could  15:33
11   be.
12             MR. THOMPSON:  All right.  Can I have
13   Exhibit 6.
14             (Whereupon, Defendant's Exhibit 6 was
15             marked for identification.)            15:33
16   BY MR. THOMPSON:
17        Q.  All right.  We've marked as Exhibit 6
18   BDI_002214.  It bears on the left-hand upper
19   corner "Personnel Information."  And there's some
20   handwriting on this document.                    15:34
21             My question is:  Is any of this
22   handwriting that appears on 00214 yours?
23        A.  (In English:)  First of all, there is no
24   signature pages -- there is no signature on this
25   page; right?                                     15:34
```

Page 88

1        Q.  That wasn't my question.

2        A.  (In English:)  I just want you to confirm.

3        Q.  I don't have any signature on this page.

4    I see what we're both seeing at the same time

5    here.                                          15:34

6        A.  (In English:)  Okay, yeah.

7        Q.  My question is just:  Is any of this

8    writing yours?

9        A.  (In English:)  This could be mine, could

10   be not mine.                                   15:35

11       Q.  Maybe yes, maybe no?

12       A.  (In English:)  Maybe yes, maybe no.

13       Q.  Okay.  Is the information all correct?

14       A.  (In English:)  It appears so.

15       Q.  Okay.  And do you know if you provided    15:35

16   this information to Dave Wang?

17       A.  (In English:)  I don't recall who I

18   provide it to.

19           MR. THOMPSON:  Okay.  Fair enough.

20           Could I have Exhibit 7, please.          15:35

21           (Whereupon, Defendant's Exhibit 7 was

22           marked for identification.)

23   BY MR. THOMPSON:

24       Q.  Okay.  Exhibit 7 is a trust deed dated

25   7/9/2013.  And have you ever seen this before?   15:36

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1        A.  (In English:)  I'm looking at the
2    document.
3            It appears so.
4        Q.  Second-to-the-last-page, there's a
5    signature of "Yintao Yu."                          15:37
6            Is that your signature?
7        A.  (In English:)  It appears so.
8        Q.  And this was executed on July 2, 2013, in
9    San Mateo; is that correct?
10       A.  (In English:)  It appears San Mateo        15:37
11   County --
12       Q.  Okay.  All right.
13       A.  (In English:)  -- not San Mateo.
14           MR. THOMPSON:  Could I have Exhibit 8,
15   please.                                            15:37
16           MR. JUNG:  And, Counsel, I haven't seen
17   some of these documents before, like this last
18   one.  Has it been produced?
19           MR. GUZMAN:  I can get you Bates.
20   Everything's been produced.  We're using these --  15:37
21   these are just the iterations that were attached
22   to the expert report.
23           (Whereupon, Defendant's Exhibit 8 was
24           marked for identification.)
25   BY MR. THOMPSON:                                   15:37

                                            Page 90

1          Q.   Okay.   Exhibit Number 8 is a

2     Fixed/Adjustable Rate Rider.

3          A.   (In English:)   I don't have one.

4          Q.   Oh.

5          MR. DORENBAUM:   Oh.   We had two.          15:38

6     BY MR. THOMPSON:

7          Q.   Go ahead and take a moment.

8          A.   (In English:)   I mean, how -- my attorney

9     supposed to get one copy.

10          MR. DORENBAUM:   We have one.   Don't worry. 15:38

11          MR. JUNG:   We have one.

12          THE WITNESS:   (In English:)   I thought

13     they going to -- each -- each of them should have

14     one.

15          MR. JUNG:   It's okay for now.   Let's just  15:38

16     keep going.

17          THE WITNESS:   (In English:)   Okay.

18     BY MR. THOMPSON:

19          Q.   All right.   On the last page of this

20     document, there's a signature line.   Is that your   15:38

21     signature?

22          A.   (In English:)   I'm looking at it.

23               It appears so.

24          Q.   Okay.

25          MR. THOMPSON:   Exhibit 9.                    15:38

                                        Page 91

```
 1                    (Whereupon, Defendant's Exhibit 9 was
 2                    marked for identification.)
 3        BY MR. THOMPSON:
 4             Q.  Exhibit 9 is a trust deed dated 8/21/15.
 5        Have you ever seen it before?                    15:39
 6             A.  (In English:)  I'm looking at it.
 7             Q.  And just to help you out, my only question
 8        is on page 13 of the document, if you want to turn
 9        to that.
10             A.  (In English:)  Okay.  I'm turned to    15:40
11        page 13.
12             Q.  All right.  Is that your signature that
13        appears on page 13?
14             A.  (In English:)  It appears so.
15             Q.  Okay.  Is there any reason to believe that 15:40
16        it isn't?
17             A.  (In English:)  It -- it's -- I don't know
18        if the true copy or not.  So if it's not a true
19        copy, it could not be mine.  But I'm just saying
20        it appears to be.                                15:41
21             Q.  Fair enough.
22                  MR. THOMPSON:  All right.  Exhibit 10.
23                  (Whereupon, Defendant's Exhibit 10 was
24                  marked for identification.)
25        BY MR. THOMPSON:                                 15:41
```

Page 92

```
 1          Q.  Okay.  Exhibit 10 is a foreign corporation

 2     designation dated 9/15/2015 for Tank Exchange,

 3     Incorporated.  Do you recognize this document?

 4          A.  (In English:)  Yes.

 5          Q.  And is that your signature that appears at    15:41

 6     the bottom of the page?

 7          A.  (In English:)  This is my signature.

 8          Q.  Okay.  Thank you.

 9          MR. THOMPSON:  Exhibit 11.

10          (Whereupon, Defendant's Exhibit 11 was       15:42

11          marked for identification.)

12     BY MR. THOMPSON:

13          Q.  All right.  Exhibit 11 is a records

14     request dated July 30, 2019, and my only question

15     is:  Is that your signature that appears on the      15:42

16     lower left -- excuse me -- lower right side of the

17     page?

18          A.  (In English:)  This is my signature.

19          Q.  Okay.  Thank you.

20          MR. THOMPSON:  12.                             15:43

21          (Whereupon, Defendant's Exhibit 12 was

22          marked for identification.)

23     BY MR. THOMPSON:

24          Q.  All right.  This is a doctor's note

25     dated -- we'll call it a doctor's note -- dated      15:43
```

Page 93

1    7/18/2018.

2            Is that your signature on this document,

3    Exhibit 12?

4        A.  (In English:)  This document quality is

5    extremely terrible.  Do you have an original      15:44

6    version?

7        Q.  Not with us today.

8            Can you identify that as your -- well, let

9    me ask you this:  Do you remember writing this

10   document on 7/18/2018 to BDI?                      15:44

11       A.  (In English:)  I believe so.

12       Q.  Okay.  And do you have any reason to

13   believe that that's not your signature on this

14   document?

15       A.  (In English:)  First of all, the quality  15:44

16   is terrible.  I really need to see at least a

17   better quality -- or original to determine whether

18   this is my signature or not.  I cannot just

19   determine it.  It -- it's such a low, terrible

20   quality.                                            15:45

21       Q.  So you can't say, because of the terrible,

22   low quality of this document, that that is or is

23   not your signature?

24       A.  (In English:)  That's part of the reason.

25           And, also, why is -- there's so many      15:45

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    pixelating on the signature but no -- not so much

 2    on the lines above, I have some doubts on this

 3    signature.

 4         Q.  Do you think it's a forgery?

 5         A.  (In English:)  I cannot -- I'm not sure    15:45

 6    for this document.

 7         Q.  Why would anybody create a forgery on a

 8    doctor's note for your return to work?

 9         A.  (In English:)  I don't want to speculate,

10    but that is a question for ByteDance.              15:46

11              They forged my signatures on the ECIAA and

12    several other documents, including the --

13    including the option -- option agreement, side

14    letter to the patent assignment agreement, W-4,

15    I-9.  That's on top of my mind.                    15:46

16              So that's a good question for ByteDance,

17    why they forge the signatures.

18              And on top of that, I show those

19    signatures to a random people on the street.  They

20    believe that those signatures are from the same    15:46

21    person who forged the signature.

22              MR. THOMPSON:  All right.  Move to strike

23    as nonresponsive.

24    BY MR. THOMPSON:

25         Q.  You told me that you wrote a note to your  15:47
```

Page 95

1    HR manager for your return to work from some

2    illness; correct?

3         A.  (In English:)  I don't get the question.

4         Q.  Were you out sick prior to July 18, 2018?

5         A.  (In English:)  Yes, I -- I'm saying I        15:47

6    wrote a letter, but I'm not sure if this signature

7    is my signature on this document.

8         Q.  Do you remember signing -- strike that.

9              Do you remember writing this note?

10        A.  (In English:)  I remember I wrote this,     15:47

11   but I'm not sure if this signature is my

12   signature.

13        Q.  Do you remember signing this note?

14        A.  (In English:)  I remember I sign it, but

15   I'm not sure if this -- this signature is my        15:48

16   signature.  That's all I can say.

17        Q.  So you remember writing this very note,

18   but you don't remember signing it?

19        A.  (In English:)  No.  What I said is, I sign

20   it, but I'm not sure if this signature is my        15:48

21   signature.

22        Q.  Well, why wouldn't it be your signature?

23             MR. JUNG:  Argumentative.  Asked and

24   answered.

25             THE INTERPRETER:  (Interpreting.)          15:48

Page 96

```
 1                THE WITNESS:  I suspect this signature is
 2      forged, but I don't have anything else on top of
 3      what I already answered.
 4      BY MR. THOMPSON:
 5           Q.  Well, all right --                      15:49
 6           A.  (In English:)  I -- I --
 7           Q.  Hang on.  Let me ask you some -- I'm going
 8      to try to get to the bottom of this.
 9                Did you see a doctor while you were out
10      sick?                                            15:49
11                MR. JUNG:  What's the -- objection.
12      Relevance.
13                MR. THOMPSON:  Well, he's saying that this
14      is a forged document, and so it puts into question
15      the whole issue, doesn't it?                     15:49
16                THE INTERPRETER:  (Interpreting.)
17                THE WITNESS:  (In English:)  No, I am --
18                MR. JUNG:  Relevance and privacy.
19                THE WITNESS:  (In English:)  I did not --
20      I -- all I said is this one could be forged.  I  15:49
21      did not say this one is a hundred percent forged,
22      but I said I questioned this signature.  But I
23      acknowledge I did write the note.
24      BY MR. THOMPSON:
25           Q.  Okay.  Do you remember emailing this note  15:49
```

Page 97

1    to Ronnie Hua?

2         A.  (In English:)  Possible.

3         Q.  Okay.  So if we have this as a PDF to an

4    email from you to Ronnie, would you agree, then,

5    it's probably not forged?                          15:50

6         A.  (In English:)  Only if we can verify the

7    authen- -- I mean, it's a true, unaltered email.

8         Q.  So if we could verify the email address,

9    that would take care of it; right?

10        A.  (In English:)  No.  The email content    15:51

11   could be manipulated.

12        Q.  Wait, wait, wait.  Let's -- let's not

13   speculate here.

14        A.  (In English:)  I don't want to speculate.

15        Q.  Let me ask you a question.  Let me ask you 15:51

16   a question.

17             As of -- at the time that you would have

18   sent this email to Ronnie, your email was

19   roger@rogeryu.org?  Is that the email you were

20   using?                                             15:51

21        A.  (In English:)  I believe so.  But, again,

22   what I'm saying is not about the email address.

23   I'm saying the metadata -- the attachment could be

24   altered.  We cannot verify the true copy of the

25   email -- I mean, the true copy of the attachment   15:52

Page 98

1    to that email.

2        Q.  Unless there's metadata; right?

3        A.  (In English:)  Unless it's generally,

4    indeed, in the attachment.

5        Q.  Okay.  But you claim you were actually out 15:52

6    sick during this time?

7        A.  (In English:)  Yeah.

8        Q.  And everything in this email is true and

9    correct?

10         MR. JUNG:  Vague as to "email."  Overbroad 15:52

11    as to "true and correct."

12  BY MR. THOMPSON:

13        Q.  Go ahead.

14        A.  (In English:)  This question is not about

15    formation of the document.  This question is about  15:52

16    the underlying case.  So...

17         MR. JUNG:  Relevance.

18         THE WITNESS:  (In English:)  Not relevant.

19  BY MR. THOMPSON:

20        Q.  Well, if you're saying it might be     15:52

21    forged...

22         Did you see an actual doctor when you were

23    out sick?

24         MR. JUNG:  Relevance.

25         MR. THOMPSON:  He's saying it's a forged   15:53

Page 99

```
 1   email.
 2          THE WITNESS:  (In English:)  No.
 3          MR. JUNG:  That's not what he said.
 4          THE WITNESS:  (In English:)  No.
 5          MR. JUNG:  And it's -- and this has      15:53
 6   nothing to do with the under- -- this has to do
 7   with the underlying case, not the case in front of
 8   us.
 9          THE WITNESS:  (In English:)  What I'm --
10   let me -- let me clarify.                        15:53
11          This piece, everything except this email I
12   think, is likely genuine.  I'm just saying this
13   piece, the signature, may not be mine.  That's all
14   I claim.  I don't have any question on the other
15   part.                                            15:53
16          MR. THOMPSON:  Okay.
17          Let's go to 13.
18          (Whereupon, Defendant's Exhibit 13 was
19          marked for identification.)
20   BY MR. THOMPSON:                                 15:54
21      Q.  Okay.  Exhibit Number 13 is a Grant
22   date -- Deed dated July 28, 2017.  Have you seen
23   this before?
24      A.  (In English:)  I believe so.
25      Q.  Okay.  Is that your signature under -- or  15:54
```

Page 100

1    above the signature block "Yintao Yu"?

2         A.  (In English:)  It appears so.

3         Q.  Okay.  Then on the second page, where

4    there's a notary acknowledgment, is any of that

5    handwriting on that page yours?                    15:55

6         A.  (In English:)  The question?

7         Q.  Any of the handwriting on the second page

8    yours?

9         A.  (In English:)  I don't think so.

10        Q.  Okay.                                     15:55

11             MR. THOMPSON:  What are we at?  15?  14.

12             (Whereupon, Defendant's Exhibit 14 was

13             marked for identification.)

14   BY MR. THOMPSON:

15        Q.  Okay.  14 is a Grant Deed dated 7/31/2017. 15:56

16   Do you recognize this document?

17        A.  (In English:)  It appears so.

18        Q.  Do you recognize your signature on the

19   first page?

20        A.  (In English:)  It appears so.          15:56

21        Q.  Does it appear twice on the page?

22        A.  (In English:)  It appears so.

23        Q.  Okay.  And on the second page, is any of

24   that handwriting yours?

25        A.  (In English:)  I don't think so.        15:56

Page 101

1           Q.   Okay.

2                MR. THOMPSON:   15, please.

3                (Whereupon, Defendant's Exhibit 15 was

4                marked for identification.)

5    BY MR. THOMPSON:                                    15:57

6           Q.   Exhibit 15 is a Grant Deed dated 8/2/2017.

7    Do you recognize this document?

8           A.   (In English:)   It appears so.

9           Q.   And is that your signature on the first

10   page of Exhibit 15?                                 15:57

11          A.   (In English:)   It appears so.

12          Q.   Now, there is a person identified on the

13   front of this document granting -- excuse me.

14               It reads (as read):

15                    "For a valuable consideration,      15:57

16               receipt of which is acknowledged, Yintao

17               Yu, a single man, hereby grants to Harry

18               Yu, trustee of The 37591 Third Street

19               Trust, dated July 28, 2017."

20               Who is Harry Yu?                         15:58

21               THE INTERPRETER:   (Interpreting.)

22               Counsel, where is it that you just read on

23   page 1?

24               MR. JUNG:   Counsel?

25   BY MR. THOMPSON:                                    15:58

                                        Page 102

```
 1          Q.  Yeah, who is Harry?

 2              THE INTERPRETER:  Where did you just read?

 3      Where -- because I have to translate it.

 4              MR. THOMPSON:  Oh, oh.  Right here in the

 5      middle.                                              15:58

 6              THE INTERPRETER:  Okay.  (As read):

 7                  "For a valuable consideration" --

 8              MR. THOMPSON:  Yeah.

 9              THE INTERPRETER:  -- starting from there?

10              MR. THOMPSON:  Yeah, yeah.                   15:59

11              THE INTERPRETER:  (Interpreting.)

12              THE WITNESS:  (In English:)  What's the

13      question?

14      BY MR. THOMPSON:

15          Q.  Yeah, who is Harry Yu?                       15:59

16          A.  (In English:)  It's a family member.

17          Q.  Okay.  Is it a brother?  Father?

18          A.  (In English:)  Privacy.

19          Q.  Does Harry live in California?

20          A.  (In English:)  Privacy.                      16:00

21              MR. THOMPSON:  Are you objecting, Counsel?

22              MR. JUNG:  I haven't given you an

23      objection.

24      BY MR. THOMPSON:

25          Q.  Okay.  Sir, I'm entitled to know who the     16:00
```

Page 103

```
 1    identity of this person is unless your counsel
 2    instructs you not to answer the question.
 3              Who's Harry Yu?
 4              MR. JUNG:  Well, I do have an objection on
 5    relevance and privacy.                              16:00
 6              THE INTERPRETER:  (Interpreting.)
 7              MR. THOMPSON:  Well, I don't know who
 8    Harry is or --
 9              Don't translate.  Let me just talk to
10    Charles for a moment.                               16:00
11              -- or if Harry could have information
12    about this case.  He could be his twin brother,
13    for all I know, and they could be chatting about
14    BDI and anything else.  It's discovery.  I mean,
15    why am I not entitled to know who he is?            16:01
16              MR. JUNG:  Well --
17              THE WITNESS:  (In English:)  Speculation.
18              MR. JUNG:  -- even in discovery, there has
19    to be some relationship to the claims and
20    defenses.  That's what the relevance test is        16:01
21    about.
22              And if it helps you, I can find out
23    whether this is -- they were, as you say, twin
24    brothers who were chatting about BDI.
25              Or you could ask that question, you know:  16:01
```

Page 104

1    "Did you speak with Harry Yu about BDI?"

2              MR. THOMPSON:  Well, I'm not even sure

3    Harry is a real person.  So can we start with

4    that?

5              THE INTERPRETER:  (Interpreting.)        16:01

6              THE WITNESS:  (In English:)  Of course.

7    BY MR. THOMPSON:

8         Q.  And where does Harry live?  Is he in the

9    State of California?

10        A.  (In English:)  Privacy.  Not relevant to   16:02

11    the case.

12        Q.  Well, you don't get to decide that.  The

13    Court decides that.

14              So you need to answer my question or bring

15    a motion.                                          16:02

16              MR. JUNG:  Relevance and privacy.

17              MR. THOMPSON:  Didn't you just lose that

18    motion this morning?

19              MR. JUNG:  What motion is that, Counsel?

20              MR. THOMPSON:  Well, you're obstructing   16:02

21    discovery again, Counsel.  I don't understand why

22    I can't have -- this could be entirely innocuous.

23    Who's Harry?

24              MR. JUNG:  I mean, why are you looking at

25    me?                                                16:02

                                             Page 105

```
 1              MR THOMPSON:  He might be a witness to the

 2    case.

 3              MR. JUNG:  Hold on a second.  Hold on a

 4    second.  So let me finish.

 5              So I'm entitled to give objections, which  16:02

 6    I stated.  I did not instruct him --

 7              MR. THOMPSON:  Okay.

 8              MR. JUNG:  -- not to answer.

 9              MR. THOMPSON:  Fair enough.  Fair enough.

10    I apologize.                                         16:03

11    BY MR. THOMPSON:

12        Q.  Who's Harry?

13              MR. JUNG:  Same objections.

14              THE WITNESS:  (In English:)  I don't have

15    any actual answer on top of the question I already   16:03

16    answered.

17              MR. THOMPSON:  Okay.  Just for the record,

18    we'll make a list of these obstructions and take

19    them to the judge and see what she has to say

20    about it.                                            16:03

21              THE INTERPRETER:  (Interpreting.)

22              MR. THOMPSON:  And we'll have the same

23    questions as to Ben Yu and Brian Yu.

24              THE INTERPRETER:  (Interpreting.)

25    BY MR. THOMPSON:                                     16:03
```

Page 106

1          Q.  Were you married in 2017?

2          A.  (In English:)  No.

3          Q.  Were you married in 2018?

4          A.  (In English:)  Yes.

5          Q.  To whom?                                    16:03

6          A.  (In English:)  Privacy.

7          Q.  What was your wife's name in 2018?

8          A.  (In English:)  You can't ask irrelevant

9      questions.

10         Q.  What was your wife's name in 2018?        16:04

11             MR. JUNG:  Relevance.

12             THE WITNESS:  (In English:)  It's

13     protected by California privacy law.

14     BY MR. THOMPSON:

15         Q.  What was your wife's name in 2018?        16:04

16         A.  (In English:)  That's my privacy.

17             MR. JUNG:  Relevance.

18     BY MR. THOMPSON:

19         Q.  Well, for the record, if you're married --

20         A.  (In English:)  This is a case about the   16:04

21     narrow issue of the formation of document.  You're

22     asking a bunch of...

23         Q.  And she might have information about that

24     if she was your wife, if she was there --

25         A.  (In English:)  I never talked --          16:04

Page 107

```
 1           Q.  -- if she was living with you --
 2           A.  (In English:)  I was never talking --
 3           Q.  -- during the time --
 4           A.  (In English:)  -- about this case --
 5           Q.  Don't talk over me.  Thank you.          16:04
 6               If you were married to someone, there's
 7      something called a spousal privilege that you may
 8      invoke, that your lawyer may very well invoke, but
 9      I'm entitled to know who your wife was in 2018.
10               MR. JUNG:  Hold on one second.  I'm going  16:05
11      to make a suggestion.  Keep going to your next
12      question.  I'll talk on the break relating to this
13      question.
14               But the other thing, please don't raise
15      your voice at my client.  That's not necessary.    16:05
16               MR. THOMPSON:  Please instruct your client
17      to answer my questions and not talk over me,
18      Counsel.
19               MR. JUNG:  Okay.  So why don't we take
20      that up on the break, and in the meantime, let's   16:05
21      continue.
22               MR. THOMPSON:  Fair enough.  I appreciate
23      it.
24               MR. GUZMAN:  We should take a break.
25      Let's take a break.                                16:05
```

Page 108

```
 1              MR. THOMPSON:  Let's take a break.

 2              MR. JUNG:  No, we don't need to take a

 3      break.  Let's please continue.

 4              MR. GUZMAN:  I would like to take a break.

 5              MR. THOMPSON:  We'll go off the record.    16:05

 6              THE INTERPRETER:  (Interpreting.)

 7              THE VIDEOGRAPHER:  The time is 4:05 p.m.,

 8      and we're off the record.

 9                  (Recess taken.)

10              THE VIDEOGRAPHER:  Time is 4:15 p.m., and  16:15

11      we are back on the record.

12      BY MR. THOMPSON:

13          Q.  All right.  The question pending was, who

14      was your wife?

15          A.  (In English:)  Y-i-n-a-n H-u-a-n-g.         16:16

16          Q.  And you are no longer married?

17          A.  (In English:)  No.

18          Q.  And when were you divorced?

19          A.  (In English:)  2018 or 2019.

20              MR. THOMPSON:  Now, Counsel, I'm just       16:17

21      going to make a record on these other folks, and

22      we can deal with it later.  Okay?

23      BY MR. THOMPSON:

24          Q.  Who is Brian Yu?

25          A.  (In English:)  I -- I don't have any more  16:17
```

Page 109

1   answer on top of my prior answer.  It's a family

2   member.

3        Q.  Okay.  And what is your specific

4   relationship with Brian Yu other than being a

5   family member?                                    16:17

6        A.  (In English:)  I don't have any -- I think

7   you're asking the question again.  It's a family

8   member.  That's my answer.

9        Q.  Okay.  Did you speak to Brian Yu between

10  2015 and 2018?                                     16:18

11       A.  (In English:)  Yes.

12       Q.  Where does Brian Yu live?

13       A.  (In English:)  Live in China.

14       Q.  Do you know if Brian Yu has ever seen you

15  sign anything or is a co-signatory to any          16:18

16  document?

17            MR. JUNG:  Compound.

18            THE WITNESS:  (In English:)  I don't

19  understand.  What is the last piece of the

20  question?                                          16:18

21  BY MR. THOMPSON:

22       Q.  Did Brian Yu ever co-sign a document with

23  you?

24       A.  (In English:)  Might be.  I don't -- I

25  don't recall.  I -- to my recollection, no.        16:19

                                        Page 110

```
 1          Q.  Who is Ben Yu?

 2          A.  (In English:)  Also a family member.  I

 3    don't have any to add to my prior answer.

 4          Q.  All right.  You will not identify him as a

 5    father, brother, uncle, any other relation?        16:19

 6          A.  (In English:)  No.

 7          Q.  Did you speak to Ben Yu from 2015 to 2018?

 8          A.  (In English:)  Yes.

 9          Q.  Where does Ben Yu live?

10          A.  (In English:)  Ben Yu, he primarily live   16:20

11    in China.

12          Q.  Do you have a contact for Ben Yu?

13          A.  (In English:)  Yes.

14          Q.  And what is that contact information?

15          A.  (In English:)  We call on Skype.           16:20

16          Q.  In 2023, was Ben Yu residing at 115

17    College Avenue in Mountain View?

18          A.  (In English:)  I don't -- I don't recall

19    when -- I don't recall when.

20          Q.  He has resided at 115 College Avenue in    16:21

21    Mountain View?

22          A.  (In English:)  Probably.

23          Q.  And was that his primary residence?

24          MR. JUNG:  Relevance.

25          But you can answer if you know.               16:21
```

Page 111

```
 1                THE INTERPRETER:  (Interpreting.)

 2                THE WITNESS:  (In English:)  I don't know.

 3       BY MR. THOMPSON:

 4            Q.  Who is Harry Yu?

 5            A.  (In English:)  You asked this question    16:22

 6       before.  He's a family member.

 7            Q.  Okay.  And will you identify him as a

 8       brother, uncle, father?

 9                MR. JUNG:  Relevance.

10                THE WITNESS:  (In English:)  No.           16:22

11       BY MR. THOMPSON:

12            Q.  Have you spoken to him between 2015 and

13       2018?

14            A.  (In English:)  Yeah, I talk to.

15            Q.  What is their last known -- excuse me.    16:22

16                Where does Harry Yu live?

17                MR. JUNG:  Relevance.

18                But you can answer if you know.

19                THE INTERPRETER:  (Interpreting.)

20                THE WITNESS:  (In English:)  In China.    16:22

21       BY MR. THOMPSON:

22            Q.  And do you have contact information on

23       Harry Yu?

24            A.  (In English:)  I contact Harry Yu by --

25       through Ben Yu.  So I don't have direct contact to  16:23
```

Page 112

```
 1    Harry Yu.

 2         Q.  Have you co-signed any documents with

 3    Harry?

 4         A.  (In English:)  To my memory, no.

 5         Q.  Have you co-signed any documents with Ben? 16:23

 6         A.  (In English:)  I don't recall.

 7         Q.  Were your parents alive from 2015 to 2018?

 8              MR. JUNG:  Relevance.

 9              THE WITNESS:  (In English:)  Yes.

10    BY MR. THOMPSON:                              16:24

11         Q.  Have you ever discussed this case or any

12    of the factors of this case with your parents at

13    any time since, say, 2017?

14         A.  (In English:)  Which case you are

15    referring to?                                 16:24

16         Q.  Your case against ByteDance.

17              MR. JUNG:  Vague.

18              But -- but you can answer as to this

19    particular case, this DJ action.

20              THE WITNESS:  (In English:)  Not to   16:24

21    this --

22              THE INTERPRETER:  (Interpreting.)

23              THE WITNESS:  (In English:)  Nothing about

24    this DJ action.

25    BY MR. THOMPSON:                              16:25
```

                                    Page 113

1          Q.  Have they ever co-signed any documents

2     with you?

3          A.  (In English:)  Probably in China.

4          Q.  They live in China?

5          A.  (In English:)  They live in China.        16:25

6              MR. THOMPSON:  All right.  Let's go to 16.

7              (Whereupon, Defendant's Exhibit 16 was

8              marked for identification.)

9     BY MR. THOMPSON:

10         Q.  Okay.  Exhibit Number 16 is a trustee       16:26

11    change dated 11/12/2020.  Do you recognize this

12    document?

13         A.  (In English:)  I -- it appears so.

14         Q.  Is this your signature on the first page

15    of the document?                                    16:26

16         A.  (In English:)  It appears so.

17         Q.  And on the second page, is any of that

18    writing yours?

19         A.  (In English:)  I don't think so.  I don't

20    think so.                                           16:27

21         Q.  And who is Yolanda Jin?

22         A.  (In English:)  A family member.

23         Q.  You're not married to her, are you?

24         A.  (In English:)  No.

25         Q.  What's your relation to Yolanda?            16:27

                                              Page 114

```
 1           A.  (In English:)  You kept -- it's a -- it's
 2      a family member.
 3           Q.  Has she co-signed any documents with
 4      you -- well, strike that.
 5               Has she co-signed any documents with you?  16:28
 6           A.  (In English:)  To my recollection, no.
 7           Q.  Okay.
 8               MR. THOMPSON:  Let's go to -- what are we
 9      at?  17?
10               (Whereupon, Defendant's Exhibit 17 was    16:28
11               marked for identification.)
12      BY MR. THOMPSON:
13           Q.  Exhibit 17 is a trust deed, and it's
14      initialed on multiple pages.  Are those your
15      initials?                                           16:28
16               MR. GUZMAN:  Can we pause?  Our realtime
17      stopped.
18               It went to a beautiful picture of your
19      family.
20               THE REPORTER:  Do you want to go off the
21      record for a second?
22               MR. JUNG:  Here, you can look at our
23      realtime at any time.  How's that?
24               THE INTERPRETER:  (Interpreting.)
25               THE VIDEOGRAPHER:  The time is 4:29 --
```

Page 115

1            MR. JUNG:  Can we just continue?

2            THE VIDEOGRAPHER:  Okay.  The time is

3     4:29 p.m., and we are back on the record.

4     BY MR. THOMPSON:

5        Q.  All right.  Do you recognize this Deed of   16:29

6     Trust?

7        A.  (In English:)  I'm looking at it.

8            It appears so.

9        Q.  Okay.  Is that your signature on the last

10    page?                                              16:30

11       A.  (In English:)  You said "last page"?

12       Q.  Appears to be page 20.  Top of the page.

13       A.  (In English:)  It appears so.

14       Q.  Okay.  And is any of the other writing on

15    this page in your handwriting?                     16:31

16       A.  (In English:)  I don't think so.

17       Q.  And are the initials YY on every page --

18    are those yours?

19       A.  (In English:)  I'm looking at them.

20            It appears so.                             16:31

21            MR. THOMPSON:  Let's go to Exhibit 18.

22            (Whereupon, Defendant's Exhibit 18 was

23            marked for identification.)

24    BY MR. THOMPSON:

25       Q.  Exhibit 18 is a rate rider dated 1/6/2020. 16:32

                                           Page 116

```
 1     And my question is:  Just go to the last page and

 2     tell me if that's your signature.

 3          A.  (In English:)  It appears so.

 4          Q.  Very good.

 5              MR. THOMPSON:  Exhibit 19.                16:32

 6              (Whereupon, Defendant's Exhibit 19 was

 7              marked for identification.)

 8     BY MR. THOMPSON:

 9          Q.  Exhibit Number 19 is an Inter Vivos Trust

10     dated 1/6/2020.  If you look at the second page,    16:32

11     it appears that there are two signatures.  Are

12     those yours?

13          A.  (In English:)  Second page?

14              It appears so -- they appear so.

15          Q.  All right.                                 16:33

16              MR. THOMPSON:  Let's go to Exhibit

17     Number 20.

18              (Whereupon, Defendant's Exhibit 20 was

19              marked for identification.)

20     BY MR. THOMPSON:                                    16:33

21          Q.  Exhibit Number 20 is a trustee change

22     dated 1/9/2023.  On the first page of that, is

23     that your signature?

24          A.  (In English:)  This is not my signature.

25          Q.  The other signature that appears on this   16:34
```

Page 117

```
 1    document is from Ben Yu.  Is that your
 2    signature -- excuse me.  Strike that.
 3              On the first page, there's a signature for
 4    Ben Yu.  Do you recognize that as Ben Yu's
 5    signature?                                      16:34
 6         A.  (In English:)  I don't know.
 7         Q.  Do you recall seeing this document, the
 8    Affidavit of Change of Trustee?
 9         A.  (In English:)  I don't recall.
10         Q.  On the second page, there's some writing.  16:35
11    Do you identify any of that writing as yours?
12         A.  (In English:)  I don't think so, no.
13         Q.  The signature on page 1 as "Y. Roger Yu,"
14    do you believe that's a forgery of your signature?
15         A.  (In English:)  I don't want to speculate.  16:35
16         Q.  Do you have any idea as to who might have
17    affixed a signature above the line "Yintao Yu"?
18         A.  (In English:)  I don't want to speculate.
19         Q.  Did you ever discuss Ben Yu -- with Ben Yu
20    executing an Affidavit for a Change of Trustee?    16:36
21         A.  (In English:)  No.
22         Q.  And you've never seen this document
23    before?
24         A.  (In English:)  That was in Mohammed's
25    declaration that I seen.                          16:36
```

Page 118

```
 1              (Via Interpreter:)  That was in Mohammed's
 2    declaration.
 3         Q.  Oh, you saw it because it was in the
 4    expert's declaration?  Is that what you said?
 5         A.  (In English:)  I think so.              16:37
 6         Q.  All right.  So if somebody signed "Y.
 7    Roger Yu" on this document, dated 1/11/2023, that
 8    was recorded in Santa Clara County, that person
 9    was not you; correct?
10         A.  (In English:)  No.                      16:37
11         Q.  That is correct?
12         A.  (In English:)  That is correct.
13              MR. THOMPSON:  Let's go to Number 21.
14              (Whereupon, Defendant's Exhibit 21 was
15              marked for identification.)            16:38
16    BY MR. THOMPSON:
17         Q.  All right.  Exhibit Number 21 is a
18    Verified Complaint dated 9/5/2023.  If you turn to
19    the last page of that document, page 7, is that
20    your signature?                                  16:38
21         A.  (In English:)  This is my signature.
22         Q.  Okay.  And you did, in fact, read the
23    Complaint for Declaratory and Injunctive Relief
24    before you signed it?
25         A.  (In English:)  I did.                   16:38
```

Page 119

```
 1              THE INTERPRETER:  (Interpreting.)
 2              THE WITNESS:  (In English:)  Of course, I
 3     did.
 4     BY MR. THOMPSON:
 5         Q.  And you have knowledge of the facts       16:38
 6     alleged in this Complaint and believe them to be
 7     true; correct?
 8         A.  (In English:)  Correct.
 9         Q.  All right.  How did you first learn about
10     the position at ByteDance?                        16:39
11         A.  (In English:)  Can you elaborate?  I
12     don't -- I don't get your question.
13         Q.  Sure.  I'm starting off at the very
14     beginning.  Somehow you found out about a job at
15     ByteDance; correct?                               16:39
16         A.  (In English:)  So it's not -- it's not
17     like they had a job posting, find it.  That's not
18     the way, I think, what you think.
19              So it's a way that -- I think I had a
20     dinner with ByteDance -- not dinner.  It's -- it's  16:40
21     a lunch.  I had a lunch with ByteDance, Yiming
22     Zhang, in early 2017.
23              THE INTERPRETER:  (Interpreting.)
24              THE WITNESS:  (In English:)  Y-i-m-i-n-g.
25     Z-h-a-n-g is his last name.                       16:40
```

Page 120

```
 1              Again, it's Y-i-m-i-n-g.  M, as in Mary.
 2    BY MR. THOMPSON:
 3         Q.  And give me a little more context for
 4    that.  How did that happen?
 5         A.  (In English:)  He told me he is visiting    16:41
 6    California, and then he want to catch up.  He want
 7    to meet several people, and I was one of the
 8    people he planned to meet during the trip to
 9    California.
10         Q.  How did you know him?                        16:41
11         A.  (In English:)  I knew him -- that was a
12    few years earlier.  He was -- he and his company
13    ByteDance, and together with some colleagues at
14    Facebook, we had a dinner with him when he visit
15    California.                                           16:42
16         Q.  Was that when you were working at
17    Facebook?
18         A.  (In English:)  Yes.
19         Q.  So he reached out to you in early 2017 and
20    asked you to lunch?                                   16:42
21         A.  (In English:)  He said he wanted to catch
22    up.  He didn't -- I -- and then later, he proposed
23    the lunch, yeah.  I think that's what he said.
24    Initially, he just saying it's -- was saying
25    "catch up."                                           16:42
```

Page 121

1          Q.   What did you talk about at lunch?

2          A.   (In English:)  He said the company was

3     growing well, they have saw new directions on

4     videos, and then they want a talent like me.

5          Q.   Where did the lunch take place?          16:43

6          A.   (In English:)  The lunch took place in the

7     restaurant called Peking Duck House in Palo Alto.

8     Peking Duck House.  Peking is P-e-k-i-n-g.  It's

9     like Beijing, but it's a different spelling of

10    Beijing.  Peking Duck House.  They -- they -- the   16:43

11    restaurant is no longer called Peking Duck House

12    now, but it's on California Avenue in Palo Alto.

13             THE INTERPRETER:  P-e-k-i-n-g?

14             THE WITNESS:  (In English:)  Yeah, yeah,

15    P-e-k-i-n-g.                                        16:44

16    BY MR. THOMPSON:

17         Q.   Was there anyone else --

18         A.   (In English:)  No.  Just me and him.

19         Q.   Okay.  How long did the lunch last?

20         A.   (In English:)  It was -- he was late to    16:44

21    the lunch.  He was late for a long time, like --

22    maybe, like, an hour or close to an hour.  He

23    was -- he explained that he is not familiar with

24    here and that he was calling Uber.

25             And so I think the lunch itself lasted    16:45

Page 122

```
 1    for, like, between two -- two, three hours.  So
 2    when we finished the lunch, it's pretty late.
 3        Q.  And what detail did he go into about the
 4    company?
 5        A.  (In English:)  He was saying they -- they  16:45
 6    had some existing products, the -- the products
 7    were going well.
 8            But he's very excited about the new
 9    developments.  He was saying that the form --
10    camera is became more and more powerful, and that  16:46
11    it's getting to a tipping point that, like,
12    everybody can create a videos -- create a good
13    videos and that it's a huge opportunity to have --
14    a good opportunity to developing video products, I
15    would say, video -- video products.               16:46
16            And he also explain why the existing video
17    platform, like YouTube, is long form.  What he
18    envisioned is different, it's a short form, and
19    then how -- how he saw a tremendous opportunity
20    for short-form video.                             16:46
21        Q.  What role was he soliciting you to do?
22        A.  (In English:)  He was saying the person in
23    charge of the globalization.
24        Q.  I don't understand your response.  I'm
25    sorry.  So was he asking you to join BDI?         16:47
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

 1          A.   (In English:)  Yes.
 2          Q.   And the role was the person in charge of
 3     globalization?  That's what he was asking you to
 4     do?
 5          A.   (In English:)  So he was saying they        16:48
 6     already have a video product in China, but they
 7     also have a separate product which is for the
 8     audience out of China, and he want me to be in
 9     charge of that product.
10          Q.   Did he have a name for it?                  16:48
11          A.   (In English:)  He didn't say the specific
12     name of the products during that lunch.  He's just
13     saying, "We're going to have a -- a product --
14     several products for the global market, and then I
15     want you to be in charge of the globalization or    16:48
16     internal- -- internalization of the video -- the
17     short-form video."
18          Q.   Did he talk to you about the Flipagram
19     product?
20          A.   (In English:)  First of all, I don't know  16:49
21     when -- I don't think they have it completed --
22     I -- I don't think so.  I'm not sure if they
23     already acquire Flipagram when he had lunch with
24     me.  Flip one was something mentioned later, I
25     think.                                               16:49

                                              Page 124

1       Q.  So during your meeting, Flipagram didn't

2    come up?

3       A.  (In English:)  He was heavily talking

4    about Vine, the product which was developed by

5    Twitter, which is, like, a few-seconds videos.  I    16:50

6    think at that time, the Vine was shut down, but he

7    was heavily talking about the Vine, and he wanted

8    to build something similar to Vine but slightly

9    longer.

10      Q.  What's the Vine?                              16:50

11      A.  (In English:)  Vine.  V-I-N-E.  Vine.

12      Q.  Okay.  So after your lunch, where did you

13   leave it?  What was the next step?

14      A.  (In English:)  What do you mean by "next

15   step"?                                               16:51

16      Q.  What was the conclusion at the end of your

17   lunch?

18      A.  (In English:)  We didn't have any

19   conclusion.  It was just a lunch.  He was

20   persuading me to join the company.                   16:51

21      Q.  Okay.  And did he ask you to follow up

22   with anyone in HR or meet other people, come to

23   any meetings?  What was the next step?

24      A.  (In English:)  Yes.  He looped me with

25   someone.  Her name is Jinmei Xiao, J-i-n-m-e-i       16:51

Page 125

```
1      X-i-a-o.  And then Wei Hua, which is W-e-i H-u-a.

2      I think he go by Ronnie, Wei "Ronnie" Hua.  Wei,

3      W-e-i, H-u-a.  Hua is H-u-a.  And then his English

4      name is Ronnie, R-o-n-n-i-e.

5             MR. JUNG:  And let me help out here a      16:52

6      little bit.  Were you saying "looped," as in

7      "looped in," or "looked"?

8             THE WITNESS:  I think he created, like,

9      a --

10            MR. JUNG:  No, no.  No, no.  What you just 16:52

11     said.  Did you say "looped"?

12            THE INTERPRETER:  (Interpreting.)

13            THE WITNESS:  Loop.  Loop.  Loop.

14     BY MR. THOMPSON:

15        Q.  Were meetings then set with Jinmei and     16:53

16     Ronnie?

17        A.  (In English:)  No.  Is your question right

18     after the lunch?  Like, what kind of meeting

19     you're talking about?

20        Q.  I'm just trying to get the story of the     16:53

21     beginning of your contact with the company.  So I

22     understand you had lunch.  And then you just told

23     me that he told you to follow up with Jinmei and

24     Ronnie.

25            Did you?  What happened next?              16:53
```

                                                    Page 126

1          A.  (In English:)  I won't call it's a

2    meeting.  It's just phone calls.  He asked me to

3    talk with Jinmei and Wei Hua.

4          Q.  Did you do that?

5          A.  (In English:)  So I actually know Jinmei    16:54

6    before 2017, so -- so I already had a contact with

7    Jinmei before that.  He just tell Jinmei to follow

8    up with me.  And then I think Jinmei also added

9    Wei Hua.

10          So I had contact with -- I have contact    16:54

11    mastered with Jinmei even before meeting with

12    Yiming Zhang, that lunch.  And then he basically

13    tell me he will tell Jinmei to follow up.

14          And then Jinmei did follow up.  Jinmei,

15    like, message me and then call me.  And then    16:54

16    Jinmei introduced Wei Hua to me.

17          Q.  Did you talk to any other BDI employees

18    other than the three that you have just mentioned

19    prior to accepting a position with them?

20          A.  (In English:)  Yes.  I -- when I was on a    16:55

21    trip in 2015 -- I think it's 2015, somewhere of

22    2015 -- anyway, I don't want -- it should be

23    somewhere 2015, but for sure, it should be 2015.

24          I was on a trip to China, and then Yiming

25    Zhang invited me to give a talk to their team.    16:56

Page 127

```
 1    So -- yeah, his team.  He was in a -- he was in a
 2    small office space and asked me to give then a
 3    talk on -- on technology, on...
 4            And there were 20-ish people attending
 5    that meet-up, I would say.  Yiming Zhang were        16:56
 6    there.  There were a bunch of early employees at
 7    ByteDance.  I don't know how many people they got
 8    back then.  For sure, not a huge team.  But there
 9    was 20 people there.  So I met, like, 20 -- 20 of
10    them, including Yiming Zhang.                        16:57
11        Q.  Okay.  So you gave the talk, and then what
12    happened after that?
13        A.  (In English:)  Nothing happened.  I mean,
14    nothing happened with ByteDance.
15        Q.  Did you go through some interview process,  16:57
16    where you had to come in and interview with
17    people?
18        A.  (In English:)  You mean after the talk?
19        Q.  Uh-huh.
20        A.  (In English:)  No.  I -- no interview.  I   16:57
21    just give them the talk as a -- as a courtesy.
22        Q.  All right.  So at some point here, you got
23    into some negotiations for a job; correct?
24        A.  (In English:)  Yes.
25        Q.  And approximately when did that occur?       16:58
```

Page 128

1      A.  (In English:)  April, maybe -- maybe

2   starting March, but, like, for sure, April, I

3   think.

4      Q.  April of 20- --

5      A.  (In English:)  '17.                        16:58

6      Q.  '17.

7          And who was involved in the negotiations

8   for the job?  You and who on the other side?

9      A.  (In English:)  Ronnie Hua, Wei Hua,

10  Ronnie, and Jinmei Xiao.                           16:59

11     Q.  What was the negotiation for you to do?

12  What did the job -- what was it forming up as at

13  the very beginning?  Do you understand my

14  question?

15     A.  (In English:)  I don't -- I don't get your 16:59

16  question.  Can you clarify?  Like...

17     Q.  Yeah.  What did you think you were

18  interviewing for?  What position?

19     A.  (In English:)  So there was a phone call

20  with -- there's several follow-up calls with       17:00

21  Yiming Zhang.

22          And one of the phone calls, Yiming

23  Zhang -- which is a recording I produced -- is --

24  he was saying, on the short -- short-form video

25  side, they had three people -- they have existing  17:00

Page 129

```
 1    three leaders.
 2            Each leader, their name is Nan Zhang.
 3    N-a-n Z-h-a-n-g.  It's her, Nan Zhang.  The second
 4    person is Wenjie Zhu, W-e-n-j-i-e Z-h-u.  And the
 5    third person is Han Li (sic), H-a-n L-i.            17:00
 6            He wanted me to join as the fourth person
 7    and in charge of globalization, internalization.
 8            So that's their -- it's called their IES
 9    department.  So there are three leaders in the IES
10    department, and they -- he want me to join as the    17:01
11    fourth leader in the IES department.  That's what
12    he told me.
13        Q.  Ronnie told you?
14        A.  (In English:)  Yiming Zhang.
15            Yiming Zhang.                                17:01
16        Q.  Okay.  Now, you just told us you recorded
17    that conversation; correct?
18        A.  (In English:)  Yes.
19        Q.  And did Jinmei know that you were
20    recording that call?                                17:02
21            Yiming.  I'm sorry.  Yiming.
22        A.  (In English:)  I'm not sure.
23        Q.  And why did you record the call?
24        A.  (In English:)  Two reasons.
25            One, for my own recollection.               17:02
```

Page 130

1            Second, I want to taking some notes, like,

2    just -- I -- because he was talking about a ton of

3    things.  I think it's going to be helpful for me

4    to better understand the role.

5        Q.  Did you announce to anyone on the call      17:02

6    that you were recording it?

7            THE INTERPRETER:  I'm sorry, Counsel.

8    BY MR. THOMPSON:

9        Q.  Did you announce to anyone on the call

10   that you were recording it?                         17:02

11       A.  (In English:)  I do not recall.

12       Q.  Did you record any other calls with

13   ByteDance employees during the time that you were

14   there or after?

15       A.  (In English:)  I -- I believe so.           17:03

16       Q.  And do you have copies of all those

17   recorded calls?

18       A.  (In English:)  The -- the only one that I

19   still have is the Yiming Zhang.

20       Q.  What happened to the other ones?            17:03

21       A.  (In English:)  I couldn't find them.

22       Q.  What were you recording on?  Cell phone or

23   computer?  Zoom?

24       A.  (In English:)  Cell phone.

25       Q.  Do you still have that same cell phone?     17:04

                                        Page 131

1        A.  (In English:)  No.

2        Q.  What happened to it?

3        A.  (In English:)  It's a pretty old phone.  I

4    discard it.

5        Q.  What kind of phone was it?                    17:04

6        A.  (In English:)  I don't recall exactly the

7    model of the phone.

8        Q.  Was it an iPhone or something else?

9        A.  (In English:)  I don't want to speculate.

10       Q.  Okay.  And the phone got old.  You got rid 17:05

11   of it.  You traded it in?  What happened?

12       A.  (In English:)  I think I sold it.

13       Q.  What year did you sell it?

14       A.  (In English:)  2017.

15       Q.  When in 2017?                                 17:05

16       A.  (In English:)  I think it was in either

17   July or August, because the -- the ByteDance told

18   me to fly to -- fly to Beijing, and then I sold

19   the phone.  I don't want to -- I don't want to use

20   the phone, so I sold it before I go to Beijing,    17:06

21   before I went to Beijing.

22       Q.  You got a new phone then?

23       A.  (In English:)  I won't say it's new.

24   It's -- I had another phone.  And when I was

25   negotiation with them, in early 2017, I was using  17:06

Page 132

```
 1    the phone, the old phone, which you're asking
 2    about.  And then later on, I -- I started using a
 3    different phone.  So there was a period of
 4    overlap.  Like, I -- I was using two phones.
 5          Q.  Did you record calls on the second phone?  17:06
 6          A.  (In English:)  No, I didn't.
 7          Q.  Have you ever recorded calls with any
 8    other phone other than the phone that you got rid
 9    of?
10          A.  (In English:)  Not to my recollection.     17:07
11          Q.  Did you ever record any BDI employees on
12    any other device?
13          A.  (In English:)  No, I don't think so.
14          Q.  Approximately how many recordings did you
15    have of BDI employees?                                17:07
16          A.  (In English:)  Maybe -- first of all, I
17    don't want to speculate.
18              Second of all, it's more than two, but
19    not -- not a large number.  Like, below ten.  I
20    will say probably below five.  I don't recall       17:08
21    exactly.
22              And, also, I want to clarify that the
23    reason -- those recordings about the offer
24    negotiations, and they were going back and forth.
25    So they were, like, they honor something earlier,   17:08
```

Page 133

1    and then they would change their mind back and

2    forth.  So it was really annoying, so I started

3    recording the offer negotiations.

4         Q.  Okay.  And you didn't store those

5    recordings on any kind of a thumb drive or a         17:08

6    memory stick or anything like that?

7         A.  (In English:)  No.

8         Q.  And why didn't you try to preserve those

9    recordings?

10        A.  (In English:)  Because -- can            17:09

11   you repeat -- can you repeat your question?

12        Q.  Sure.

13             Why didn't you try to preserve those

14   recordings?

15             THE WITNESS:  (In English to Interpreter:) 17:09

16   He said "did" or "didn't"?

17             THE INTERPRETER:  Counsel, you did say

18   "didn't," but then the second time, you said, "Why

19   did you want to" --

20             MR. THOMPSON:  No, I didn't.  But that's  17:09

21   okay.

22             THE INTERPRETER:  Well, that's what I

23   heard.

24             MR. THOMPSON:  Okay.

25             THE INTERPRETER:  Sorry.               17:09

                                          Page 134

```
 1              MR. THOMPSON:  That's fine.

 2     BY MR. THOMPSON:

 3         Q.  Why did you not try to preserve the

 4     recordings?

 5         A.  (In English:)  I saved a few.  I saved a   17:10

 6     few.  I didn't say I didn't save.  I saved a few.

 7         Q.  And did you produce those to your lawyers?

 8         A.  (In English:)  The only one that I -- I

 9     still have is the Yiming Zhang's.

10         Q.  Well, what happened to the other ones?     17:10

11     You said you saved a few.

12         A.  (In English:)  Yeah, I saved a few, but

13     I -- I couldn't find the rest.  The only one that

14     I still have is Yiming Zhang's recording.

15         Q.  When did you look for the rest of them?    17:11

16         A.  (In English:)  When you -- when you served

17     me the production, I went to search for those, and

18     then the only one that I had was Yiming Zhang's.

19         Q.  Where were you storing the other versions

20     of the recording -- or strike that.               17:11

21              Where were you storing the recordings?

22         A.  (In English:)  I store in a portable hard

23     drive.

24         Q.  What happened to the portable hard drive?

25         A.  (In English:)  I -- I couldn't locate the  17:11
```

Page 135

1    hard -- the portable hard drive.

2        Q.  Did you have -- strike that.

3            Where is the last place that you stored

4    the portable hard drive that you can recall?

5        A.  (In English:)  I recall I saw that          17:12

6    portable hard drive when I did the -- I think it's

7    probably after pandemic or before the pandemic.

8        Q.  So that would have been 2019, 2020,

9    something like that?

10       A.  (In English:)  Yeah, it's about -- about    17:13

11   the pandemic started.  So it's, like, '19 or '20.

12       Q.  And where did you have it then?  Was it

13   somewhere in one of your houses in California or

14   in China?  Where was it?

15       A.  (In English:)  In -- in -- in U.S.          17:13

16       Q.  Where was it in the U.S.?  What was its

17   physical location?

18       A.  (In English:)  I didn't recall.

19       Q.  U.S. is a big place.  Can you give me

20   somewhere a little bit more specific?              17:13

21       A.  (In English:)  I -- I didn't -- I didn't

22   recall.  It's in California, for sure, but I

23   didn't recall where it is.

24       Q.  Still a very big state.  Would it have

25   been in one of your homes or one of your rentals?  17:14

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1          A.  (In English:)  I -- I didn't recall.  It
 2     was long time ago.
 3          Q.  By 2019, you knew you had a claim against
 4     BDI; right?
 5          A.  (In English:)  I won't say that.  That --   17:14
 6     that is not accurate.  I -- I anticipate I -- I
 7     anticipate there's going to be some dispute, but I
 8     did not anticipate I going to sue by ByteDance at
 9     that time because I anticipate that they going
10     to...                                               17:15
11          So here's -- here's what I think.  Hold
12     on.
13          I file a complaint to the Fair Housing
14     Equal -- FD -- DFHE, the Fair Housing --
15          Q.  DFEH?                                      17:15
16          A.  (In English:)  Yeah, DFEH.
17          At that time, I had a counsel.  And that
18     counsel -- yeah, I cannot disclose the privileged
19     information.
20          But all I can say is I did not anticipate  17:15
21     a lawsuit.
22          Put it this way:  I was told such dispute
23     could be resolved via mediation.
24          Q.  So you had the hard drive, the portable
25     hard drive, you think, around 2019?  I think you   17:16
```

Page 137

1     still knew where it was.  Right?

2          A.  (In English:)  What's that?

3              THE INTERPRETER:  (Interpreting.)

4              THE WITNESS:  (In English:)  No, I -- I

5     don't recall.  I just recall I seen it.  I don't    17:16

6     recall where it is.  I recall I seen it.  I don't

7     remember where it was.

8              MR. THOMPSON:  Okay.  All right.  Let's

9     move on.

10             Why don't you give me Exhibit Number 22.    17:16

11             (Whereupon, Defendant's Exhibit 22 was

12             marked for identification.)

13    BY MR. THOMPSON:

14         Q.  All right.  Have you seen this document

15    before?                                             17:17

16         A.  (In English:)  It appears so.

17         Q.  Okay.  And can you tell me what it is?

18         A.  (In English:)  I'm looking at it.

19             It's a -- it's more than one document.

20         Q.  So my first question is:  Were you using   17:19

21    the email roger@tank -- t-a-n-k -- x.com to

22    communicate with BDI in June of 2017?

23         A.  (In English:)  Yes, I believe so.

24         Q.  And you still had access to that email at

25    that point in time; correct?                        17:19

                                             Page 138

1        A.  (In English:)  At that time, yes.

2        Q.  Okay.  Did anybody else have access to

3    that email?

4        A.  (In English:)  I don't think so.

5        Q.  And do you recall sending and receiving    17:20

6    this email?

7        A.  (In English:)  Yes, I did.

8        Q.  And do you recall sending and receiving

9    the documents to the email?

10       A.  (In English:)  Yes, I did.                   17:20

11           MR. THOMPSON:  All right.  Let's move on

12   to Exhibit Number 23.

13           (Whereupon, Defendant's Exhibit 23 was

14           marked for identification.)

15   BY MR. THOMPSON:                                     17:21

16       Q.  Take a moment.  Just tell me if you have

17   seen this document before.

18       A.  (In English:)  It appears so.

19       Q.  Okay.  And this email is from you to

20   Jinmei dated June 8, 2017, is that right?           17:22

21       A.  (In English:)  Yes.  What's the time zone

22   on -- on the -- on the time there?

23       Q.  The time seems to be 6:28.

24           MR. JUNG:  No, the time zone is what he's

25   asking.                                             17:22

Page 139

 1                    THE WITNESS:  (In English:)  I mean time

 2      zone.

 3                    MR. THOMPSON:  Oh.  No idea.  I'm sorry.

 4                    MR. GUZMAN:  I can make a representation

 5      on time zone.  It will bounce back and forth,        17:23

 6      depending where the people are at.  But to the

 7      extent -- it can jump -- the time zones can jump

 8      back and forth and will jump according to who is

 9      sending the email.

10                    So at least for the chains below the    17:23

11      first, it will say "GMT" below it.  That is the

12      time zone for that.

13                    THE WITNESS:  (In English:)  So what's the

14      time zone for this email?

15                    MR. GUZMAN:  I don't think it's reflected  17:23

16      on your -- on the header.

17      BY MR. THOMPSON:

18          Q.  So this email -- the purpose of this was

19      to send these documents that you had signed and

20      have them countersigned; is that correct?           17:23

21          A.  (In English:)  Can you -- can you repeat

22      your question?

23          Q.  Sure.

24          A.  (In English:)  I don't understand your

25      question.                                           17:23

                                              Page 140

```
 1           Q.  Let me ask it open-ended.
 2                What was your understanding of the purpose
 3      of this email?
 4           A.  (In English:)  The purpose was sending the
 5      signed documents to them.                           17:24
 6           Q.  Okay.  So on page BDI_000966, that is your
 7      true and correct signature, yes?
 8           A.  (In English:)  It appears so.
 9           Q.  Okay.  And, likewise, on BDI_000969, that
10      is your true and correct signature?                 17:24
11           A.  (In English:)  It appears so.
12           Q.  And on BDI_000973, is that your true and
13      correct signature?
14           A.  (In English:)  It appears so.
15           Q.  On BDI_000969, turn to that, please.       17:25
16                What was Cyprus Foundation Limited?
17           A.  (In English:)  Which page?
18           Q.  968.
19           A.  (In English:)  You were telling me 969.
20           Q.  I'm sorry.                                 17:26
21           A.  (In English:)  What's your question again?
22           Q.  What was Cyprus Fountain Limited?
23           A.  (In English:)  It's a BDI entity.
24           Q.  Was it your company?
25           A.  (In English:)  It's a -- I think I -- I    17:26
```

Page 141

```
 1    want to be accurate.  It's a company under my
 2    control.  It's a -- it's a -- it's a vehicle under
 3    my control.
 4              MR. THOMPSON:  Okay.
 5              (Whereupon, Defendant's Exhibit 24 was      17:26
 6              marked for identification.)
 7              THE REPORTER:  24.
 8              MR. THOMPSON:  Thank you.
 9    BY MR. THOMPSON:
10         Q.  Exhibit Number 24 is an email authored by  17:27
11    you, from roger@tankx.com dated 6/8/2017, time-
12    stamped 6:38:53 a.m.
13              Do you recognize this document?
14         A.  (In English:)  It appears so.
15         Q.  Okay.  Do you recall sending and receiving 17:29
16    this email at the time?
17         A.  (In English:)  Yeah, I -- I think so.
18         Q.  Okay.  And do you recall sending and
19    receiving the attachments at the same times?
20         A.  (In English:)  Yeah, I think so.          17:29
21         Q.  All right, sir.  On page 958, that is your
22    signature dated 6/7/2017; correct?
23         A.  (In English:)  I want to double-check what
24    is the difference between these two.
25              Yeah, it -- it appears so.              17:31
```

                                        Page 142

```
 1            Q.   All right.  So the text of the email from
 2       you to Jinmei is that (as read):
 3                     "I'm sorry I missed one zero for the
 4                number of shares in the option transfer
 5                consent just sent.  I've corrected it.     17:31
 6                The offer letter and the POA remain
 7                unchanged.  There is no problem.  I sent
 8                all three documents again in the
 9                attachment."
10                Correct?                                   17:32
11            A.   (In English:)  It -- it appears so.
12            Q.   Okay.  So did you just make the change in
13       the document and re-send it without changing the
14       date of your signature?
15            A.   (In English:)  So the -- the only         17:33
16       problem -- the mistake in these document is on
17       this BDI_00956, which is -- appears to be a
18       duplicate for BDI_00967 (sic).  That one is for
19       Yiming Zhang's signature, so I don't need to
20       correct anything, because the only mistake is --   17:33
21       is for a page which is for signature for Yiming
22       Zhang.
23                The next page is correct.  So there's
24       nothing wrong with it.
25                And then my signature page is the next     17:33
```

Page 143

```
 1    one.

 2            So Exhibit A is correct, 220,000.  It's

 3    just the -- the Consent to Option Transfer, which

 4    required a signature from Yiming Zhang, that one

 5    was missing one zero and -- and nothing for me to    17:33

 6    correct.

 7            You see what I am saying?

 8        Q.  I think I've got it.  Hang on just a sec.

 9            So what you're correcting is, on 957, it

10    was 22,000, but it supposed to be 220,000?            17:34

11        A.  (In English:)  956 was the mistake.

12        Q.  So 956 should have been 220,000 or 22,000?

13        A.  (In English:)  220,000.

14        Q.  On 956?

15        A.  (In English:)  956 is missing one zero.    17:34

16        Q.  Got it.  I think I got it.

17        A.  (In English:)  And 957 is correct.

18            And if you see, the 960 is also correct.

19    960 is -- and then the number at the bottom, at

20    Section 7 --                                          17:35

21        Q.  Got it, yeah, is 220.

22        A.  (In English:)  Uh-huh.

23        Q.  And so you didn't change your signature.

24    There was no need to?

25        A.  (In English:)  There's no need to --      17:35
```

Page 144

```
 1                    THE INTERPRETER:  (Interpreting.)

 2                    THE WITNESS:  (In English:)  No.

 3                    MR. THOMPSON:  Okay.  Let's move on.  25.

 4                    (Whereupon, Defendant's Exhibit 25 was

 5                    marked for identification.)            17:35

 6      BY MR. THOMPSON:

 7           Q.  Exhibit Number 25 is BDI_000935 dated

 8      6/9/2017 at the top.  Do you recognize this

 9      document?

10           A.  (In English:)  I'm looking at it.      17:36

11               It appears so.

12           Q.  Okay.  And at 000943, is that your

13      signature on the document?

14           A.  (In English:)  It appears so.

15           Q.  And that was signed on 6/7/2017; correct?  17:38

16           A.  (In English:)  It appears so.

17           Q.  And your understanding was that this was

18      the final version of the offer letter?

19           A.  (In English:)  At that time, I believe,

20      although they -- they threw out some new documents  17:38

21      later.  At that time, it's -- my understanding was

22      this is the final offer letter.

23           Q.  Okay.  And on page 942, towards the bottom

24      of that page, second-from-the-bottom paragraph,

25      you read the statement (as read):                17:39
```

Page 145

```
 1                    "In addition, by accepting this
 2              offer, you agree that you will follow all
 3              of the company's policies that apply to
 4              full-time employees."
 5              Did you understand that at the time you     17:39
 6    signed the document?
 7              MR. JUNG:  Objection.  Vague as to "all
 8    the company's policies."
 9              THE WITNESS:  (In English:)  I see here,
10    but there are two things.                             17:40
11              One, my understanding is only after you
12    join the company as a full-time.  I haven't joined
13    the company by then.
14              Second of all, they -- they actually never
15    provided any company policy.                          17:40
16    BY MR. THOMPSON:
17         Q.  My question was much simpler.  Did you
18    understand this sentence at the time you signed
19    the document?
20         A.  (In English:)  I think it's still too        17:40
21    vague.  I don't -- I don't want to say -- commit
22    to say, like, I fully understand.  It just --
23    because they never provided company policy.
24         Q.  You're over-thinking my question.
25              Is there any word in this sentence that     17:41
```

Page 146

1    you don't understand?  I'm just asking if you

2    understand the words in the sentence when you read

3    it and signed it.

4         A.  (In English:)  I understand the words.

5         Q.  Okay.  That was it.  Thank you.          17:41

6              All right.  Let's go to Exhibit Number 26.

7              (Whereupon, Defendant's Exhibit 26 was

8              marked for identification.)

9    BY MR. THOMPSON:

10        Q.  All right.  Have you seen this document    17:42

11   before?

12        A.  (In English:)  I'm looking at it.

13             Yeah.

14        Q.  And, again, you were still using

15   roger@tankx.com as your email; correct?          17:42

16        A.  (In English:)  Correct.

17        Q.  All right.  And this was from somebody

18   with the email of c-u-i-y-a-n-l-i@bytedance.com;

19   correct?

20        A.  (In English:)  It appears so.           17:43

21        Q.  Okay.  And you recall sending and

22   receiving these emails at the time?

23        A.  (In English:)  I receive this email.  I

24   didn't reply back to this email.

25        Q.  Okay.  And do you recall receiving the    17:43

Page 147

1    attachment of the Hiring Bonus Repayment Agreement

2    at the time?

3         A.   (In English:)  I don't -- I don't quite

4    understand.  Sorry.

5              I don't quite understand.                 17:44

6              Can you repeat your question?

7         Q.   Yeah.  I was just asking, did you get this

8    attachment with the email?

9         A.   (In English:)  Yeah, I -- I believe I did

10   receive this attachment --                          17:44

11        Q.   Okay.

12        A.   (In English:)  -- back then.

13        Q.   And did you discuss this draft attachment

14   entitled Hiring Bonus Repayment Agreement with

15   anyone at BDI?                                       17:44

16        A.   (In English:)  Yes, I -- I believe I did.

17        Q.   And who did you discuss it with?

18        A.   (In English:)  I talked to Wei Hua -- Wei

19   "Ronnie" Hua and Jinmei Xiao.

20              MR. THOMPSON:  Let's go to Exhibit 27.    17:45

21              We'll take a break at 6:00.

22   BY MR. THOMPSON:

23        Q.   What did you discuss in relation to the

24   agreement with Ronnie and Yiming -- Yiming?

25        A.   (In English:)  I want to clarify.  You     17:46

                                          Page 148

1    mean this document, in this --

2        Q.  Yes.

3        A.  (In English:)  This -- this one?

4        Q.  Yes.

5        A.  (In English:)  I -- I yell at them.        17:46

6        Q.  I'm sorry?

7        A.  (In English:)  I yell at them.

8        Q.  Oh.  What did you yell at them?

9        A.  (In English:)  I -- I yelled at them that

10   they just -- so here's what happened.  I -- I told  17:46

11   them if they want me to sign this, I'm not going

12   to join the company, because this is not what we

13   agree.

14        Q.  Okay.

15        A.  (In English:)  And it's -- we agree that   17:46

16   it's acquisition of Tank Exchange, and then we

17   made it clear that they are going to acquire the

18   company for Tank Exchange.

19            And then now, they're change -- they --

20   now they're wanting to make the 600,000 as part of  17:47

21   my employment.  This is not what we agree.  So I

22   yell at them and tell them if they want this one,

23   I'm not going to join the company and just forget

24   about it.

25            I made it clear to them that the 600,000   17:47

Page 149

```
 1    had nothing to do with my -- my employment with
 2    ByteDance, if you want me to join ByteDance.
 3         Q.  So you wanted -- so you wanted them to
 4    acquire your company, Tank Exchange, and have a
 5    separate agreement for you to join ByteDance;        17:47
 6    right?
 7         A.  (In English:)  So their position -- so
 8    what we agreed, at least back then, in June, was
 9    they are going to acquire my company, Tank
10    Exchange.  I going to be the only employee in Tank  17:48
11    Exchange to join ByteDance.
12              They said that they -- they've done that a
13    number of times.  They said -- Yiming Zhang told
14    me, like, Nan Zhang was a talent that -- Nan
15    Zhang, Nan, N-a-n, Z-h-a-n-g, Nan Zhang -- Yiming   17:48
16    Zhang -- so he -- you -- she said, "Okay, you are
17    going to be the force leader in IES."
18              And then, for example, "Nan Zhang, she was
19    join the same way as you are joining," because Nan
20    Zhang was with her company back then, and then      17:48
21    ByteDance acquired Nan Zhang's company.  And then
22    Nan Zhang joined ByteDance as a result of the
23    acquisition of Nan Zhang's company.
24              And then it seems like he was satisfied
25    with Nan Zhang's performance and that he want to    17:49
```

                                              Page 150

```
 1    do the same way as my company.

 2            So they going to acquire my company.  I

 3    going to join and be part of the acquisition of

 4    Tank Exchange.  Tank Exchange is going to become

 5    the subsidiary of ByteDance.  And as a result of    17:49

 6    the acquisition, I'm going to join them.

 7            But they wanted to make it simple.  They

 8    saying, "The acquisition is complicated.  Let's do

 9    your offer letter, and then put the acquisition in

10    the offer letter."  So that's how we got the offer   17:49

11    letter in June.

12            And then in the offer letter, you can see

13    that.  It has acquisition cost of $600,000 in

14    there.

15            So that's why -- that's how we got the       17:49

16    offer letter.

17            But it's a long story, and they change

18    their minds numerous times.  And later on, they

19    said they want to do patent; they don't want to

20    get Tank Exchange.                                   17:50

21               (Phone ringing.)

22        THE WITNESS:  (In English:)  Sorry about

23    that.  I'm going to go turn off my phone.

24        They --

25        Let me turn off my phone.                        17:50
```

Page 151

 1            They -- they just threw out the

 2    negotiation.   They just changed their words

 3    numerous times.

 4            So this is just one of their trying to

 5    alter what we already agree, that they are going      17:50

 6    to acquire the company.   Now they're saying,

 7    "Okay, this $600,000 going to tie to your

 8    employment."

 9            I said, "No.   No way.   I'm not going to do

10    that.   If you want to chance on this, forget about    17:50

11    it.   I'm not going to join ByteDance."

12        Q.   Okay.   Would you have joined BDI if they

13    didn't want to acquire Tank Exchange?

14        A.   (In English:)   Later, they -- they --

15    they promise -- they change to patent purchase.      17:50

16    Later on.   That's -- that's something later

17    happen.

18            But at that time, the agreement -- and we

19    made it clear.   We made it clear, very clear.

20    They -- they -- they changed their words back and     17:51

21    forth numerous times, but we made it clear they

22    going to acquire my company, and that's it.

23        Q.   Hang on now.

24        A.   (In English:)   Okay.

25        Q.   You're losing me.   So you wanted them to     17:51

                                            Page 152

```
1      acquire Tank Exchange; right?
2          A.   (In English:)  Maybe during part of the
3      negotiating, that's the case, but I don't think
4      initially, I was the one proposing -- propose it.
5              I don't want to be not accurate.  I think   17:51
6      Yiming Zhang was telling me acquiring my company
7      what he wanted to do, because he acquired Nan
8      Zhang's company as -- and Nan Zhang as part of
9      the -- Nan Zhang's company got acquired by Yiming
10     Zhang's ByteDance.  Nan Zhang joined ByteDance.     17:52
11             And she's -- he was, like, "You are going
12     to be similar way.  We acquire your company.  You
13     join ByteDance.  It's a talent acquisition.  We've
14     done this many times.  It works really well for
15     us.  So we want to acquire talent.  We are willing  17:52
16     to pay money to acquire talent."  That's what he
17     said.
18             I think during -- later on, when Ronnie
19     and Jinmei was involved, they were a bit hesitant
20     to do the acquisition, and then I insisted that    17:52
21     "Let's do the acquisition."
22             If you go to your own productions, you
23     will see that there was hiring notes, like, hiring
24     updates by Wei Hua saying, "We going to stick to
25     acquisition, the plan," and then stuff like that.  17:53
```

Page 153

```
 1              So it's confirmed by your own production.
 2       Q.   That's fine.  Try to stick to the question
 3   and answer thing, though.
 4              So the $600,000 for Tank Exchange, in your
 5   opinion, then, was to acquire the talent from the    17:53
 6   company?  Yes?
 7              MR. JUNG:  Vague.
 8              THE WITNESS:  (In English:)  I don't want
 9   to be -- I try to be accurate, so...
10   BY MR. THOMPSON:                                     17:54
11       Q.   Well, I'm trying to do the same thing.
12       A.   (In English:)  Okay.
13       Q.   I thought that's what you said, that you
14   thought the 600K was to acquire the talent of Tank
15   Exchange.                                            17:54
16       A.   (In English:)  That's in Yiming Zhang's
17   mind, but the -- but the -- in the legal way to
18   say that is, they going to acquire everything in
19   Tank Exchange.
20              MR. THOMPSON:  All right.  Let's go off    17:54
21   the record.
22              THE VIDEOGRAPHER:  Time is 5:54 p.m., and
23   we are off the record.
24                  (Dinner break taken.)
25              THE VIDEOGRAPHER:  Time is 6:51 p.m., and  18:51
```

                                                    Page 154

```
 1    we are back on the record.
 2            MR. THOMPSON:  All right.  Let's mark as
 3    Exhibit 27 -- this is a -- a WeChat?  This is a
 4    WeChat.
 5            THE INTERPRETER:  (Interpreting.)        18:51
 6            MR. JUNG:  You have this as 27; right?
 7            MR. THOMPSON:  Yes.
 8            (Whereupon, Defendant's Exhibit 27 was
 9            marked for identification.)
10    BY MR. THOMPSON:                                18:51
11        Q.  Sir, do you recognize this WeChat between
12    Jinmei and you?
13        A.  (In English:)  It appears so.
14        Q.  Okay.  And in this WeChat, Jinmei
15    starts -- well, I can't -- I think she starts it   18:52
16    out saying (as read):
17                "Hi, Roger.  I discussed with Hua
18            Wei" -- H-u-a, new word, W-e-i -- "and he
19            agreed that of the 600,000 of funds cannot
20            be bound provided that you provide proof   18:52
21            of the whereabouts of the money, such as
22            payment records for investors' exit."
23            Do you see that part?
24        A.  (In English:)  I do.
25        Q.  Okay.  And it goes on to say (as read):   18:53
```

Page 155

```
 1                   "Employment -- employee severance
 2              expenses, the reason that these expenses
 3              have already been incurred and having
 4              nothing to do with your own income.  Your
 5              personal income still needs to be bound.   18:53
 6              What do you think?"
 7         A.  (In English:)  Can you -- can you repeat
 8    your question?
 9         Q.  Sure.  I'm just reading the text.
10         A.  (In English:)  Yeah, can you repeat what   18:53
11    you just read?
12         Q.  Sure.  (As read):
13                   "Employment -- employee severance
14              expenses, the reason that these expenses
15              have already been incurred and having    18:54
16              nothing to do with your own income.  Your
17              personal income still needs to be bound.
18              What do you think?"
19              Do you recognize that?
20         A.  (In English:)  Yes, I do.                 18:54
21         Q.  Did you understand what she meant by
22    binding your income?
23         A.  (In English:)  I think your question is a
24    bit vague.  The -- I -- I -- can you clarify what
25    do I -- what part do I understand?               18:54
```

Page 156

```
 1          Q.  She says (as read):

 2                  "Your personal income still needs to

 3              be bound."

 4              Right?

 5              My question is, do you understand what she  18:55

 6      meant?  What was your understanding?

 7          A.  (In English:)  I think I sort of

 8      understand what she meant.

 9          Q.  All right.  Can you tell me in your words

10      what your understanding of that first paragraph      18:55

11      was, what she was talking about?

12          A.  (In English:)  Again, it's a bit vague.

13              Okay.  I'm just going to say my

14      understanding.  Is that all right?

15          Q.  Yes.                                          18:55

16          A.  (In English:)  So my understanding is

17      she's saying she want a portion of the -- a part

18      of the fund to be binding.

19          Q.  All right.  And your response to her

20      statement is "Okay."                                 18:56

21              And then you say (as read):

22                  "Then can it be taken care of before

23              I join the company?"

24          A.  (In English:)  Yeah, I -- I believe so.

25          Q.  Okay.  And then she says (as read):          18:57
```

Page 157

```
 1                    "We can sign a supplementary

 2              agreement.  If you agree with the

 3              aforementioned situation, then we should

 4              be able to do it."

 5              Is that right?                        18:57

 6         A.   (In English:)  Could you repeat your

 7    translation?

 8         Q.   Sure. (As read):

 9                    "We can sign a supplementary

10              agreement.  If you agree with the        18:57

11              aforementioned situation, then we should

12              be able to do it."

13         A.   (In English:)  My -- my translation, if I

14    were to translate it -- so you would translate it

15    as "supplementary agreement," and my translation,   18:57

16    if I were translate it, it will be called

17    "supplemental agreement."  It's different, but

18    that's what I would call it.

19         Q.   Okay.  And you agreed; right?  You said,

20    "Okay"?                                          18:58

21         A.   (In English:)  I said, "Okay."

22              I said, "Okay."

23         Q.   All right.  And you ask (as read):

24                    "Can this matter be taken care of

25              before I join the company?"             18:58
```

                                           Page 158

```
 1        A.  (In English:)  Yeah, yeah, that is.
 2        Q.  And she says (as read):
 3              "Now I'm going to contact the legal
 4         affairs department for coordination."
 5        A.  (In English:)  Yeah, that's what it is.    18:58
 6        Q.  Okay.  Now, you used WeChat at the time?
 7        A.  (In English:)  Yes, I did.
 8        Q.  And do you still use WeChat?
 9        A.  (In English:)  I still have -- I still
10   have WeChat.                                         18:59
11        Q.  And when's the last time you communicated
12   with anybody at BDI on WeChat?  Just your best
13   estimate.
14        A.  (In English:)  20- -- 2019, I would say.
15   2018 or 2019.                                        18:59
16        Q.  So after you left, that's probably when
17   you stopped communicating with them?
18        A.  (In English:)  I think there was some
19   follow-up communication in late '28 (sic).  I'm
20   not sure about 2019, but probably, like, late       18:59
21   2018, early 2019.
22        Q.  Okay.  So you generally did your
23   onboarding at BDI -- you started in August 2017;
24   right?
25        A.  (In English:)  Can you repeat the time     19:00
```

Page 159

1    again?

2        Q.  August 2017.

3        A.  (In English:)  Yes.

4        Q.  Okay.  And were there ever plans for you

5    to try to onboard earlier?                          19:00

6        A.  (In English:)  That is not -- so they --

7    so after I sign the offer letter in June, they

8    were pushing me to start as soon as possible.  So

9    they were, like, "You sign the offer letter on

10   June 7th.  How about you just buy a plane ticket    19:01

11   and then start right next day?"

12          That's their position.  But I never tell

13   them a concrete start date until in mid-August.

14       Q.  Okay.  Was that because you just had some

15   things to wrap up or needed a little break between  19:01

16   jobs?

17       A.  (In English:)  Yeah.

18       Q.  And did you ever tell anyone that you

19   couldn't onboard earlier because you were getting

20   married?                                            19:02

21       A.  (In English:)  I probably said.

22       Q.  Okay.  All right.  The onboarding took

23   place in Beijing?

24       A.  (In English:)  Yeah.  The -- the -- the

25   start date happened in Beijing.                     19:02

                                         Page 160

1          Q.   Okay.  And why was that?

2          A.   (In English:)  They told me, "I need you

3     to start in Beijing."

4          Q.   And was the approximate dates of

5     onboarding August 22nd to the 30th?                    19:02

6          A.   (In English:)  I don't -- I don't quite

7     understand your question.

8          Q.   Sure.  I'm just trying to set the

9     parameters of the rough time that you onboarded.

10    We have it as August 22nd to the 30th.  Does that      19:03

11    sound about right?

12         A.   (In English:)  So between the dates you

13    said, August 22nd and 20 -- 30 -- August 30th, I

14    was in Beijing, but I don't count myself as a

15    ByteDance employee until August 30.  So before        19:03

16    that, I am not ByteDance employee.  I started on

17    August 30.

18         Q.   Why is that?

19         A.   (In English:)  They -- so when you start

20    at the company, they will give you badge.  They       19:04

21    will create an email account, stuff like that.

22              From August 22nd -- I was in Beijing

23    August 22nd.  August 22nd through, like,

24    August 29th, they didn't issue me badge.  They

25    haven't issue me badge.  They haven't issue me        19:04

Page 161

1    internal access, email, stuff like that.

2          So it's -- onboarding just one day.  It's

3    August 30.  I won't count August 22 to August 29

4    as part of onboarding.

5          Q.  Well, what was happening from the 22nd to    19:04

6    the 30th?

7          A.  (In English:)  I believe on August 22nd --

8    August 22nd I think is a Tuesday, if I recall

9    correctly.  I sign the patent assignment agreement

10   on August 22nd, if I recall correctly.  Correct me    19:05

11   if I am wrong, but I believe that's the date, on

12   August 22nd.

13         Q.  I was looking more generally.  Were you

14   going to meetings?  Were you meeting people, going

15   to lunches?  I was just looking for a general        19:05

16   overview of what was happening those days.

17         A.  (In English:)  Yeah, I had meetings.  They

18   told me that although I haven't officially

19   started, I should get familiar with the work.

20         So I had meetings.  I had lunch, dinners       19:06

21   with them -- in particular, like, the three

22   leaders in IES; Nan Zhang, Wenjie Zhu, Han Li --

23   because they told me that "You need to get

24   familiar with the work."

25         MR. THOMPSON:  We'll mark Exhibit Number        19:06

                                        Page 162

```
 1    28.
 2              THE WITNESS:  (In English:)  Hang Li, yes,
 3    H-a-n-g.
 4              (Whereupon, Defendant's Exhibit 28 was
 5              marked for identification.)          19:07
 6              THE REPORTER:  28.
 7    BY MR. THOMPSON:
 8        Q.  And for the record, Exhibit Number 28 are
 9    the reception logs starting Tuesday, the 22nd,
10    through Wednesday, the 30th.                   19:07
11              Have you ever seen these documents before,
12    Mr. Yu?
13        A.  (In English:)  I'm taking a look.
14              What time zone?  Why there is 2:00 a.m.?
15        Q.  You must have been an early riser.  I      19:07
16    don't know what the time zone is.  I'm sorry.
17        A.  (In English:)  No, I...
18              MR. GUZMAN:  We produced metadata for it,
19    so...
20              MR. THOMPSON:  Yeah, we will produce      19:07
21    metadata.
22              MR. GUZMAN:  No.  We already have.
23    BY MR. THOMPSON:
24        Q.  All right.  These are just the logs of you
25    checking in on those days, Mr. Yu.  Do you have    19:08
```

Page 163

```
 1    any reason to dispute that you weren't at the

 2    facility on those days?

 3         A.  (In English:)  This appears to be the

 4    check-in log for an employee of ByteDance, but

 5    it's is not my email, so...                    19:09

 6         Q.  Was Linlin the person that usually met you

 7    when you came to the facility?

 8         A.  (In English:)  Linlin?

 9         Q.  Yes.

10         MR. GUZMAN:  Linlin, L-i-n-l-i-n, Fan,    19:09

11    F-a-n.

12         THE WITNESS:  (In English:)  Yeah, I

13    believe he -- she was -- she was the person --

14    BY MR. THOMPSON:

15         Q.  Okay.                                 19:10

16         A.  (In English:)  -- who -- who, essentially,

17    let me in because I -- I don't have the -- I

18    didn't have the badge.

19         Q.  Right.

20         A.  (In English:)  I cannot get in myself.  19:10

21         Q.  And they got you the badge on the 30th?

22    That's what you testified to?

23         THE WITNESS:  (In English to Interpreter:)

24    Could you -- could you repeat what he said?

25    BY MR. THOMPSON:                               19:10
```

Page 164

1          Q.   You got your badge on the 30th?

2          A.   (In English:)  Yeah, I got it on August

3     30th.

4               MR. THOMPSON:  Mark Exhibit Number 29.

5               (Whereupon, Defendant's Exhibit 29 was     19:11

6               marked for identification.)

7               THE WITNESS:  (In English:)  May I ask you

8     a question?

9     BY MR. THOMPSON:

10         Q.   Sure.                                        19:11

11         A.   (In English:)  So are these logs, like,

12    visit logs, all the logs for Linlin Fan?

13         Q.   I wouldn't know.

14         A.   (In English:)  But it appears so; right?

15    It appears to be all the logs from Linlin Fan?     19:12

16         Q.   I don't know.

17         A.   (In English:)  Okay.

18         Q.   Why do you ask?

19         A.   (In English:)  I'm just curious.

20         Q.   Okay.                                        19:12

21              All right.  So Exhibit Number 29 is an

22    August 22nd chain having to do primarily with the

23    undertaking agreement.

24              Now, were you presented with the

25    undertaking agreement on or about August 22nd?     19:12

                                              Page 165

1           A.   (In English:)  Let me take a look.

2                Why is it, like, 4:00 a.m. and then is

3     11:00?  You see there is a 4:00 a.m. and 11:00?

4     August 22nd, Tuesday, 4:00 a.m.  The next one is

5     11:55.  And then the 4:00 a.m. is on top of 11:00.  19:13

6     So it's, like, you have an email, like, eight

7     hours before, after an email was sent.  How come

8     it's, like, after eight -- eight hours?

9                MR. GUZMAN:  Time zones change depending

10    on the sender.                                    19:13

11               THE WITNESS:  (In English:)  That -- this

12    is same sender, because Yuan- -- Yuanyuan Xin is

13    same sender.  There is an email on 11:55 that's an

14    earlier email, and then the later email, which is

15    4:00 a.m.  How can -- how can that be possible?    19:14

16               MR. GUZMAN:  That could be explained

17    through laptops.  If I use a laptop and a desktop

18    and I -- they're set on different time zones.

19               THE WITNESS:  (In English:)  Well, and why

20    the fonts are very different?                     19:14

21               MR. THOMPSON:  But Mr. Yu -- Mr. Yu --

22               THE WITNESS:  (In English:)  I'm just

23    curious.  It looks very strange --

24               MR. THOMPSON:  I understand --

25               MR. GUZMAN:  We produced metadata --

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              (Clarification requested by Reporter.)

 2      BY MR. THOMPSON:

 3          Q.  Your lawyers will have the opportunity to

 4      ask these questions of BDI employees.  This is my

 5      deposition --                                          19:14

 6          A.  (In English:)  Okay.

 7          Q.  -- of you.  Please let me ask the

 8      questions, or we'll be here all night.

 9          A.  (In English:)  Okay.  Yeah, but I'm

10      just -- out of curiosity, how can -- yeah.             19:14

11          Q.  Mr. Yu, please stay with the program.

12              You were using -- you were using the email

13      yintaoyu -- y-i-n-t-a-o-y-u -- @gmail.com as of

14      August 22, 2017; correct?

15          A.  (In English:)  That's probably right.         19:15

16          Q.  All right.  So my question is very simple:

17      Did you get a copy of this undertaking agreement

18      on Tuesday, August 22nd?

19          A.  (In English:)  I believe I saw it -- I

20      don't think I got it in my email, or at least I        19:15

21      didn't see it in there.  I didn't see it in my

22      email, but I did get a -- I believe I get a hard

23      copy of the proposed undertaking agreement on --

24      on this date.

25          Q.  Okay.  Did you read the undertaking            19:16
```

                                                Page 167

1    agreement?

2         A.  (In English:)  I believe I read it.

3         Q.  Okay.  And was the undertaking agreement

4    in English?

5         A.  (In English:)  If you -- which -- you're     19:16

6    saying this undertaking agreement at -- in

7    BDI_00495?

8         Q.  Yeah.

9         A.  (In English:)  You can tell it's in

10   English.                                             19:16

11        Q.  I can tell it's in English, yes.

12             My question to you was, did you get it in

13   English?  Did you get it in this format?

14        A.  (In English:)  Yeah, I believe this was in

15   English.                                             19:17

16             Why do you ask?

17        Q.  You don't get to ask me questions.

18        A.  (In English:)  But I just -- it's clearly

19   English, so I don't see the need for the...

20             MR. JUNG:  Let's just wait for a question. 19:17

21             THE WITNESS:  (In English:)  Okay.

22             MR. THOMPSON:  Please.  Thank you.

23             Move to strike.

24             All right.  Let's go to Exhibit 30.

25             (Whereupon, Defendant's Exhibit 30 was     19:17

Page 168

```
 1              marked for identification.)
 2      BY MR. THOMPSON:
 3          Q.  Okay.  Exhibit 30 is August 22nd chain
 4      involving the undertaking agreement and patent
 5      agreements, I think.                           19:18
 6              All right.  On August 22nd, you were using
 7      the email yintaoyu@gmail.com; correct?
 8          A.  (In English:)  It -- it appears so.
 9          Q.  Okay.  And Yuanyuan, Y-u-a-n-y-u-a-n, one
10      word, sent you the patent assignment agreement and  19:18
11      a copy of the previous assignment agreement and
12      Tank's bank account -- strike that question.
13              The first statement in the email is (as
14      read):
15                  "Attached is the patent assignment   19:19
16              agreement, but a copy of the previous
17              assignment agreement and Tank bank account
18              numbers are missing."
19              Is that correct?  Is that what you're
20      reading?                                        19:19
21              THE WITNESS:  (In English to Interpreter:)
22      Could you repeat one more time what he said?  I
23      want to --
24      BY MR. THOMPSON:
25          Q.  What does the email say?  You can -- you   19:19
```

Page 169

1    can tell us in English, if you want.

2         A.  (In English:)  (As read):

3              "Attached is a patent assignment

4         agreement.  We are missing a transfer

5         agreement and the bank account of Tank."   19:20

6         Q.  Okay.  When you got the patent assignment

7    agreement, did you review it?

8         A.  (In English:)  You said, did I read it?

9         Q.  Correct.

10        A.  (In English:)  Yeah, I -- I believe I read 19:20

11   it when I got a hard copy.  So they gave me a hard

12   copy.  I read the hard copy.  I didn't read this

13   email.

14        Q.  Okay.

15             MR. THOMPSON:  Let's go to 31 now.        19:20

16             (Whereupon, Defendant's Exhibit 31 was

17             marked for identification.)

18   BY MR. THOMPSON:

19        Q.  Okay.  Exhibit 31 is an August 22nd chain.

20   It's from you to Yuanyuan, dated Tuesday,           19:21

21   August 22nd.  And I believe you attached the

22   assignment agreement and Tank's account number.

23   Is that correct?

24        A.  (In English:)  No.  First of all, I'm --

25   I'm -- so first of all, this is -- I'm just          19:22

                                        Page 170

```
 1    literally reading this email.
 2           The first one is not the patent
 3    assignment.  It's, like, patent transfer.  So
 4    it's -- it's a different set of document.  It's
 5    not a patent assignment.                          19:22
 6           I sign the patent assignment agreement in
 7    hard copy.
 8       Q.  Can you read for us what you wrote to
 9    Yuanyuan in English?
10       A.  (In English:)  I cannot authenticate if   19:23
11    that's, indeed, what I sent.  I can only transfer
12    what literally it says.
13           I'm just going to do the translation for
14    this in my own translation.  I -- I -- I am not
15    verifying, saying this is what I sent.  I might   19:23
16    sent it.  I might not.  I don't know if that's
17    truly what I sent.
18           But I going to transfer for you just to do
19    you a favor.  So it says (as read):
20               "1.  Transfer agreement.             19:23
21               "2.  Account for Tank."
22           That's what it says.
23       Q.  Okay.
24           MR. THOMPSON:  All right.  Let's go to 32.
25           (Whereupon, Defendant's Exhibit 32 was    19:23
```

Page 171

```
 1              marked for identification.)
 2    BY MR. THOMPSON:
 3         Q.  So 32 is an August 22nd chain.  You,
 4    Mr. Yu, are sending a G drive link, I believe.
 5              Did you send this email to Yuanyuan?      19:24
 6         A.  (In English:)  I -- I cannot verify if
 7    this is, indeed, what I sent.  It could be mine.
 8    It could be not.
 9         Q.  Why is that?
10         A.  (In English:)  I'm not sure.  I don't --  19:25
11    I'm not sure if that's -- it's a true copy of what
12    I sent.
13         Q.  All right.  So it is from your email
14    account; correct?
15         A.  (In English:)  Yeah, it -- like I said, it 19:25
16    appears so, but I cannot verify the content.
17         Q.  Why can't you verify the content?  You
18    have no memory of sending this email?
19         A.  (In English:)  I don't -- I don't recall.
20    I'm not sure.  I don't -- I don't want to           19:25
21    speculate.
22         Q.  Who else would have had access to the
23    email account yintaoyu@gmail.com other than you?
24         A.  (In English:)  I don't know.  Maybe a
25    hacker from ByteDance.                              19:26
```

Page 172

```
 1              MR. THOMPSON:  I'll move to strike that as
 2    speculation.
 3              MR. JUNG:  You asked the question.  It's
 4    not really non-responsive.  But please continue.
 5              MR. THOMPSON:  Okay.  We'll go into that.  19:26
 6    BY MR. THOMPSON:
 7         Q.  So who would have hacked you from
 8    ByteDance on August 22, 2017?
 9         A.  (In English:)  I don't know.
10         Q.  Mr. Yu, you're making some pretty big       19:26
11    claims here on a pretty vanilla email, so -- let
12    me finish.
13              This is just, as I understand it, a
14    transmission on August 22nd from you to Yuanyuan
15    with attachments of an assignment agreement and    19:27
16    the account number for Tank.  Why do you think
17    somebody would hack that at BDI?
18         A.  (In English:)  I'm not asserting ByteDance
19    hack it.  I'm just saying it could -- could be a
20    hacker.                                             19:27
21              But all I said is, I cannot authenticate
22    this accounting of the email.  So what I meant is,
23    maybe I send it; maybe I did not send it.  Maybe I
24    send it, but I sent something else.  I don't know.
25              But -- it could be what I sent, but I     19:28
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    cannot authenticate based on my memory.  I only
 2    want to authenticate what I remember.
 3        Q.  That's what the piece of paper is for.
 4    That doesn't refresh your recollection whether or
 5    not that happened on the 22nd?                    19:28
 6        A.  (In English:)  I don't recall I sent this.
 7    It could be what I sent, but I don't want to make
 8    a speculation.  That -- that's my position.  I --
 9    I only want to confirm what I remember.
10            I'm not denying.  It could be mine.      19:28
11    But --
12            MR. THOMPSON:  Let's go to Exhibit 33.
13            THE WITNESS:  (In English:)  -- I don't
14    want to speculate.
15            (Whereupon, Defendant's Exhibit 33 was    19:29
16            marked for identification.)
17    BY MR. THOMPSON:
18        Q.  Exhibit 33 is an August 22nd chain
19    involving the undertaking patent agreement and the
20    side letter.  It is from Yuanyuan to              19:29
21    yintaoyu@gmail.com.
22            Do you recall -- do you recall receiving
23    this email?
24        A.  (In English:)  I -- I do not recall.  What
25    they asking me to sign during that period is      19:30
```

                                                    Page 174

```
 1    all -- they give me hard copies, and I only sign

 2    hard copies.

 3         Q.  From what device were you sending and

 4    receiving these emails?

 5         A.  (In English:)  Like I said, I don't recall 19:30

 6    I sending -- I send those emails.  I already made

 7    it clear to you.  Also, I don't recall I got those

 8    emails.  So I don't recall which device.

 9         Q.  What devices did you own in 2017 that

10    could send or receive emails?                    19:31

11         A.  (In English:)  I had an old laptop in

12    2017.

13         Q.  What kind?

14         A.  (In English:)  What's the question?

15         Q.  What brand was it?                        19:31

16         A.  (In English:)  It's a -- it's the

17    ThinkPad.

18         Q.  What happened to that ThinkPad?

19         A.  (In English:)  I -- I answer in your

20    interrogatories.                                 19:31

21         Q.  I'm asking the question now.  Please

22    answer it.

23         A.  (In English:)  The -- the keyboard of the

24    laptop is not good.  I discarded the -- the

25    laptop.                                          19:32
```

Page 175

```
 1          Q.  And when did you throw it away?

 2          A.  (In English:)  I don't recall exactly.

 3          Q.  Did you throw it away in 2018?

 4          A.  (In English:)  I don't recall exactly.  I

 5     think it more likely to be 2017.                    19:32

 6          Q.  And did you do anything to preserve or

 7     transfer the information that was on that computer

 8     to your next computer?

 9          A.  (In English:)  Yeah.  I copy some data to

10     a portable hard disk -- hard drive.                 19:33

11          Q.  What happened to that hard drive?  Do you

12     still have it?

13          A.  (In English:)  It's -- it's the same hard

14     drive we discussed.

15          Q.  Okay.  So the only way that we would know  19:33

16     if you sent or received these emails would have

17     been to have obtained either the 2017 ThinkPad

18     that you threw away or the hard drive that you

19     lost; correct?

20          A.  (In English:)  I don't know.  Probably     19:33

21     right.

22          Q.  Okay.  All right.  So you received hard

23     copies of the patent and the undertaking

24     agreements; is that right?

25          A.  (In English:)  Yeah.  I receive hard       19:34
```

Page 176

1    copies.

2         Q.   Okay.   And did Linlin Fan bring you those

3    agreements on August 22nd?

4         A.   (In English:)   No, it's -- it's not -- I

5    don't think it's her.   It's someone else.              19:35

6         Q.   Are you sure?

7         A.   (In English:)   I'm -- I think I'm sure.

8         Q.   So if Linlin were to testify that she

9    brought those documents to you and watched you

10   sign them, you would disagree with that?              19:35

11        A.   (In English:)   What did Linlin say?

12        Q.   Answer my question.

13        A.   (In English:)   Can you -- can you repeat

14   your question?

15        Q.   Sure.   If Linlin Fan brought you the         19:36

16   documents and watched you sign them, you would

17   disagree with that?

18        A.   (In English:)   I disagree what she said.

19        Q.   Okay.   So you don't think -- let's break

20   it down.                                                19:36

21             You don't think Linlin brought you the

22   documents.

23        A.   (In English:)   Yeah, she -- she -- she was

24   not the one.   She -- she opens the door.   She --

25   she's, like -- like, reception -- she's not a          19:36

                                              Page 177

```
1    reception, but she's, like, a reception for me to

2    get in.

3         Q.  And she did not bring you those

4    agreements, as you recall?

5         A.  (In English:)  Yeah.  It's someone else.    19:37

6         Q.  All right.  And who is that someone else?

7         A.  (In English:)  I don't -- I don't recall.

8         Q.  Do you recall meeting with Linlin Fan on

9    August 27th in regards to the side letter?

10        A.  (In English:)  So if you look at this       19:37

11   log --

12            So, first of all, I want to -- all the

13   document signing is in -- they have two

14   building -- they have two buildings.

15            One is called a -- what they call in       19:38

16   Chinese, is like the lower deck, like a short

17   building.  So, like -- that's, like, two, three

18   stories.

19            The address is, like, North -- North 3rd

20   Ring West Road -- North 3rd Ring West Road -- West  19:38

21   Road, Zhonghang Square.  I think the number is,

22   like, 43, something.  It's, like, two or three

23   building -- two- or three-story building.  And

24   anything I sign is in that building.

25            They also have a tall building, which is    19:39
```

Page 178

```
 1    pretty tall, definitely over ten stories.  And
 2    then for that -- anything happen in that building
 3    is for, like, attending some meetings, meeting
 4    with someone, having lunch, having dinner with
 5    someone.                                         19:39
 6              So if you look at these logs, even assume
 7    these logs were true, which I doubt it, August 27,
 8    Roger Yu -- I was going to the tall building.  In
 9    the tall building, there is no signing at all.
10              So, clearly, I didn't sign anything on the 19:39
11    27th.  If -- if I sign anything on 27, I will be
12    in a different building, like the one on
13    August 22nd, which is -- the location is
14    Zhonghang Ai lou --
15              THE WITNESS:  (In English to Interpreter:) 19:40
16    Can you transfer this, "Zhonghang Ai lou" to them?
17              THE INTERPRETER:  That would be --
18              THE WITNESS:  (In English to Interpreter:)
19    "Zhonghang" --
20              THE INTERPRETER:  -- "Chinese airline     19:40
21    short building."
22              THE WITNESS:  (In English to Interpreter:)
23    Just "Zhonghang."  They just --
24              THE INTERPRETER:  Okay.  If I just use the
25    pinyin, p-i-n-y-i-n, would be Z-h-o-n-g-h-a-n-g     19:40
```

                                          Page 179

1    "short building."

2            THE WITNESS:  (In English:)  Yeah, "short

3    building."

4            So you -- there is no visit on 27, I go to

5    the short building.  I visited the short building     19:40

6    on 22nd.  I sign a patent assignment agreement --

7    single agreement on August 22nd.

8            It's impossible, based on your own

9    records, that I sign a -- a side letter to the --

10   a side letter on 2017 (sic).  How could that be      19:41

11   possible?

12   BY MR. THOMPSON:

13       Q.  Are you done?

14       A.  (In English:)  I -- you want me to

15   continue on?                                          19:41

16       Q.  No.  I'm just asking if you're done.  I

17   mean, I would normally ask another question.

18       A.  (In English:)  I'm just saying, based on

19   your own -- your own records, it's impossible for

20   me to sign any documents on the day of 27.           19:41

21       Q.  Okay.  So you did not meet with Linlin Fan

22   on August 27th?  She did not meet you in person in

23   Beijing?

24       A.  (In English:)  I met with her --

25           THE INTERPRETER:  (Interpreting.)           19:41

                                         Page 180

```
 1              THE WITNESS:  (In English:)  No, I did not
 2     say that.  I said on August 27th, I did not meet
 3     her in the short building, the Zhonghang short
 4     building.  And the Zhonghang short building is
 5     executive, like, Yiming Zhang, like --          19:42
 6              (Clarification requested by Reporter.)
 7     BY MR. THOMPSON:
 8         Q.  Let's go back -- hang on.  Time out.
 9     Let's go back to question and answer.
10              This is a very simple yes-or-no question.  19:42
11     Did you meet with Linlin Fan on August 27th?
12         A.  (In English:)  I could meet with Linlin
13     Fan August 27 if these records are -- were true,
14     but I met with her in the taller building, and
15     then that's not for signing any documents because  19:42
16     they don't do signing -- the ByteDance doesn't do
17     signing in the tall building.  The tall building
18     is IES department.
19              The short building is all the executives,
20     like Yiming Zhang, located --                     19:43
21              (Clarification requested by Reporter.)
22              THE WITNESS:  (In English:)  Short
23     building is where all executives, like Yiming
24     Zhang, Hua Wei, Jinmei Xiao --
25     BY MR. THOMPSON:                                  19:43
```

Page 181

1          Q.  Okay.  Please stop.

2          A.  (In English:)  -- and legal department,

3     they're all in the short building, and then all

4     the signing is in the short building.

5               And the tall building just for -- it          19:43

6     like for -- for, like, R&D, research and

7     development.  No signing there.

8               MR. THOMPSON:  I'm going to move to strike

9     as nonresponsive.

10    BY MR. THOMPSON:                                          19:43

11         Q.  I understand what you're saying, and I

12    know what you want to say, but I'm just trying to

13    make a record for the Court that's nice and clear.

14              This is a yes-or-no question.  Did you

15    meet with Linlin Fan on August 27th?                      19:43

16         A.  (In English:)  You're asking me, have I

17    met with Linlin Fan on August 27th?

18         Q.  Yes.  Did you meet with Linlin Fan on

19    August 27th?

20         A.  (In English:)  I probably met with Linlin  19:44

21    Fan on August 27th --

22         Q.  Okay.

23         A.  (In English:)  -- but I did not met with

24    her in the short building, which is for any signed

25    documents.                                                19:44

                                          Page 182

1          Q.   Okay.   Thank you.

2               Did she bring you the side letter to sign

3     on August 27th anywhere in Beijing?

4          A.   (In English:)   No.

5          Q.   You did not sign the side letter on          19:45

6     August 27th in front of Linlin Fan; correct?

7          A.   (In English:)   No, I did not sign any

8     document on August 27th.

9          Q.   Okay.   Again, so if Linlin testifies that

10    she brought you the side letter and watched you          19:45

11    sign it, it would be your position that that is

12    incorrect?

13         A.   (In English:)   What she said was wrong.

14    And, also, I didn't sign the August 27th --

15    sorry -- August 22nd Patent Assignment in front of   19:46

16    her.   That -- that was a different person.

17              MR. THOMPSON:   All right.   Let's mark this

18    as Exhibit Number 34.

19              (Whereupon, Defendant's Exhibit 34 was

20              marked for identification.)              19:46

21    BY MR. THOMPSON:

22         Q.   Exhibit Number 34 is the 8/22/2017 signed

23    patent agreement.   Do you recognize this document?

24         A.   (In English:)   It appears so.   I -- I

25    recognize.                                          19:47

                                        Page 183

1      Q.   Okay.  And is that your signature on

2    BDI_000033?

3      A.   (In English:)  Can you give me a moment

4    just to see the whole agreement?  I want to be

5    careful.                                        19:47

6           It appears so.  It appears so.

7      Q.   Okay.  Is this your handwriting on the

8    first page, the "August 22nd"?

9      A.   (In English:)  Can you -- can you your

10   question again.                                 19:49

11     Q.   Yeah.  Is this your handwriting

12   (indicating)?

13     A.   (In English:)  I cannot tell.

14     Q.   And what I was referring to, for the

15   record, was BDI_000026.                         19:49

16          If you'll turn to BDI_000032, Schedule 1.

17          Is that your handwriting?

18     A.   (In English:)  I -- I cannot tell.

19     Q.   Is the information on page 32 correct?

20     A.   (In English:)  Appears to be correct.    19:50

21     Q.   And why can't you tell if that's your

22   handwriting?

23     A.   (In English:)  I want to be certain.

24   It -- it could be mine, but I don't want to make

25   speculation.                                    19:50

                                        Page 184

```
 1          Q.  Would you have given that information to

 2     anyone else at BDI at this point in time that they

 3     could have written it in?

 4          A.  (In English:)  Yeah, it's -- it's possible

 5     I gave them the patent information.              19:51

 6          Q.  All right.  And I'm confused by your

 7     difficulty to identify what is probably your own

 8     writing.  Why is that?  We're on page 32.

 9          MR. JUNG:  Form.  Vague.  Asked and

10     answered.  Foundation.                          19:51

11          THE WITNESS:  (In English:)  Like I told

12     you, I don't want to speculate.  It could be

13     someone writing something, someone else wrote it

14     similar to my handwriting.  I'm not saying it

15     could be; I'm not saying it could not be.  It     19:52

16     could be my handwriting, but I don't want to

17     affirmatively confirm.  I just want to be careful.

18     BY MR. THOMPSON:

19          Q.  Do you usually have difficulty identifying

20     your own handwriting?                           19:52

21          A.  (In English:)  What do you mean by

22     "identifying"?

23          Q.  You seem to have a lot of difficulty

24     identifying your own writing, in this deposition

25     anyway.                                         19:52
```

Page 185

```
 1              My question is just:  Is that commonplace

 2      for you?  Do you have some sort of a problem that

 3      it's hard for you to identify your writing?

 4          A.  (In English:)  No, I -- I don't think so,

 5      but I -- in this deposition, I want to be a          19:53

 6      hundred percent sure.  If I am a hundred percent

 7      sure, I will tell you.

 8              This one, it's -- it looks like mine, but

 9      I'm not a hundred percent sure.  So I don't want

10      to speculate.                                        19:53

11          Q.  So you think more likely than not, it is

12      your writing?

13          A.  (In English:)  I can say that.

14          Q.  Okay.  Fair enough.  Let's move on.

15              MR. THOMPSON:  And what are we at?  35?     19:53

16              (Whereupon, Defendant's Exhibit 35 was

17              marked for identification.)

18      BY MR. THOMPSON:

19          Q.  Okay.  Exhibit Number 35 is entitled Side

20      Letter.                                              19:53

21              And on page 263, the second page, is that

22      your signature?

23          A.  (In English:)  This is not my signature.

24          Q.  And why don't you think it's your

25      signature?                                           19:54
```

Page 186

```
 1            A.  (In English:)  So I believe -- you see --
 2     I don't know how they got the name underneath,
 3     Y-i-n-t-a-o Y-u.  Do you see that?
 4            Q.  I do.
 5            A.  (In English:)  I don't know how they got     19:54
 6     it, but it appears to be my handwriting.
 7                 But if you see the signature, the
 8     signature has so much pixelate.
 9                 It's -- you see here?  It's, like, this --
10     this part is so dark.  There is no dots.  There's     19:55
11     no pixelating on the name, the print name.
12                 But the signature looks like it's scanned,
13     and then there is so much pixelate on it, the same
14     way as "Yiming Zhang," the "Yiming Zhang"
15     signature.                                             19:55
16                 So it could be -- I mean, appears to me
17     that the same person who signed "Yiming Zhang"
18     signed this purported my signature, but this is a
19     hundred percent not my signature.
20                 If I sign it, then -- you see how dark     19:55
21     this is and how -- how grayish this is, how
22     pixelated it is?  Look -- look at -- look at this.
23     You see how -- how many pixel, how many dots are
24     on here and then how -- how clean it is
25     underneath?  This is the print.  How can that be     19:55
```

Page 187

1    possible?

2              Can you see it?  You see how many dots

3    right here?

4         Q.  I am not testifying.  You are.

5         A.  (In English:)  But you see it; right?  You    19:56

6    see the pixelate here?

7         Q.  Are you done?

8              The question is just:  Did you sign --

9         A.  (In English:)  It's --

10        Q.  Did you sign --                                19:56

11             Listen.  Stop.  Your counselor can make

12   these arguments for you at trial.  Just answer my

13   questions in the deposition.

14        A.  (In English:)  No, I -- I --

15        Q.  If your answer -- stop.                        19:56

16             If your answer is, "It's not my signature;

17   I didn't sign this," fine.  We don't care.

18   Just -- just answer my questions.  Okay?  Please.

19             MR. JUNG:  I think, yes, definitely answer

20   counsel's questions.                                    19:56

21             But that was your question, Counsel.  I'm

22   sorry.  Your question wasn't --

23             MR. THOMPSON:  He went on forever.

24             MR. JUNG:  Hold on a second.  Your

25   question, with respect, was "Why don't you think    19:57

                                        Page 188

```
 1    it's your signature?"
 2            And you got an answer to that, so why
 3    don't we just move on.
 4    BY MR. THOMPSON:
 5        Q.  Let's do that.  Okay.                19:57
 6        A.  (In English:)  Yeah.  You asked.
 7        Q.  All right.  Did you sign the side letter
 8    on August 27th?
 9        A.  (In English:)  No.
10        Q.  Did you ever sign the side letter?     19:57
11        A.  (In English:)  I never signed the side
12    letter.
13        Q.  All right.  Why didn't you sign the side
14    letter?
15        A.  (In English:)  The side letter is not what 19:57
16    we agreed -- I mean, I agreed with ByteDance, so I
17    didn't sign it.
18        Q.  Did you receive $600,000 from ByteDance?
19        A.  (In English:)  Tank Exchange.  Tank
20    Exchange received it.                          19:58
21        Q.  All right.  But you never signed a side
22    letter agreeing to the terms of this letter?
23        A.  (In English:)  I did not agree to the side
24    letter, and then I made it clear to ByteDance
25    because --                                     19:58
```

Page 189

```
1              So when they -- do you recall -- so when
2      they -- for example, when they want to make the
3      acquisition cost to like a sign-on bonus, they
4      want to make, like, the 600,000 as part of my
5      employment, I made it clear to them that the        19:59
6      600,000 has nothing to do with my employment.
7              And later on, they said, "Oh, we don't
8      want to acquire Tank Exchange.  Let's just
9      purchase some intellectual property, like IP, the
10     patent from Tank Exchange."                          19:59
11             So they essentially want to modify the
12     offer letter.  I give them -- I compromised.  So I
13     said, "Fine, let's -- I'll sign the patent
14     assignment agreement, but nothing else."
15             And the patent assignment agreement is       19:59
16     just the agreement between two companies.  I sign
17     it on behalf of Tank Exchange.  It's agreement
18     between ByteDance and Tank Exchange.
19             And, plus, if you read this patent
20     assignment agreement, it has no third-party          20:00
21     rights.  It's saying a person who is not a party
22     has no rights under the contract.  It's -- it's no
23     California jurisdiction.
24             If it's employment, it's going to be
25     California law, California jurisdiction.  It has     20:00
```

Page 190

1    nothing to do with my employment.  So why would I

2    sign a side letter which going to...

3            But the 600,000 has -- I made it clear to

4    them:  "600,000, nothing to do with my employment

5    at ByteDance, period.  Don't try to -- don't try    20:00

6    to make me sign anything to make the 600,000 as

7    part of the employment.  It's just a -- a clean IP

8    purchase.  You bought the IP.  You bought the

9    patent.  You buy the patent from Tank Exchange.

10   That's it.  Nothing to do with my employment.    20:00

11   That's it.  Don't try to sandbag me."

12           And you see how fake this -- how fake this

13   signature is.

14           MR. THOMPSON:  Okay.  Move to strike as

15   nonresponsive.    20:01

16   BY MR. THOMPSON:

17       Q.  No.  That's what --

18       A.  (In English:)  You asked --

19       Q.  My question --

20       A.  (In English:)  Go ahead.    20:01

21       Q.  My question was that you contend you never

22   signed the side letter; correct?

23           MR. JUNG:  That's --

24           MR. THOMPSON:  That's not paragraphs.

25   That's "yes" or "no."    20:01

Page 191

```
 1              MR. JUNG:  But --

 2              THE WITNESS:  (In English:)  I never

 3    signed the side letter.

 4    BY MR. THOMPSON:

 5         Q.  All right.  And Tank Exchange --          20:01

 6         A.  (In English:)  I mean -- I want to make it

 7    clear.  The side letter to the patent assignment

 8    agreement.

 9         Q.  Tank Exchange, your company, accepted

10    $600,000 from ByteDance; right?                   20:01

11         A.  (In English:)  All I can say is Tank

12    Exchange received $600,000 from ByteDance, and

13    that's not part of my employment.

14              I want to remind you the patent assignment

15    agreement has the Hong Kong law in it, Hong Kong   20:02

16    jurisdiction in the patent assignment agreement.

17    So it's not something with employment, which is

18    California jurisdiction, California law.

19              MR. THOMPSON:  There is no question

20    pending.  Move to strike.                          20:02

21              THE WITNESS:  (In English:)  All right.

22    BY MR. THOMPSON:

23         Q.  You negotiated a payment of $600,000 for

24    Tank Exchange; correct?

25         A.  (In English:)  This is very vaguely.  I    20:04
```

Page 192

```
 1    just want to clarify.  The initial agreement is
 2    ByteDance -- which is in the offer letter, that
 3    ByteDance acquire Tank Exchange for 600,000.
 4            And later on, they said, "No, we don't
 5    want to acquire Tank Exchange.  We just do the IP.  20:04
 6    It's easier for us this way."
 7            So we did the patent assignment agreement.
 8        Q.  Okay.  So for $600,000, ByteDance acquired
 9    the patents of Tank Exchange; correct?
10        A.  (In English:)  Yeah.  For 600,000,          20:05
11    ByteDance acquired a patent.
12        Q.  And you owned the patents?
13        A.  (In English:)  Tank Exchange.  Tank
14    Exchange own.
15        Q.  They were your patents, though; right?      20:05
16        A.  (In English:)  The patent was owned by
17    Tank Exchange.
18        Q.  Okay.  And you owned Tank Exchange; right?
19        A.  (In English:)  I was the CEO, and I cannot
20    comment on the owner.                               20:05
21        Q.  Did anybody else other than you own Tank
22    Exchange?
23        A.  (In English:)  Yeah.
24        Q.  Who?
25        A.  (In English:)  It's privacy.  The --        20:05
```

Page 193

```
 1    the -- the employees of the Tank Exchange is
 2    private and confidential.
 3        Q.  How many employees did Tank Exchange have
 4    in 2017?
 5        A.  (In English:)  Around ten.              20:06
 6        Q.  And they were all owners?
 7        A.  (In English:)  I believe most of them.
 8        Q.  And how much of Tank Exchange did you own
 9    in 2017?
10        A.  (In English:)  That's private,          20:06
11    confidential -- that's confidential information.
12        Q.  Well, I'm just trying to do a little math.
13            But what happened to the $600,000 that
14    Tank Exchange received?
15            MR. JUNG:  Objection.  Relevance.  We're  20:07
16    getting pretty far afield.
17    BY MR. THOMPSON:
18        Q.  You're not instructed not to answer.  Can
19    you answer the question?
20        A.  (In English:)  Pay the employees.        20:07
21        Q.  So you paid the employees the $600,000?
22            MR. JUNG:  Relevance.  Privacy.
23    BY MR. THOMPSON:
24        Q.  Can you answer the question?
25        A.  (In English:)  California privacy.  The  20:07
```

Page 194

1    employee information confidential.

2            MR. JUNG:  There is a constitutional and

3    statutory right to employee privacy.

4            But I also think this is going pretty far

5    afield, and so I'll stick also with my relevance      20:08

6    objection.

7            MR. THOMPSON:  Fair enough.  I'll come

8    back to this in a minute.

9    BY MR. THOMPSON:

10       Q.  Did anyone...                                   20:09

11           You see the side letter -- strike that.

12           The side letter was presented to you;

13    correct?

14       A.  (In English:)  I -- I believe so.  They

15    probably present it to me.                             20:09

16       Q.  And you objected to it?  Is that your

17    testimony?

18       A.  (In English:)  I -- I did not want to -- I

19    did not want to sign the side letter.

20       Q.  Okay.  Did Ronnie present you with the          20:09

21    side letter?

22       A.  (In English:)  No.  It's -- it's someone

23    else.

24       Q.  When did they present it to you?

25           Was it on August 22nd?                          20:09

                                          Page 195

1          A.  (In English:)  I think it's August 22nd.

2     And then I -- they gave me a few documents.  They

3     gave me -- they present side letter.  They

4     presented the patent assignment agreement.  They

5     presented undertaking agreement.  And I was only      20:10

6     willing to sign the patent assignment agreement

7     because that's what we agreed.

8          Q.  So you refused to someone to sign the side

9     letter?

10         A.  (In English:)  Yeah, I -- I refused to       20:10

11    sign the side letter.

12         Q.  Who did you refuse to sign the side

13    letter?

14         A.  (In English:)  The same person presented

15    the -- the patent assignment agreement, side          20:10

16    letter, undertaking agreement.  So on August 22nd,

17    I think they -- they --

18              Look at this email.  I mean, although I

19    didn't get the email, it looks like they generated

20    these documents on August 22nd, side letter,          20:11

21    undertaking agreement, patent assignment.  This is

22    on the same email.

23              I'm not saying I got it on my email, but

24    it appears on August 22nd -- I'm talking about

25    BDI_000518.  On a single email, there was side        20:11

                                        Page 196

```
 1    letter, undertaking agreement, patent assignment
 2    agreement in the same email.
 3              So, to me, it seems like on August 22nd,
 4    all the documents -- all the three documents were
 5    ready.                                              20:11
 6              And someone present these three documents
 7    to me, and then I told them, "The only agreement
 8    we agreed -- we negotiated" --
 9              We don't need to do that one more time.  I
10    agree to sign this patent assignment agreement,    20:11
11    and then I sign the patent assignment agreement.
12         Q.  My question --
13         A.  (In English:)  "And don't try to sandbag
14    me with some additional documents we didn't
15    agree."                                             20:12
16         Q.  My question is:  Who is the person that
17    you told you would not sign the side letter?
18         A.  (In English:)  This -- the same person --
19    the same person presented the -- I believe the
20    same person presented the side letter, undertaking 20:12
21    agreement, patent assignment agreement.  And I
22    sign the patent assignment agreement in front of
23    that person.
24         Q.  Did any BDI executive have any
25    conversations with you about your not signing the  20:12
```

Page 197

```
 1   side letter?
 2        A.  (In English:)  What do you mean by
 3   "executive"?
 4        Q.  Well, I could foresee a situation that if
 5   you refused to sign this document, someone would     20:13
 6   say, "Well, you are not coming to work for us
 7   then."
 8             So I would assume that if you refused to
 9   sign this letter, you would have had some
10   discussion with some executive at some point and     20:13
11   said, "I'm not going to sign this," and the
12   process would have ended.
13             So was there a person that stepped up, an
14   executive, that said, "I understand you won't sign
15   this, and that's a problem"?                         20:13
16        A.  (In English:)  So here's what happened.
17   So I talked to Hua Wei and Jinmei Xiao
18   regarding -- because initially, they said they
19   going to acquire the company, and later on, they
20   said they going to do the patent purchase.           20:14
21             And then we mutually agree that we going
22   to do the patent assignment agreement, but we
23   didn't talk about any document else.
24             So I think they knew that.  They knew that
25   it's some extra document they wanted to sign me      20:14
```

Page 198

```
 1    when I already in Beijing about to join the
 2    company.  I think they kind of knew that this is
 3    some extra thing which we had not -- we did not
 4    mutually agree -- we did not mutually agree.
 5            The only thing we agreed before I flew to  20:14
 6    Beijing was the patent assignment agreement.  We
 7    didn't agree to anything else, like the side
 8    letter, the undertaking agreement.
 9            I think their strategy -- that's my guess.
10    I think their strategy is, "Oh, you're already in  20:15
11    Beijing.  You are about to join the company.  We
12    throw out some additional documents, you probably
13    going to sign.  And then we'll try."
14            They tried to sandbag me.  They tried to,
15    like, doping me -- they're trying to dope me into  20:15
16    signing this document.
17            And then I told the person who give me
18    these three documents, "Look, patent assignment,
19    that's fine.  We -- we already talk about.  I
20    talked to Jinmei Xiao and Hua Wei.  That's fine.  20:15
21    I going to sign it.  Undertaking, side letter, no,
22    we -- I didn't -- did not agree.  Not sign."
23            They probably went back to the executive.
24    I did not talk to an executive afterwards.
25            MR. THOMPSON:  Move to strike all of that  20:15
```

Page 199

1  answer that was based on speculation and

2  conjecture.

3  BY MR. THOMPSON:

4      Q.  Why would you want to go to work for a

5  company with executives that were trying to dope    20:16

6  you on agreements?

7      A.  (In English:)  So I -- these things

8  were -- so these several documents we're talking

9  about were between, like, Jinmei Xiao, Wei Hua.

10         I was -- so you asked me the question, why 20:16

11  would I work for ByteDance?  Is:  I do see the

12  opportunity for the -- like, the short video

13  product.  I -- I like Yiming.  I -- I praise

14  Yiming Zhang's vision.  I share that vision with

15  him.                                              20:17

16         So I think, "It's fine.  We just tell

17  them, 'Okay, this is not a part of the agreement.

18  I didn't sign that I going to join the company.

19  You knew that I am not going to sign.  But your

20  behavior is not very ethical'" --                 20:17

21      Q.  You actually said to someone, "Your

22  behavior isn't ethical"?

23      A.  (In English:)  No.  I -- I was frustrated

24  about their behavior, but I think what I said is,

25  "What you are trying to do is not a good move      20:17

```
 1    because this is not what we agreed."
 2             And they were -- you know, like I told
 3    you, they were going back and forth a number of
 4    times, even before I flew to Beijing.
 5             They were initially -- after we already    20:17
 6    agree that they are going to acquire ByteDance --
 7    I'm sorry -- they are going to agree -- acquire
 8    Tank Exchange, they were, like, "How about we
 9    don't acquire Tank Exchange?  How about we just
10    change your sign-on -- the acquisition cost into    20:18
11    your sign-on bonus?"
12             You see that email; right?  I yell at
13    them.  I told them, "No, I'm not going to join" --
14        Q.  You're way off the question.
15        A.  (In English:)  They are trying to --       20:18
16        Q.  You're way off the question again.
17        A.  (In English:)  They were trying to do
18    these things all the time.
19        Q.  I know you have a narrative that you are
20    dying to give, and your lawyer will let you do      20:18
21    that when you get into trial, but try to answer my
22    questions.  Just the question.
23             So you never said to anyone that "Your
24    behavior isn't ethical"; right?
25        A.  (In English:)  Let me think about it.      20:18
```

Page 201

```
 1          Q.  Well, while you think about it, I'll ask
 2     you another question.
 3              You never talked to an executive about not
 4     signing the side letter, did you?
 5          A.  (In English:)  I told the person who gave    20:19
 6     me the document, "I'm not going to sign," and then
 7     they -- they didn't -- they didn't go after me
 8     because they knew that I am not going to sign it.
 9          Q.  Are you sure you didn't sign this letter
10     because you wanted to be a part of the company and    20:19
11     this was part of the agreement?
12          A.  (In English:)  This is not part of
13     agreement.  Look.  Look.  Chuck, see how fake the
14     signature is?
15          Q.  It looks perfectly legitimate to me.         20:19
16          A.  (In English:)  I show you.  Do you want me
17     to show you again how --
18          Q.  No.
19          A.  (In English:)  These --
20          Q.  I don't need to do that because you're not   20:19
21     a handwriting expert.  Thank you.
22              All right.  Let's keep moving.
23          A.  (In English:)  It's so dark.
24              MR. THOMPSON:  What exhibit are we on?
25     36?                                                   20:19
```

Page 202

```
 1                THE REPORTER:  We are on 36.
 2                MR. THOMPSON:  All right.  How much time
 3     do I have left?
 4                THE VIDEOGRAPHER:  Approximately an hour,
 5     but I can give you a more --                    20:20
 6                MR. THOMPSON:  No, no.  That's fine.
 7           All right.  I don't think I can finish
 8     this within the seven-hour time period.  I'm going
 9     to try.
10           All right.  What did we say?  36?          20:20
11                THE REPORTER:  36, yes.
12                MR. THOMPSON:  36.
13                THE VIDEOGRAPHER:  One hour, 7 minutes.
14                (Whereupon, Defendant's Exhibit 36 was
15                marked for identification.)
16     BY MR. THOMPSON:
17           Q.  All right.  36 is the option agreement.
18                THE INTERPRETER:  (Interpreting) --
19                MR. JUNG:  Hold on one second.
20           So how much time do you think you need?    20:20
21                MR. THOMPSON:  I don't know.  I've got 20
22     more exhibits.  I don't know.  We've had long
23     unresponsive colloquies.  We've got the
24     interpreter.  I don't know, Charles.
25                MR. JUNG:  Just tell me how long you need. 20:20
```

Page 203

```
 1              MR. THOMPSON:  I don't know.  I'm going as
 2     fast as I can.
 3              MR. JUNG:  All right.  Well, we are going
 4     to stay here until we finish.
 5              MR. THOMPSON:  Okay.                    20:21
 6              MR. JUNG:  But I'm not promising you --
 7     I'm not promising you infinite time here.
 8              MR. THOMPSON:  I would never take infinite
 9     time.  I want to get home as much as everybody
10     else does.                                      20:21
11          All right.  We'll plow on.
12     BY MR. THOMPSON:
13        Q.  All right.  This is the Notice of Stock
14     Option Award with a grant date of September 30,
15     2017.  Do you recognize this document?          20:21
16              MR. JUNG:  Answer that question.
17          And then why don't we take a break.  We
18     have been going almost an hour and a half at this
19     point.
20              MR. THOMPSON:  Okay.                    20:21
21              THE INTERPRETER:  (Interpreting.)
22              THE WITNESS:  (In English:)  Your -- your
23     question?
24     BY MR. THOMPSON:
25        Q.  Do you recognize the document?           20:22
```

Page 204

```
 1          A.  (In English:)  I'm looking.

 2              I -- I -- I think so.

 3              MR. THOMPSON:  Okay.  Let me do, like,

 4      three questions, and we'll finish with the

 5      document and take a break.                    20:22

 6      BY MR. THOMPSON:

 7          Q.  Is this your handwriting on the front of

 8      the document at page 34?

 9          A.  (In English:)  I will say it looks mine,

10      but I'm not sure.                             20:23

11          Q.  Okay.  And at page 36, is that your

12      signature?

13          A.  (In English:)  This is not my signature.

14              MR. THOMPSON:  Do we have the original for

15      this document?                                20:23

16              MR. JUNG:  Hold on.

17      BY MR. THOMPSON:

18          Q.  All right.  I'll show you the original of

19      the document.

20              Is that your signature?               20:24

21              MR. JUNG:  Could you show him the whole

22      document, please?

23              MR. GUZMAN:  Be very careful.  It's not

24      stapled.

25              THE WITNESS:  (In English:)  Thank you.   20:24
```

Page 205

```
 1              Can we get our document?
 2              MR. JUNG:  Well, let's take these one at a
 3   time.
 4              THE WITNESS:  (In English:)  All right.
 5              This is not my signature.              20:24
 6   BY MR. THOMPSON:
 7        Q.  How do you know it's not your signature?
 8        A.  (In English:)  I know what my signature
 9   look like.  This is not my signature.  It -- I
10   don't sign like this.                            20:25
11        Q.  Did you not -- that is your handwriting on
12   the front, though; correct?
13        A.  (In English:)  I think -- I think this
14   handwriting looks like mine, but this is
15   definite -- definitely not my signature.         20:25
16        Q.  Did you sign that agreement?
17        A.  (In English:)  No, I -- no, I didn't sign
18   this agreement.
19        Q.  Was there a reason you did not sign that
20   agreement?                                       20:25
21        A.  (In English:)  I told them there is an
22   arbitration clause in it, and arbitration clause
23   is --
24              I review this document.  There was an
25   arbitration clause in it.  Arbitration clause is a  20:25
```

                                              Page 206

```
1    big red flag for me.  I was a finder -- I was a
2    founder of technology company.  I knew that
3    arbitration clause is very, very favorable to an
4    employer, so I don't want to have arbitration
5    clause in any documents that I sign.              20:26
6         For the Tank -- the patent assignment
7    agreement, I think that's fine because I was -- I
8    was signing on behalf of Tank Exchange.  It's a --
9    if there was any dispute, it's between two
10   companies.                                        20:26
11        But this one, it's share option.  I don't
12   want the arbitration clause in it, so I did not
13   sign it.  I told them that "After you remove some
14   clause in it, I will sign it."  But I -- I did not
15   sign -- "I will sign it after you remove some       20:26
16   clauses in this agreement."
17        MR. JUNG:  Hand them back that document
18   first.
19        THE WITNESS:  (In English:)  Oh, sorry.
20        Here you go.                                  20:27
21   BY MR. THOMPSON:
22        Q.  Thank you.
23        A.  (In English:)  And I have this original
24   copy.  This looks the same as yours, has Yiming
25   Zhang's signature.  I have this exact same          20:27
```

Page 207

1    document.  It looks exactly the same.  Yiming

2    Zhang, the CEO of ByteDance, sign it here.

3    This -- this document is -- I think it looks

4    exactly the same.

5              And then on the back side of second page,   20:27

6    Yiming Zhang's sign it.

7              And then on the third page -- I think

8    it's -- I don't know which page it is.  On the

9    place which they claim there was my signature, it

10   was not signed.  And then this is the original      20:28

11   document.

12             You want to see it?

13             MR. GUZMAN:  You didn't let Mohammed

14   analyze that when we were here?

15             MR. JUNG:  We did.                         20:28

16             MR. GUZMAN:  Oh, he did?

17             MR. DORENBAUM:  No, not that.

18   BY MR. THOMPSON:

19        Q.  Okay.  All right.  Could I see that,

20   please?                                             20:28

21        A.  (In English:)  Yeah.  Go ahead.

22        Q.  Thank you.

23             MR. JUNG:  I think it's a good idea if you

24   separate those two, Chuck, if you don't have them

25   so close to each other and...                       20:28

                                              Page 208

```
 1              MR. THOMPSON:  Good idea.
 2      BY MR. THOMPSON:
 3          Q.  So on the one in my left hand, which you
 4      just gave me, this is your writing on the front?
 5          A.  (In English:)  I don't know whose writing   20:29
 6      there.
 7          Q.  But you think this is your writing on the
 8      one I showed you; right?
 9          A.  (In English:)  It looks like mine.
10          Q.  Okay.                                        20:29
11          A.  (In English:)  But I -- I'm not sure who
12      wrote it.
13          Q.  And on this one, the one you gave me, the
14      name is "Yintao Yu," and on the one we have, it's
15      "Yintao 'Roger' Yu."                                 20:29
16              The one you gave me has an agreement for
17      the "Dispute Resolution and Arbitration
18      Procedures," as they both do.
19              The one in my left hand, the stamp is at a
20      different angle.                                     20:30
21              When did you obtain this copy that you
22      gave me?
23          A.  (In English:)  I think sometime in late
24      August or early September.  They -- they told me
25      to sign.  I said, "I cannot sign."                   20:31
```

Page 209

1          MR. THOMPSON:  All right.  Why don't we

2    take our break.  Let me think about this and come

3    back to it.

4          Thank you, Charles.

5          THE INTERPRETER:  (Interpreting.)        20:32

6          THE VIDEOGRAPHER:  The time is 8:32 p.m.,

7    and we are off the record.

8               (Recess taken.)

9          (Whereupon, Defendant's Exhibit 37 was

10          marked for identification.)              20:52

11          MR. THOMPSON:  We're back on the record.

12    We've marked as --

13          THE VIDEOGRAPHER:  The time is

14    8:52 p.m.  We are back on the record.

15          MR. THOMPSON:  We marked as Exhibit 37 the  20:52

16    version of the stock agreement -- Stock Option

17    Award that plaintiff has produced without the

18    signature.  And we've already looked at that off

19    the record.

20          So we can just move on to 38.             20:53

21          THE INTERPRETER:  (Interpreting.)

22          (Whereupon, Defendant's Exhibit 38 was

23          marked for identification.)

24    BY MR. THOMPSON:

25        Q.  All right.  Exhibit Number 38 is the     20:53

                                        Page 210

1    Employee Confidentiality and Inventions Assignment

2    Agreement.

3            At Bates BDI_1973 -- that's 001973 -- is

4    that your signature, Mr. Yu?

5        A.  (In English:)  This is not my signature.    20:54

6        Q.  At BDI_1974, the next page, there appears

7    to be a signature and a date of 8/30/2017.

8            Is that your signature?

9        A.  (In English:)  Tis is not my signature.

10       Q.  Is that your writing, "8/30/2017"?         20:54

11       A.  (In English:)  It looks like my writing

12   for the date.

13       Q.  And then at BDI_1975, there is a date of

14   "8/30/2017."

15           Is that in your writing?                   20:55

16       A.  (In English:)  The -- are you talking

17   about 195- -- 1975?

18       Q.  Yes.

19       A.  (In English:)  So on the -- on the -- at

20   the bottom, at the left side, there is a date,      20:55

21   August 30, 2017.  This one looks my -- my

22   handwriting.

23           The signature is totally, totally so fake.

24       Q.  That is not your signature, then?

25       A.  (In English:)  That's not my -- that's --  20:55

                                        Page 211

```
 1    that's not my signature.  The three --
 2         Q.  Why do you -- why do you believe it is a
 3    fake signature?
 4         A.  (In English:)  So this ECIAA is a core
 5    dispute in this case, and you see how fake this      20:56
 6    signature is.
 7           Look at, let's say, page number
 8    BDI_001974.  You see the date is black, but the
 9    signature is gray.  Around the signature here,
10    they are so many pixels, so many dots around        20:56
11    there.  The date is so clear, no pixels, no
12    pixelating.
13           Same thing happened on the next page,
14    BDI_001975.  The date is black, deep black;
15    signature is gray.  Clearly, not the same pen.      20:56
16    There's so many pixels, pixelating around the
17    signature.  There's, like, not connected, like,
18    dots around the signature, but the date is so
19    smooth, so -- so dark, so different from the
20    signature.                                           20:57
21           And the signature itself is way, way off.
22    It's so fake.  It's -- whoever forged it is -- if
23    they want to forge it, they did a terrible job.
24    It's so fake.
25         Q.  Did you see this agreement during the      20:57
```

Page 212

1      onboarding process?

2             A.  (In English:)  No, I didn't.

3             Q.  Did you ever see this agreement at any

4      time that you were at ByteDance?

5             A.  (In English:)  No, I didn't see -- I        20:58

6      didn't see this document when I was at ByteDance.

7             Q.  So then you would have never signed it?

8             A.  (In English:)  Correct.  They never asked

9      me to sign it.  And it's so fake.  The signature

10     itself is just gray, and date is black.  You can      20:58

11     see it yourself.

12             Can you explain to me --

13             Q.  Mr. Yu, we've been down that path --

14             MR. JUNG:  Let's let him --

15             THE WITNESS:  (In English:)  Okay.            20:58

16             MR. JUNG:  Let's let him ask questions.

17             MR. THOMPSON:  Yeah.

18             THE WITNESS:  (In English:)  I mean, you

19     can see --

20             MR. JUNG:  Let's --                           20:58

21             MR. THOMPSON:  Mr yu --

22             THE WITNESS:  (In English:)  Yeah, okay.

23             MR. JUNG:  Let's let him ask questions.

24     We're getting through this.

25             MR. THOMPSON:  Thank you.                     20:58

                                        Page 213

```
 1              THE WITNESS:  (In English:)  All right.
 2    All right.  That's fine.
 3              MR. THOMPSON:  All right.  Let's go to 39.
 4              (Whereupon, Defendant's Exhibit 39 was
 5              marked for identification.)          20:59
 6    BY MR. THOMPSON:
 7         Q.  All right.  Exhibit Number 39 is dated
 8    9/1/2017, and it's from David Wang to
 9    rogeryu@bytedance.com.
10              And do you recall receiving a copy of this 20:59
11    email?
12         A.  (In English:)  It appears to be an email
13    sent to me.
14         Q.  Okay.  And attached to that is a W-4 and
15    an I-9; is that right?                         21:00
16         A.  (In English:)  Attachment for blank W-4
17    and a blank I-9.
18         Q.  Okay.  And so after you received this
19    email, did you then immediately fill out the W-4
20    and the I-9 and send it back to David Wang?    21:00
21              THE INTERPRETER:  Could you repeat the
22    question again, please?
23    BY MR. THOMPSON:
24         Q.  After you received this email, did you
25    then immediately fill out the W-4 and the I-9 and  21:00
```

Page 214

1    send it back to David Wang?

2        A.  (In English:)  I won't say immediately.

3    Maybe in a few weeks.

4        Q.  Okay.

5            MR. THOMPSON:  Let's go to 40.                21:01

6            (Whereupon, Defendant's Exhibit 40 was

7            marked for identification.)

8    BY MR. THOMPSON:

9        Q.  This is a communication between you and

10   David Wang; is that correct?                          21:01

11       A.  (In English:)  I'm looking at it.

12           It appears to be the case.

13       Q.  All right.  Do you remember having these

14   conversations with David Wang on this medium,

15   where he is requesting that you forward the           21:02

16   relevant information to enter into the payroll?

17       A.  (In English:)  There could be a

18   conversation, but I am not sure if that's the true

19   copy -- I mean the true conversation between me

20   and him.                                              21:03

21       Q.  By "true conversation," you have an issue

22   with translation, or what's your concern?

23       A.  (In English:)  I mean the content.

24       Q.  Okay.  What about the content?

25       A.  (In English:)  I'm saying I cannot verify  21:03

Page 215

```
 1    that's the exact content, the exact communications
 2    between me and him.  I might had a conversation
 3    with him, but what here, I -- I cannot -- I cannot
 4    authenticate this is a true copy of the
 5    conversation.                                    21:04
 6         Q.  I'm not asking you to do that.
 7              Was Dave Wang, on around 9/20, trying to
 8    get you to fill out your W-4?
 9         A.  (In English:)  I'm not -- I'm not sure.  I
10    don't recall the exact date.                     21:04
11         Q.  All right.  Do you know if you provided
12    ByteDance with a W-4 by September 20th?
13         A.  (In English:)  I -- I probably gave him,
14    like, sometime in September or October, but I
15    don't know if it was on September 20.            21:05
16         Q.  Okay.  Let's take this from a slightly
17    different perspective.
18              During the time that you worked in the
19    United States for Facebook or whatever and while
20    you owned Tank Exchange, you were aware that in   21:05
21    order to be an employee in the United States, you
22    needed to execute a W-4 and an I-9; correct?
23              MR. JUNG:  Calls for a legal conclusion.
24              THE WITNESS:  (In English:)  Yes.  And we
25    finish on the Day One, complete it on the Day One,  21:05
```

Page 216

1    or even before Day One.

2    BY MR. THOMPSON:

3         Q.  So you provided them with an executed W-4

4    and I-9 on September 30th, which I believe you

5    said was -- or was it August 30th, your first        21:06

6    day --

7         A.  (In English:)  No --

8         Q.  -- at ByteDance?

9         A.  (In English:)  You were asking me for

10   Facebook or Tank Exchange, how we -- what is the      21:06

11   practice for that.  You were not asking about

12   ByteDance.

13            And then I -- my answer is --

14        Q.  Well, maybe we're confused.  Let me try to

15   fix that.  Okay?                                      21:06

16        A.  (In English:)  My answer is to this

17   question, not for ByteDance; at company, do you

18   complete on Day One or even before Day One.

19        Q.  Right.  So what I was trying to do is

20   establish your knowledge that in order to work in     21:06

21   the United States, you have to have an executed

22   I-9 and W-4.  Right?  You knew that?

23        A.  (In English:)  Yeah, that is correct.  But

24   ByteDance didn't follow HR procedures.

25        Q.  It appears that David Wang was trying to     21:07

                                        Page  217

```
1    get you to fill out a W-4 and an I-9, and you

2    weren't doing it.

3            Did you fill out a I-9 and a W-4 when they

4    first were presented to you by ByteDance?

5        A.  (In English:)  I believe I signed sometime  21:07

6    in September or October, but they were not --

7    like, they don't --

8            See, if this email, the BDI_001949, was

9    true, the date was on September 1st.  That's two

10   days after my start date.  So, I mean, a normal    21:08

11   company would complete it on August 30th, on the

12   first day.

13       Q.  You have to complete them; correct?

14       A.  (In English:)  They -- they didn't ask me

15   to complete on August 30.                          21:08

16       Q.  When is the first day they asked you to

17   fill out an I-9 or a W-4?

18       A.  (In English:)  If BDI_001949 was true,

19   then it's September 1st, which was two days after

20   my start date.                                     21:08

21       Q.  Okay.  And so did you fill them out on

22   September 1st, when they asked you to?

23       A.  (In English:)  I didn't on that day.  I

24   was -- I think I was busy.  I think I sent it on

25   September -- in September or October for the I-9,  21:09
```

Page 218

1    W-4.

2        Q.  So you waited a month or two?

3        A.  (In English:)  One month or two months,

4    yes.

5        Q.  And you understood you couldn't work in    21:09

6    the United States legally without an executed W-4

7    or I-9?

8            MR. JUNG:  Calls for a legal conclusion.

9    Calls for speculation.

10           THE WITNESS:  (In English:)  My    21:09

11   understanding is, ByteDance doesn't care, so...

12   BY MR. THOMPSON:

13       Q.  What was that understanding based on?  Did

14   somebody tell you they didn't care at ByteDance?

15   And who was that person?    21:10

16       A.  (In English:)  I think I was confused that

17   they didn't ask me to sign I-9 and W-4 on the

18   first day, August 30.  And they said, "It doesn't

19   matter.  Let's deal with that later."

20       Q.  Who said that?    21:10

21       A.  (In English:)  The -- the one who I did

22   with the -- I believe that's the one who did the

23   supplemental employment agreement, which we

24   sign -- I sign on August 30th, which my start --

25   which was my start date.    21:10

Page  219

1          Q.  And then on September 1st, somebody gave

2     you the I-9 and the W-4 to sign; correct?

3          A.  (In English:)  If the email -- again,

4     if -- I already answer it.  Again, if the email on

5     BDI_001949 was true, then it was on September 1st    21:11

6     they asked me to sign the W-4 and I-9, which

7     wasn't signed on my first day, and they -- they

8     seem didn't care at all.

9          Q.  Well, was the person that said that they

10    didn't care male or a female?                        21:11

11         A.  (In English:)  I believe it -- it was a

12    female.

13         Q.  And where was she?

14         A.  (In English:)  I don't know that person.

15    There was a -- it was a ByteDance employee.          21:11

16         Q.  Some random employee said, "I don't care

17    if you fill out your I-9" that you can't identify?

18              MR. JUNG:  Argumentative.  Compound.

19              MR. THOMPSON:  Sustained.

20              THE INTERPRETER:  (Interpreting.)          21:12

21              THE WITNESS:  (In English:)  They don't

22    care.  Why would I care?

23              And what I care is they should return my

24    supplemental employment agreement, which they

25    never did.  And I sign it.  I gave it to her.        21:12

Page 220

```
 1     They never returned it back to me.
 2              MR. THOMPSON:  Let's go with the next
 3     exhibit.  Let's just go with the next exhibit.
 4              THE WITNESS:  (In English:)  They,
 5     apparently --                                      21:12
 6              MR. JUNG:  There's no question.
 7              THE INTERPRETER:  (Interpreting.)
 8              MR. THOMPSON:  41.
 9              (Whereupon, Defendant's Exhibit 41 was
10              marked for identification.)            21:13
11     BY MR. THOMPSON:
12         Q.  Exhibit Number 41 is dated September 23,
13     2017.  It's from David Wang, and it says (as
14     read):
15              "Roger, please complete the relevant  21:13
16              materials.  According to the previous
17              communication, your personnel information
18              cannot be obtained in time for the salary
19              payment on September 25th, so it cannot be
20              distributed in the payroll cycle."      21:13
21              Do you recall getting this email?
22         A.  (In English:)  It -- it seems to be --
23     seems to be the email he sent.
24         Q.  Okay.  And did you respond by filling out
25     the relevant materials and returning them to David  21:14
```

Page 221

```
 1    Wang?
 2         A.   (In English:)  First of all, I don't know
 3    by this day, September 23rd, I already provided
 4    the I-9, W-4.  I actually -- it could be that I
 5    already provided, but it just wasn't on time.      21:14
 6              He didn't say -- he didn't complain.  He
 7    didn't say, "I didn't get it."  He did say "on
 8    time."  Right?  He said, "didn't get your
 9    information on time."
10              So it could be, like, a cutoff for the    21:15
11    payroll.  I don't --
12         Q.   Hang on.  You're not responding.
13              MR. THOMPSON:  Let me just move to strike
14    that response.
15    BY MR. THOMPSON:                                     21:15
16         Q.   My question was, did you respond to this
17    email by filling out the materials he requested?
18         A.   (In English:)  My -- so to answer your
19    question, you were just -- I think your
20    question -- your question assumes that the I-9 and  21:15
21    W-4 were not provided as of the date of this
22    email, September 23rd.  That's why you ask, have I
23    replied back to him providing the I-9, W-4.
24              That's your position; right?
25         Q.   Mr. Yu, I'll ask you the question again.   21:16
```

Page 222

```
 1                Did you respond to this email by providing

 2      Mr. Wang with whatever he was requesting of you?

 3      That's a "yes" or "no" response.

 4          A.   (In English:)  It is not a "yes" or "no."

 5      You -- you're just taking the assumption that I --    21:16

 6      that the I-9 and W-4 --

 7          Q.   Mr. Yu, let me --

 8               MR. JUNG:  Hold on just a second.

 9               Just do the best you can.  I know it's

10      a -- there is a fact assumed there, but just do       21:16

11      the best you can.

12               THE INTERPRETER:  (Interpreting.)

13               THE WITNESS:  (In English:)  My -- my best

14      guess is on -- by September 23rd, I already

15      provided him W-4 or I-9.                              21:16

16               So what -- this mail literally just said

17      that they missed the cutoff time for the payroll.

18      BY MR. THOMPSON:

19          Q.   So your testimony is that you had provided

20      Dave Wang with both your W-4 and I-9 by               21:17

21      September 23rd?

22          A.   (In English:)  No, that -- give me my

23      declaration.  I will give you --

24               I think you're just -- you

25      misunderstood -- you're distorting my declaration.   21:17
```

Page 223

```
 1                  MR. THOMPSON:  I'm sorry.  I don't know
 2      what he is talking about right now.
 3                  MR. JUNG:  Do you want to show him his
 4      declaration?  I think he's thinking you're
 5      misunderstanding.                               21:17
 6                  THE WITNESS:  (In English:)  You're --
 7      yeah.  I need to see what you refer to I made the
 8      statement or made a declaration.  I need to see
 9      it.
10                  MR. JUNG:  If he doesn't want to show it  21:17
11      to you, that's fine for now.
12                  Let's just speed --
13                  MR. THOMPSON:  What is he talking about?
14                  MR. JUNG:  Let's just speed this up.
15                  Try to --                           21:17
16                  MR. THOMPSON:  I don't -- Charles, I don't
17      know what he's talking about.
18                  MR. JUNG:  Try to answer as best you can
19      whatever question happens to be on the table,
20      whether you agree with it or not.  If you can    21:17
21      understand it, try your best to answer.
22                  THE INTERPRETER:  (Interpreting.)
23      BY MR. THOMPSON:
24          Q.  Mr. Yu, what are you talking about, your
25      declaration?  I don't know what you mean.        21:18
```

                                              Page 224

```
 1              MR. JUNG:  Okay.  Well, why don't you
 2      just go to your -- hold on a second.
 3              No need to argue between the two of you.
 4      Just ask your question.  What's your -- what's
 5      your substantive question?                        21:18
 6              MR. THOMPSON:  So now my question is, what
 7      is he talking about about his declaration?  What
 8      declaration?
 9              THE WITNESS:  (In English:)  You were
10      saying I made a declaration.  So can you just     21:18
11      repeat your question -- repeat your question?
12      BY MR. THOMPSON:
13          Q.  Okay.  Okay.  My question is, are you
14      telling me that you provided Dave Wang with both
15      your I-9 and your W-4 by September 23rd?          21:18
16          A.  (In English:)  I think very likely that's
17      the case.
18              But ByteDance is very strange.  Like,
19      although I provide it -- and back in December,
20      Selene Gao, Jingjing Lu, they ask me again.  They 21:19
21      saying, like, "The I-9 is not completed.  I-9 was
22      not completed.  You need to sign I-9 again."
23              And then I did it again in December, and
24      then they were fine with that.
25              So I told -- I told --                     21:19
```

Page 225

```
 1                MR. JUNG:  Let's leave it at that.

 2                THE WITNESS:  (In English:)  Okay.  Yeah.

 3                MR. JUNG:  Let's leave it at that and --

 4                THE WITNESS:  (In English:)  Okay.

 5                MR. JUNG:  -- move to the next question.   21:19

 6                MR. THOMPSON:  Give me the next exhibit,

 7      42, please.  Thank you.

 8                (Whereupon, Defendant's Exhibit 42 was

 9                marked for identification.)

10      BY MR. THOMPSON:                                   21:20

11         Q.  Exhibit Number 42 starts out with a date

12      of 12/18/2017.  It is from Jingjing Lu --

13      J-i-n-g-j-i-n-g, new word L-u -- to David Wang on

14      the top of it.

15                And then the next entry down is from      21:20

16      Jingjing to you, dated 12/18/2017, and it says (as

17      read):

18                "Hi, Roger.  It's been another month

19                since my last email of November 17th to

20                ask you for your green card copy to        21:20

21                complete I-9.  And I've pushed this for

22                more than ten times -- please see below

23                screenshot -- and still couldn't get reply

24                until today.  Please make sure to send me

25                your green card copies by this week,       21:21
```

                                                    Page 226

```
 1              December 22nd.  Thanks for your

 2              cooperation."

 3              Did you provide BDI with an I-9 prior to

 4    December of 2018?

 5              I'm sorry.  I made an error there.  I was  21:22

 6    looking at the email wrong.

 7              Same question, only December of 2017.

 8         A.  (In English:)  By what date?

 9         Q.  12/18/2017.

10         A.  (In English:)  Your question is if I send  21:23

11    I-9 and W-4 to Jingjing Lu?

12         Q.  No.  Just I-9.  I-9 and green card.

13         A.  (In English:)  I-9 -- have I sent I-9 to

14    ByteDance by December 18th?

15         Q.  Yes.                                         21:23

16         A.  (In English:)  Yeah.  I sent it to -- I

17    send to Dave -- to this person, Wang Xiaodong,

18    Dave Wang.  But they -- they -- obviously, they

19    keep -- kept bugging me.  They could get it from

20    Dave Wang, but they bugging me to do the I-9        21:23

21    again.

22              THE INTERPRETER:  Wang Xiaodong is Dave

23    Wang?

24              THE WITNESS:  (In English to Interpreter:)

25    Xiaodong is Dave Wang.                              21:23
```

Page 227

```
 1              THE INTERPRETER:  X-i-a-o-d-o-n-g?

 2              THE WITNESS:  (In English to Interpreter:)

 3     X-i-a-o-d-o-n-g.

 4              THE INTERPRETER:  W-a-n-g?

 5              THE WITNESS:  (In English to Interpreter:) 21:23

 6     W-a-n-g.

 7              (In English to Mr. Thompson:)  I did it in

 8     September or October, but more likely, September.

 9     But they are bugging me again in December, which

10     is -- their -- their HR practice is a disaster.    21:24

11              MR. THOMPSON:  Go off the record for a

12     second.

13              THE VIDEOGRAPHER:  Time is 9:24 p.m., and

14     we are off the record.

15                  (Off the record.)                   21:28

16              THE VIDEOGRAPHER:  Time is 9:28 p.m., and

17     we are back on the record.

18     BY MR. THOMPSON:

19        Q.  Mr. Yu, do you have a memory of filling

20     out part of your I-9 and the BDI staff requesting   21:28

21     that you fill in the expiration date of your I-9

22     and other items on that document at a later date

23     because it was incomplete?

24        A.  (In English:)  What do you mean by

25     "expiration"?                                      21:29
```

                                        Page 228

```
1          Q.   There is probably an expiration date on
2     your green card.   Correct?
3          A.   (In English:)   I -- I believe so.
4          Q.   Okay.   And do you recall BDI staff asking
5     you for that expiration date and/or the number on      21:29
6     your green card?
7          A.   (In English:)   I -- I think they wanted
8     to -- they want to get a photocopy of the green
9     card, but I don't think they specifically -- I
10    don't want to make that claim.                         21:30
11          But I remember -- all I remember is they
12    were -- they wanted to see -- they want to make a
13    photocopy entire of the green card.
14          But I show them.   I show them.   They --
15    they already knew the expiration.   They asked        21:30
16    me for -- they asking for a copy of it.
17          Q.   Did they tell you they needed a copy of it
18    to comply with the law?
19          A.   (In English:)   They claim -- I think they
20    probably claim that way, but I told them that         21:30
21    that's -- that that was not the case; "As long as
22    you see it, you verify it, that's all you need.
23    You don't need to do a -- you don't need to -- you
24    don't get to -- you are not entitled to get an
25    entire copy of my green card."                        21:31
```

                                                Page 229

```
 1                    That's what I told them.

 2          Q.   And "they," meaning HR, were persistent

 3    that they needed information off that green card

 4    that you were not providing them until December of

 5    2017; is that correct?                              21:31

 6          A.   (In English:)  I don't -- I think you are

 7    trying to say they...

 8                Can you please repeat your question?

 9          Q.   Sure.  Let's try this a different way.

10                MR. THOMPSON:  Can I have Exhibit 43.

11                (Whereupon, Defendant's Exhibit 43 was

12                marked for identification.)

13    BY MR. THOMPSON:

14          Q.   Okay.  Exhibit Number 43 has a text in it

15    to you that says (as read):                         21:32

16                    "You're in Silicon Valley; right?

17                Please send me and Jingjing a copy of both

18                sides of the green card.  We checked with

19                the legal department.  Failure to complete

20                I-9 for such a long period of time after   21:32

21                onboarding requires a termination of

22                work."

23                Do you remember getting that text from

24    Selene Gao?

25          A.   (In English:)  She probably said it.      21:33
```

                                                    Page 230

```
1              But I'm not sure if that -- that is the
2    real -- a true message that she deliver.  She
3    might have said it, but I don't -- I cannot
4    authenticate.  I don't know if she actually said
5    it.                                          21:34
6         Q.  My question was, do you remember getting
7    the text, the alert that you still had not fully
8    completed your I-9 and that it could result in a
9    termination of work?
10        A.  (In English:)  I don't recall she said it, 21:34
11   but she probably -- I'm -- by looking at it, she
12   probably said it.  So it's more likely she said it
13   than she didn't said it.
14        Q.  Okay.
15             MR. THOMPSON:  Can I have 56.            21:35
16             I'm going to mark one out of order.  It's
17   going to be 56.
18             (Whereupon, Defendant's Exhibit 56 was
19             marked for identification.)
20   BY MR. THOMPSON:                                 21:35
21        Q.  Is this a true and correct copy of your
22   green card?
23        A.  (In English:)  It looks so.
24        Q.  Okay.  Is this your writing on the -- it
25   looks like a pink sticky note that says (as read):  21:35
```

                                        Page 231

1          "For ByteDance/Flipagram new hire

2          November 2017."

3      A.  (In English:)  It -- it looks like my

4  handwriting.

5      Q.  Okay.  And is that pink -- it looks          21:36

6  pink -- Post-it or whatever it is covering up some

7  information on your green card?

8      A.  (In English:)  It appears so.  But I

9  already show ByteDance.  I -- I show them the --

10  the actual green card, the entire thing, before     21:36

11  this date, November 2017.  I show them either in

12  September or October, but I already show them.

13      Q.  Who did you show it to?

14      A.  (In English:)  I believe I show it to Dave

15  Wang.                                               21:36

16      Q.  Okay.  And what information did you cover

17  up there?

18      A.  (In English:)  I -- I don't know.  It

19  could be what he said, expiration, but they

20  already know my expiration because I -- I show the  21:37

21  actual card to Dave Wang and probably someone else

22  in September, October already.  They knew my card

23  expiration.

24          And I don't think they get to copy

25  an unredacted version of my green card.  They are   21:37

1    not entitled to do that.

2            Regardless, they requested, and I give

3    them this version, and that's what they requested.

4        Q.  Did they -- well, who is "they"?  Who are

5    you referring to as "they"?                      21:37

6        A.  (In English:)  It could be -- let me see

7    the Jingjing Lu.

8            It could be Jingjing Lu.  It could be

9    Selene Gao.  So... ByteDance HR person.

10           I think most likely -- I'm seeing an email 21:38

11   on November 15th from Jingjing Lu saying you want

12   me to provide the green card copy.

13           So everything else had been provided

14   already, like the I-9, W-4.  It was provided

15   already, like, long time ago, in September or       21:38

16   October.

17           But in November 15th, she was asking

18   again, and she said she needs a copy of the green

19   card.  So I think most likely around that time,

20   around November 15th, I provide it.                 21:39

21           So that's -- it should be Jingjing Lu.  So

22   that -- that answer your question.  Most likely,

23   Jingjing Lu.

24           But I -- when I provide it, I told them

25   that, "You are not entitled to an unredacted        21:39

                                        Page 233

 1    version of my green card" and --

 2        Q.  I understand that's your testimony.

 3            What was the basis for that belief?  Did

 4    you Google it or Google California law on whether

 5    or not you had to produce a copy of your green        21:39

 6    card?  How did you -- what was the basis for that

 7    belief?

 8            MR. JUNG:  And I caution you, to the

 9    extent that it calls for disclosure of

10    communication with an attorney, don't answer that.    21:40

11            THE WITNESS:  (In English:)  Privileged.

12            But I made it clear that you are not

13    entitled to the green card.  I will show you.  You

14    can see it.  And by doing that, I already

15    completed my legal obligation.                        21:40

16    BY MR. THOMPSON:

17        Q.  Well, my question is, what's the basis for

18    your belief that by showing someone the green

19    card, you had completed your obligation under

20    California law?                                       21:40

21        A.  (In English:)  I told you it's privileged.

22    Attorney had told me.

23        Q.  Who was the attorney?

24            MR. JUNG:  No.  No.  That's -- that's

25    privileged.                                           21:41

Page 234

```
 1              Don't -- don't answer that.

 2              And I'll -- and I'm going to move to

 3      strike that prior answer as privileged.

 4              MR. THOMPSON:  It's not an attorney-client

 5      communication.  And what standing would you have     21:41

 6      to assert that as of 2017?  I'm really confused.

 7              MR. JUNG:  What does the date --

 8              MR. THOMPSON:  Just help me out.

 9              MR. JUNG:  What does the date matter?

10              So if you learned --                         21:41

11              MR. THOMPSON:  Just help me out.

12              MR. JUNG:  So if you learned it from an

13      attorney --

14              If he learned it from an attorney, what

15      does standing matter?  He's the one who holds the    21:41

16      privilege.

17              MR. THOMPSON:  Okay.  So I can live with

18      that.

19      BY MR. THOMPSON:

20          Q.  So it's your testimony, just to make a       21:41

21      clean record, that you checked with an attorney in

22      2017 about producing a copy of your green card in

23      California to ByteDance, and that attorney said

24      you don't have to do it?

25              MR. JUNG:  Hold on a second.  Did you just 21:42
```

Page 235

```
 1    ask specifically what an attorney said to him?
 2    No, that's privileged.
 3              Don't answer that.
 4              MR. THOMPSON:  Hang on.  I know.
 5              Well, the record is already made.  Okay.    21:42
 6              All right.  But you're instructing him not
 7    to give me the identity of the lawyer that he
 8    might have checked with; correct?
 9              MR. JUNG:  What -- no.  Your question
10    was -- your question was, "It's your testimony      21:42
11    that you checked with an attorney about producing
12    a copy of your green card, and that attorney said
13    you don't have to do that?"
14              That is an attorney-client communication.
15    It doesn't matter whether you think that's 2017.    21:43
16    There's no -- there's no time bar, as far as I'm
17    aware, of an attorney-client privilege.  He's the
18    holder of the privilege.  He gets to assert it at
19    any time.  I'm his attorney now, and I'm asserting
20    it on his behalf.                                    21:43
21              MR. THOMPSON:  I understand that.  My
22    question was just, who was the attorney that gave
23    him that information?
24              MR. JUNG:  And let me also ask you this:
25    So what's the -- what's the relevance of this?      21:43
```

Page 236

```
 1    How does the identity of an attorney who may have
 2    given him information -- how does that make any
 3    claim more or less likely or any affirmative
 4    defense more or less likely?
 5            MR. THOMPSON:  Give me a second on that,    21:43
 6    and I'll ask another question.
 7    BY MR. THOMPSON:
 8        Q.  Let me assume that what you say is correct
 9    and you did show your green card to someone at
10    BDI.  When did that happen?  When was the first    21:44
11    time you did that?
12        A.  (In English:)  Again, it's in September,
13    October, that period when I provided the I-9 and
14    W-4.
15            It looks -- the date on this document, it    21:44
16    said September 27th.  If that is true, it's
17    probably around that date, late September, early
18    October, around that time I provided I-9.  I show
19    them the green card.  And then -- but that's --
20    that's the China side of the HR.                    21:45
21            But their HR did not follow procedures.
22    First of all, they didn't ask the I-9 or W-4 on
23    the first date.
24            I showed the -- my green card to the China
25    side of the HR of ByteDance, and then the U.S.      21:45
```

Page 237

1    side -- Jingjing Lu is U.S. based.  Jingjing Lu is

2    just asking again.  So...

3              MR. JUNG:  Let's wait for a question.

4    BY MR. THOMPSON:

5        Q.  Okay.  So when they ask again in October    21:45

6    and November and December repeatedly, why didn't

7    you just provide them with whatever they were

8    looking for immediately?

9        A.  (In English:)  They did?  When?  Show me.

10   I only see November 15th.                           21:46

11       Q.  There are texts in Exhibit --

12       A.  (In English:)  I see December.  I see

13   November.  I don't see it in October.  Where is

14   October?

15       Q.  In Exhibit 43 --                            21:46

16       A.  (In English:)  But even if they ask, I put

17   it this way:  The China side of it already saw it.

18   Why would they ask again?  It's stupid.

19       Q.  Maybe they are stupid.  But if they asked

20   you for it again, why wouldn't you just give it to  21:46

21   them?  What's the issue?

22       A.  (In English:)  That's why I give them.  I

23   give them November.  There's a date on it.

24   November, I gave them.

25       Q.  Okay.  But you covered up some of the       21:46

                                              Page 238

```
 1    information that they might have needed.
 2            MR. JUNG:  Look, Mr. Thompson, the exhibit
 3    says what it says.  You have the testimony.
 4            MR. THOMPSON:  Fair enough.  Fair enough.
 5            MR. JUNG:  This is of marginal relevance,    21:47
 6    if any.
 7            MR. THOMPSON:  Fair enough.  We'll move
 8    on.
 9            MR. JUNG:  And I'll note we're already
10    past seven hours --                                  21:47
11            MR. THOMPSON:  I'm moving on.
12            MR. JUNG:  -- so let's please hurry up.
13            MR. THOMPSON:  All right.  Did you provide
14    us with the identity of the anonymous declarant?
15            MR. JUNG:  We have reached -- so if you     21:47
16    asked -- you can ask here, but he's -- for the
17    name, he's going to require an information source
18    that we disclosed in court.  And that call was
19    made immediately, but we haven't received that
20    call back, so we ask for your indulgence on that.   21:47
21            But feel free to ask and get the answer
22    from your -- for yourself.
23            MR. THOMPSON:  Sure.
24    BY MR. THOMPSON:
25        Q.  Mr. Yu, who was the person in the           21:47
```

Page 239

```
1    document, the -- we refer to him as the anonymous
2    declarant?  Do you know who that person is?
3         A.  (In English:)  I don't -- I don't have the
4    name on top of my head.  I have to go back and
5    check.  But I can get back to you.              21:48
6         Q.  All right.  So you have made the
7    inquiry -- inquiry of someone to find out the name
8    of that person?
9            MR. JUNG:  Or he's had someone do that for
10   him, which is us.                               21:48
11           MR. THOMPSON:  Okay.  And what is the
12   reasonable expectation on the turnaround for that?
13           MR. JUNG:  I mean, we just need to wait
14   for a call back.  We'll place another call on
15   Monday.                                         21:48
16           MR. THOMPSON:  Okay.
17           MR. DORENBAUM:  I mean, I --
18           Can I just --
19           MR. JUNG:  Sure.
20           MR. DORENBAUM:  Yeah, so it's former     21:48
21   counsel.  And, typically, he calls me back -- when
22   I've had to reach out to him, he typically calls
23   me back within a couple of days.  You know, the
24   next day is pretty normal for him to call me back.
25   Today is Friday, so, you know, I would assume that  21:49
```

Page 240

```
1      I would get a call back on Monday.  But I'll try

2      again.

3              MR. THOMPSON:  Okay.

4              MR. DORENBAUM:  And in the meantime, if we

5      find the source of the information --          21:49

6              MR. THOMPSON:  You'll provide it?

7              MR. DORENBAUM:  Yeah --

8              MR. THOMPSON:  Very good.

9              MR. DORENBAUM:  Obviously.

10             MR. THOMPSON:  Thank you.          21:49

11             All right.  Let's go to 44.  Let's try

12     to --

13             THE WITNESS:  (In English:)  Mr. Thompson?

14             MR. THOMPSON:  Yes?

15             THE WITNESS:  (In English:)  These -- what 21:50

16     are these checkmarks from, is document?

17             MR. THOMPSON:  Let's mark Exhibit 44.

18             THE WITNESS:  (In English:)  What are the

19     checkmarks for, this BDI -- these checkmarks?

20             MR. THOMPSON:  As I sit here today, I      21:50

21     don't know.

22             THE WITNESS:  (In English:)  Are these

23     real, unmodified?

24             MR. THOMPSON:  I'm sure they're real.

25             MR. GUZMAN:  We produced metadata.        21:50
```

Page 241

```
 1              THE WITNESS:  (In English:)  You are sure
 2    all these document --
 3              MR. THOMPSON:  Yes.  We produced metadata.
 4    Yes, we're sure they're real.
 5              THE WITNESS:  (In English:)  You're sure    21:50
 6    they're real?
 7              MR. JUNG:  Hey, let's --
 8              THE WITNESS:  (In English:)  What if --
 9              MR. THOMPSON:  Mr. Yu, this is my
10    deposition.  I ask the questions.                     21:50
11              THE WITNESS:  (In English:)  Okay.  All
12    right.  I have your word --
13              MR. THOMPSON:  Your lawyer can ask
14    questions of my people.
15              THE WITNESS:  (In English:)  Okay.  I have  21:50
16    your word that these are real.
17              MR. JUNG:  Let's just go to the next
18    question.
19              THE WITNESS:  (In English:)  Okay.
20              (Whereupon, Defendant's Exhibit 44 was       21:50
21              marked for identification.)
22    BY MR. THOMPSON:
23         Q.  Okay.  Mr. Yu, we've marked as Exhibit
24    Number 44 your Declaration in Support of
25    Opposition to Motion for Relief From Stay.           21:51
```

Page 242

```
 1              My question is, is that your signature on
 2    the last page?
 3         A.  (In English:)  That is not my signature.
 4              THE VIDEOGRAPHER:  I apologize, but I
 5    believe my equipment is overheating.  It's cutting   21:52
 6    out every once in a while.  Before, it was just
 7    cutting out when she was speaking, but now it's
 8    starting to cut out when the witness is speaking,
 9    too.
10              MR. JUNG:  What about the written         21:52
11    transcript?  Are we good on that?
12              THE REPORTER:  We're good on that.
13              MR. JUNG:  I suggest we finish this out.
14              MR. THOMPSON:  Let's chug along, yeah.
15              THE WITNESS:  (In English:)  The red dot  21:52
16    is still on.
17              MR. JUNG:  Let's just let him ask.
18    BY MR. THOMPSON:
19         Q.  So you did not sign the document?
20              MR. JUNG:  Asked and answered.           21:52
21              THE WITNESS:  (In English:)  I don't have
22    any to add on top of what I already answered.
23    BY MR. THOMPSON:
24         Q.  Were Arasto Farsad and Nancy Weng your
25    lawyers?                                            21:53
```

Page 243

```
 1          A.  (In English:)  No.  This is not my

 2     attorney.

 3          Q.  They are not your lawyers?

 4          A.  (In English:)  No.

 5          Q.  Never were?                              21:53

 6          A.  (In English:)  No.

 7          Q.  Are you concerned someone has stolen your

 8     identity, that -- that this here is a different Y.

 9     Roger Yu?

10          A.  (In English:)  Based on this document --  21:54

11     I -- I don't want to speculate.  I think your

12     question is asking me to speculate.

13          Q.  Have you ever seen this declaration

14     before?

15          A.  (In English:)  I've seen it after you put  21:54

16     it in this case, which is irrelevant.

17          Q.  But that's the first time?

18          A.  (In English:)  Correct.

19          Q.  And you did not request or cause these

20     attorneys to file an Opposition to a Motion for    21:54

21     Relief From Stay?

22          A.  (In English:)  This is not my filing.  Why

23     would you ask?

24          Q.  Do you know if Ben Yu might have hired

25     these lawyers to file this declaration on your     21:55
```

Page 244

1   behalf?

2          A.   (In English:)  I -- I don't want to

3   speculate.

4          Q.   Have you ever talked to Ben Yu about the

5   filing of any bankruptcy documents or relief from    21:56

6   stays in 2023 or 2024?

7          A.   (In English:)  Not that I could recall.

8          Q.   And if these aren't your attorneys, you

9   wouldn't object to us contacting them, would you?

10         A.   (In English:)  Why -- why would you ask?   21:57

11         Q.   Well, this case is all about signatures.

12  This has a document with what we thought was your

13  signature on it.  It's filed under your name on

14  your behalf.

15             But my question is just, if they're not   21:57

16  your lawyers, you don't care if we contact them;

17  right?

18             MR. JUNG:  That calls for a legal

19  conclusion.  You can ask the lawyers in this case

20  that question.                                        21:57

21  BY MR. THOMPSON:

22         Q.   You can answer it, sir.

23         A.   (In English:)  This case is irrelevant

24  to -- I mean, this case is irrelevant to the case

25  about the formation of the documents.  So I don't    21:58

Page 245

```
 1    see why would you do that.  It's irrelevant.
 2         Q.  You understand you're testifying under
 3    penalty of perjury, sir?
 4            Yes?
 5         A.  (In English:)  Yeah.                        21:58
 6         Q.  And you're telling me this is not your
 7    filing and not your signature?
 8         A.  (In English:)  Look at this.  This is not
 9    my signature, and this is not my filing.
10         Q.  And you did not hire these attorneys?     21:59
11         A.  (In English:)  I did not.
12         Q.  Okay.  And you've never talked to them?
13         A.  (In English:)  No.
14         Q.  Okay.
15            MR. THOMPSON:  Let's go to 45.             21:59
16            (Whereupon, Defendant's Exhibit 45 was
17            marked for identification.)
18    BY MR. THOMPSON:
19         Q.  Okay.  This should be quick and easy.
20            This is Declaration of Yintao Yu in        22:00
21    Support of Opposition to Defendant's Motion to
22    Compel Arbitration and Stay Proceedings.
23            My only question is, is that your
24    signature on page 2 of the document?
25         A.  (In English:)  That is my signature.      22:00
```

Page 246

```
 1              MR. THOMPSON:  Okay.  Let's go to the next
 2    document, 46.
 3              (Whereupon, Defendant's Exhibit 46 was
 4              marked for identification.)
 5    BY MR. THOMPSON:                              22:00
 6         Q.  Exhibit Number 46 is Declaration of Yintao
 7    Yu in Support of Plaintiff's Motion for Temporary
 8    Stay.
 9              My question is, is that your signature on
10    page 2 of the document?                       22:01
11         A.  (In English:)  This is my signature.
12              MR. JUNG:  Counsel, I'll observe that I
13    don't think these questions require deposition
14    time.  In other words, you could easily serve a
15    special interrogatory on these topics.        22:02
16              I'm assuming you still have some left.
17              MR. THOMPSON:  We're getting pretty close.
18    I'm not going to need that.
19              47.
20              (Whereupon, Defendant's Exhibit 47 was   22:02
21              marked for identification.)
22    BY MR. THOMPSON:
23         Q.  All right.  This is another Declaration in
24    Support of Plaintiff's Motion -- I'm sorry.  It's
25    a Declaration of Yintao Yu in Support of Plaintiff  22:02
```

Page 247

1    Yintao Yu's Opposition to Defendants' Motion to

2    Compel Arbitration.

3            My question is, is that your signature on

4    page 2?

5        A.  (In English:)  This is my signature.        22:03

6        Q.  Thank you.

7            MR. THOMPSON:  This is 48.

8            (Whereupon, Defendant's Exhibit 48 was

9            marked for identification.)

10   BY MR. THOMPSON:                                      22:03

11       Q.  Okay.  This is Declaration of Yintao Yu in

12   Support of Plaintiff's Sur-Reply dated December 1,

13   2023.

14           On page 2, is that your signature?

15       A.  (In English:)  It is my signature.          22:04

16       Q.  Okay.  Turn back to page 1, please,

17   Number 7.

18           Go ahead and read Number 7 for the record,

19   please.

20       A.  (In English:)  You want me to read?         22:04

21       Q.  Yeah.

22           MR. JUNG:  Is this the highlighting?

23           MR. THOMPSON:  Yeah.

24           MR. JUNG:  Can I have -- can I have an

25   offer as to whether this is an original, or what     22:04

Page 248

```
 1     is this?  Is this under seal, or what is this?
 2           MR. GUZMAN:  This is supplemental
 3     highlighting from us of a declaration you filed
 4     not under seal.
 5     BY MR. THOMPSON:                              22:05
 6        Q.  Go ahead and just read it.
 7        A.  (In English:)  (As read):
 8                "The next day I worked with Jingjing
 9           Lu, who was Ms. Gao's direct report in
10           ByteDance's HR department, to fill out the 22:05
11           Form I-9, I recall I signed on page 1 of
12           the Form I-9 and dated it December 28, and
13           Ms. Lu then immediately signed on the next
14           page of the Form I-9 on page 2 and dated
15           her signature December 28, 2017."         22:05
16           MR. THOMPSON:  Okay.  Thank you.  Let's go
17     to 49.
18           MR. JUNG:  Do you have any questions on
19     that, or did you want his explanation, or --
20           MR. THOMPSON:  Nope.                       22:05
21           MR. JUNG:  You just wanted him to read out
22     loud?
23           MR. THOMPSON:  Yeah.
24           MR. JUNG:  Something you are not entitled
25     to do.                                          22:05
```

Page 249

```
 1              THE WITNESS:  (In English:)  That's not a
 2   question.
 3              (Whereupon, Defendant's Exhibit 49 was
 4              marked for identification.)
 5              THE REPORTER:  49.                      22:06
 6              MR. JUNG:  Move to strike the last
 7   question and answer by Mr. Thompson and the answer
 8   by Yintao Yu.
 9   BY MR. THOMPSON:
10        Q.  Exhibit 49 is your Declaration in Support  22:06
11   of Plaintiff's Supplemental Opening Brief in
12   Response to Order for Further Briefing.
13              And the question is, is that your
14   signature on page 2?
15        A.  (In English:)  This is my signature.      22:06
16              MR. THOMPSON:  Okay.  Thank you.
17              Let's go to 50.
18              (Whereupon, Defendant's Exhibit 50 was
19              marked for identification.)
20   BY MR. THOMPSON:                                   22:07
21        Q.  All right.  Number 50, Declaration of
22   Yintao Yu in Support of Plaintiff's Response to
23   Defendants' Statement of Discovery Dispute.
24              On page 2, is that your signature?
25        A.  (In English:)  This is my signature.      22:08
```

                                                      Page 250

```
 1                MR. THOMPSON:  51.  Thank you.
 2                (Whereupon, Defendant's Exhibit 51 was
 3                marked for identification.)
 4      BY MR. THOMPSON:
 5           Q.  51 is a Declaration of Yintao Yu in          22:08
 6      Support of Plaintiff/Counter-Defendant Yintao Yu's
 7      Motion for Leave to File a Motion for
 8      Reconsideration of Order for Discovery.
 9                And is that your signature on page 2 of
10      this document?                                        22:08
11           A.  (In English:)  This is my signature.
12                (Whereupon, Defendant's Exhibit 52 was
13                marked for identification.)
14      BY MR. THOMPSON:
15           Q.  All right.  Number 52 are discovery          22:09
16      responses, Plaintiff/Counter-Defendant Yintao Yu's
17      Response and Objections to ByteDance's
18      Interrogatories, Set One.
19                And at page 17, you signed a Verification
20      dated April 15, 2024.  Is that your signature,        22:10
21      sir?
22           A.  (In English:)  This is my signature.
23           Q.  And before you verified these responses,
24      did you read through them to make sure they were
25      true and correct?                                     22:10
```

Page 251

```
 1          A.  (In English:)  Correct.
 2          Q.  In response -- and I'll make this very
 3    quick.
 4              In response to Interrogatory Number 7, you
 5    indicated that you had an iPhone that you          22:11
 6    communicated with BDI on.  Was that --
 7              (Clarification requested by Reporter.)
 8              MR. THOMPSON:  Can you read back what
 9    you --
10              (Record read by the court reporter.)
11    BY MR. THOMPSON:
12          Q.  My question is just, was it an iPhone?
13          A.  (In English:)  I believe so.
14          Q.  All right.  Did you destroy or sell or
15    give away the iPhone?                              22:12
16          A.  (In English:)  No.  This iPhone, I -- I
17    still have it.  It was wiped.
18          Q.  When did you wipe it?
19          A.  (In English:)  I -- I wipe it around
20    November 2018, when ByteDance terminated me.       22:12
21          Q.  Why?
22          A.  (In English:)  Because I was -- I was -- I
23    had a concern that BDI using the -- the apps or
24    some -- something on the phone to monitor, to --
25    to track, which -- which ByteDance did to some --  22:13
```

Page 252

```
 1    many people.
 2         Q.  To physically track you?
 3         A.  (In English:)  Track the location, for
 4    example.
 5         Q.  Okay.  And were you concerned that the app  22:13
 6    on your phone -- well, strike that.
 7              What app was on your phone that you were
 8    concerned would track you?
 9         A.  (In English:)  BDI's own app, Lark.
10         Q.  Lark, L-a-r-k?                              22:14
11         A.  (In English:)  L-a-r-k, Lark.  And there's
12    some, like, BDI-owned apps.
13         Q.  So you had multiple apps on your iPhone
14    that were BDI apps?
15         A.  (In English:)  Yes.                         22:14
16         Q.  Okay.  And after you left the company, you
17    wiped your phone because you were concerned about
18    them physically tracking you?  Did you have any
19    other concerns about the apps?
20         A.  (In English:)  The concern is they -- they  22:14
21    would use their apps to track me.
22              The other concern is they could use they
23    apps -- their apps to, for example, getting the
24    documents out of -- files out of -- on the phone.
25    So they can getting other information on the         22:15
```

Page 253

1    phone --

2         Q.  Did you --

3         A.  (In English:)  -- which they could.

4         Q.  I'm sorry.

5         A.  (In English:)  -- which they could.          22:15

6         Q.  Did you keep sensitive information on your

7    phone that you were concerned that BDI would get

8    or have?

9         A.  (In English:)  It's just privacy.  I don't

10   want ByteDance to -- to getting the documents or     22:15

11   information on -- on the phone which they are not

12   supposed to get.

13        Q.  Okay.  Can you give me your best estimate

14   when you first spoke with or consulted with a

15   lawyer about BDI after separating with BDI?  I'm     22:15

16   just looking for a date.

17        A.  (In English:)  It -- it -- I think -- I

18   think you should take a look at the -- my

19   Complaint to the DFEH.  It's around that time.

20        Q.  Okay.  And you were issued a BDI laptop;    22:16

21   correct?

22        A.  (In English:)  Yes.

23        Q.  And what happened to that device?

24        A.  (In English:)  I -- I couldn't find that

25   laptop.                                               22:16

                                          Page 254

1          Q.  You lost it?

2          A.  (In English:)  I -- I couldn't find it.

3     That's -- I want to be accurate.

4          Q.  Okay.  When could you not find it?  When

5     did you look for it that you couldn't find it?     22:17

6          A.  (In English:)  So the last time I saw it

7     was around 2018.

8          Q.  Okay.  Did you ever tell Selene Gao in

9     October of 2018 that you had already talked to a

10    law firm that had sued IBM?                        22:17

11         A.  (In English:)  I -- I don't recall that

12    conversation.  When was that?  Can you give me the

13    date in time?

14         Q.  October 2018.

15         A.  (In English:)  And how did I tell her?    22:18

16         Q.  You said something to the effect that you

17    had already consulted with lawyers who had sued

18    IBM.  And it was in front of Angela Ke also, K-e.

19         A.  (In English:)  That was in person or --

20         Q.  Yeah.                                     22:18

21         A.  (In English:)  -- phone call?

22             I don't -- I don't recall I said that.

23         Q.  Okay.  We sent a request to you for -- for

24    the laptop and the cell phone, et cetera.  Have

25    you done a search in the last year, year and a     22:19

                                          Page 255

```
 1    half for the BDI laptop?
 2         A.  (In English:)  Yeah.  Yeah, I did.
 3         Q.  Okay.  And do you recall BDI requesting
 4    that you return that laptop to them upon
 5    termination?                                    22:19
 6         A.  (In English:)  When and who?
 7         Q.  My question is, did you have an
 8    understanding that that was not your laptop and
 9    you were supposed to give it back when you were
10    terminated?                                     22:20
11         A.  (In English:)  I didn't recall they --
12    they made such request.
13         Q.  You understood it was not your laptop;
14    right?
15         A.  (In English:)  I -- yeah, I -- I         22:20
16    understand it was a BDI-issued laptop.
17         Q.  And all of the information on that laptop
18    belonged to BDI; right?
19         A.  (In English:)  I will say yes.
20         Q.  Okay.  So why don't you give it back to   22:20
21    them when you were terminated?
22         A.  (In English:)  I -- I -- like I said, I
23    couldn't locate the laptop.
24         Q.  So at the time you were terminated, you
25    couldn't find the laptop?                        22:21
```

Page 256

```
 1          A.  (In English:)  Correct.

 2              MR. THOMPSON:  Okay.  Could I have -- what

 3      am I next?  53?

 4              Thank you.

 5              (Whereupon, Defendant's Exhibit 53 was      22:21

 6              marked for identification.)

 7              MR. GUZMAN:  Third to last.

 8              MR. JUNG:  Last exhibit?

 9              MR. GUZMAN:  Third to last.

10              MR. THOMPSON:  Third to the last, maybe     22:21

11      fourth.

12      BY MR. THOMPSON:

13          Q.  Okay.  Exhibit Number 53, Plaintiff's/

14      Counter-Defendant's Supplemental Responses and

15      Objections to ByteDance's Interrogatories, Set      22:21

16      Number One.

17              And it should be your Verification at the

18      last page.

19              Nope.  Page 16.  I'm sorry.

20              Is that your signature?                     22:22

21          A.  (In English:)  This is my signature.

22          Q.  And where was that signature executed?

23          A.  (In English:)  In California.

24          Q.  And before you signed this Verification,

25      did you go over the discovery and make sure that    22:22
```

Page 257

```
 1    the responses were true and correct?

 2        A.  (In English:)  Correct.

 3        Q.  And you gave full and complete responses

 4    to all of the questions; correct?

 5        A.  (In English:)  To the best -- to the best  22:23

 6    of my -- my knowledge at that time.

 7            MR. THOMPSON:  Okay.  Thank you.

 8            Let's go to 54, please.

 9            (Whereupon, Defendant's Exhibit 54 was

10            marked for identification.)            22:23

11    BY MR. THOMPSON:

12        Q.  All right.  54 is Plaintiff/

13    Counter-Defendant Yintao Yu's Responses and

14    Objections to ByteDance, Incorporated Requests For

15    Admission, Set One.                            22:24

16            And, Mr. Yu, did you ever verify these

17    responses?

18        A.  (In English:)  Of course I did.

19            MR. THOMPSON:  I don't have a

20    Verification.                                  22:24

21            MR. DORENBAUM:  I'm not sure -- I'll

22    double-check.

23            MR. THOMPSON:  Okay.

24            All right.  Let's move to 55.  Thank you.

25            (Whereupon, Defendant's Exhibit 55 was   22:25
```

Page 258

```
 1                 marked for identification.)
 2      BY MR. THOMPSON:
 3          Q.   Okay.   These are Plaintiff's/
 4      Counter-Defendant's Yintao Yu's Responses and
 5      Objections to ByteDance's Demand for Production        22:25
 6      and Inspection, Set One.
 7               You've seen the request for -- or excuse
 8      me.   You've seen this Request for Production; is
 9      that correct?
10          A.   (In English:)  Yes, I did.  Yes, I did.      22:26
11          Q.   And did you do a diligent search and a
12      reasonable inquiry to try to find all of the items
13      in these requests?
14          A.   (In English:)  Yes, I did.
15               MR. THOMPSON:  And, again, these are not     22:26
16      verified.
17               All right.  Thank you.
18               All right.  We've already attached 56.
19               We'll attach a copy of the documents
20      produced today in deposition.  They're identified     22:27
21      Bates YU12 through YU18.
22               Sorry.  We only had one copy of these ran
23      off by the court reporter.
24               (Whereupon, Defendant's Exhibit 57 was
25               marked for identification.)                  22:28
```

Page 259

1    BY MR. THOMPSON:

2        Q.  But why don't you take a look at them and

3    just tell me if those signatures that are on these

4    documents are all yours.

5            Are these all your signatures?            22:28

6        A.  (In English:)  These are all my

7    signatures.

8        Q.  Okay.

9            THE REPORTER:  What was 56?

10           MR. GUZMAN:  The green card.            22:28

11           MR. THOMPSON:  The green card.

12   BY MR. THOMPSON:

13       Q.  All right.  Mr. Yu, you understand that

14   your testimony has been taken down by the court

15   reporter today and also the videographer?            22:29

16       A.  (In English:)  Yes.

17       Q.  Have you had any problem with the

18   translation during this deposition?

19       A.  (In English:)  I don't think so.

20       Q.  Are there any questions that I have asked  22:29

21   you during this deposition that you didn't

22   understand?

23       A.  (In English:)  I think we -- we had a few,

24   but I clarified all of your -- we answer all the

25   question.                                            22:30

Page 260

```
 1          Q.   Okay.  And we had an exchange of
 2     documents, originals, during this deposition, and
 3     our attorneys took some pictures of yours, and
 4     your attorneys took some pictures of ours.
 5              And are there any other documents that you    22:30
 6     have to produce today that are originals or any
 7     other copies of anything pertaining to this
 8     lawsuit?
 9          A.   (In English:)  We -- we had some other
10     original we didn't bring, but we can -- we can       22:31
11     show it to you, if you want, later.
12          Q.   Yes, please.  What was that original of?
13          A.   (In English:)  I think you asked this same
14     question again during the deposition.  You don't
15     remember?                                            22:31
16          Q.   I -- I didn't know that you had another
17     original that you didn't bring to deposition.
18          A.   (In English:)  No, you asked me, and then
19     I told you that one is a -- advisory agreement and
20     then, like, a foreign registration for the Tank     22:31
21     Exchange.  I answer your question.  You asked me.
22              MR. DORENBAUM:  Let me clarify -- do you
23     mind?
24              MR. THOMPSON:  Please do.
25              MR. DORENBAUM:  We've produced copies of    22:31
```

Page 261

```
 1    originals.  It's not the original document, but
 2    they are -- they've been produced to you as
 3    copies.
 4            MR. THOMPSON:  And that's the Tank
 5    exchanged documents?                              22:31
 6            MR. DORENBAUM:  I believe so, yes.
 7            MR. THOMPSON:  Okay.
 8            MR. DORENBAUM:  I don't know exactly what
 9    he is referring to, but we do have originals of
10    some of the documents that we've produced.  We've  22:31
11    produced copies of those.
12            MR. THOMPSON:  Okay.  So...
13            Yeah, just so we make a little bit of a
14    record of this, though, if you have originals,
15    we'll ask maybe at some point that you produce     22:32
16    those so we can have our document examiner look at
17    his signatures.  Okay?  All right.
18    BY MR. THOMPSON:
19        Q.  Mr. Yu, you have not taken personally any
20    photographs or videotape during this deposition    22:32
21    process, have you?
22        A.  (In English:)  No.  You've been watching
23    me all the time.
24        Q.  I understand.
25            And you have not recorded any of this      22:32
```

Page 262

```
 1    testimony yourself, have you?

 2         A.  (In English:)  No.

 3         Q.  Okay.

 4         A.  (In English:)  It's already being recorded

 5    anyway.                                          22:32

 6         Q.  It is.

 7              MR. THOMPSON:  All right.  Let's go off

 8    the record for a second.

 9              THE VIDEOGRAPHER:  Time is 10:33 p.m., and

10    we are off the record.                           22:33

11                   (Recess taken.)

12              THE VIDEOGRAPHER:  Time is 10:40 p.m.  We

13    are back on the record.

14              MR. THOMPSON:  All right.  Thank everyone

15    for their patience today.  We are going to go     22:40

16    ahead and adjourn the deposition.

17              We will reserve the right to come back,

18    Mr. Yu, if you produce something brand new that we

19    can't deal with in written discovery.

20              MR. JUNG:  Any more questions?          22:41

21              MR. THOMPSON:  Not now.

22              MR. JUNG:  Okay.  So do you want to know

23    the family relationships that you asked about?

24              MR. THOMPSON:  Yes.

25              MR. JUNG:  Okay.  So I -- you can go ahead 22:41
```

Page 263

```
 1   and ask those.  It was Harry, Ben, and I think the

 2   other one was --

 3           MR. GUZMAN:  Brian.

 4           MR. JUNG:  -- Brian.

 5   BY MR. THOMPSON:                                  22:41

 6       Q.  Go ahead, Mr. Yu.  Who -- what are the

 7   relationships to you of Harry, Ben, and Brian?

 8       A.  (In English:)  Harry is my grandpa.

 9           THE INTERPRETER:  "Grandpa"?

10           THE WITNESS:  (In English to Interpreter:) 22:42

11   "Grandpa."

12           THE INTERPRETER:  (Interpreting.)

13           THE WITNESS:  (In English to Interpreter:)

14   "Grandpa."

15           MR. THOMPSON:  Grandfather.              22:42

16           THE INTERPRETER:  "Grandpa," okay.

17   BY MR. THOMPSON:

18       Q.  Who is Ben?

19       A.  (In English:)  Ben is my cousin.

20       Q.  Okay.  And Brian?                        22:42

21       A.  (In English:)  Brian is another cousin.

22           MR. THOMPSON:  Okay.  Thank you.

23           THE WITNESS:  (In English:)  I think there

24   is also Yolanda Jin.

25           MR. JUNG:  There was another one you asked 22:42
```

Page 264

1    about, which was Yolanda Jin, but you -- I think

2    you actually didn't follow up on that, but that's

3    just a disclosure.  You could have, but we're

4    offering that now.

5    BY MR. THOMPSON:                                   22:42

6         Q.  And who is Yolanda?

7         A.  (In English:)  Yolanda is my grandma.

8         Q.  Okay.  And are there -- are it -- I'm

9    sorry.  I'm tired.

10            Ben, Brian, Harry, and Yolanda, are those  22:42

11   all their legal names, or do they have a Chinese

12   sir name -- or first name?

13        A.  (In English:)  That's their -- their name.

14            MR. THOMPSON:  Okay.  Thank you.

15   BY MR. THOMPSON:                                   22:43

16        Q.  So that is their legal name?

17        A.  (In English:)  Yeah.

18            MR. THOMPSON:  Okay.

19            MR. GUZMAN:  In China or in the U.S.?

20   BY MR. THOMPSON:                                   22:43

21        Q.  Is that their legal name in the United

22   States or China?

23        A.  (In English:)  Both.  It's their legal

24   name.

25            MR. THOMPSON:  Okay.  We'll leave it at   22:43

                                              Page 265

1    that.  We can always follow up with

2    interrogatories.

3                Off the record.

4                THE INTERPRETER:  (Interpreting.)

5                THE VIDEOGRAPHER:  Time is 10:44 p.m., and 22:44

6    that concludes today's testimony.

7                      (Whereupon, the deposition was.

8                       concluded at 10:44 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  266

1    STATE OF CALIFORNIA

2

3    REPORTER'S CERTIFICATE

4

5        I, EARLY LANGLEY, a Shorthand Reporter,

6    State of California, do hereby certify:

7        That YINTAO YU, in the foregoing deposition

8    named, was present and by me sworn as a witness in

9    the above-entitled action at the time and place

10    therein specified;

11        That said deposition was taken before me at

12    said time and place, and was taken down in

13    shorthand by me, a Certified Shorthand Reporter of

14    the State of California, and was thereafter

15    transcribed into typewriting, and that the

16    foregoing transcript constitutes a full, true and

17    correct report of said deposition and of the

18    proceedings that took place;

19        That before completion of the proceedings,

20    review of the transcript was not requested.

21        IN WITNESS WHEREOF, I have hereunder

22    subscribed my hand this June 14, 2024.

23

24        EARLY LANGLEY, CSR NO. 3537
         State of California

25

Page 267

1    Charles Thompson

2    Thompsoncha@gtlaw.com

3                                        June 14, 2024

4    RE: Yu, Yintao v. Bytedance, Inc., et al.

5    6/7/2024, Yintao Yu, (#6733289).

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20       Contact Veritext when the sealed original is required.

21   __ Waiving the CA Code of Civil Procedure per Stipulation of

22       Counsel - Original transcript to be released for signature

23       as determined at the deposition.

24   __ Signature Waived - Reading & Signature was waived at the

25       time of the deposition.

Page 268

1   __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2      Transcript - The witness should review the transcript and

3      make any necessary corrections on the errata pages included

4      below, notating the page and line number of the corrections.

5      The witness should then sign and date the errata and penalty

6      of perjury pages and return the completed pages to all

7      appearing counsel within the period of time determined at

8      the deposition or provided by the Federal Rules.

9   _X_ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[& - 19]

**&**

**&** 8:21 268:24
269:9

**0**

**000026** 4:24
184:15
**000032** 184:16
**000033** 184:2
**000262** 5:2
**000285** 4:12
**000490** 4:20
**000493** 4:16
**000498** 4:17
**000512** 4:19
**000518** 4:22
196:25
**000591** 4:11
**000681** 4:14
**000935** 4:10
145:7
**000943** 145:12
**000952** 4:9
**000963** 4:7
**000966** 141:6
**000969** 141:9
141:15
**000973** 141:12
**001893** 4:6
**001949** 5:8
218:8,18 220:5
**001960** 5:7
**001973** 211:3
**001974** 212:8
**001975** 212:14

**00214** 88:22
**002194** 5:15
**002209** 6:24
**002211** 3:9
85:3,9,16
**002214** 3:11
88:18
**002216** 3:8
81:21 82:2
**002217** 83:17
**00495** 168:7
**00956** 143:17
**00967** 143:18
**04910** 1:6
11:15
**09-18** 5:10

**1**

**1** 3:4 6:4 11:10
38:19 39:3,6
51:16 82:13,18
83:10 86:10
87:12 102:23
118:13 171:20
184:16 248:12
248:16 249:11
269:1
**1/11/2023**
119:7
**1/6/2020** 3:23
3:24 4:2
116:25 117:10
**1/9/2023** 4:4
117:22
**10** 3:15 92:22
92:23 93:1

**100** 3:18
**101** 3:19 8:5
9:22 11:17
65:13
**102** 3:20
**10:33** 263:9
**10:40** 263:12
**10:44** 266:5,8
**11** 3:16 67:3
93:9,10,13
**11/12/2020**
114:11
**11/19/20** 3:22
**114** 3:21
**115** 3:23 67:25
68:4,7 111:16
111:20
**116** 3:24
**117** 4:2,3
**119** 4:5
**11:00** 166:3,3,5
**11:55** 166:5,13
**12** 3:17 7:3
93:20,21 94:3
**12/18/2017**
5:13 226:12,16
227:9
**12/26/2017**
5:14
**13** 2:3,4 3:18
40:17 92:8,11
92:13 100:17
100:18,21
**138** 4:6

**139** 4:7
**14** 3:19 101:11
101:12,15
267:22 268:3
**142** 4:9
**145** 4:10
**147** 4:11
**15** 3:20 101:11
102:2,3,6,10
251:20
**155** 4:12
**15th** 233:11,17
233:20 238:10
**16** 3:21 114:6,7
114:10 257:19
**163** 4:14
**165** 4:15
**168** 4:17
**17** 3:23 115:9
115:10,13
129:5,6 251:19
**170** 4:18
**1700** 8:22
**171** 4:20
**174** 4:21
**17th** 226:19
**18** 3:24 48:2
96:4 116:21,22
116:25
**183** 4:23
**186** 5:2
**18th** 227:14
**19** 4:2 117:5,6
117:9 136:11

Page 1

**[195 - 25]**

| | | | |
|---|---|---|---|
| **195** 211:17 | **2016** 51:18 | **2019** 93:14 | **2200** 9:22 |
| **1973** 211:3 | 52:4 | 109:19 136:8 | **221** 5:11 |
| **1974** 211:6 | **2017** 3:9 37:7 | 137:3,25 | **2216** 82:6 |
| **1975** 211:13,17 | 37:11 45:2 | 159:14,15,20 | **226** 5:13 |
| **1986** 40:17 | 47:19 48:6,19 | 159:21 | **22nd** 161:5,10 |
| **1:06** 29:21 | 49:1 70:10 | **2020** 60:12,14 | 161:13,22,23 |
| **1:23** 29:24 | 73:17 76:25 | 60:25 136:8 | 161:23 162:5,7 |
| **1st** 218:9,19,22 | 77:9 84:17 | **2023** 6:4 38:10 | 162:8,10,12 |
| 220:1,5 | 85:1 100:22 | 67:3,23,25 | 163:9 165:22 |
| | 102:19 107:1 | 111:16 245:6 | 165:25 166:4 |
| **2** | 113:13 120:22 | 248:13 | 167:18 169:3,6 |
| | 121:19 127:6 | **2024** 1:16 8:4 | 170:19,21 |
| **2** 3:5 64:19,20 | 132:14,15,25 | 11:5 245:6 | 172:3 173:14 |
| 65:13,21 66:1 | 138:22 139:20 | 251:20 267:22 | 174:5,18 177:3 |
| 90:8 171:21 | 159:23 160:2 | 268:3 | 179:13 180:6,7 |
| 246:24 247:10 | 167:14 173:8 | **2025.520** 268:9 | 183:15 184:8 |
| 248:4,14 | 175:9,12 176:5 | 268:12 | 195:25 196:1 |
| 249:14 250:14 | 176:17 180:10 | **203** 5:3 | 196:16,20,24 |
| 250:24 251:9 | 194:4,9 204:15 | **2049** 9:6 | 197:3 227:1 |
| **20** 4:3 116:12 | 211:21 221:13 | **207** 8:22 | **23** 4:7 139:12 |
| 117:17,18,21 | 227:7 230:5 | **20th** 216:12 | 139:13 221:12 |
| 128:4,9,9,9 | 232:2,11 235:6 | **21** 4:5 119:13 | **230** 5:14 |
| 129:4 136:11 | 235:22 236:15 | 119:14,17 | **231** 6:24 |
| 159:14 161:13 | 249:15 | **210** 5:5,6 | **23rd** 222:3,22 |
| 203:21 216:15 | **2018** 51:18 | **21370** 267:23 | 223:14,21 |
| **2010** 72:4 | 52:5 60:13 | **214** 5:8 | 225:15 |
| **2011** 71:1,12,12 | 96:4 107:3,7 | **215** 5:10 | **24** 4:9 142:5,7 |
| 71:19 72:14 | 107:10,15 | **22** 4:6 138:10 | 142:10 |
| 73:17 | 108:9 109:19 | 138:11 162:3 | **242** 5:16 |
| **2013** 90:8 | 110:10 111:7 | 167:14 173:8 | **246** 5:18 |
| **2015** 41:17 | 112:13 113:7 | **22,000** 144:10 | **247** 5:20,22 |
| 49:3,5 71:19 | 159:15,21 | 144:12 | **248** 6:3 |
| 71:22 72:14 | 176:3 227:4 | **220** 144:21 | **25** 4:10 47:3 |
| 110:10 111:7 | 252:20 255:7,9 | **220,000** 144:2 | 145:3,4,7 |
| 112:12 113:7 | 255:14 | 144:10,12,13 | |
| 127:21,21,22 | | | |
| 127:23,23 | | | |

Page 2

**[250 - 55]**

**250** 6:5,7
**251** 6:10,13
**257** 6:16
**258** 6:18,21
**259** 7:3
**25th** 221:19
**26** 4:11 147:6,7
**263** 186:21
**27** 4:12 148:20
155:3,6,8
179:7,11 180:4
180:20 181:13
**27th** 178:9
179:11 180:22
181:2,11
182:15,17,19
182:21 183:3,6
183:8,14 189:8
237:16
**28** 4:14 100:22
102:19 159:19
163:1,4,6,8
249:12,15
**29** 4:15 162:3
165:4,5,21
**29th** 161:24
**2:00** 163:14
**2:05** 59:19
**2:15** 59:22

**3**

**3** 3:7 69:11,13
69:17
**3.96** 72:11
**30** 4:17 17:2,2
17:12,16 84:17

93:14 161:13
161:15,17
162:3 168:24
168:25 169:3
204:14 211:21
218:15 219:18
269:1
**301183** 10:3
**30th** 161:5,10
161:13 162:6
163:10 164:21
165:1,3 217:4
217:5 218:11
219:24
**31** 4:18 170:15
170:16,19
**310** 9:8
**32** 4:20 171:24
171:25 172:3
184:19 185:8
**33** 4:21 174:12
174:15,18
**34** 4:23 17:16
183:18,19,22
205:8
**35** 5:2 186:15
186:16,19
**3537** 1:24
267:24
**36** 5:3 202:25
203:1,10,11,12
203:14,17
205:11
**363** 86:11

**37** 5:5 210:9,15
**37591** 102:18
**38** 5:6 210:20
210:22,25
**39** 3:4 5:8
214:3,4,7
**3:01** 81:12
**3:21** 81:15
**3:23** 1:6 11:15
**3rd** 178:19,20

**4**

**4** 3:8,9 81:17
81:21 85:3,7
87:21 95:14
214:14,16,19
214:25 216:8
216:12,22
217:3,22 218:1
218:3,17 219:1
219:6,17 220:2
220:6 222:4,21
222:23 223:6
223:15,20
225:15 227:11
233:14 237:14
237:22
**40** 5:10 215:5,6
**41** 5:11 221:8,9
221:12
**415** 8:24 9:24
**42** 5:13 226:7,8
226:11
**43** 5:14 178:22
230:10,11,14
238:15

**44** 5:16 241:11
241:17 242:20
242:24
**45** 5:18 246:15
246:16
**450** 8:6 11:17
**46** 5:20 247:2,3
247:6
**47** 5:22 247:19
247:20
**48** 6:3 248:7,8
**49** 6:5 249:17
250:3,5,10
**4:00** 166:2,3,4
166:5,15
**4:05** 109:7
**4:15** 109:10
**4:29** 115:25
116:3

**5**

**5** 3:9 85:3,4
**5/11/2015** 7:3
**50** 6:7 250:17
250:18,21
**51** 6:10 251:1,2
251:5
**52** 6:13 251:12
251:15
**5264** 66:6
**53** 6:16 257:3,5
257:13
**54** 6:18 258:8,9
258:12
**55** 6:21 258:24
258:25

**[553-0308 - above]**

**553-0308**  9:8
**56**  6:24 231:15
  231:17,18
  259:18 260:9
**57**  7:3 259:24
**5:54**  154:22
**5th**  9:6

### 6

**6**  3:10 88:13,14
  88:17
**6/5/2017**  4:6
**6/7/2017**
  142:22 145:15
**6/7/2024**  268:5
**6/8/2017**  4:7,9
  142:11
**6/9/2017**  4:10
  145:8
**60**  17:8
**600,000**  149:20
  149:25 151:13
  152:7 154:4
  155:19 189:18
  190:4,6 191:3
  191:4,6 192:10
  192:12,23
  193:3,8,10
  194:13,21
**600k**  154:14
**64**  3:5
**655-1300**  9:24
**6733289**  1:25
  268:5
**69**  3:7

**6:00**  148:21
**6:28**  139:23
**6:38:53**  142:12
**6:51**  154:25

### 7

**7**  1:16 3:12 8:4
  11:5 65:21
  89:20,21,24
  119:19 144:20
  203:13 248:17
  248:18 252:4
**7/18/2018**  3:17
  94:1,10
**7/26/2017**  4:11
**7/28/2017**  3:18
  3:19
**7/30/2019**  3:16
**7/31/2017**
  101:15
**7/9/13**  3:12
**7/9/2013**  89:25
**762-3100**  8:24
**7s**  84:13
**7th**  160:10

### 8

**8**  3:13 90:14,23
  91:1 139:20
**8/2/2017**  3:20
  102:6
**8/21/15**  92:4
**8/21/2015**  3:14
**8/22/2017**  4:14
  4:15,17,18,20
  4:21,23 183:22

**8/27/2017**  5:2
**8/30/2017**  82:7
  84:11 211:7,10
  211:14
**81**  3:8
**85**  3:9
**88**  3:10
**89**  3:12
**8:32**  210:6
**8:52**  210:14

### 9

**9**  3:8,14 46:10
  65:21,25,25
  81:22 83:7,22
  83:25 84:2,17
  84:18,20,24
  85:1 91:25
  92:1,4 95:15
  214:15,17,20
  214:25 216:22
  217:4,22 218:1
  218:3,17,25
  219:7,17 220:2
  220:6,17 222:4
  222:20,23
  223:6,15,20
  225:15,21,21
  225:22 226:21
  227:3,11,12,12
  227:13,13,20
  228:20,21
  230:20 231:8
  233:14 237:13
  237:18,22
  249:11,12,14

**9/1/2017**  5:8
  214:8
**9/15/2015**  93:2
**9/20**  216:7
**9/23/2017**  5:11
**9/30/2017**  5:4,5
**9/5/2023**  4:5
  119:18
**90**  3:13
**90067**  9:7
**92**  3:14,15
**93**  3:16,17
**94105**  9:23
**94111**  8:23
**942**  145:23
**94302**  86:11
**956**  144:11,12
  144:14,15
**957**  144:9,17
**958**  142:21
**960**  144:18,19
**968**  141:18
**969**  141:19
**9:24**  228:13
**9:28**  228:16

### a

**a.m.**  142:12
  163:14 166:2,3
  166:4,5,15
**able**  25:22 56:2
  158:4,12
**above**  95:2
  101:1 118:17
  267:9 268:6

[accept - agreement]

| | | | |
|---|---|---|---|
| **accept** 21:4 | 198:19 201:6,7 | **additional** | **ago** 76:3,7 |
| **accepted** 192:9 | 201:9 | 20:19 197:14 | 79:13 137:2 |
| **accepting** 21:2 | **acquired** | 199:12 | 233:15 |
| 127:19 146:1 | 150:21 153:7,9 | **address** 49:24 | **agree** 98:4 |
| **access** 138:24 | 193:8,11 | 86:1 98:8,22 | 146:2 149:13 |
| 139:2 162:1 | **acquiring** | 178:19 | 149:15,21 |
| 172:22 | 153:6 | **adjourn** 263:16 | 152:5 158:2,10 |
| **account** 63:8 | **acquisition** | **adjustable** 3:13 | 189:23 197:10 |
| 63:10,10,12,13 | 41:20 149:16 | 3:24 91:2 | 197:15 198:21 |
| 63:13,17,18,20 | 150:23 151:3,6 | **administered** | 199:4,4,7,22 |
| 64:5 161:21 | 151:8,9,13 | 23:7 | 201:6,7 224:20 |
| 169:12,17 | 153:13,20,21 | **admission** 6:20 | **agreed** 17:9 |
| 170:5,22 | 153:25 190:3 | 258:15 | 57:24 150:8 |
| 171:21 172:14 | 201:10 | **advisory** 37:16 | 155:19 158:19 |
| 172:23 173:16 | **action** 8:9 | 261:19 | 189:16,16 |
| **accounting** | 11:23 31:10 | **affairs** 159:4 | 196:7 197:8 |
| 173:22 | 34:18 113:19 | **affidavit** 3:21 | 199:5 201:1 |
| **accounts** 63:14 | 113:24 267:9 | 4:3 118:8,20 | **agreeing** |
| **accurate** 60:9 | **active** 62:5 | **affiliations** | 189:22 |
| 70:22 137:6 | **actual** 42:4,8 | 12:3 | **agreement** 4:23 |
| 142:1 153:5 | 99:22 106:15 | **affirmative** | 5:7 16:18 |
| 154:9 255:3 | 232:10,21 | 27:25 237:3 | 21:15 37:16 |
| **acknowledge** | **actually** 46:3 | **affirmatively** | 95:13,14 148:1 |
| 97:23 | 51:23 62:2,4 | 185:17 | 148:14,24 |
| **acknowledged** | 73:10 99:5 | **affixed** 66:25 | 150:5 152:18 |
| 102:16 | 127:5 146:14 | 118:17 | 158:2,10,15,17 |
| **acknowledg...** | 200:21 222:4 | **afield** 194:16 | 162:9 165:23 |
| 101:4 | 231:4 265:2 | 195:5 | 165:25 167:17 |
| **acquire** 124:23 | **add** 45:23 57:3 | **aforemention...** | 167:23 168:1,3 |
| 149:17 150:4,9 | 57:8 111:3 | 158:3,11 | 168:6 169:4,10 |
| 151:2 152:6,13 | 243:22 | **agencies** 30:10 | 169:11,16,17 |
| 152:22 153:1 | **added** 127:8 | **agency** 31:9,9 | 170:4,5,7,22 |
| 153:12,15,16 | **addition** 86:16 | 51:17 52:4 | 171:6,20 |
| 154:5,14,18 | 146:1 | **agent** 75:20 | 173:15 174:19 |
| 190:8 193:3,5 | | 76:1,5 | 180:6,7 183:23 |

**[agreement - appearing]**

184:4 190:14
190:15,16,17
190:20 192:8
192:15,16
193:1,7 196:4
196:5,6,15,16
196:21 197:1,2
197:7,10,11,21
197:21,22
198:22 199:6,8
200:17 202:11
202:13 203:17
206:16,18,20
207:7,16
209:16 210:16
211:2 212:25
213:3 219:23
220:24 261:19
**agreements**
34:20 62:3
169:5 176:24
177:3 178:4
200:6
**ahead** 21:19
35:21 53:13
54:1 56:21
60:23 74:9
91:7 99:13
191:20 208:21
248:18 249:6
263:16,25
264:6
**ai** 179:14,16
**airline** 179:20

**al** 11:12 268:4
**alert** 15:8 19:21
231:7
**alias** 40:20,24
41:1
**alien** 41:10
**alive** 113:7
**allegations**
30:11,18
**alleged** 120:6
**allow** 17:22
54:21
**alter** 152:5
**altered** 77:9
98:24
**alto** 86:11
122:7,12
**amanda** 10:3
13:9
**ambiguity**
57:23
**american** 78:1
**analyze** 208:14
**angela** 255:18
**angeles** 9:7
**angle** 209:20
**anna** 10:5
11:19
**announce**
131:5,9
**annoying** 134:2
**anonymous**
239:14 240:1
**answer** 2:13
14:21 23:21

26:12 27:8
29:6,8 32:13
32:19 34:3,3
39:23 41:16
54:1,3,4,7,11
55:13,21 56:6
56:17,17 57:3
57:8 58:8,18
58:25 59:1,2,5
61:8,9,12
62:13,14 65:2
67:4 69:1 70:2
74:11 80:12
87:6,9 104:2
105:14 106:8
106:15 108:17
110:1,1,8
111:3,25
112:18 113:18
154:3 175:19
175:22 177:12
181:9 188:12
188:15,16,18
188:19 189:2
194:18,19,24
200:1 201:21
204:16 217:13
217:16 220:4
222:18 224:18
224:21 233:22
234:10 235:1,3
236:3 239:21
245:22 250:7,7
260:24 261:21

**answered**
33:12,13,17
45:19,24 81:6
96:24 97:3
106:16 185:10
243:20,22
**answering**
56:23
**answers** 14:8
35:13 45:23
**anthony** 9:17
12:7
**anticipate**
137:6,7,8,9,20
**anybody** 28:18
40:6 95:7
139:2 159:12
193:21
**anyway** 127:22
185:25 263:5
**apologize** 33:16
106:10 243:4
**app** 253:5,7,9
**apparently**
71:12 221:5
**appear** 83:4
101:21 117:14
**appearance**
12:1
**appearances**
8:13 12:3
**appeared** 8:8
**appearing**
268:18 269:7

**[appears - attached]**

| | | | |
|---|---|---|---|
| **appears** 65:22 | **applying** 42:21 | **aside** 76:23 | **assert** 235:6 |
| 67:14 69:17 | **appointments** | **asked** 33:23 | 236:18 |
| 76:21 83:3 | 70:21 | 35:3,9 38:23 | **asserting** |
| 88:22 89:14 | **appreciate** | 39:9,25 44:24 | 173:18 236:19 |
| 90:3,7,10 | 36:10 108:22 | 45:8,19 47:20 | **assignment** |
| 91:23 92:13,14 | **approximate** | 47:20 48:6,9 | 4:23 5:7 21:15 |
| 92:20 93:5,15 | 161:4 | 50:11,23 66:17 | 95:14 162:9 |
| 101:2,17,20,22 | **approximately** | 73:25 80:23 | 169:10,11,15 |
| 102:8,11 | 17:8 128:25 | 83:24 96:23 | 169:17 170:3,6 |
| 114:13,16 | 133:14 203:4 | 112:5 121:20 | 170:22 171:3,5 |
| 116:8,12,13,20 | **apps** 252:23 | 127:2 128:2 | 171:6 173:15 |
| 117:3,11,14,25 | 253:12,13,14 | 173:3 185:9 | 180:6 183:15 |
| 138:16 139:18 | 253:19,21,23 | 189:6 191:18 | 190:14,15,20 |
| 141:8,11,14 | 253:23 | 200:10 213:8 | 192:7,14,16 |
| 142:14,25 | **april** 129:1,2,4 | 218:16,22 | 193:7 196:4,6 |
| 143:11,17 | 251:20 | 220:6 229:15 | 196:15,21 |
| 145:11,14,16 | **arasto** 243:24 | 238:19 239:16 | 197:1,10,11,21 |
| 147:20 155:13 | **arbitration** | 243:20 260:20 | 197:22 198:22 |
| 164:3 165:14 | 5:19,24 34:19 | 261:13,18,21 | 199:6,18 207:6 |
| 165:15 169:8 | 61:4,16,18,19 | 263:23 264:25 | 211:1 |
| 172:16 183:24 | 61:23,25 62:3 | **asking** 27:9,14 | **assistance** |
| 184:6,6,20 | 62:5 206:22,22 | 30:17 46:6 | 13:25 |
| 187:6,16 | 206:25,25 | 54:12,13 55:4 | **assume** 179:6 |
| 196:24 211:6 | 207:3,4,12 | 56:8 62:4 70:6 | 198:8 237:8 |
| 214:12 215:12 | 209:17 246:22 | 82:1 107:22 | 240:25 |
| 217:25 232:8 | 248:2 | 110:7 123:25 | **assumed** |
| **application** | **arbitrator** 62:5 | 124:3 133:1 | 223:10 |
| 52:6 | **area** 82:13 | 139:25 147:1 | **assumes** 222:20 |
| **applications** | **argue** 87:5 | 148:7 174:25 | **assuming** 38:22 |
| 51:19 | 225:3 | 175:21 180:16 | 247:16 |
| **applied** 43:2 | **argumentative** | 182:16 216:6 | **assumption** |
| 55:2 | 96:23 220:18 | 217:9,11 229:4 | 223:5 |
| **apply** 42:25 | **arguments** | 229:16 233:17 | **attach** 259:19 |
| 43:8 146:3 | 188:12 | 238:2 244:12 | **attached** 90:21 |
| | | | 169:15 170:3 |

**[attached - basis]**

170:21 214:14
259:18
**attachment**
5:13 98:23,25
99:4 143:9
148:1,8,10,13
214:16
**attachments**
142:19 173:15
**attending**
128:4 179:3
**attorney**  12:4
13:3 25:17
27:8,22 28:13
36:18,20 37:2
46:23,25 47:1
47:3 54:2 91:8
234:10,22,23
235:4,13,14,21
235:23 236:1
236:11,12,14
236:17,19,22
237:1 244:2
**attorneys**  8:15
9:1,10 13:5
19:2 20:15
22:6,7 25:10
25:12 26:6
34:17 244:20
245:8 246:10
261:3,4
**audience**  124:8
**august**  40:17
84:17,19 88:3
88:5,7 132:17

159:23 160:2
160:13 161:5
161:10,13,13
161:15,17,22
161:23,23,24
162:3,3,3,7,8
162:10,12
165:2,22,25
166:4 167:14
167:18 169:3,6
170:19,21
172:3 173:8,14
174:18 177:3
178:9 179:7,13
180:7,22 181:2
181:11,13
182:15,17,19
182:21 183:3,6
183:8,14,15
184:8 189:8
195:25 196:1
196:16,20,24
197:3 209:24
211:21 217:5
218:11,15
219:18,24
**authen**  98:7
**authenticate**
171:10 173:21
174:1,2 216:4
231:4
**authenticity**
79:21
**authored**
142:10

**authorities**
30:10
**authority**  46:8
**authorization**
46:10
**avenue**  68:1,5,8
111:17,20
122:12
**award**  5:3,5
204:14 210:17
**aware**  216:20
236:17

**b**

**b**  3:1 4:1 5:1
6:1 7:1 269:1
**b.a.**  1:23
**back**  13:1
18:19,19 21:8
29:25 32:7
38:3 39:22
40:4,5 42:11
42:12 47:9
59:23 74:7,9
74:13 81:16,20
109:11 116:3
128:8 133:24
134:1 140:5,8
147:24 148:12
150:8,20
152:20 155:1
181:8,9 195:8
199:23 201:3
207:17 208:5
210:3,11,14
214:20 215:1

221:1 222:23
225:19 228:17
239:20 240:4,5
240:14,21,23
240:24 241:1
248:16 252:8
256:9,20
263:13,17
**background**
40:10
**bad**  85:11
**badge**  161:20
161:24,25
164:18,21
165:1
**balancing**  55:1
**bank**  169:12,17
170:5
**bankruptcy**  3:6
64:16 65:7,15
65:16 67:3,6
67:21,22 69:3
80:2,24 81:5
245:5
**bar**  236:16
**based**  55:25
56:1 174:1
180:8,18 200:1
219:13 238:1
244:10
**basically**  33:20
35:8 127:12
**basis**  18:23
19:9 53:23
234:3,6,17

Page 8

**[bates - bonus]**

| | | | |
|---|---|---|---|
| **bates** 90:19 | 256:1,3,16,18 | **believe** 35:11 | 244:24 245:4 |
| 211:3 259:21 | **bdi's** 253:9 | 37:23 38:1 | 264:1,7,18,19 |
| **bdi** 3:8,9,11 4:6 | **bearing** 68:17 | 48:13 49:10,20 | 265:10 |
| 4:7,9,10,11,12 | 69:17 | 49:21 74:22 | **benefit** 5:13 |
| 4:14,16,17,19 | **bears** 65:15 | 75:19 80:3 | **best** 24:2,21 |
| 4:20,22,24 5:2 | 67:13 88:18 | 81:4 84:1 | 25:1 62:19 |
| 5:7,8,15 6:24 | **beautiful** | 87:22 92:15 | 159:12 223:9 |
| 81:21 82:2 | 115:18 | 94:11,13 95:20 | 223:11,13 |
| 83:6,17,22 | **began** 19:4 | 98:21 100:24 | 224:18,21 |
| 85:3,9,16 | **begged** 43:11 | 118:14 120:6 | 254:13 258:5,5 |
| 87:20 88:18 | **begging** 43:7 | 131:15 138:23 | **better** 94:17 |
| 94:10 104:14 | **beginners** | 145:19 148:9 | 131:4 |
| 104:24 105:1 | 55:17 | 148:16 157:24 | **beyond** 54:25 |
| 123:25 127:17 | **beginning** 5:10 | 162:7,11 | 55:5 |
| 133:11,15 | 12:4 20:3 | 164:13 167:19 | **big** 136:19,24 |
| 137:4 138:22 | 34:19 120:14 | 167:22 168:2 | 173:10 207:1 |
| 141:6,9,12,15 | 126:21 129:13 | 168:14 170:10 | **binding** 61:3 |
| 141:23 143:17 | **behalf** 12:10 | 170:21 172:4 | 61:16,18,20 |
| 143:18 145:7 | 69:8 190:17 | 187:1 194:7 | 156:22 157:18 |
| 148:15 152:12 | 207:8 236:20 | 195:14 197:19 | **birth** 40:16 |
| 159:12,23 | 245:1,14 | 212:2 217:4 | **bit** 30:20 39:12 |
| 167:4 168:7 | **behavior** 55:17 | 218:5 219:22 | 41:5 47:5 |
| 173:17 184:2 | 200:20,22,24 | 220:11 229:3 | 53:13 80:21 |
| 184:15,16 | 201:24 | 232:14 243:5 | 126:6 136:20 |
| 185:2 196:25 | **beijing** 47:9,10 | 252:13 262:6 | 153:19 156:24 |
| 197:24 211:3,6 | 47:23 122:9,10 | **believed** 80:23 | 157:12 262:13 |
| 211:13 212:8 | 132:18,20,21 | **bell** 73:11 | **black** 212:8,14 |
| 212:14 218:8 | 160:23,25 | **belonged** | 212:14 213:10 |
| 218:18 220:5 | 161:3,14,22 | 256:18 | **blank** 214:16 |
| 227:3 228:20 | 180:23 183:3 | **ben** 40:20 | 214:17 |
| 229:4 237:10 | 199:1,6,11 | 75:21,21 | **blew** 18:11 |
| 241:19 252:6 | 201:4 | 106:23 111:1,7 | **block** 101:1 |
| 252:23 253:12 | **belief** 234:3,7 | 111:9,10,12,16 | **blue** 72:22 |
| 253:14 254:7 | 234:18 | 112:25 113:5 | **bonus** 148:1,14 |
| 254:15,15,20 | | 118:1,4,4,19,19 | 190:3 201:11 |

**[book - bytedance.com.]**

| | | | |
|---|---|---|---|
| **book** 26:24 | **brief** 6:6 | 181:17,19,23 | 150:2,2,5,11,21 |
| **born** 40:18 | 250:11 | 182:3,4,5,24 | 150:22 151:5 |
| **bottom** 93:6 | **briefed** 18:3 | **buildings** | 152:11 153:10 |
| 97:8 144:19 | **briefing** 6:6 | 178:14 | 153:10,13 |
| 145:23,24 | 250:12 | **bunch** 63:12 | 161:15,16 |
| 211:20 | **bring** 15:17 | 107:22 128:6 | 164:4 172:25 |
| **bought** 191:8,8 | 38:15 39:22 | **business** 72:18 | 173:8,18 |
| **bounce** 140:5 | 42:8 50:17,19 | 73:4,15,20 | 181:16 189:16 |
| **bound** 155:20 | 51:17 52:16 | 75:9 | 189:18,24 |
| 156:5,17 157:3 | 105:14 177:2 | **businesses** | 190:18 191:5 |
| **box** 82:12,19 | 178:3 183:2 | 72:16 73:15 | 192:10,12 |
| 83:10 86:10,11 | 261:10,17 | **busy** 218:24 | 193:2,3,8,11 |
| 87:12 | **bringing** 18:8 | **buy** 61:24 | 200:11 201:6 |
| **boxes** 82:18 | 18:18 | 160:10 191:9 | 208:2 213:4,6 |
| 84:5 | **broad** 61:22 | **bytedance** 1:6 | 216:12 217:8 |
| **brand** 175:15 | **broader** 55:5 | 1:10 4:24 9:10 | 217:12,17,24 |
| 263:18 | **brother** 75:24 | 10:10,12,15 | 218:4 219:11 |
| **break** 24:8 | 103:17 104:12 | 11:12 12:6,7,8 | 219:14 220:15 |
| 28:23 39:20 | 111:5 112:8 | 12:9,12,13,14 | 225:18 227:14 |
| 50:14 53:4 | **brothers** | 12:24 13:3,5 | 232:1,9 233:9 |
| 71:11 86:21 | 104:24 | 17:19 28:14,19 | 235:23 237:25 |
| 108:12,20,24 | **brought** 52:17 | 29:2 30:4 33:3 | 252:20,25 |
| 108:25 109:1,3 | 53:1,1 177:9 | 33:4,7 39:25 | 254:10 258:14 |
| 109:4 148:21 | 177:15,21 | 42:22 43:1,2,7 | 268:4 |
| 154:24 160:15 | 183:10 | 43:11,20 44:7 | **bytedance's** |
| 177:19 204:17 | **brown** 21:24 | 44:11,14 54:9 | 6:14,17,19,22 |
| 205:5 210:2 | **bugging** 227:19 | 63:5 64:2,13 | 249:10 251:17 |
| **breaking** 86:20 | 227:20 228:9 | 69:18,24 70:7 | 257:15 259:5 |
| 86:24 | **build** 125:8 | 71:3,8,25 | **bytedance.com** |
| **brian** 40:24 | **building** | 74:21 95:10,16 | 147:18 |
| 106:23 109:24 | 178:14,17,23 | 113:16 120:10 | **bytedance.co...** |
| 110:4,9,12,14 | 178:23,24,25 | 120:15,20,21 | 214:9 |
| 110:22 264:3,4 | 179:2,8,9,12,21 | 121:13 128:7 | |
| 264:7,20,21 | 180:1,3,5,5 | 128:14 131:13 | |
| 265:10 | 181:3,4,4,14,17 | 132:17 137:8 | |

**[c - change]**

| c | | | |
|---|---|---|---|
| **c**  11:2 147:18 | **calling**  122:24 | 219:14 220:8 | **caution**  234:8 |
| **ca**  8:23 9:7,23 | **calls**  17:2 57:12 | 220:10,16,22 | **ccp**  268:9,12 |
| 268:9,12,21 | 57:21 127:2 | 220:22,23 | **cell**  131:22,24 |
| **california**  1:2 | 129:20,22 | 245:16 | 131:25 255:24 |
| 8:6,8 11:14,18 | 131:12,17 | **careful**  184:5 | **century**  9:6 |
| 27:20 50:5,8 | 133:5,7 216:23 | 185:17 205:23 | **ceo**  75:16 |
| 67:23 68:2,5 | 219:8,9 234:9 | **carrying**  23:9 | 193:19 208:2 |
| 86:11 103:19 | 240:21,22 | **case**  11:14 | **certain**  184:23 |
| 105:9 107:13 | 245:18 | 18:25 24:14 | **certainly**  17:8 |
| 121:6,9,15 | **camera**  17:23 | 25:14 26:16 | 53:22 54:25 |
| 122:12 136:13 | 123:10 | 28:18 29:10,14 | 55:10 84:8 |
| 136:22 190:23 | **capital**  71:13 | 30:3,7,12,19 | **certificate** |
| 190:25,25 | 71:15 | 31:2,4,5,10,12 | 267:3 |
| 192:18,18 | **card**  6:24 42:3 | 31:24 34:14,24 | **certified**  8:7 |
| 194:25 234:4 | 42:4,8,23 | 37:6 41:23 | 267:13 |
| 234:20 235:23 | 43:21 44:10,13 | 53:23 54:6 | **certify**  267:6 |
| 257:23 267:1,6 | 44:25 45:2,6,9 | 55:6,14,17 | **cetera**  39:11 |
| 267:14,24 | 47:7,21 48:7,9 | 56:14 60:21 | 42:6 82:13 |
| **call**  17:3 78:11 | 48:25 49:2,4 | 64:2 68:10,10 | 255:24 |
| 78:17 93:25 | 50:12,20 | 99:16 100:7,7 | **chain**  4:6,7,9 |
| 111:15 127:1 | 226:20,25 | 104:12 105:11 | 4:10,11,14,15 |
| 127:15 129:19 | 227:12 229:2,6 | 106:2 107:20 | 4:17,18,20,21 |
| 130:20,23 | 229:9,13,25 | 108:4 113:11 | 5:13,14 165:22 |
| 131:5,9 158:18 | 230:3,18 | 113:12,14,16 | 169:3 170:19 |
| 178:15 239:18 | 231:22 232:7 | 113:19 153:3 | 172:3 174:18 |
| 239:20 240:14 | 232:10,21,22 | 212:5 215:12 | **chains**  140:10 |
| 240:14,24 | 232:25 233:12 | 225:17 229:21 | **chance**  39:13 |
| 241:1 255:21 | 233:19 234:1,6 | 244:16 245:11 | 152:10 |
| **called**  37:17 | 234:13,19 | 245:19,23,24 | **change**  3:21 4:3 |
| 60:4 72:19,20 | 235:22 236:12 | 245:24 | 24:13 57:20 |
| 75:17 108:7 | 237:9,19,24 | **catch**  121:6,21 | 114:11 117:21 |
| 122:7,11 130:8 | 260:10,11 | 121:25 | 118:8,20 134:1 |
| 158:16 178:15 | **care**  98:9 | **cause**  8:11 | 143:12 144:23 |
| | 157:22 158:24 | 244:19 | 149:19 151:17 |
| | 188:17 219:11 | | 152:15 166:9 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[change - commencing]**

| | | | |
|---|---|---|---|
| 201:10 | 237:20,24 | 29:3,10 104:19 | 234:12 |
| **changed** 76:25 | 238:17 265:19 | 173:11 | **clearly** 59:14 |
| 79:17 152:2,20 | 265:22 | **clara** 119:8 | 168:18 179:10 |
| **changes** 24:11 | **chinese** 4:6,8,9 | **clarification** | 212:15 |
| **changing** | 4:13,14,16,17 | 28:16 43:11 | **client** 17:19 |
| 143:13 | 4:19,20,22 5:9 | 71:7 167:1 | 18:14 27:8 |
| **characters** 77:4 | 5:10,12 13:10 | 181:6,21 252:7 | 108:15,16 |
| **charge** 123:23 | 13:11 77:4,23 | **clarified** | 235:4 236:14 |
| 124:2,9,15 | 78:1,4,5,11,22 | 260:24 | 236:17 |
| 130:7 | 79:1,5,11 | **clarify** 15:13 | **close** 122:22 |
| **charles** 8:17,18 | 178:16 179:20 | 40:3 42:24 | 208:25 247:17 |
| 9:13 12:5,15 | 265:11 | 44:6,8 61:10 | **code** 268:9,12 |
| 16:2 50:23 | **choice** 28:2 | 61:15 77:16 | 268:19,21 |
| 55:19 58:1 | **chris** 36:3,6 | 79:7 80:14 | **cole** 10:14 |
| 104:10 203:24 | **chrisman** 36:2 | 100:10 129:16 | 12:12,12 |
| 210:4 224:16 | 36:8,8,9,14,21 | 133:22 148:25 | **colleagues** |
| 268:1 | 36:25 37:12 | 156:24 193:1 | 73:12 121:13 |
| **chatting** 104:13 | 38:8 | 261:22 | **college** 68:1,5,8 |
| 104:24 | **chrisman's** | **clause** 206:22 | 111:17,20 |
| **check** 80:16 | 37:18 | 206:22,25,25 | **colloquies** |
| 142:23 164:4 | **chuck** 33:13 | 207:3,5,12,14 | 203:23 |
| 240:5 258:22 | 44:19 46:1 | **clauses** 207:16 | **colloquy** 20:3 |
| **checked** 35:23 | 202:13 208:24 | **clean** 81:2 | **come** 16:13 |
| 230:18 235:21 | **chug** 243:14 | 87:12 187:24 | 38:3 40:4 |
| 236:8,11 | **civil** 268:19,21 | 191:7 235:21 | 125:2,22 |
| **checking** | **civilians** 28:19 | **clear** 12:21 | 128:16 166:7 |
| 163:25 | **claim** 27:24,25 | 14:6 20:18 | 195:7 210:2 |
| **checkmarks** | 99:5 100:14 | 38:5,6 62:10 | 263:17 |
| 241:16,19,19 | 137:3 208:9 | 62:17 63:16 | **comes** 18:12 |
| **china** 33:20 | 229:10,19,20 | 81:8 149:17,25 | 40:5 |
| 75:5,7 78:25 | 237:3 | 152:19,19,19 | **comfortable** |
| 110:13 111:11 | **claimant** 1:11 | 152:21 175:7 | 56:23 78:14 |
| 112:20 114:3,4 | 9:10 | 182:13 189:24 | **coming** 198:6 |
| 114:5 124:6,8 | **claims** 26:16 | 190:5 191:3 | **commencing** |
| 127:24 136:14 | 27:4 28:14 | 192:7 212:11 | 8:4 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[comment - constitutes]**

comment
    193:20
commit   146:21
commonplace
    186:1
communicate
    138:22
communicated
    159:11 252:6
communicating
    159:17
communication
    159:19 215:9
    221:17 234:10
    235:5 236:14
communicati...
    216:1
companies
    73:16 190:16
    207:10
company   43:8
    43:12 60:5,6
    73:19 75:17,21
    121:12 122:2
    123:4 125:20
    126:21 141:24
    142:1 146:12
    146:13,15,23
    149:12,18,23
    150:4,9,20,21
    150:23 151:1,2
    152:6,22 153:6
    153:8,9,12
    154:6 157:23
    158:25 161:20

192:9 198:19
199:2,11 200:5
200:18 202:10
207:2 217:17
218:11 253:16
company's
    43:23 146:3,8
compel   5:19,24
    17:19 246:22
    248:2
complain   222:6
complaint   4:5
    119:18,23
    120:6 137:13
    254:19
complete   76:10
    76:14,16,18,20
    216:25 217:18
    218:11,13,15
    221:15 226:21
    230:19 258:3
completed   84:5
    84:19 124:21
    225:21,22
    231:8 234:15
    234:19 268:7
    268:17 269:6
completely
    84:6
completion
    267:19 269:10
complicated
    151:8
comply   229:18

compound   71:5
    83:24 110:17
    220:18
compromise
    17:21,24 19:8
    20:2 21:2
compromised
    190:12
computer   72:5
    73:6 131:23
    176:7,8
concern   215:22
    252:23 253:20
    253:22
concerned
    19:19 244:7
    253:5,8,17
    254:7
concerns
    253:19
concluded
    266:8
concludes
    266:6
conclusion
    125:16,19
    216:23 219:8
    245:19
concrete
    160:13
conditions
    18:24
conducted
    57:25

conferring
    64:22
confidential
    194:2,11,11
    195:1
confidentiality
    5:6 21:14
    211:1
confirm   89:2
    174:9 185:17
confirmed
    154:1
confused   34:3
    185:6 217:14
    219:16 235:6
confusing
    80:21
congressmen
    28:20
conjecture
    200:2
connected
    212:17
connection
    26:15 56:13
consciously
    77:8
consent   143:5
    144:3
consideration
    102:15 103:7
constantly
    63:12
constitutes
    267:16

Page 13

[constitution - cost]

constitution
  27:20
constitutional
  195:2
consulted
  254:14 255:17
consulting
  60:18 72:17
  73:3,4,14 75:9
contact  49:13
  49:25 111:12
  111:14 112:22
  112:24,25
  126:21 127:6
  127:10,10
  159:3 245:16
  268:9,20
contacting
  245:9
containing  37:9
contaminated
  85:25
contend  66:12
  66:15,16,18
  191:21
content  98:10
  172:16,17
  215:23,24
  216:1
context  121:3
continue  68:14
  108:21 109:3
  116:1 173:4
  180:15

continuous
  42:15 86:23
continuously
  50:7
contract
  190:22
contracting
  60:18
control  142:2,3
convenience
  16:17 18:13,14
conversation
  130:17 215:18
  215:19,21
  216:2,5 255:12
conversations
  11:8 34:23
  197:25 215:14
convicted
  53:15
cooperation
  227:2
coordination
  159:4
copies  52:2
  131:16 175:1,2
  176:23 177:1
  226:25 261:7
  261:25 262:3
  262:11
copy  6:24
  45:16,17 46:2
  46:5,6,9,13,15
  50:11,17,19
  91:9 92:18,19

98:24,25
167:17,23
169:11,16
170:11,12,12
171:7 172:11
176:9 207:24
209:21 214:10
215:19 216:4
226:20 229:16
229:17,25
230:17 231:21
232:24 233:12
233:18 234:5
235:22 236:12
259:19,22
core  212:4
corner  88:19
corporation
  1:7,10 3:15
  93:1
correct  32:25
  38:13,14,25
  43:3 51:22
  53:16 60:7
  66:7,10 67:3
  70:11 71:4,13
  71:23 72:1,5
  72:12 76:1
  79:6,10,19
  80:4,25 82:10
  89:13 90:9
  96:2 99:9,11
  119:9,11,12
  120:7,8,15
  128:23 130:17

138:25 140:20
141:7,10,13
142:22 143:10
143:20,23
144:2,6,17,18
145:15 147:15
147:16,19
162:10 167:14
169:7,19 170:9
170:23 172:14
176:19 183:6
184:19,20
191:22 192:24
193:9 195:13
206:12 213:8
215:10 216:22
217:23 218:13
220:2 229:2
230:5 231:21
236:8 237:8
244:18 251:25
252:1 254:21
257:1 258:1,2
258:4 259:9
267:17
corrected  143:5
correcting
  144:9
corrections
  268:14,15
  269:3,4
correctly  162:9
  162:10
cost  151:13
  190:3 201:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[costs - dated]**

costs  18:18
counsel  10:12
  12:2,24 15:1
  15:15,22 16:16
  18:14 20:5,24
  26:15 28:2
  37:21 39:1,2,8
  43:14,22 44:15
  49:14 50:1,2
  50:10 64:22
  73:22 90:16
  102:22,24
  103:21 104:1
  105:19,21
  108:18 109:20
  131:7 134:17
  137:17,18
  188:21 240:21
  247:12 268:18
  268:22 269:7
counsel's  16:16
  188:20
counselor
  188:11
count  161:14
  162:3
counter  1:11,12
  6:11,13,16,18
  6:21 9:10
  251:6,16
  257:14 258:13
  259:4
countersigned
  140:20

country  42:16
county  90:11
  119:8
couple  40:9
  240:23
course  79:1
  105:6 120:2
  258:18
court  1:1 11:13
  11:20 13:7,25
  18:4,17 23:9
  23:16 24:16
  32:7 44:21
  47:12 51:20
  52:7 55:10
  56:7 67:22
  68:13,17 74:12
  74:16 105:13
  182:13 239:18
  252:10 259:23
  260:14
courtesy
  128:21
courtship
  69:25 70:4
cousin  264:19
  264:21
cover  232:16
covered  27:19
  42:5 238:25
covering  232:6
create  95:7
  123:12,12
  161:21

created  63:11
  81:1 126:8
credentials
  47:5
cross  84:13
csr  1:24 267:24
curiosity
  167:10
curious  62:20
  165:19 166:23
current  30:4
  50:11
currently  49:9
  49:12 50:5
  58:15,19 59:3
  60:1
cursive  77:5
custody  22:1
cut  243:8
cutoff  222:10
  223:17
cutting  243:5,7
cv  1:6 11:15
cyber  30:11
cycle  221:20
cyprus  141:16
  141:22

| d |
| --- |

d  2:1 5:11 11:2
  21:25,25 228:1
  228:3
dai  21:25
damages  59:4,7
dang  21:24

dark  187:10,20
  202:23 212:19
data  176:9
date  5:4 40:16
  82:7 84:11
  100:22 143:14
  160:13,25
  162:11 167:24
  204:14 211:7
  211:12,13,20
  212:8,11,14,18
  213:10 216:10
  218:9,10,20
  219:25 222:21
  226:11 227:8
  228:21,22
  229:1,5 232:11
  235:7,9 237:15
  237:17,23
  238:23 254:16
  255:13 268:16
  269:5
dated  4:2,5 5:5
  6:4 89:24 92:4
  93:2,14,25,25
  100:22 101:15
  102:6,19
  114:11 116:25
  117:10,22
  119:7,18
  139:20 142:11
  142:22 145:7
  170:20 214:7
  221:12 226:16
  248:12 249:12

**[dated - demetra.makris]**

249:14 251:20
**dates** 161:4,12
**dave** 47:23
83:22,25 84:2
84:16,23,23,25
87:23 88:1
89:16 216:7
223:20 225:14
227:17,18,20
227:22,25
232:14,21
**david** 9:3 12:10
214:8,20 215:1
215:10,14
217:25 221:13
221:25 226:13
**day** 18:11
160:11 162:2
180:20 216:25
216:25 217:1,6
217:18,18
218:12,16,23
219:18 220:7
222:3 240:24
249:8
**days** 162:16
163:25 164:2
218:10,19
240:23
**deal** 109:22
219:19 263:19
**december** 6:4
45:2 47:19
48:6,19 225:19
225:23 227:1,4

227:7,14 228:9
230:4 238:6,12
248:12 249:12
249:15
**decide** 105:12
**decides** 105:13
**decision** 61:20
61:21
**deck** 178:16
**declarant** 34:5
239:14 240:2
**declarants**
33:19
**declaration**
5:16,18,20,22
6:3,5,7,10
37:19,20
118:25 119:2,4
223:23,25
224:4,8,25
225:7,8,10
242:24 244:13
244:25 246:20
247:6,23,25
248:11 249:3
250:10,21
251:5
**declarations**
31:11
**declaratory**
119:23
**deed** 3:12,14,18
3:19,20,23
89:24 92:4
100:22 101:15

102:6 115:13
116:5
**deem** 24:12
**deep** 212:14
**defendant** 1:12
6:11,13,16,18
6:21 9:1,10
12:11 48:8
251:6,16
258:13
**defendant's**
5:19 39:3
64:20 69:13
81:17 85:4
88:14 89:21
90:23 92:1,23
93:10,21
100:18 101:12
102:3 114:7
115:10 116:22
117:6,18
119:14 138:11
139:13 142:5
145:4 147:7
155:8 163:4
165:5 168:25
170:16 171:25
174:15 183:19
186:16 203:14
210:9,22 214:4
215:6 221:9
226:8 230:11
231:18 242:20
246:16,21
247:3,20 248:8

250:3,18 251:2
251:12 257:5
257:14 258:9
258:25 259:4
259:24
**defendants** 1:8
5:23 6:8 248:1
250:23
**defense** 19:2
237:4
**defenses** 26:16
27:4,25 104:20
**define** 76:20
**definite** 206:15
**definitely** 21:12
179:1 188:19
206:15
**definition**
56:15
**delaware** 1:7
1:10
**delete** 63:13
**deleted** 63:7,18
63:20 64:4
**deliver** 231:2
**delivered** 38:24
**demand** 6:22
18:6 51:16,25
259:5
**demands** 39:11
50:24
**demetra** 9:19
12:9
**demetra.makris**
9:20

Page 16

**[demonstration - doctor]**

demonstration
  17:3
**denying**   174:10
**department**
  130:9,10,11
  159:4 181:18
  182:2 230:19
  249:10
**depending**
  26:12 140:6
  166:9
**deposition**   1:15
  3:4 8:1 11:11
  11:16 14:20
  15:14,17,20
  17:1,20 18:5
  18:16,24 19:3
  19:19 20:17
  23:1,5 24:10
  25:5,9 26:3
  32:7 38:20
  39:7,16 50:18
  50:20 52:19
  55:8 57:24
  68:15 167:5
  185:24 186:5
  188:13 242:10
  247:13 259:20
  260:18,21
  261:2,14,17
  262:20 263:16
  266:7 267:7,11
  267:17 268:19
  268:23,25
  269:8,10

**depositions**
  55:20
**deprived**   24:25
**designation**
  3:15 93:2
**desktop**   166:17
**despite**   17:15
**destroy**   252:14
**detail**   123:3
**determine**
  94:17,19
**determined**
  268:18,23
  269:7
**developed**
  125:4
**developing**
  123:14
**development**
  182:7
**developments**
  123:9
**device**   133:12
  175:3,8 254:23
**devices**   175:9
**dfeh**   137:15,16
  254:19
**dfhe**   137:14
**diego**   18:11
**difference**
  142:24
**different**   35:14
  77:7,11,12,14
  77:19,24,25
  78:4,19 83:4

84:6 85:22
86:3,17 122:9
123:18 133:3
158:17 166:18
166:20 171:4
179:12 183:16
209:20 212:19
216:17 230:9
244:8
**difficulty**   15:4
  185:7,19,23
**diligent**   259:11
**dim**   85:22
**dinner**   120:20
  120:20 121:14
  154:24 179:4
**dinners**   162:20
**direct**   112:25
  249:9
**directions**
  122:3
**disagree**   18:2
  20:16,20 28:5
  177:10,17,18
**disaster**   228:10
**discard**   132:4
**discarded**
  175:24
**disclose**   137:18
**disclosed**
  239:18
**disclosure**
  234:9 265:3
**discover**   55:14

**discovery**   6:9
  6:12 25:14
  104:14,18
  105:21 250:23
  251:8,15
  257:25 263:19
**discuss**   118:19
  148:13,17,23
**discussed**   17:9
  57:23 113:11
  155:17 176:14
**discussion**   32:4
  198:10
**disk**   176:10
**dispute**   6:9
  137:7,22 164:1
  207:9 209:17
  212:5 250:23
**disputed**   29:5
  32:2 35:5,11
  68:11
**distances**   24:2
**distorting**
  223:25
**distributed**
  221:20
**district**   1:1,2
  11:13,14 67:22
**divorced**
  109:18
**dj**   31:10 113:19
  113:24
**dmaoz**   9:4
**doctor**   97:9
  99:22

Page 17

[doctor's - earlier]

**doctor's** 3:17
93:24,25 95:8
**document** 3:10
10:7 16:15
22:2 39:10
42:2 45:14
50:24 65:20
66:13 68:16
70:15 77:17
78:1,2,5,5,6
79:3,4,4,21
80:7 81:25
83:5,18,22
84:2,3,4,5,6,8
85:11,16,19,21
86:3,8,17
88:20 90:2
91:20 92:8
93:3 94:2,4,10
94:14,22 95:6
96:7 97:14
99:15 101:16
102:7,13
107:21 110:16
110:22 114:12
114:15 118:1,7
118:22 119:7
119:19 138:14
138:19 139:17
142:13 143:13
143:16 145:9
145:13 146:6
146:19 147:10
149:1 171:4
178:13 183:8

183:23 198:5
198:23,25
199:16 202:6
204:15,25
205:5,8,15,19
205:22 206:1
206:24 207:17
208:1,3,11
213:6 228:22
237:15 240:1
241:16 242:2
243:19 244:10
245:12 246:24
247:2,10
251:10 262:1
262:16
**documented**
41:22
**documents**
17:17,19 25:14
29:5 32:2 33:8
34:18 37:3,9
37:11,19,20,22
38:16 42:11
51:18 52:3,18
52:24,25 68:11
77:12 90:17
95:12 113:2,5
114:1 115:3,5
139:9 140:19
141:5 143:8
145:20 163:11
177:9,16,22
180:20 181:15
182:25 196:2

196:20 197:4,4
197:6,14
199:12,18
200:8 207:5
245:5,25
253:24 254:10
259:19 260:4
261:2,5 262:5
262:10
**doing** 32:6 50:1
60:17 218:2
234:14
**door** 177:24
**dope** 199:15
200:5
**doping** 199:15
**dorenbaum**
8:19 12:17,17
15:16 18:7
51:6,9,12,23
52:10,13,17,21
53:3,9 91:5,10
208:17 240:17
240:20 241:4,7
241:9 258:21
261:22,25
262:6,8
**dorenbaum's**
16:18
**dot** 243:15
**dots** 187:10,23
188:2 212:10
212:18
**double** 81:1
142:23 258:22

**doubt** 179:7
**doubting** 46:24
47:4
**doubts** 95:2
**dr** 12:20 18:19
20:13 22:5
**draft** 148:13
**drafted** 71:23
**drive** 39:15
134:5 135:23
135:24 136:1,4
136:6 137:24
137:25 172:4
176:10,11,14
176:18
**driver's** 51:19
52:6
**duck** 122:7,8
122:10,11
**duly** 8:9
**duplicate**
143:18
**dying** 201:20

**e**

**e** 2:1 3:1 4:1 5:1
6:1 7:1 9:17
11:2,2 75:12
75:14 122:8,13
122:15 125:11
125:25 126:1,3
126:4 130:4,4
155:18 255:18
268:9,12 269:1
**earlier** 23:8
51:7 121:12

Page 18

| | | | |
|---|---|---|---|
| 133:25 160:5 | **email** 4:6,7,9 | 227:6 233:10 | 150:1 152:8 |
| 160:19 166:14 | 4:10,11,14,15 | **emailed** 53:9 | 156:1,13 190:5 |
| **early** 1:23 8:6 | 4:17,18,20,21 | 53:11 | 190:6,24 191:1 |
| 11:21 120:22 | 5:8,11,13 | **emailing** 97:25 | 191:4,7,10 |
| 121:19 128:6 | 34:23 39:9 | **emails** 147:22 | 192:13,17 |
| 132:25 159:21 | 50:25 53:10 | 175:4,6,8,10 | 219:23 220:24 |
| 163:15 209:24 | 75:2 98:4,7,8 | 176:16 | **empowers** |
| 237:17 267:5 | 98:10,18,18,19 | **employed** | 17:18 |
| 267:24 | 98:22,25 99:1 | 58:19 59:3 | **ended** 80:25 |
| **ease** 15:18 | 99:8,10 100:1 | 60:1,3,7,11 | 141:1 198:12 |
| **easier** 53:10 | 100:11 138:21 | **employee** 5:6 | **engagement** |
| 193:6 | 138:24 139:3,6 | 82:7 150:10 | 7:3 |
| **easily** 247:14 | 139:9,19 140:9 | 156:1,13 | **english** 13:11 |
| **east** 9:6 | 140:14,18 | 161:15,16 | 13:11,19,20,22 |
| **easy** 246:19 | 141:3 142:10 | 164:4 195:1,3 | 14:2,4,9,14,15 |
| **eciaa** 21:6,11 | 142:16 143:1 | 211:1 216:21 | 14:18,21,22 |
| 95:11 212:4 | 147:15,18,23 | 220:15,16 | 15:6,10 19:15 |
| **effect** 17:11 | 147:24 148:8 | **employees** | 19:17 20:6 |
| 255:16 | 161:21 162:1 | 28:19 29:2,3,9 | 21:6,20 22:22 |
| **efficiency** | 164:5 166:6,7 | 127:17 128:6 | 22:25 23:3,13 |
| 16:12 | 166:13,14,14 | 131:13 133:11 | 23:18,23 24:6 |
| **effort** 18:13 | 167:12,20,22 | 133:15 146:4 | 24:9,18,22 |
| **eight** 19:2 | 169:7,13,25 | 167:4 194:1,3 | 25:3,6,10,16,21 |
| 20:15 166:6,8 | 170:13 171:1 | 194:20,21 | 25:24 26:1,4 |
| 166:8 | 172:5,13,18,23 | **employer** 71:8 | 28:15 29:4,12 |
| **either** 27:24 | 173:11,22 | 207:4 | 30:5,8 31:2,8 |
| 42:5 44:19 | 174:23 196:18 | **employers** 61:1 | 31:15,17,23 |
| 47:24 132:16 | 196:19,22,23 | 75:9 | 32:1,14,17,20 |
| 176:17 232:11 | 196:25 197:2 | **employing** | 33:1,4,9,11,17 |
| **elaborate** | 201:12 214:11 | 46:16 | 33:23,24 34:2 |
| 120:11 | 214:12,19,24 | **employment** | 34:10,15,21,25 |
| **electronic** | 218:8 220:3,4 | 10:9,14 13:4 | 35:19,22,25 |
| 82:24 | 221:21,23 | 44:6 47:2 | 36:2,11,17,20 |
| **element** 27:24 | 222:17,22 | 60:13 70:21 | 36:24 37:2,6 |
| 59:4,6 | 223:1 226:19 | 79:15 149:21 | 37:13 38:12,14 |

**[english - english]**

| | | | |
|---|---|---|---|
| 38:17 40:12,17 | 75:11,13,18,23 | 103:12,16,18 | 127:20 128:13 |
| 40:19,21,23,25 | 75:25 76:2,6 | 103:20 104:17 | 128:18,20,24 |
| 41:2,9,12,17 | 76:13,19 77:2 | 105:6,10 | 129:1,5,9,15,19 |
| 42:24 43:4,7 | 77:6,10,13,16 | 106:14 107:2,4 | 130:14,18,22 |
| 44:5,24 45:8 | 77:23 78:3,8 | 107:6,8,12,16 | 130:24 131:11 |
| 45:13,22 47:9 | 78:16,21,25 | 107:20,25 | 131:15,18,21 |
| 47:13,17 48:3 | 79:7,11,19,22 | 108:2,4 109:15 | 131:24 132:1,3 |
| 48:8,13,17,19 | 79:24 80:5,8 | 109:17,19,25 | 132:6,9,12,14 |
| 48:21,23 49:2 | 80:11,14,20 | 110:6,11,13,18 | 132:16,23 |
| 49:8,10 50:6,9 | 81:6 82:1,4,11 | 110:24 111:2,6 | 133:6,10,13,16 |
| 50:21 53:17 | 82:19,23 83:3 | 111:8,10,13,15 | 134:7,10,15 |
| 54:2,5 56:22 | 83:8,11,15,19 | 111:18,22 | 135:5,8,12,16 |
| 57:2,7,13 | 83:23 84:1,7 | 112:2,5,10,14 | 135:22,25 |
| 58:10,17,21 | 84:12,15,18,21 | 112:20,24 | 136:5,10,15,18 |
| 60:2,4,6,8,12 | 84:25 85:10,15 | 113:4,6,9,14,20 | 136:21 137:1,5 |
| 60:15,24 61:2 | 85:20 86:13 | 113:23 114:3,5 | 137:16 138:2,4 |
| 61:10,14,22 | 87:3,14,17,19 | 114:13,16,19 | 138:16,18,23 |
| 62:9,14,16,23 | 87:22,25 88:4 | 114:22,24 | 139:1,4,7,10,18 |
| 62:25 63:3,6,9 | 88:7,10,23 | 115:1,6 116:7 | 139:21 140:1 |
| 63:21,23,25 | 89:2,6,9,12,14 | 116:11,13,16 | 140:13,21,24 |
| 64:3,6,8,14,17 | 89:17 90:1,7 | 116:19 117:3 | 141:4,8,11,14 |
| 65:8,11,17,19 | 90:10,13 91:3 | 117:13,24 | 141:17,19,21 |
| 65:24 66:4,7,9 | 91:8,12,17,22 | 118:6,9,12,15 | 141:23,25 |
| 66:14,17,20,24 | 92:6,10,14,17 | 118:18,21,24 | 142:14,17,20 |
| 67:1,4,7,10,17 | 93:4,7,18 94:4 | 119:5,10,12,21 | 142:23 143:11 |
| 67:19,24 68:3 | 94:11,15,24 | 119:25 120:2,8 | 143:15 144:11 |
| 68:6,9,23 69:5 | 95:5,9 96:3,5 | 120:11,16,24 | 144:13,15,17 |
| 69:9,20,22 | 96:10,14,19 | 121:5,11,18,21 | 144:22,25 |
| 70:3,8,14 71:6 | 97:6,17,19 | 122:2,6,14,18 | 145:2,10,14,16 |
| 71:17,21,24 | 98:2,6,10,14,21 | 122:20 123:5 | 145:19 146:9 |
| 72:2,9,12,15,17 | 99:3,7,14,18 | 123:22 124:1,5 | 146:20 147:4 |
| 72:20,23 73:8 | 100:2,4,9,24 | 124:11,20 | 147:12,16,20 |
| 73:12 74:1,4 | 101:2,6,9,17,20 | 125:3,11,14,18 | 147:23 148:3,9 |
| 74:10,15,18,22 | 101:22,25 | 125:24 126:3 | 148:12,16,18 |
| 74:24 75:3,7 | 102:8,11 | 126:17 127:1,5 | 148:25 149:3,5 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[english - entire]**

149:7,9,15
150:7 151:22
152:14,24
153:2 154:8,12
154:16 155:13
155:24 156:7
156:10,20,23
157:7,12,16,24
158:6,13,21
159:1,5,7,9,14
159:18,25
160:3,6,17,21
160:24 161:2,6
161:12,19
162:7,17 163:2
163:13,17
164:3,8,12,16
164:20,23
165:2,7,11,14
165:17,19
166:1,11,19,22
167:6,9,15,19
168:2,4,5,9,10
168:11,13,14
168:15,18,19
168:21 169:8
169:21 170:1,2
170:8,10,24
171:9,10 172:6
172:10,15,19
172:24 173:9
173:18 174:6
174:13,24
175:5,11,14,16
175:19,23

176:2,4,9,13,20
176:25 177:4,7
177:11,13,18
177:23 178:5,7
178:10 179:15
179:18,22
180:2,14,18,24
181:1,12,22
182:2,16,20,23
183:4,7,13,24
184:3,9,13,18
184:20,23
185:4,11,21
186:4,13,23
187:1,5 188:5
188:9,14 189:6
189:9,11,15,19
189:23 191:18
191:20 192:2,6
192:11,21,25
193:10,13,16
193:19,23,25
194:5,7,10,20
194:25 195:14
195:18,22
196:1,10,14
197:13,18
198:2,16 200:7
200:23 201:15
201:17,25
202:5,12,16,19
202:23 204:22
205:1,9,13,25
206:4,8,13,17
206:21 207:19

207:23 208:21
209:5,9,11,23
211:5,9,11,16
211:19,25
212:4 213:2,5
213:8,15,18,22
214:1,12,16
215:2,11,17,23
215:25 216:9
216:13,24
217:7,9,16,23
218:5,14,18,23
219:3,10,16,21
220:3,11,14,21
221:4,22 222:2
222:18 223:4
223:13,22
224:6 225:9,16
226:2,4 227:8
227:10,13,16
227:24 228:2,5
228:7,24 229:3
229:7,19 230:6
230:25 231:10
231:23 232:3,8
232:14,18
233:6 234:11
234:21 237:12
238:9,12,16,22
240:3 241:13
241:15,18,22
242:1,5,8,11,15
242:19 243:3
243:15,21
244:1,4,6,10,15

244:18,22
245:2,7,10,23
246:5,8,11,13
246:25 247:11
248:5,15,20
249:7 250:1,15
250:25 251:11
251:22 252:1
252:13,16,19
252:22 253:3,9
253:11,15,20
254:3,5,9,17,22
254:24 255:2,6
255:11,15,19
255:21 256:2,6
256:11,15,19
256:22 257:1
257:21,23
258:2,5,18
259:10,14
260:6,16,19,23
261:9,13,18
262:22 263:2,4
264:8,10,13,19
264:21,23
265:7,13,17,23

**enlarge**   82:24
**enrollment**
   5:13
**enter**   215:16
**entire**   14:20
   18:11 60:20
   229:13,25
   232:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[entirely - exhibit]

entirely  105:22
entitled  24:1
  40:1 45:14,16
  46:17 103:25
  104:15 106:5
  108:9 148:14
  186:19 229:24
  233:1,25
  234:13 249:24
  267:9
entity  141:23
entry  226:15
envelope  21:24
envisioned
  123:18
equal  137:14
equipment
  243:5
errata  268:14
  268:16 269:3,5
error  227:5
especially
  23:19
esq  8:17,19 9:3
  9:13,15,17,19
essentially  79:2
  164:16 190:11
establish
  217:20
established
  17:11
establishes
  27:24
estimate  23:24
  159:13 254:13

estimates  24:2
et  11:12 39:11
  42:5 82:13
  255:24 268:4
ethical  200:20
  200:22 201:24
evaluate  15:18
evaluated  36:4
  36:14
everybody
  123:12 204:9
everything's
  90:20
exact  207:25
  216:1,1,10
exactly  48:4,17
  57:24 84:8
  132:6 133:21
  176:2,4 208:1
  208:4 262:8
examination
  2:4 13:18 17:4
  17:12,18
examinations
  17:2
examine  16:14
  16:14 22:8,12
examined  8:10
examiner  10:7
  262:16
example
  150:18 190:2
  253:4,23
exceeds  30:21
  53:22

except  100:11
exchange  4:12
  4:23 37:16
  71:2,9,23 93:2
  149:16,18
  150:4,10,11
  151:4,4,20
  152:13 153:1
  154:4,15,19
  189:19,20
  190:8,10,17,18
  191:9 192:5,9
  192:12,24
  193:3,5,9,13,14
  193:17,18,22
  194:1,3,8,14
  201:8,9 207:8
  216:20 217:10
  261:1,21
exchanged
  262:5
excited  123:8
excuse  23:25
  93:16 102:13
  112:15 118:2
  259:7
execute  216:22
executed  90:8
  217:3,21 219:6
  257:22
executing
  118:20
executive  181:5
  197:24 198:3
  198:10,14

199:23,24
  202:3
executives
  181:19,23
  200:5
exemplar  17:22
  17:23
exemplars  17:8
  18:23
exhibit  3:3,4,5
  3:7,8,9,10,12
  3:13,14,15,16
  3:17,18,19,20
  3:21,23,24 4:2
  4:3,5,6,7,9,10
  4:11,12,14,15
  4:17,18,20,21
  4:23 5:2,3,5,6,8
  5:10,11,13,14
  5:16,18,20,22
  6:3,5,7,10,13
  6:16,18,21,24
  7:3 38:18 39:3
  39:6 64:18,20
  65:13,21 66:1
  67:12 69:11,12
  69:13,17 81:17
  81:21 85:2,4,7
  88:13,14,17
  89:20,21,24
  90:14,23 91:1
  91:25 92:1,4
  92:22,23 93:1
  93:9,10,13,21
  94:3 100:18,21

Page 22

**[exhibit - felony]**

101:12 102:3,6
102:10 114:7
114:10 115:10
115:13 116:21
116:22,25
117:5,6,9,16,18
117:21 119:14
119:17 138:10
138:11 139:12
139:13 142:5
142:10 144:2
145:4,7 147:6
147:7 148:20
155:3,8 162:25
163:4,8 165:4
165:5,21
168:24,25
169:3 170:16
170:19 171:25
174:12,15,18
183:18,19,22
186:16,19
202:24 203:14
210:9,15,22,25
214:4,7 215:6
221:3,3,9,12
226:6,8,11
230:10,11,14
231:18 238:11
238:15 239:2
241:17 242:20
242:23 246:16
247:3,6,20
248:8 250:3,10
250:18 251:2

251:12 257:5,8
257:13 258:9
258:25 259:24
**exhibits**  203:22
**existing**  123:6
123:16 129:25
**exit**  155:22
**expectation**
240:12
**expenses**  18:12
156:2,2,14,14
**experience**  33:2
33:20
**expert**  12:20
15:17 16:12
17:6 18:8
35:24 36:1
39:19 90:22
202:21
**expert's**  119:4
**expiration**
228:21,25
229:1,5,15
232:19,20,23
**explain**  45:21
123:16 213:12
**explained**
122:23 166:16
**explanation**
249:19
**explicitly**  26:13
**exposed**  48:16
**extent**  140:7
234:9

**externally**
26:22
**extra**  198:25
199:3
**extremely**  77:7
85:11 94:5

**f**

**f**  44:1,2 60:4
164:11
**facebook**  62:24
63:2,4,7,10,11
63:17 71:2,20
121:14,17
216:19 217:10
**faces**  12:23
**facility**  164:2,7
**fact**  27:23
56:14 68:20
119:22 223:10
**factors**  113:12
**facts**  34:14,17
120:5
**failure**  230:19
**fair**  20:7 76:23
89:19 92:21
106:9,9 108:22
137:13,14
186:14 195:7
239:4,4,7
**fake**  191:12,12
202:13 211:23
212:3,5,22,24
213:9
**familiar**  122:23
162:19,24

**family**  33:5
75:23 103:16
110:1,5,7
111:2 112:6
114:22 115:2
115:19 263:23
**fan**  164:10
165:12,15
177:2,15 178:8
180:21 181:11
181:13 182:15
182:17,18,21
183:6
**far**  15:6 39:22
39:24 40:1
194:16 195:4
236:16
**farsad**  243:24
**fast**  204:2
**father**  103:17
111:5 112:8
**favor**  171:19
**favorable**
207:3
**fbi**  30:10 31:9
**fd**  137:14
**federal**  27:19
49:23 51:17
52:4 55:20
68:17 269:1,8
269:9
**feel**  56:23
239:21
**felony**  53:16

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[female - form]**

**female** 220:10
220:12
**figure** 59:12
68:19
**fika** 60:4,11
61:1
**file** 6:12 67:2,8
67:11,16,18
137:13 244:20
244:25 251:7
**filed** 11:12
31:11 52:3
64:15 65:6
67:6,15 68:16
69:2 245:13
249:3
**files** 253:24
**filing** 3:6 65:14
244:22 245:5
246:7,9
**filings** 51:19,20
52:5,6,8
**fill** 67:8 214:19
214:25 216:8
218:1,3,17,21
220:17 228:21
249:10
**filling** 221:24
222:17 228:19
**final** 61:21
145:18,22
**financially**
11:23
**find** 104:22
120:17 131:21

135:13 240:7
241:5 254:24
255:2,4,5
256:25 259:12
**finder** 207:1
**finding** 26:25
**fine** 22:17
32:15 39:21
41:5 59:15,16
87:18 135:1
154:2 188:17
190:13 199:19
199:20 200:16
203:6 207:7
214:2 224:11
225:24
**finish** 19:20
47:16,17 106:4
173:12 203:7
204:4 205:4
216:25 243:13
**finished** 47:14
123:2
**finishing** 70:23
**firm** 11:21
255:10
**first** 8:9 14:7
24:17 37:7
43:23 44:5
55:7 62:9,11
82:16 88:23
94:15 101:19
102:9 114:14
117:22 118:3
120:9 124:20

133:16 138:20
140:11 157:10
169:13 170:24
170:25 171:2
178:12 184:8
207:18 217:5
218:4,12,16
219:18 220:7
222:2 237:10
237:22,23
244:17 254:14
265:12
**five** 19:1 29:15
29:19 57:19
133:20
**fix** 217:15
**fixed** 3:13,24
91:2
**flag** 207:1
**flew** 18:10
199:5 201:4
**flip** 53:4 124:24
**flipagram**
43:20,24,25
44:7,8 124:18
124:23 125:1
232:1
**flipogram** 44:2
44:3
**floor** 9:6
**fly** 132:18,18
**folks** 31:14
36:5 109:21
**follow** 125:21
126:23 127:7

127:13,14
129:20 146:2
159:19 217:24
237:21 265:2
266:1
**follows** 13:12
13:15 268:8
**fonts** 166:20
**force** 150:17
**foregoing**
267:7,16
**foreign** 3:15
37:16 93:1
261:20
**forensic** 10:7
**foresee** 198:4
**forever** 188:23
**forge** 95:17
212:23
**forged** 95:11,21
97:2,14,20,21
98:5 99:21,25
212:22
**forgery** 95:4,7
118:14
**forget** 149:23
152:10
**form** 3:8 65:13
66:25 67:8
81:22 87:20
123:9,17,18,20
124:17 129:24
185:9 249:11
249:12,14

**[format - go]**

| | | | |
|---|---|---|---|
| format 168:13 | friday 240:25 | gao's 249:9 | 238:22,23 |
| formation 29:5 | front 21:10,25 | gates 7:3 | 252:15 254:13 |
| 32:2 34:18 | 22:16 52:24 | general 162:15 | 255:12 256:9 |
| 68:10 99:15 | 100:7 102:13 | generally 54:12 | 256:20 |
| 107:21 245:25 | 183:6,15 | 54:13 99:3 | given 39:24 |
| former 29:3,9 | 197:22 205:7 | 159:22 162:13 | 69:24 70:7 |
| 30:3 54:20 | 206:12 209:4 | generated | 103:22 185:1 |
| 240:20 | 255:18 | 196:19 | 237:2 |
| forming 129:12 | frustrated | gentleman | global 10:9 |
| forms 51:20 | 200:23 | 75:21 | 13:4 124:14 |
| 52:7 | full 21:1 71:1 | gentlemen | globalization |
| forth 42:11,12 | 76:9 146:4,12 | 78:14 | 123:23 124:3 |
| 133:24 134:2 | 258:3 267:16 | genuine 100:12 | 124:15 130:7 |
| 140:5,8 152:21 | fully 146:22 | getting 123:11 | gmail.com |
| 201:3 | 231:7 | 160:19 194:16 | 167:13 169:7 |
| forward 215:15 | fund 157:18 | 213:24 221:21 | 172:23 |
| found 120:14 | funds 155:19 | 230:23 231:6 | gmail.com. |
| foundation | further 6:6 | 247:17 253:23 | 174:21 |
| 43:19 75:17 | 250:12 | 253:25 254:10 | gmt 140:11 |
| 141:16 185:10 | future 20:19 | give 14:8 22:4 | go 21:19 22:7 |
| foundational | | 24:20 25:1 | 23:4,5 29:18 |
| 28:8 30:23 | **g** | 40:12 45:10 | 29:19 32:7 |
| founder 207:2 | g 11:2 21:25 | 46:14 59:8 | 35:21 39:9,13 |
| fountain | 44:1,2 48:1,1 | 70:14 74:25 | 41:5 50:24 |
| 141:22 | 109:15 120:24 | 84:20,23 106:5 | 53:6 54:1,17 |
| four 19:1 66:5 | 120:25 121:1 | 121:3 127:25 | 55:15 56:21 |
| fourth 130:6,11 | 122:8,13,15 | 128:2,21 | 59:16 60:23 |
| 257:11 | 130:3 150:15 | 136:19 138:10 | 61:19 74:9 |
| francisco 8:6 | 163:3 172:4 | 161:20 175:1 | 81:10 91:7 |
| 8:23 9:23 | 179:25,25 | 184:3 190:12 | 99:13 100:17 |
| 11:17 | 226:13,13 | 199:17 201:20 | 109:5 114:6 |
| frcp 269:1 | 228:1,3,4,6 | 203:5 223:22 | 115:8,20 |
| free 239:21 | gao 1:7 3:16 | 223:23 226:6 | 116:21 117:1 |
| fresh 37:4 | 9:1 12:11 48:8 | 233:2 236:7 | 117:16 119:13 |
| | 225:20 230:24 | 237:5 238:20 | 123:3 126:2 |
| | 233:9 255:8 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[go - guzman]**

| | | | |
|---|---|---|---|
| 128:15 132:20 | 97:7 108:10,11 | 243:12 | 229:8,13,25 |
| 147:6 148:20 | 109:21 123:7 | **google** 234:4,4 | 230:3,18 |
| 151:23 153:22 | 124:13 131:3 | **government** | 231:22 232:7 |
| 154:20 168:24 | 133:24 137:7,8 | 31:9 51:17 | 232:10,25 |
| 170:15 171:24 | 137:9 149:11 | 52:4 | 233:12,18 |
| 173:5 174:12 | 149:17,23 | **governmental** | 234:1,5,13,18 |
| 180:4 181:8,9 | 150:9,10,17 | 79:4 | 235:22 236:12 |
| 191:20 200:4 | 151:2,3,4,6,23 | **gpa** 72:11 | 237:9,19,24 |
| 202:7 207:20 | 152:5,7,9,11,22 | **graduated** 72:3 | 260:10,11 |
| 208:21 214:3 | 153:11,24 | **grandfather** | **greenberg** 9:21 |
| 215:5 221:2,3 | 154:18 157:13 | 264:15 | **grewal** 10:12 |
| 225:2 228:11 | 159:3 162:14 | **grandma** 265:7 | 12:13,13 |
| 240:4 241:11 | 162:14 171:13 | **grandpa** 264:8 | **ground** 41:15 |
| 242:17 246:15 | 171:18 179:8 | 264:9,11,14,16 | **grounds** 26:11 |
| 247:1 248:18 | 182:8 190:24 | **grant** 3:18,19 | **group** 72:21 |
| 249:6,16 | 191:2 195:4 | 3:20 5:4 | 73:2,2 75:12 |
| 250:17 257:25 | 198:11,19,20 | 100:21 101:15 | 75:15 |
| 258:8 263:7,15 | 198:21 199:13 | 102:6 204:14 | **growing** 122:3 |
| 263:25 264:6 | 199:21 200:18 | **granting** | **gtlaw.com** 9:14 |
| **god** 44:17 | 200:19 201:3,6 | 102:13 | 9:16,18,20 |
| **goes** 155:25 | 201:7,13 202:6 | **grants** 102:17 | 268:2 |
| **going** 11:5 | 202:8 203:8 | **gray** 212:9,15 | **guess** 23:24 |
| 15:16 17:25 | 204:1,3,18 | 213:10 | 24:1,4 199:9 |
| 19:19 21:7 | 231:16,17 | **grayish** 187:21 | 223:14 |
| 22:2,4,4,5,7 | 235:2 239:17 | **great** 20:12 | **guys** 80:11 |
| 23:5 26:10 | 247:18 263:15 | 46:21 | **guzman** 9:17 |
| 32:6 38:19 | **good** 11:4 | **green** 6:24 42:3 | 12:7,7 90:19 |
| 40:9 42:12 | 15:11 16:7 | 42:4,8,23 | 108:24 109:4 |
| 43:19 53:20 | 31:20 46:18 | 43:21 44:9,10 | 115:16 140:4 |
| 57:5,20 58:3 | 52:15 58:12 | 44:13,25 45:2 | 140:15 163:18 |
| 59:8 61:24 | 95:16 117:4 | 45:6,9 47:7,21 | 163:22 164:10 |
| 62:11,18 65:8 | 123:12,14 | 48:7,9,25 49:2 | 166:9,16,25 |
| 68:13 69:24 | 175:24 200:25 | 49:4 50:11,20 | 205:23 208:13 |
| 74:13 79:1,14 | 208:23 209:1 | 226:20,25 | 208:16 241:25 |
| 87:1 91:13,16 | 241:8 243:11 | 227:12 229:2,6 | 249:2 257:7,9 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[guzman - hours]**

260:10 264:3
265:19

**guzmanan** 9:18

**h**

**h** 3:1 4:1 5:1
6:1 7:1 8:17
109:15 120:25
126:1,3,3
130:3,4,5
150:15 155:18
163:3 179:25
179:25

**hack** 173:17,19

**hacked** 173:7

**hacker** 172:25
173:20

**half** 204:18
256:1

**han** 130:5
162:22

**hand** 64:19
67:12 88:18
207:17 209:3
209:19 267:22

**handed** 65:20

**handled** 268:8

**handwriting**
3:10 12:20
15:19 82:14,17
83:10,17 84:11
86:12 88:20,22
101:5,7,24
116:15 184:7
184:11,17,22
185:14,16,20

187:6 202:21
205:7 206:11
206:14 211:22
232:4

**hang** 73:24
97:7 144:8
152:23 163:2
181:8 222:12
236:4

**happen** 17:25
48:18 121:4
152:17 179:2
237:10

**happened**
34:11 54:24
68:19,20
126:25 128:12
128:13,14
131:20 132:2
132:11 135:10
135:24 149:10
160:25 174:5
175:18 176:11
194:13 198:16
212:13 254:23

**happening**
162:5,16

**happens**
224:19

**happy** 68:14

**harassment**
49:22

**hard** 135:22,24
136:1,1,4,6
137:24,25

167:22 170:11
170:11,12
171:7 175:1,2
176:10,10,11
176:13,18,22
176:25 186:3

**harry** 41:1
102:17,20
103:1,15,19
104:3,8,11
105:1,3,8,23
106:12 112:4
112:16,23,24
113:1,3 264:1
264:7,8 265:10

**hate** 38:5

**head** 10:9,14
38:1 240:4

**headache** 24:25

**header** 140:16

**heard** 134:23

**heavily** 125:3,7

**help** 30:15 36:7
68:25 92:7
126:5 235:8,11

**helpful** 62:11
62:18 131:3

**helps** 46:2
104:22

**hereunder**
267:21

**hesitant** 153:19

**hey** 242:7

**hi** 155:17
226:18

**high** 86:21

**highlighting**
248:22 249:3

**hire** 232:1
246:10

**hired** 38:8,10
244:24

**hiring** 34:19
43:20 148:1,14
153:23,23

**hitch** 84:13

**hold** 28:24 58:7
64:25 68:24,24
68:24 72:13
74:12 106:3,3
108:10 137:11
188:24 203:19
205:16 223:8
225:2 235:25

**holder** 236:18

**holding** 67:12

**holds** 235:15

**home** 49:24
204:9

**homes** 136:25

**hong** 192:15,15

**honor** 133:25

**hope** 61:15
75:17

**hour** 8:4
122:22,22
203:4,8,13
204:18

**hours** 19:20
123:1 166:7,8

Page 27

**[hours - information]**

239:10
**house** 122:7,8
122:10,11
**houses** 136:13
**housing** 137:13
137:14
**how's** 69:3
115:23
**hr** 47:10 48:4
96:1 125:22
217:24 228:10
230:2 233:9
237:20,21,25
249:10
**hua** 98:1 126:1
126:2,3 127:3
127:9,16 129:9
129:9 148:18
148:19 153:24
155:17 181:24
198:17 199:20
200:9
**huge** 123:13
128:8
**huh** 23:16,16
128:19 144:22
**hundred** 14:16
83:12 85:17
97:21 186:6,6
186:9 187:19
**hung** 43:16
**hurry** 239:12

**i**

**ibm** 255:10,18
**idea** 16:11
118:16 140:3
208:23 209:1
**identification**
39:4 64:21
69:14 81:18
85:5 88:15
89:22 90:24
92:2,24 93:11
93:22 100:19
101:13 102:4
114:8 115:11
116:23 117:7
117:19 119:15
138:12 139:14
142:6 145:5
147:8 155:9
163:5 165:6
169:1 170:17
172:1 174:16
183:20 186:17
203:15 210:10
210:23 214:5
215:7 221:10
226:9 230:12
231:19 242:21
246:17 247:4
247:21 248:9
250:4,19 251:3
251:13 257:6
258:10 259:1
259:25

**identified**
102:12 259:20
**identify** 69:19
94:8 111:4
112:7 118:11
185:7 186:3
220:17
**identifying**
185:19,22,24
**identity** 104:1
236:7 237:1
239:14 244:8
**ies** 130:8,9,11
150:17 162:22
181:18
**ii** 9:17
**illinois** 70:24
72:4
**illness** 96:2
**immediately**
79:25 214:19
214:25 215:2
238:8 239:19
249:13
**immigration**
51:20 52:7
**importance**
23:9
**important**
24:16
**impossible**
180:8,19
**improper** 17:12
**inception** 42:12

**include** 28:18
**included** 72:14
268:14 269:3
**including** 51:18
52:5 95:12,13
128:10
**income** 156:4,5
156:16,17,22
157:2
**incomplete**
228:23
**incorporated**
93:3 258:14
**incorrect** 43:5
43:6 183:12
**incurred** 156:3
156:15
**independent**
60:18
**indicated** 252:5
**indicating**
184:12
**individual** 1:5
1:8,12
**individuals** 3:6
65:14
**indulgence**
239:20
**infinite** 204:7,8
**information**
3:10 88:19
89:13,16
104:11 107:23
111:14 112:22
137:19 176:7

Page 28

**[information - interpreting]**

| | | | |
|---|---|---|---|
| 184:19 185:1,5 | **instructed** | 17:14 18:1,21 | 221:7 223:12 |
| 194:11 195:1 | 194:18 | 19:11,24 20:9 | 224:22 227:22 |
| 215:16 221:17 | **instructing** | 23:14,20 24:19 | 227:24 228:1,2 |
| 222:9 230:3 | 27:7 56:16 | 26:17,20 27:6 | 228:4,5 264:9 |
| 232:7,16 | 236:6 | 29:11 30:14 | 264:10,12,13 |
| 236:23 237:2 | **instructions** | 32:16,23 34:1 | 264:16 266:4 |
| 239:1,17 241:5 | 2:10,13 23:4 | 38:21 42:13 | **interpreting** |
| 253:25 254:6 | **instructs**  58:25 | 43:22,25 44:4 | 13:21 14:3,11 |
| 254:11 256:17 | 104:2 | 44:15,23 48:1 | 16:10,20,23 |
| **informed**  17:6 | **intellectual** | 49:4 57:10,18 | 17:14 18:1,21 |
| 18:7 | 190:9 | 58:4,9,20 61:6 | 19:11,24 20:9 |
| **initial**  193:1 | **intended**  17:7 | 65:10 66:8,19 | 26:17,20 27:6 |
| **initialed**  115:14 | **intentions**  18:8 | 70:13 71:14,16 | 29:11 30:14 |
| **initially**  121:24 | **inter**  4:2 117:9 | 72:6,8 73:3,18 | 32:16,23 34:1 |
| 153:4 198:18 | **interested** | 73:21 74:17 | 38:21 42:13 |
| 201:5 | 11:23 | 76:12 96:25 | 44:4,23 58:9 |
| **initials**  115:15 | **interesting** | 97:16 102:21 | 58:20 61:6 |
| 116:17 | 28:7,10 | 103:2,6,9,11 | 65:10 66:8,19 |
| **injunctive** | **internal**  124:16 | 104:6 105:5 | 70:13 71:16 |
| 119:23 | 162:1 | 106:21,24 | 72:8 74:17 |
| **innocuous** | **internalization** | 109:6 112:1,19 | 76:12 96:25 |
| 105:22 | 124:16 130:7 | 113:22 115:24 | 97:16 102:21 |
| **inquiry**  240:7,7 | **interpret**  14:7 | 119:1 120:1,23 | 103:11 104:6 |
| 259:12 | 16:6 | 122:13 126:12 | 105:5 106:21 |
| **insisted**  153:20 | **interpretation** | 131:7 134:15 | 106:24 109:6 |
| **inspection**  6:22 | 18:3 19:20 | 134:17,22,25 | 112:1,19 |
| 18:6 21:1 | 20:16,20 | 138:3 145:1 | 113:22 115:24 |
| 50:25 51:16,25 | **interpreted** | 155:5 164:23 | 120:1,23 |
| 259:6 | 14:19,20 15:25 | 169:21 179:15 | 126:12 138:3 |
| **instagram** | 16:2 19:23 | 179:17,18,20 | 145:1 155:5 |
| 63:24 64:2,4 | **interpreter** | 179:22,24 | 180:25 203:18 |
| **instruct**  48:10 | 10:3 13:21,23 | 180:25 203:18 | 204:21 210:5 |
| 54:3 55:12 | 14:1,3,5,7,11 | 203:24 204:21 | 210:21 220:20 |
| 56:6 106:6 | 14:14 15:5,22 | 210:5,21 | 221:7 223:12 |
| 108:16 | 16:10,20,23 | 214:21 220:20 | 224:22 264:12 |

Page 29

**[interpreting - jung]**

266:4
**interrogatories**
6:15,17 175:20
251:18 257:15
266:2
**interrogatory**
247:15 252:4
**interview** 35:8
128:15,16,20
**interviewing**
129:18
**introduced**
127:16
**intrusion** 34:12
**invade** 56:22
**invades** 54:25
**inventions** 5:7
21:15 211:1
**investigator**
34:12
**investigators**
49:20
**investors**
155:22
**invited** 127:25
**invoke** 108:8,8
**involved** 24:14
61:3 129:7
153:19
**involving** 30:11
169:4 174:19
**ip** 190:9 191:7
191:8 193:5
**iphone** 132:8
252:5,12,15,16

253:13
**irrelevant**
41:21 56:18
107:8 244:16
245:23,24
246:1
**irs** 87:20
**ish** 128:4
**issue** 56:5
97:15 107:21
161:24,25,25
215:21 238:21
**issued** 254:20
256:16
**issues** 26:16
**items** 228:22
259:12
**iterations**
90:21

**j**

**j** 125:25 130:4
226:13,13
**jaime** 8:19,20
12:17 15:16
37:13 39:8,18
40:3 50:22
**jamie** 15:16
**january** 67:3
67:23,25
**jin** 114:21
264:24 265:1
**jingjing** 48:11
48:14 225:20
226:12,16
227:11 230:17

233:7,8,11,21
233:23 238:1,1
249:8
**jinmei** 125:25
126:15,23
127:3,5,7,7,8
127:11,13,14
127:14,16
129:10 130:19
139:20 143:2
148:19 153:19
155:12,14
181:24 198:17
199:20 200:9
**job** 1:25 43:2,9
69:25 71:25
120:14,17
128:23 129:8
129:12 212:23
**jobs** 70:22
72:13 160:16
**join** 43:8,11
44:8 123:25
125:20 130:6
130:10 146:12
149:12,23
150:2,5,11,19
151:3,6 152:11
153:13 157:23
158:25 199:1
199:11 200:18
201:13
**joined** 44:7,10
146:12 150:22
152:12 153:10

**joining** 150:19
**judge** 106:19
**july** 90:8 93:14
96:4 100:22
102:19 132:17
**jump** 140:7,7,8
**june** 1:16 8:4
11:5 138:22
139:20 150:8
151:11 160:7
160:10 267:22
268:3
**jung** 8:17,21
12:15,15,21
14:6,10 15:2
16:4,19,24
17:15 18:22
19:25 20:12,22
21:5,9,22
22:10,12,15,17
26:10,25 27:1
27:9,13,16
28:9,22,24
29:8,15,17
30:13,15,24
31:4 32:11,21
33:12 36:7
37:23,25 38:22
39:1,17,24
40:7,14 41:4
41:14,21 42:14
43:10 44:18
45:19 46:1,5
46:12,18,21,24
47:1,4,16

**[jung - kong]**

| | | | |
|---|---|---|---|
| 49:13,17 50:13 | 204:3,6,16 | **k&l** 7:3 | 84:16,20 87:3 |
| 53:20 54:9,14 | 205:16,21 | **ke** 255:18 | 88:8 89:15 |
| 54:16,19 55:18 | 206:2 207:17 | **keep** 32:6 91:16 | 92:17 103:25 |
| 55:23 56:8,12 | 208:15,23 | 108:11 202:22 | 104:7,13,15,25 |
| 57:1,12,21 | 213:14,16,20 | 227:19 254:6 | 108:9 110:14 |
| 58:5,7,18 59:6 | 213:23 216:23 | **kendra** 9:15 | 111:25 112:2 |
| 59:14,17 60:19 | 219:8 220:18 | 12:8,8 | 112:18 118:6 |
| 61:5,12 64:25 | 221:6 223:8 | **kept** 115:1 | 121:10 124:20 |
| 65:2 68:24 | 224:3,10,14,18 | 227:19 | 127:5 128:7 |
| 70:1,12 71:5 | 225:1 226:1,3 | **keyboard** | 130:19 163:16 |
| 74:3,5,12 | 226:5 234:8,24 | 175:23 | 165:13,16 |
| 76:11,18 87:6 | 235:7,9,12,25 | **kind** 51:2 | 171:16 172:24 |
| 90:16 91:11,15 | 236:9,24 238:3 | 126:18 132:5 | 173:9,24 |
| 96:23 97:11,18 | 239:2,5,9,12,15 | 134:5 175:13 | 176:15,20 |
| 99:10,17,24 | 240:9,13,19 | 199:2 | 182:12 187:2,5 |
| 100:3,5 102:24 | 242:7,17 | **kindly** 27:2 | 201:2,19 |
| 103:22 104:4 | 243:10,13,17 | **knew** 42:10 | 203:21,22,24 |
| 104:16,18 | 243:20 245:18 | 121:11 137:3 | 204:1 206:7,8 |
| 105:16,19,24 | 247:12 248:22 | 138:1 198:24 | 208:8 209:5 |
| 106:3,8,13 | 248:24 249:18 | 198:24 199:2 | 216:11,15 |
| 107:11,17 | 249:21,24 | 200:19 202:8 | 220:14 222:2 |
| 108:10,19 | 250:6 257:8 | 207:2 217:22 | 223:9 224:1,17 |
| 109:2 110:17 | 263:20,22,25 | 229:15 232:22 | 224:25 231:4 |
| 111:24 112:9 | 264:4,25 | **know** 12:24,25 | 232:18,20 |
| 112:17 113:8 | **jurisdiction** | 15:24 19:7 | 236:4 240:2,23 |
| 113:17 115:22 | 190:23,25 | 23:22 24:4,7 | 240:25 241:21 |
| 116:1 126:5,10 | 192:16,18 | 25:11 26:5 | 244:24 261:16 |
| 139:24 146:7 | **jury** 24:15 57:6 | 27:22 32:3,21 | 262:8 263:22 |
| 154:7 155:6 | 57:11 | 37:25 39:23,24 | **knowledge** |
| 168:20 173:3 | **k** | 40:1 46:5 | 67:20 120:5 |
| 185:9 188:19 | **k** 1:23 60:4 | 49:15 52:13 | 217:20 258:6 |
| 188:24 191:23 | 122:8,13,15 | 53:1 55:9,13 | **known** 22:23 |
| 192:1 194:15 | 138:21 253:10 | 58:5,8 59:9 | 112:15 |
| 194:22 195:2 | 253:11 255:18 | 67:1,19 69:7,9 | **kong** 192:15,15 |
| 203:19,25 | | 75:4 76:20 | |

[l - list]

| l |
| --- |

**l** 44:1,2 130:5
  147:18 164:10
  164:10 226:13
  253:10,11
**langley** 1:23
  8:7 11:21
  267:5,24
**language** 51:25
**laptop** 166:17
  175:11,24,25
  254:20,25
  255:24 256:1,4
  256:8,13,16,17
  256:23,25
**laptops** 166:17
**large** 133:19
**lark** 253:9,10
  253:11
**lasted** 122:25
**late** 122:20,21
  123:2 159:19
  159:20 209:23
  237:17
**law** 10:10 13:4
  18:22,25 19:5
  19:6 20:16,21
  46:9 49:23
  107:13 190:25
  192:15,18
  229:18 234:4
  234:20 255:10
**lawful** 41:10
  42:16

**lawsuit** 53:19
  53:21 54:8
  56:25 63:2
  64:12 137:21
  261:8
**lawsuits** 54:18
  55:16
**lawyer** 108:8
  201:20 236:7
  242:13 254:15
**lawyers** 22:16
  24:14 25:4,19
  26:9,23 34:22
  135:7 167:3
  243:25 244:3
  244:25 245:16
  245:19 255:17
**lay** 43:18
**lead** 13:3
**leader** 130:2,11
  150:17
**leaders** 130:1,9
  162:22
**learn** 120:9
**learned** 235:10
  235:12,14
**leave** 6:11
  59:11 125:13
  226:1,3 251:7
  265:25
**left** 75:10 88:18
  93:16 159:16
  203:3 209:3,19
  211:20 247:16
  253:16

**legal** 7:3
  154:17 159:3
  182:2 216:23
  219:8 230:19
  234:15 245:18
  265:11,16,21
  265:23 268:7
**legally** 46:16
  46:17 219:6
**legitimate**
  202:15
**letter** 3:16 5:2
  77:19 95:14
  96:6 143:6
  145:18,22
  151:9,10,11,12
  151:16 160:7,9
  174:20 178:9
  180:9,10 183:2
  183:5,10
  186:20 189:7
  189:10,12,14
  189:15,22,22
  189:24 190:12
  191:2,22 192:3
  192:7 193:2
  195:11,12,19
  195:21 196:3,9
  196:11,13,16
  196:20 197:1
  197:17,20
  198:1,9 199:8
  199:21 202:4,9
**letters** 77:5

**li** 130:5 162:22
  163:2
**license** 10:3
**licenses** 51:19
  52:6
**life** 54:12,24
**lifetime** 53:22
**likely** 27:23
  56:14 100:12
  176:5 186:11
  225:16 228:8
  231:12 233:10
  233:19,22
  237:3,4
**likewise** 141:9
**limit** 61:23
**limited** 141:16
  141:22
**line** 2:11 60:20
  71:3 82:7
  91:20 118:17
  268:15 269:4
**lines** 95:2
**link** 172:4
**linlin** 164:6,8
  164:10 165:12
  165:15 177:2,8
  177:11,15,21
  178:8 180:21
  181:11,12
  182:15,17,18
  182:20 183:6,9
**linton** 10:7
**list** 106:18

**[listed - make]**

listed   76:4
listen   47:15
  188:11
literally   171:1
  171:12 223:16
litigation   10:15
  27:5
little   30:20 38:2
  39:12 41:5
  58:3 80:21
  121:3 126:6
  136:20 160:15
  194:12 262:13
littler   9:5
littler.com   9:4
live   18:4 49:12
  103:19 105:8
  110:12,13
  111:9,10
  112:16 114:4,5
  235:17
living   108:1
llp   8:21 9:21
locate   135:25
  256:23
located   16:15
  68:4,7 181:20
location   11:16
  136:17 179:13
  253:3
locked   268:12
  269:1
log   164:4
  178:11

logical   56:13
logs   163:9,24
  165:11,12,12
  165:15 179:6,7
long   25:22
  60:10 76:3,6
  79:13 122:19
  122:21 123:17
  137:2 151:17
  203:22,25
  229:21 230:20
  233:15
longer   109:16
  122:11 125:9
look   19:25 22:7
  25:15 51:1
  56:16 65:25
  69:16 70:9
  78:4 79:24
  85:7,21,23
  115:22 117:10
  135:15 163:13
  166:1 178:10
  179:6 187:22
  187:22,22
  196:18 199:18
  202:13,13
  206:9 212:7
  239:2 246:8
  254:18 255:5
  260:2 262:16
looked   80:17
  126:7 210:18
looking   26:22
  77:7 90:1

  91:22 92:6
  105:24 116:7
  116:19 138:18
  145:10 147:12
  162:13,15
  205:1 215:11
  227:6 231:11
  238:8 254:16
looks   70:25
  166:23 186:8
  187:12 196:19
  202:15 205:9
  206:14 207:24
  208:1,3 209:9
  211:11,21
  231:23,25
  232:3,5 237:15
loop   126:13,13
  126:13
looped   125:24
  126:6,7,11
los   9:7
lose   105:17
losing   152:25
lost   176:19
  255:1
lot   69:11
  185:23
lou   179:14,16
loud   249:22
low   94:19,22
lower   93:16,16
  178:16
lu   48:11,14
  225:20 226:12

  227:11 233:7,8
  233:11,21,23
  238:1,1 249:9
  249:13
lunch   120:21
  120:21 121:20
  121:23 122:1,5
  122:6,19,21,25
  123:2 124:12
  124:23 125:12
  125:17,19
  126:18,22
  127:12 162:20
  179:4
lunches   162:15

**m**

m   44:1,2
  120:24 121:1,1
  125:25
made   51:6
  56:10 62:17,17
  149:17,25
  152:19,19,21
  175:6 189:24
  190:5 191:3
  224:7,8 225:10
  227:5 234:12
  236:5 239:19
  240:6 256:12
mail   223:16
maintained
  42:15
make   20:18,19
  23:19 24:11,12
  27:1,23 29:6

**[make - meetings]**

32:5 41:24
44:18 46:13,15
52:12,13 55:12
55:25 56:2,13
58:24 59:8
62:10 68:12
74:5 83:12
106:18 108:11
109:21 140:4
143:12 149:20
151:7 174:7
182:13 184:24
188:11 190:2,4
191:6,6 192:6
226:24 229:10
229:12 235:20
237:2 251:24
252:2 257:25
262:13 268:14
269:3
**makes** 56:1
**making** 20:23
20:23 46:22
55:11 173:10
**makris** 9:19
12:9,9
**male** 220:10
**man** 102:17
**manager** 96:1
**mandarin**
13:10,11 14:23
**manipulated**
98:11
**maoz** 9:3 12:10
12:10

**march** 129:2
**marginal** 239:5
**mark** 2:10
38:19 85:2
155:2 162:25
165:4 183:17
231:16 241:17
**marked** 39:4,6
64:21 65:13
69:14 81:18,21
85:5 88:15,17
89:22 90:24
92:2,24 93:11
93:22 100:19
101:13 102:4
114:8 115:11
116:23 117:7
117:19 119:15
138:12 139:14
142:6 145:5
147:8 155:9
163:5 165:6
169:1 170:17
172:1 174:16
183:20 186:17
203:15 210:10
210:12,15,23
214:5 215:7
221:10 226:9
230:12 231:19
242:21,23
246:17 247:4
247:21 248:9
250:4,19 251:3
251:13 257:6

258:10 259:1
259:25
**market** 73:11
124:14
**married** 107:1
107:3,19 108:6
109:16 114:23
160:20
**mary** 121:1
**master** 32:8
72:6,7
**master's** 70:23
72:5
**mastered**
127:11
**mateo** 90:9,10
90:13
**materials**
221:16,25
222:17
**math** 194:12
**matter** 11:11
28:2 80:12
158:24 219:19
235:9,15
236:15
**mean** 22:12,13
25:24 28:16
29:13 38:23
42:25 43:16
54:9 61:15
67:11 70:4
71:7 76:14
80:15,19 91:8
98:7,25 104:14

105:24 125:14
128:13,18
140:1 149:1
180:17 185:21
187:16 189:16
192:6 196:18
198:2 213:18
215:19,23
218:10 224:25
228:24 240:13
240:17 245:24
**meaning** 230:2
**means** 31:4
**meant** 73:19
156:21 157:6,8
173:22
**media** 11:10
62:21
**mediation**
137:23
**medication**
24:24
**medium** 215:14
**meet** 25:18,22
121:7,8 125:22
128:5 180:21
180:22 181:2
181:11,12
182:15,18
**meeting** 125:1
126:18 127:2
127:11 162:14
178:8 179:3
**meetings**
125:23 126:15

Page 34

**[meetings - n]**

162:14,17,20
179:3
**melissa**   9:15
12:8
**melissa.kendra**
9:16
**melynnie**   10:9
12:14 13:2
46:20
**member**   73:17
75:23 103:16
110:2,5,8
111:2 112:6
114:22 115:2
**memory**   51:4
113:4 134:6
172:18 174:1
228:19
**mendelson**   9:5
**menlo**   48:22
**mentioned**
124:24 127:18
**message**   5:14
127:15 231:2
**met**   26:1 128:9
164:6 180:24
181:14 182:17
182:20,23
**metadata**   98:23
99:2 163:18,21
166:25 241:25
242:3
**michael**   10:14
12:12 13:4

**microphones**
11:6
**mid**   160:13
**middle**   84:14
103:5
**mind**   29:15
38:7 95:15
134:1 154:17
261:23
**minds**   151:18
**mine**   82:20,21
82:21 86:13,14
86:15 87:15
89:9,10 92:19
100:13 172:7
174:10 184:24
186:8 205:9
206:14 209:9
**minimum**
27:18
**minute**   70:9
195:8
**minutes**   29:19
59:9 76:25
203:13
**misheard**   33:13
**mispronounced**
33:16
**missed**   143:3
223:17
**missing**   144:5
144:15 169:18
170:4
**mistake**   143:16
143:20 144:11

**misunderstan...**
224:5
**misunderstood**
223:25
**model**   132:7
**modify**   190:11
**mohammed**
10:7 12:20
18:19 20:13
21:22 22:5
208:13
**mohammed's**
118:24 119:1
**mom**   77:19
**moment**   59:16
70:18 76:9
91:7 104:10
139:16 184:3
**monday**   240:15
241:1
**money**   153:16
155:21
**monitor**   252:24
**montgomery**
8:5,22 11:17
**month**   219:2,3
226:18
**months**   43:8,12
57:19 219:3
**morning**   11:4
105:18
**motion**   5:16,19
5:21,23 6:11
6:12 105:15,18
105:19 242:25

244:20 246:21
247:7,24 248:1
251:7,7
**mountain**   68:1
68:1,5,8
111:17,21
**move**   28:6 86:4
87:1 95:22
138:9 139:11
145:3 168:23
173:1 182:8
186:14 189:3
191:14 192:20
199:25 200:25
210:20 222:13
226:5 235:2
239:7 250:6
258:24
**moving**   202:22
239:11
**multiple**   45:1
115:14 253:13
**mutually**
198:21 199:4,4

| **n** |
|---|

**n**   2:1 11:2
21:25,25 22:22
48:1,1 109:15
109:15,15
120:24,25
121:1 122:8,13
122:15 125:11
125:25 126:4,4
130:3,3,3,4,5
138:21 147:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[n - notice]**

150:15,15,15
163:3 164:10
164:10,11
167:13 169:9,9
179:25,25,25
179:25 187:3
226:13,13
228:1,3,4,6
**name** 11:19
22:21,24 33:16
36:23 38:9
43:23 46:19
47:11 48:11
65:15 67:13
69:18 82:13,15
82:16 86:1
107:7,10,15
120:25 124:10
124:12 125:25
126:4 130:2
187:2,11,11
209:14 239:17
240:4,7 245:13
265:12,12,13
265:16,21,24
**named** 75:21
267:8
**names** 31:21
265:11
**nan** 130:2,3
150:14,14,15
150:15,18,19
150:21,22,23
150:25 153:7,8
153:9,10

162:22
**nancy** 243:24
**narrative**
201:19
**narrow** 53:23
68:10 107:21
**nassiri** 8:21
**necessary**
24:12 108:15
268:14 269:3
**need** 14:22 24:7
25:20 27:11
28:15 42:24
44:6 45:15
57:10,17 58:3
58:10,25 59:2
59:5 61:10,14
61:23 71:6
80:14 94:16
105:14 109:2
143:19 144:24
144:25 161:2
162:23 168:19
197:9 202:20
203:20,25
224:7,8 225:3
225:22 229:22
229:23,23
240:13 247:18
**needed** 160:15
216:22 229:17
230:3 239:1
**needs** 15:25
156:5,17 157:2
233:18

**negative** 81:1
**negotiated**
192:23 197:8
**negotiating**
153:3
**negotiation**
129:11 132:25
152:2
**negotiations**
128:23 129:7
133:24 134:3
**neither** 66:12
**never** 19:19
36:24,25 42:3
42:10 53:15
63:18 64:10
67:15 68:18
77:8 80:20
107:25 108:2
118:22 146:14
146:23 160:12
189:11,21
191:21 192:2
201:23 202:3
204:8 213:7,8
220:25 221:1
244:5 246:12
**new** 38:15
39:15 51:3
122:3 123:8
132:22,23
145:20 155:18
226:13 232:1
263:18

**nice** 182:13
**night** 167:8
**njfirm.com**
8:18,20
**non** 173:4
**nonresponsive**
86:5 87:2
95:23 182:9
191:15
**noon** 26:1,3
**nope** 249:20
257:19
**normal** 218:10
240:24
**normally**
180:17
**north** 178:19
178:19,20
**northern** 1:2
11:13 67:22
**notary** 101:4
**notating**
268:15 269:4
**note** 3:17 11:6
40:6 57:22
93:24,25 95:8
95:25 96:9,13
96:17 97:23,25
231:25 239:9
**notes** 131:1
153:23
**notice** 3:4 5:3,5
8:3 17:16
38:19 39:7
51:13 204:13

Page 36

**[noticed - okay]**

**noticed**  17:1
    18:5
**noticing**  12:4
**notified**  15:15
**november**
    226:19 232:2
    232:11 233:11
    233:17,20
    238:6,10,13,23
    238:24 252:20
**nowadays**
    61:24
**number**  6:17
    11:14 37:8
    38:19 42:4
    64:19 67:13
    68:18 85:3
    91:1 100:21
    114:10 117:9
    117:17,21
    119:13,17
    133:19 138:10
    139:12 142:10
    143:4 144:19
    145:7 147:6
    150:13 162:25
    163:8 165:4,21
    170:22 173:16
    178:21 183:18
    183:22 186:19
    201:3 210:25
    212:7 214:7
    221:12 226:11
    229:5 230:14
    242:24 247:6

    248:17,18
    250:21 251:15
    252:4 257:13
    257:16 268:15
    269:4
**numbers**  45:6
    48:16 66:5
    84:10 169:18
**numerous**
    151:18 152:3
    152:21

**o**

**o**  11:2 22:22
    44:2 48:1
    126:1,4 167:13
    179:25 187:3
    228:1,1,3,3
**o0o**  1:3
**oath**  23:7,8
**object**  26:11
    41:15 53:20,23
    54:2 60:19
    245:9
**objected**  18:9
    195:16
**objecting**  16:19
    103:21
**objection**  16:22
    26:10 28:11
    55:9,9,24,25
    56:1 97:11
    103:23 104:4
    146:7 194:15
    195:6

**objections**  6:14
    6:17,19,22
    11:25 18:16
    27:2 29:6 32:5
    55:20 57:1
    58:2,24 68:13
    106:5,13
    251:17 257:15
    258:14 259:5
**objectives**
    15:14
**obligation**
    234:15,19
**observe**  18:25
    247:12
**obstruct**  68:14
**obstructing**
    105:20
**obstructions**
    106:18
**obtain**  209:21
**obtained**
    176:17 221:18
**obviously**
    227:18 241:9
**occur**  128:25
**october**  88:10
    216:14 218:6
    218:25 228:8
    232:12,22
    233:16 237:13
    237:18 238:5
    238:13,14
    255:9,14

**offer**  26:14
    27:3,9,12 28:3
    41:25 55:3
    56:3,8 133:23
    134:3 143:6
    145:18,22
    146:2 151:9,10
    151:10,12,16
    160:7,9 190:12
    193:2 248:25
**offered**  19:3,7
**offering**  265:4
**office**  48:22
    53:11 128:2
    268:11
**offices**  8:5
**official**  79:4
**officially**
    162:18
**oh**  22:15 44:17
    62:1,15 72:25
    91:4,5 103:4,4
    119:3 140:3
    149:8 190:7
    199:10 207:19
    208:16
**okay**  14:17,24
    14:25 15:4,8
    15:11 20:8
    21:23 22:9,10
    22:11,15,17
    23:13,14,18,19
    23:23 24:5,6,9
    24:18,19 25:11
    25:18 26:5

Page 37

**[okay - opportunity]**

| | | | |
|---|---|---|---|
| 29:17 30:24 | 99:5 100:16,21 | 170:19 171:23 | 256:20 257:2 |
| 31:16,19,25 | 100:25 101:3 | 173:5 176:15 | 257:13 258:7 |
| 32:14,17 33:6 | 101:10,15,23 | 176:22 177:2 | 258:23 259:3 |
| 33:15 34:13,16 | 102:1 103:6,17 | 177:19 179:24 | 260:8 261:1 |
| 36:14 37:4,24 | 103:25 106:7 | 180:21 182:1 | 262:7,12,17 |
| 39:20 40:4 | 106:17 108:19 | 182:22 183:1,9 | 263:3,22,25 |
| 41:10,13,19 | 109:22 110:3,9 | 184:1,7 186:14 | 264:16,20,22 |
| 43:16 44:20 | 112:7 114:10 | 186:19 188:18 | 265:8,14,18,25 |
| 45:25 46:12,18 | 115:7 116:2,9 | 189:5 191:14 | **old** 132:3,10 |
| 46:21 47:7,13 | 116:14 119:22 | 193:8,18 | 133:1 175:11 |
| 47:18 49:9 | 122:19 125:12 | 195:20 200:17 | **onboard** 160:5 |
| 50:15 51:8,11 | 125:21 128:11 | 204:5,20 205:3 | 160:19 |
| 51:14,15 52:20 | 130:16 132:10 | 205:11 208:19 | **onboarded** |
| 53:12 56:8,19 | 134:4,21,24 | 209:10 213:15 | 161:9 |
| 57:9 59:13,17 | 138:8,17 139:2 | 213:22 214:14 | **onboarding** |
| 59:25 60:10 | 139:19 141:6,9 | 214:18 215:4 | 33:7 159:23 |
| 62:15,21 65:4 | 142:4,15,18 | 215:24 216:16 | 160:22 161:5 |
| 65:20 66:5 | 143:12 145:3 | 217:15 218:21 | 162:2,4 213:1 |
| 67:2 69:10,23 | 145:12,23 | 221:24 225:1 | 230:21 |
| 70:9,19 72:3 | 147:5,21,25 | 225:13,13 | **once** 64:9 243:6 |
| 73:9 74:15,23 | 148:11 149:14 | 226:2,4 229:4 | **one's** 53:22 |
| 75:8,14,20 | 150:16 152:7 | 230:14 231:14 | **ones** 131:20 |
| 76:4,8 78:9,19 | 152:12,24 | 231:24 232:5 | 135:10 |
| 78:24 79:17 | 154:12 155:14 | 232:16 235:17 | **ooo** 8:12 11:1,3 |
| 80:2,21 81:10 | 155:25 157:13 | 236:5 238:5,25 | **open** 23:9 |
| 82:6,12,22 | 157:20,25 | 240:11,16 | 78:14 141:1 |
| 83:6,17,21 | 158:19,20,21 | 241:3 242:11 | **opening** 6:5 |
| 85:18 86:4 | 158:22 159:6 | 242:15,19,23 | 73:10 250:11 |
| 87:10,16 88:6 | 159:22 160:4 | 246:12,14,19 | **opens** 177:24 |
| 89:6,13,15,19 | 160:14,22 | 247:1 248:11 | **opinion** 154:5 |
| 89:24 90:12 | 161:1 164:15 | 248:16 249:16 | **opportunity** |
| 91:1,15,17,24 | 165:17,20 | 250:16 253:5 | 24:11,15 25:18 |
| 92:10,15 93:1 | 167:6,9,25 | 253:16 254:13 | 50:23 123:13 |
| 93:8,19 94:12 | 168:3,21 169:3 | 254:20 255:4,8 | 123:14,19 |
| 97:25 98:3 | 169:9 170:6,14 | 255:23 256:3 | 167:3 200:12 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[opposed - parties]**

opposed  77:4
opposition  5:16
  5:18,23 242:25
  244:20 246:21
  248:1
option  5:3,5
  95:13,13 143:4
  144:3 203:17
  204:14 207:11
  210:16
oral  17:2,18
order  6:6,12
  216:21 217:20
  231:16 250:12
  251:8
original  16:15
  22:1 37:9,11
  37:19 52:2
  85:12 94:5,17
  205:14,18
  207:23 208:10
  248:25 261:10
  261:12,17
  262:1 268:10
  268:20,22
originals  261:2
  261:6 262:1,9
  262:14
outcome  11:24
overbroad
  70:12 76:11
  99:10
overheating
  243:5

overlap  133:4
overview
  162:16
own  21:20 68:4
  68:7 79:21
  130:25 153:22
  154:1 156:4,16
  171:14 175:9
  180:8,19,19
  185:7,20,24
  193:14,21
  194:8 253:9
owned  193:12
  193:16,18
  216:20 253:12
owner  193:20
owners  194:6

**p**

p  11:2 44:1,2
  122:8,13,15
  179:25
p.c.  9:5
p.m.  8:4 11:5
  29:21,24 59:19
  59:22 81:12,15
  109:7,10 116:3
  154:22,25
  210:6,14
  228:13,16
  263:9,12 266:5
  266:8
page  2:2,11 3:3
  21:11,14,17
  65:21,25 88:25
  89:3 90:4

91:19 92:8,11
92:13 93:6,17
101:3,5,7,19,21
101:23 102:10
102:23 114:14
114:17 116:10
116:11,12,12
116:15,17
117:1,10,13,22
118:3,10,13
119:19,19
141:6,17
142:21 143:21
143:23,25
145:23,24
184:8,19 185:8
186:21,21
205:8,11 208:5
208:7,8 211:6
212:7,13 243:2
246:24 247:10
248:4,14,16
249:11,14,14
250:14,24
251:9,19
257:18,19
268:15 269:4
pages  88:24
  115:14 268:14
  268:17,17
  269:3,6,6
paid  194:21
palo  86:11
  122:7,12

pandemic
  136:7,7,11
paper  174:3
paragraph
  145:24 157:10
paragraphs
  191:24
parameters
  17:10 161:9
parents  113:7
  113:12
park  9:6 48:22
part  15:20
  42:10 59:12
  60:16,16 83:4
  83:16 85:22,23
  85:24 86:1,2
  86:18 94:24
  100:15 149:20
  151:3 153:2,8
  155:23 156:25
  157:17 162:4
  187:10 190:4
  191:7 192:13
  200:17 202:10
  202:11,12
  228:20
particular
  30:19 113:19
  162:21
particularly
  28:1
parties  15:18
  61:21

**[party - photocopy]**

| | | | |
|---|---|---|---|
| **party** 11:22 | **payment** | **perfectly** | **person's** 49:24 |
| 35:16 190:20 | 155:22 192:23 | 202:15 | **personal** 3:10 |
| 190:21 | 221:19 | **performance** | 63:9,17 77:15 |
| **passports** | **payroll** 215:16 | 150:25 | 156:5,17 157:2 |
| 51:20 52:7 | 221:20 222:11 | **period** 37:10 | **personally** 8:8 |
| **past** 239:10 | 223:17 | 133:3 174:25 | 52:2 262:19 |
| **patent** 4:23 | **pbk** 1:23 | 191:5 203:8 | **personnel** 30:4 |
| 51:19 52:5 | **pdf** 98:3 268:12 | 230:20 237:13 | 88:19 221:17 |
| 95:14 151:19 | 269:1 | 268:18 269:7 | **perspective** |
| 152:15 162:9 | **peeters** 10:3 | **perjury** 23:11 | 216:17 |
| 169:4,10,15 | 13:9 | 246:3 268:17 | **persuading** |
| 170:3,6 171:2 | **peking** 122:7,8 | 269:6 | 125:20 |
| 171:3,5,6 | 122:8,10,11 | **permitted** 17:5 | **pertaining** |
| 174:19 176:23 | **pen** 21:21 | **persistent** | 261:7 |
| 180:6 183:15 | 212:15 | 230:2 | **petition** 3:5 |
| 183:23 185:5 | **penalties** 23:10 | **person** 18:4 | 64:15 65:6,14 |
| 190:10,13,15 | **penalty** 246:3 | 35:7,9,12,14 | 65:16 69:2 |
| 190:19 191:9,9 | 268:16 269:5 | 47:10,23 48:4 | 80:2,24 81:5 |
| 192:7,14,16 | **pending** 30:2 | 48:10 53:21 | **ph.d.** 72:7 73:6 |
| 193:7,11,16 | 59:25 109:13 | 74:25 75:2 | **phone** 26:24 |
| 196:4,6,15,21 | 192:20 | 95:21 102:12 | 34:23 127:2 |
| 197:1,10,11,21 | **people** 12:25 | 104:1 105:3 | 129:19,22 |
| 197:22 198:20 | 28:20 31:13 | 119:8 123:22 | 131:22,24,25 |
| 198:22 199:6 | 35:17,19 46:16 | 124:2 130:4,5 | 132:3,5,7,10,19 |
| 199:18 207:6 | 54:18 55:15 | 130:6 164:6,13 | 132:20,22,24 |
| **patents** 193:9 | 95:19 121:7,8 | 180:22 183:16 | 133:1,1,3,5,8,8 |
| 193:12,15 | 125:22 128:4,7 | 187:17 190:21 | 151:21,23,25 |
| **path** 213:13 | 128:9,17 | 196:14 197:16 | 252:24 253:6,7 |
| **patience** | 129:25 140:6 | 197:18,19,20 | 253:17,24 |
| 263:15 | 162:14 242:14 | 197:23 198:13 | 254:1,7,11 |
| **pause** 15:23 | 253:1 | 199:17 202:5 | 255:21,24 |
| 115:16 | **percent** 14:16 | 219:15 220:9 | **phones** 133:4 |
| **pay** 153:16 | 83:13 85:17 | 220:14 227:17 | **photocopy** |
| 194:20 | 97:21 186:6,6 | 233:9 239:25 | 45:11,15 229:8 |
| | 186:9 187:19 | 240:2,8 255:19 | 229:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[photographs - preserve]**

photographs
262:20
physical  17:3,4
17:11 52:25
136:17
physically
253:2,18
pick  11:7
picked  26:23
26:23 27:15
picture  115:18
pictures  25:15
261:3,4
piece  100:11,13
110:19 174:3
pieces  86:25
pink  231:25
232:5,6
pinyin  179:25
pixel  187:23
pixelate  187:8
187:13 188:6
pixelated
187:22
pixelating  95:1
187:11 212:12
212:16
pixels  86:20
212:10,11,16
place  62:11
67:21 122:5,6
136:3,19
160:23 208:9
240:14 267:9
267:12,18

placed  21:10
plaintiff  1:5
5:23 6:11,13
6:16,18,21
8:15 12:16,18
210:17 247:25
251:6,16
258:12
plaintiff's  5:21
6:3,5,8 15:15
247:7,24
248:12 250:11
250:22 257:13
259:3
plan  58:12
153:25
plane  160:10
planned  121:8
planning  58:3
plans  160:4
platform
123:17
plausible  54:22
please  11:6
12:1 15:9 19:5
19:5 22:20
23:22 24:4,7
28:4 44:16
58:1 73:22
85:7 87:5,9
89:20 90:15
102:2 108:14
108:16 109:3
141:15 167:7
167:11 168:22

173:4 175:21
182:1 188:18
205:22 208:20
214:22 221:15
226:7,22,24
230:8,17
239:12 248:16
248:19 258:8
261:12,24
plow  204:11
plus  190:19
po  86:10
poa  143:6
point  24:15
28:7 123:11
128:22 138:25
185:2 198:10
204:19 262:15
points  86:22
police  30:9
policies  146:3,8
policy  146:15
146:23
portable
135:22,24
136:1,4,6
137:24 176:10
portion  157:17
position  19:9
42:22 120:10
127:19 129:18
150:7 160:12
174:8 183:11
222:24

possession  49:9
possible  19:18
83:15 98:2
160:8 166:15
180:11 185:4
188:1
possibly  88:9
post  40:6 232:6
posted  63:1,4
64:1,11
posting  120:17
potentially
26:12
powerful
123:10
practice  217:11
228:10
praise  200:13
precise  52:14
precisely  51:24
predated  69:18
prepare  25:5,8
presence  16:16
present  10:1
12:2,19 195:15
195:20,24
196:3 197:6
267:8
presented  35:2
165:24 195:12
196:4,5,14
197:19,20
218:4
preserve  55:10
134:8,13 135:3

Page 41

**[preserve - protocols]**

| | | | |
|---|---|---|---|
| 176:6 | **private** 28:2 | **proceed** 13:16 | 39:10 40:2 |
| **president** 75:18 | 34:12 49:20 | 14:17 19:8 | 51:6 135:17 |
| **pretty** 29:13 | 194:2,10 | 20:11 21:19 | 154:1 259:5,8 |
| 123:2 132:3 | **privilege** 26:12 | 30:24 | **productions** |
| 173:10,11 | 27:8 108:7 | **proceeding** | 153:22 |
| 179:1 194:16 | 235:16 236:17 | 11:25 67:21 | **products** 123:6 |
| 195:4 240:24 | 236:18 | **proceedings** | 123:6,14,15 |
| 247:17 | **privileged** | 5:19 246:22 | 124:12,14 |
| **previous** | 137:18 234:11 | 267:18,19 | **professional** |
| 169:11,16 | 234:21,25 | **process** 23:5 | 77:15 79:3 |
| 221:16 | 235:3 236:2 | 42:2,11 43:20 | **program** |
| **primarily** 20:5 | **probably** 18:20 | 128:15 198:12 | 167:11 |
| 111:10 165:22 | 61:24 98:5 | 213:1 262:21 | **promise** 152:15 |
| **primary** | 111:22 114:3 | **produce** 37:22 | **promising** |
| 111:23 | 133:20 136:7 | 44:13 50:11 | 204:6,7 |
| **print** 53:8 | 159:16,20 | 51:3 135:7 | **pronunciation** |
| 187:11,25 | 160:21 167:15 | 163:20 234:5 | 43:10 |
| **prior** 39:16 | 176:20 182:20 | 261:6 262:15 | **proof** 26:14 |
| 45:3 57:3,8 | 185:7 195:15 | 263:18 | 27:3,10,12 |
| 96:4 110:1 | 199:12,23 | **produced** 8:8 | 28:3 41:25 |
| 111:3 127:19 | 216:13 229:1 | 18:24 42:3,5 | 55:3 56:3,9 |
| 227:3 235:3 | 229:20 230:25 | 51:21 52:18,22 | 155:20 |
| **privacy** 26:11 | 231:11,12 | 90:18,20 | **proper** 55:9 |
| 27:19,21 49:18 | 232:21 237:17 | 129:23 163:18 | **properly** 21:17 |
| 49:24 53:24 | **problem** 14:18 | 166:25 210:17 | **property** 69:3 |
| 54:6 55:1 56:1 | 15:7 52:23 | 241:25 242:3 | 190:9 |
| 56:2,5,23 | 143:7,16 186:2 | 259:20 261:25 | **propose** 153:4 |
| 58:17,22 75:25 | 198:15 260:17 | 262:2,10,11 | **proposed** |
| 97:18 103:18 | **problems** 86:8 | **producing** 40:2 | 121:22 167:23 |
| 103:20 104:5 | **procedure** | 235:22 236:11 | **proposing** |
| 105:10,16 | 268:19,21 | **product** 61:24 | 153:4 |
| 107:6,13,16 | **procedures** | 124:6,7,9,13,19 | **protected** |
| 193:25 194:22 | 209:18 217:24 | 125:4 200:13 | 107:13 |
| 194:25 195:3 | 237:21 | **production** | **protocols** 17:10 |
| 254:9 | | 6:22 17:17 | |

Page 42

**[prove - questions]**

prove 46:16
provide 46:13
  83:25 87:20
  89:18 155:20
  225:19 227:3
  233:12,20,24
  238:7 239:13
  241:6
provided 37:2
  84:16 87:23
  89:15 146:15
  146:23 155:20
  216:11 217:3
  222:3,5,21
  223:15,19
  225:14 233:13
  233:14 237:13
  237:18 268:19
  269:8
providing
  74:20 83:6,21
  222:23 223:1
  230:4
pull 22:2
purchase
  152:15 190:9
  191:8 198:20
purported
  187:18
purpose 18:9
  63:15 140:18
  141:2,4
purposes 49:21
  49:22

pursuant 8:3
pushed 226:21
pushing 160:8
put 38:2 137:22
  151:9 238:16
  244:15
puts 97:14

**q**

quality 85:10
  94:4,15,17,20
  94:22
question 14:13
  17:18 19:15
  23:21,22 24:5
  24:23 26:19
  27:16 28:17
  29:7,8 30:2,23
  32:13,19,20
  33:18 36:17
  38:6,23 41:8
  41:16 42:17,25
  44:16 45:5,23
  50:4 54:4,7,21
  54:23 55:4,5
  55:22,22 56:18
  57:7,10 58:6,8
  59:2,5,25
  61:11 62:1,8
  65:1,3 67:5,11
  67:17 68:6
  69:1,20 71:8,9
  73:22 74:6,11
  77:16 79:8
  80:10,13,15
  81:3,7 83:24

84:21 86:7
88:21 89:1,7
92:7 93:14
95:10,16 96:3
97:14 98:15,16
99:14,15
100:14 101:6
103:13 104:2
104:25 105:14
106:15 108:12
108:13 109:13
110:7,20 112:5
117:1 120:12
126:17 129:14
129:16 134:11
138:20 140:22
140:25 141:21
146:17,24
148:6 154:2
156:8,23 157:5
161:7 165:8
167:16 168:12
168:20 169:12
173:3 175:14
175:21 177:12
177:14 180:17
181:9,10
182:14 184:10
186:1 188:8,21
188:22,25
191:19,21
192:19 194:19
194:24 197:12
197:16 200:10
201:14,16,22

202:2 204:16
204:23 214:22
217:17 221:6
222:16,19,20
222:20,25
224:19 225:4,5
225:6,11,11,13
226:5 227:7,10
230:8 231:6
233:22 234:17
236:9,10,22
237:6 238:3
242:18 243:1
244:12 245:15
245:20 246:23
247:9 248:3
250:2,7,13
252:12 256:7
260:25 261:14
261:21
questioned
  97:22
questioning
  15:13
questions 14:23
  24:17 26:7
  40:10 58:25
  64:11 70:19
  87:7,9,11
  106:23 107:9
  108:17 167:4,8
  168:17 188:13
  188:18,20
  201:22 205:4
  213:16,23

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[questions - recognize]**

| | | | |
|---|---|---|---|
| 242:10,14 | 52:1 74:7,9,13 | **realtime** 43:13 | 231:10 245:7 |
| 247:13 249:18 | 74:16 82:14 | 115:16,23 | 249:11 255:11 |
| 258:4 260:20 | 102:14,22 | **reason** 24:20 | 255:22 256:3 |
| 263:20 | 103:2,6 119:22 | 25:1 39:14 | 256:11 |
| **quick** 41:24 | 143:2 145:25 | 92:15 94:12,24 | **receipt** 102:16 |
| 51:2 246:19 | 145:25 147:2 | 133:23 156:2 | **receive** 23:8 |
| 252:3 | 155:16,25 | 156:14 164:1 | 147:23 148:10 |
| **quicker** 52:12 | 156:11,12 | 206:19 | 175:10 176:25 |
| 69:11 | 157:1,21,25 | **reasonable** | 189:18 |
| **quickly** 53:5 | 158:8,23 159:2 | 240:12 259:12 | **received** |
| **quite** 148:3,5 | 167:25 168:2 | **reasons** 49:25 | 176:16,22 |
| 161:6 | 169:14 170:2,8 | 77:15 130:24 | 189:20 192:12 |
| | 170:10,12,12 | **recall** 47:10 | 194:14 214:18 |
| **r** | 171:8,19 | 48:4,21,23 | 214:24 239:19 |
| **r** 11:2 44:1,2 | 190:19 221:14 | 74:20,24 75:3 | **receiving** 139:5 |
| 126:4 253:10 | 226:17 230:15 | 76:2,6 83:6 | 139:8 142:15 |
| 253:11 | 231:25 248:18 | 84:7,25 87:25 | 142:19 147:22 |
| **r&d** 182:6 | 248:20 249:6,7 | 89:17 110:25 | 147:25 174:22 |
| **r&s** 269:1,9 | 249:21 251:24 | 111:18,19 | 175:4 214:10 |
| **raise** 108:14 | 252:8,10 | 113:6 118:7,9 | **reception** 163:9 |
| **ran** 259:22 | **reading** 156:9 | 131:11 132:6 | 177:25 178:1,1 |
| **random** 35:8 | 169:20 171:1 | 133:20 136:4,5 | **recess** 29:23 |
| 35:17,19 36:5 | 268:24 269:9 | 136:18,22,23 | 59:21 81:14 |
| 95:19 220:16 | **reads** 102:14 | 137:1 138:5,5 | 109:9 210:8 |
| **randomly** | **ready** 47:11 | 138:6,6 139:5 | 263:11 |
| 55:16 | 65:1 197:5 | 139:8 142:15 | **recognize** |
| **rate** 3:13,24 | **real** 51:2 69:3 | 142:18 147:21 | 12:23 21:2 |
| 91:2 116:25 | 105:3 231:2 | 147:25 162:8 | 81:24 83:9 |
| **rav** 10:12 12:13 | 241:23,24 | 162:10 172:19 | 85:8 93:3 |
| 13:5 | 242:4,6,16 | 174:6,22,22,24 | 101:16,18 |
| **reach** 240:22 | **really** 16:1 28:5 | 175:5,7,8 | 102:7 114:11 |
| **reached** 121:19 | 30:22 42:10 | 176:2,4 178:4 | 116:5 118:4 |
| 239:15 | 53:5 94:16 | 178:7,8 190:1 | 142:13 145:8 |
| **read** 21:13 | 134:2 153:14 | 214:10 216:10 | 155:11 156:19 |
| 37:18 44:21 | 173:4 235:6 | 221:21 229:4 | 183:23,25 |
| 47:12 51:24 | | | |

**[recognize - remembered]**

204:15,25
**recognizes**
49:23
**recollection**
30:5,8 34:25
36:12,12 37:15
77:13 110:25
115:6 130:25
133:10 174:4
**reconsideration**
6:12 251:8
**record** 11:5,9
12:3 16:1 17:7
17:22 19:4
20:4,6,15,25
21:9,23 22:21
29:19,22,25
39:22 44:21
46:22 47:12
51:15 55:8,11
59:18,20,23
64:24 74:16
80:22 81:2,9
81:10,13,16,20
87:12 106:17
107:19 109:5,8
109:11,21
115:21 116:3
130:23 131:12
133:5,11
154:21,23
155:1 163:8
182:13 184:15
210:7,11,14,19
228:11,14,15

228:17 235:21
236:5 248:18
252:10 262:14
263:8,10,13
266:3
**recorded** 3:20
3:22 11:10
119:8 130:16
131:17 133:7
262:25 263:4
**recording**
129:23 130:20
131:6,10,22
134:3 135:14
135:20
**recordings**
133:14,23
134:5,9,14
135:4,21
**records** 93:13
155:22 180:9
180:19 181:13
**red** 207:1
243:15
**redactions**
81:22
**redress** 18:17
**refer** 224:7
240:1
**referenced**
268:6
**referral** 26:24
**referring** 31:3
34:4 113:15
184:14 233:5

262:9
**reflected**
140:15
**refresh** 174:4
**refuse** 196:12
**refused** 196:8
196:10 198:5,8
**regarding** 33:1
34:4,11 198:18
**regardless**
233:2
**regards** 178:9
**registered**
75:20 76:1,4
**registration**
37:17 261:20
**regulations**
46:11
**rejected** 80:7
80:15,17,19
**related** 11:22
**relates** 27:4
**relating** 17:16
64:12 69:3
78:6 108:12
**relation** 111:5
114:25 148:23
**relationship**
104:19 110:4
**relationships**
263:23 264:7
**released** 268:22
**relevance**
26:11 27:3
28:1 30:21

53:24 54:20,22
55:4,8 56:15
60:19 97:12,18
99:17,24 104:5
104:20 105:16
107:11,17
111:24 112:9
112:17 113:8
194:15,22
195:5 236:25
239:5
**relevant** 29:4
31:23 32:1
41:3,4,15 54:5
54:11 55:16
64:17 68:9
99:18 105:10
215:16 221:15
221:25
**relief** 5:16
119:23 242:25
244:21 245:5
**remain** 143:6
**remember**
37:21 74:23
75:1 76:5
83:21 94:9
96:8,9,10,13,14
96:17,18 97:25
138:7 174:2,9
215:13 229:11
229:11 230:23
231:6 261:15
**remembered**
8:3

Page 45

**[remind - review]**

| | | | |
|---|---|---|---|
| **remind** 192:14 | 260:15 267:5 | **required** 46:3,4 | **responses** 6:14 |
| **remove** 207:13 | 267:13 | 46:6,9,13,14 | 6:16,19,21 |
| 207:15 | **reporter's** | 144:4 268:20 | 23:15 251:16 |
| **rentals** 136:25 | 267:3 | **requires** | 251:23 257:14 |
| **repayment** | **reporters** 28:19 | 230:21 | 258:1,3,13,17 |
| 148:1,14 | 30:6 53:7 | **research** 71:1 | 259:4 |
| **repeat** 32:20 | **representation** | 71:13,15 73:10 | **responsive** |
| 44:16 73:21 | 140:4 | 182:6 | 52:17 173:4 |
| 134:11,11 | **representations** | **resemble** 86:12 | **rest** 83:5 86:3 |
| 140:21 148:6 | 20:19,22,24 | **reserve** 263:17 | 86:16,22 |
| 156:7,10 158:6 | **represented** | **reside** 67:25 | 135:13,15 |
| 159:25 164:24 | 62:6 | **resided** 111:20 | **restate** 74:8 |
| 169:22 177:13 | **representing** | **residence** 49:16 | **restaurant** |
| 214:21 225:11 | 11:19 | 68:4,7 111:23 | 122:7,11 |
| 225:11 230:8 | **request** 93:14 | **resident** 41:10 | **result** 150:22 |
| **repeatedly** | 244:19 255:23 | **residing** 50:5,7 | 151:5 231:8 |
| 238:6 | 256:12 259:7,8 | 111:16 | **resumé** 3:7 |
| **rephrase** 24:5 | **requested** 38:9 | **resolution** | 69:17,19,22,23 |
| **replied** 222:23 | 42:2,7 51:16 | 209:17 | 72:14 74:21 |
| **reply** 6:3 | 51:24 167:1 | **resolved** | 76:8,16,17,18 |
| 147:24 226:23 | 181:6,21 | 137:23 | **retained** 36:21 |
| 248:12 | 222:17 233:2,3 | **respect** 20:3 | **retaliated** 33:5 |
| **report** 90:22 | 252:7 267:20 | 188:25 | **return** 95:8 |
| 249:9 267:17 | 269:1,9,10 | **respond** 25:20 | 96:1 220:23 |
| **reporter** 8:7 | **requesting** | 221:24 222:16 | 256:4 268:17 |
| 11:21 13:7,16 | 215:15 223:2 | 223:1 | 269:6 |
| 14:1 23:17 | 228:20 256:3 | **responding** | **returned** 221:1 |
| 44:21 47:12 | **requests** 2:10 | 222:12 | **returning** |
| 74:13,16 | 6:19 39:10,10 | **response** 6:8 | 221:25 |
| 115:20 142:7 | 50:24 51:10,12 | 51:10 123:24 | **review** 25:13 |
| 163:6 167:1 | 258:14 259:13 | 157:19 222:14 | 25:14 70:15,22 |
| 181:6,21 203:1 | **require** 13:25 | 223:3 250:12 | 76:9 170:7 |
| 203:11 243:12 | 14:14 18:23 | 250:22 251:17 | 206:24 267:20 |
| 250:5 252:7,10 | 23:15 239:17 | 252:2,4 | 268:8,10,13 |
| 259:23 260:9 | 247:13 | | 269:2 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[rhetoric - saw]**

**rhetoric** 19:22
**rid** 132:10
　133:8
**ride** 3:24
**rider** 3:13 91:2
　116:25
**right** 15:9 16:8
　18:2 20:13
　22:17,20 27:17
　27:19,21 30:18
　36:23 38:11,15
　38:18 39:1,6
　39:19 40:9
　49:18,23 51:9
　53:12,18 55:1
　55:25 56:2
　57:5,6 59:17
　60:10 62:15,19
　64:23 66:12
　71:19,20 72:11
　74:20 77:8
　78:20 86:23
　88:12,17,25
　90:12 91:19
　92:12,22 93:13
　93:16,24 95:22
　97:5 98:9 99:2
　103:4 109:13
　111:4 114:6
　116:5 117:15
　119:6,17 120:9
　126:17 128:22
　137:4 138:1,8
　138:14 139:11
　139:20 142:21

143:1 147:6,10
147:17 150:6
153:1 154:20
155:2,6 157:4
157:9,14,19
158:5,19,23
159:24 160:11
160:22 161:11
163:24 164:19
165:14,21
167:15,16
168:24 169:6
171:24 172:13
176:21,22,24
178:6 183:17
185:6 188:3,5
189:7,13,21
192:5,10,21
193:15,18
195:3 201:12
201:24 202:22
203:2,7,10,17
204:3,11,13
205:18 206:4
208:19 209:8
210:1,25 214:1
214:2,3,7,15
215:13 216:11
217:19,22
222:8,24 224:2
230:16 236:6
239:13 240:6
241:11 242:12
245:17 247:23
250:21 251:15

252:14 256:14
256:18 258:12
258:24 259:17
259:18 260:13
262:17 263:7
263:14,17
**rights** 21:1
　190:21,22
**ring** 73:10
　178:20,20
**ringing** 151:21
**riser** 163:15
**rizvi** 10:9 12:14
　12:14 13:2,2
　20:14 44:2
　46:4,9,14,20,20
　46:23,25 47:2
**rmr** 1:23
**road** 178:20,20
　178:21
**roger** 3:7 65:22
　66:1 77:22
　98:19 118:13
　119:7 138:21
　142:11 147:15
　155:17 179:8
　209:15 221:15
　226:18 244:9
**rogeryu** 214:9
**rogeryu.org**
　98:19
**role** 123:21
　124:2 131:4
**roles** 60:16

**ronnie** 98:1,4
　98:18 126:2,2
　126:4,16,24
　129:9,10
　130:13 148:19
　148:24 153:18
　195:20
**room** 12:19
　22:14 39:18
　40:5 50:23
**rough** 161:9
**rule** 17:2,2,5,12
　17:16,16
**rules** 269:8

**s**

**s** 3:1,16 4:1 5:1
　6:1 7:1 9:3
　11:2 75:12,14
**sake** 16:12
**salary** 221:18
**samples** 16:13
**san** 8:6,23 9:23
　11:17 18:11
　90:9,10,13
**sandbag**
　191:11 197:13
　199:14
**santa** 119:8
**satisfied** 150:24
**save** 30:20
　135:6
**saved** 55:10
　135:5,5,6,11,12
**saw** 119:3
　122:3 123:19

Page 47

[saw - send]

| | | | |
|---|---|---|---|
| 136:5 167:19 | **scope** 30:21 | 144:20 | **seem** 47:15 |
| 238:17 255:6 | 53:22 54:25 | **security** 30:11 | 54:10,21 |
| **saying** 19:14 | 55:5 61:23 | 66:6 67:13 | 185:23 220:8 |
| 67:15 74:2 | **screenshot** | 68:18 | **seems** 14:13 |
| 78:3 92:19 | 226:23 | **see** 15:7 22:3 | 54:25 139:23 |
| 96:5 97:13 | **sea** 72:20,21,22 | 28:1 44:25 | 150:24 197:3 |
| 98:22,23 99:20 | 75:12,13,14,14 | 45:9,15 47:21 | 221:22,23 |
| 99:25 100:12 | 76:5 | 48:7,16 64:9 | **seen** 36:25 |
| 121:24,24 | **seal** 249:1,4 | 86:16,19 89:4 | 49:11 89:25 |
| 123:5,9,22 | **sealed** 268:20 | 94:16 97:9 | 90:16 92:5 |
| 124:5,13 126:6 | **search** 135:17 | 99:22 106:19 | 100:22 110:14 |
| 129:24 144:7 | 255:25 259:11 | 144:7,18 146:9 | 118:22,25 |
| 151:8 152:6 | **sec** 73:24 144:8 | 151:12 153:23 | 138:5,6,14 |
| 153:24 155:16 | **second** 9:22 | 155:23 166:3 | 139:17 147:10 |
| 157:17 168:6 | 18:20 28:24 | 167:21,21 | 163:11 244:13 |
| 171:15 173:19 | 30:16 37:8 | 168:19 184:4 | 244:15 259:7,8 |
| 180:18 182:11 | 44:9 62:12 | 187:1,3,7,9,20 | **select** 26:9 |
| 185:14,15 | 64:25 68:25 | 187:23 188:2,2 | **selects** 27:22 |
| 190:21 196:23 | 81:11 90:4 | 188:5,6 191:12 | **selene** 1:7 9:1 |
| 215:25 225:10 | 101:3,7,23 | 195:11 200:11 | 12:11 225:20 |
| 225:21 233:11 | 106:3,4 108:10 | 201:12 202:13 | 230:24 233:9 |
| **says** 21:12 | 114:17 115:21 | 208:12,19 | 255:8 |
| 51:25 52:9 | 117:10,13 | 212:5,8,25 | **self** 60:7 |
| 86:10 157:1,25 | 118:10 130:3 | 213:3,5,6,11,19 | **sell** 132:13 |
| 159:2 171:12 | 131:1 133:5,18 | 218:8 224:7,8 | 252:14 |
| 171:19,22 | 134:18 145:24 | 226:22 229:12 | **semantics** |
| 221:13 226:16 | 146:14 186:21 | 229:22 233:6 | 43:17 |
| 230:15 231:25 | 188:24 203:19 | 234:14 238:10 | **send** 37:12 |
| 239:3,3 | 208:5 223:8 | 238:12,12,13 | 140:19 143:13 |
| **scanned** 187:12 | 225:2 228:12 | 246:1 | 172:5 173:23 |
| **schedule** | 235:25 237:5 | **seeing** 89:4 | 173:23,24 |
| 184:16 268:10 | 263:8 | 118:7 233:10 | 175:6,10 |
| **science** 72:5,5 | **seconds** 125:5 | **seeking** 18:17 | 214:20 215:1 |
| 73:7 | **section** 82:13 | 18:18 26:13 | 226:24 227:10 |
| | 82:18 83:10 | | 227:17 230:17 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[sender - sign]**

sender   166:10
166:12,13
sending   139:5
139:8 140:9
141:4 142:15
142:18 147:21
172:4,18 175:3
175:6
senior   10:12
sensitive   11:7
254:6
sent   37:8 39:8
49:19 50:25
98:18 143:5,7
166:7 169:10
171:11,15,16
171:17 172:7
172:12 173:24
173:25 174:6,7
176:16 214:13
218:24 221:23
227:13,16
255:23
sentence   80:25
146:18,25
147:2
sentences   16:5
separate   124:7
150:5 208:24
separating
254:15
september   85:1
88:2,9,10
204:14 209:24
216:12,14,15

217:4 218:6,9
218:19,22,25
218:25 220:1,5
221:12,19
222:3,22
223:14,21
225:15 228:8,8
232:12,22
233:15 237:12
237:16,17
serve   247:14
served   135:16
services   7:3
set   6:15,17,20
6:23 40:10
52:25 76:23
126:15 161:8
166:18 171:4
251:18 257:15
258:15 259:6
seven   19:2,20
203:8 239:10
several   31:11
95:12 121:7
124:14 129:20
200:8
severance
156:1,13
sf   1:25
shanghai   40:19
share   200:14
207:11
shares   143:4
short   123:18,20
124:17 129:24

129:24 178:16
179:21 180:1,2
180:5,5 181:3
181:3,4,19,22
182:3,4,24
200:12
shorthand   8:7
267:5,13,13
show   19:5
44:25 45:1,2,5
45:9 46:5 47:7
47:10 48:9,10
48:12,14,15
95:18 202:16
202:17 205:18
205:21 224:3
224:10 229:14
229:14 232:9,9
232:11,12,13
232:14,20
234:13 237:9
237:18 238:9
261:11
showed   80:3
81:4 209:8
237:24
showing   234:18
shut   125:6
shuyi   1:7 9:1
48:8
si   1:6 11:15
sic   130:5
143:18 159:19
180:10

sick   96:4 97:10
99:6,23
side   5:2 19:2
22:3 40:11
62:7 93:16
95:13 129:8,25
174:20 178:9
180:9,10 183:2
183:5,10
186:19 189:7
189:10,11,13
189:15,21,23
191:2,22 192:3
192:7 195:11
195:12,19,21
196:3,8,11,12
196:15,20,25
197:17,20
198:1 199:7,21
202:4 208:5
211:20 237:20
237:25 238:1
238:17
sides   230:18
sign   17:19 21:7
21:7,18 33:8
36:15 38:9
77:3,18,18,19
77:23 79:1
96:14,19
110:15,22
149:11 158:1,9
160:7,9 162:9
171:6 174:25
175:1 177:10

**[sign - similar]**

| | | | |
|---|---|---|---|
| 177:16 178:24 | 66:23,23,24 | 186:22,23,25 | 262:17 |
| 179:10,11 | 67:14 68:17 | 187:7,8,12,15 | **signed** 33:8 |
| 180:6,9,20 | 76:24 77:1,3,9 | 187:18,19 | 35:7,14 36:23 |
| 183:2,5,7,11,14 | 77:14,21 78:10 | 188:16 189:1 | 52:3 80:16 |
| 187:20 188:8 | 78:11,12,22 | 191:13 202:14 | 84:9 113:2,5 |
| 188:10,17 | 79:2,5,6,9,12 | 205:12,13,20 | 114:1 115:3,5 |
| 189:7,10,13,17 | 79:15,21,24,25 | 206:5,7,8,9,15 | 119:6,24 |
| 190:3,13,16 | 80:1,4,7,18,24 | 207:25 208:9 | 140:19 141:5 |
| 191:2,6 195:19 | 81:4,7,24 82:2 | 210:18 211:4,5 | 145:15 146:6 |
| 196:6,8,11,12 | 82:2,5,6,9,11 | 211:7,8,9,23,24 | 146:18 147:3 |
| 197:10,11,17 | 82:20,25 83:4 | 212:1,3,6,9,9 | 182:24 183:22 |
| 197:22 198:5,9 | 83:16 84:9,9 | 212:15,17,18 | 187:17,18 |
| 198:11,14,25 | 85:15,16,22,23 | 212:20,21 | 189:11,21 |
| 199:13,21,22 | 86:2,2,17,19,24 | 213:9 243:1,3 | 191:22 192:3 |
| 200:18,19 | 88:24,24 89:3 | 245:13 246:7,9 | 208:10 213:7 |
| 201:10,11 | 90:5,6 91:20 | 246:24,25 | 218:5 220:7 |
| 202:6,8,9 | 91:21 92:12 | 247:9,11 248:3 | 249:11,13 |
| 206:10,16,17 | 93:5,7,15,18 | 248:5,14,15 | 251:19 257:24 |
| 206:19 207:5 | 94:2,13,18,23 | 249:15 250:14 | **significant** |
| 207:13,14,15 | 95:1,3,21 96:6 | 250:15,24,25 | 18:20 |
| 207:15 208:2,6 | 96:7,11,12,15 | 251:9,11,20,22 | **signing** 21:16 |
| 209:25,25 | 96:16,20,21,22 | 257:20,21,22 | 33:7 42:3 62:2 |
| 213:9 219:17 | 97:1,22 100:13 | 267:23 268:22 | 77:17 78:1 |
| 219:24,24 | 100:25 101:1 | 268:24,24 | 79:3,10 96:8 |
| 220:2,6,25 | 101:18 102:9 | 269:9 | 96:13,18 |
| 225:22 243:19 | 114:14 116:9 | **signature's** | 178:13 179:9 |
| 268:16 269:5 | 117:2,23,24,25 | 86:15 | 181:15,16,17 |
| **signatory** | 118:2,3,5,13,14 | **signatures** 35:2 | 182:4,7 197:25 |
| 110:15 | 118:17 119:20 | 35:5,6,6,10,12 | 199:16 202:4 |
| **signature** 20:11 | 119:21 141:7 | 36:4 37:5,7 | 207:8 |
| 21:11,14 35:4 | 141:10,13 | 66:13 77:11 | **silicon** 230:16 |
| 35:11,23 36:15 | 142:22 143:14 | 78:20 86:20 | **silly** 14:13 |
| 36:16 37:9 | 143:19,21,25 | 95:11,17,19,20 | **similar** 125:8 |
| 41:23 65:22,23 | 144:4,23 | 117:11 245:11 | 153:12 185:14 |
| 65:24 66:1,3 | 145:13 184:1 | 260:3,5,7 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[simple - state]**

| | | | |
|---|---|---|---|
| **simple**  86:7 | **soliciting** | **speaking**  55:20 | **spot**  17:20 |
| 151:7 167:16 | 123:21 | 55:23 58:2 | **spousal**  108:7 |
| 181:10 | **solutions**  268:7 | 243:7,8 | **spruce**  72:20 |
| **simpler**  26:18 | **somebody**  53:6 | **special**  32:8 | 72:21,23,24,25 |
| 146:17 | 53:7 80:17 | 247:15 | 73:2,14 75:8 |
| **single**  102:17 | 119:6 147:17 | **specific**  110:3 | 75:12,14 76:5 |
| 180:7 196:25 | 173:17 219:14 | 124:11 136:20 | **square**  178:21 |
| **sir**  68:12 76:16 | 220:1 | **specifically** | **staff**  228:20 |
| 103:25 142:21 | **soon**  160:8 | 46:11 62:22 | 229:4 |
| 155:11 245:22 | **sorry**  31:20 | 229:9 236:1 | **stamp**  209:19 |
| 246:3 251:21 | 42:14 61:8 | **specified** | **stamped** |
| 265:12 | 71:11 123:25 | 267:10 | 142:12 |
| **sit**  57:16 | 130:21 131:7 | **speculate**  57:14 | **standing**  28:11 |
| 241:20 | 134:25 140:3 | 95:9 98:13,14 | 235:5,15 |
| **situation**  80:6 | 141:20 143:3 | 118:15,18 | **stapled**  205:24 |
| 158:3,11 198:4 | 148:4 149:6 | 132:9 133:17 | **star**  38:2 |
| **six**  19:1 | 151:22 163:16 | 172:21 174:14 | **start**  15:12 |
| **sixty**  17:24 | 183:15 188:22 | 185:12 186:10 | 105:3 160:8,11 |
| **skip**  53:13 | 201:7 207:19 | 244:11,12 | 160:13,25 |
| **skype**  111:15 | 224:1 227:5 | 245:3 | 161:3,19 |
| **sleep**  24:24 | 247:24 254:4 | **speculation** | 218:10,20 |
| **slightly**  125:8 | 257:19 259:22 | 57:12,21 | 219:24,25 |
| 216:16 | 265:9 | 104:17 173:2 | **started**  26:3 |
| **small**  128:2 | **sort**  23:16 24:3 | 174:8 184:25 | 70:25 133:2 |
| **smirking**  59:10 | 24:13 30:23 | 200:1 219:9 | 134:2 136:11 |
| **smith**  36:3,6 | 42:10 60:17 | **speed**  39:11 | 159:23 161:16 |
| **smooth**  86:23 | 157:7 186:2 | 46:1 51:2 | 162:19 |
| 212:19 | **sound**  161:11 | 224:12,14 | **starting**  103:9 |
| **snapchat**  64:7 | **sounds**  20:12 | **spell**  22:21 | 120:13 129:2 |
| 64:8,12 | **source**  239:17 | **spelling**  122:9 | 163:9 243:8 |
| **social**  62:21 | 241:5 | **spent**  26:2 | **starts**  155:15 |
| 66:6 67:13 | **space**  128:2 | **spoke**  254:14 | 155:15 226:11 |
| 68:18 | **speak**  13:19,20 | **spoken**  29:10 | **state**  8:7 12:1,2 |
| **sold**  132:12,18 | 14:14 105:1 | 30:3,6,9 31:16 | 16:4,21 20:14 |
| 132:20 | 110:9 111:7 | 34:16 112:12 | 22:20 51:17 |

**[state - sure]**

52:3 105:9
136:24 267:1,6
267:14,24
268:9,12
**stated**  46:11
106:6
**statement**  3:15
6:8 145:25
157:20 169:13
224:8 250:23
**statements**
46:22
**states**  1:1 11:13
41:11 46:17
58:16 216:19
216:21 217:21
219:6 265:22
**stating**  20:4
**status**  41:19,22
42:9,10,16
**statutory**  195:3
**stay**  5:17,19,21
167:11 204:4
242:25 244:21
246:22 247:8
**stays**  245:6
**step**  125:13,15
125:23
**stepped**  198:13
**stick**  51:5 74:3
134:6 153:24
154:2 195:5
**sticky**  231:25
**stipulation**
268:21

**stock**  5:3,5
73:11 204:13
210:16,16
**stolen**  244:7
**stop**  32:7 58:1
182:1 188:11
188:15
**stopped**  115:17
159:17
**store**  134:4
135:22
**stored**  136:3
**stories**  178:18
179:1
**storing**  135:19
135:21
**story**  126:20
151:17 178:23
**straight**  81:3
**strange**  166:23
225:18
**strategy**  199:9
199:10
**street**  8:5,22
9:22 11:17
28:20 35:2,3,9
35:18,20 36:6
95:19 102:18
**strike**  86:4 87:2
95:22 96:8
115:4 118:2
135:20 136:2
168:23 169:12
173:1 182:8
191:14 192:20

195:11 199:25
222:13 235:3
250:6 253:6
**stuff**  63:13
153:25 161:21
162:1
**stupid**  238:18
238:19
**subject**  61:19
**subscribed**
267:22
**subsidiary**
151:5
**substantive**
225:5
**sue**  137:8
**sued**  255:10,17
**suggest**  243:13
**suggestion**  59:8
59:10 78:15
108:11
**suite**  8:6,22
9:22 11:17
**supplemental**
6:5,16 158:17
219:23 220:24
249:2 250:11
257:14
**supplementary**
158:1,9,15
**support**  5:16
5:18,21,23 6:3
6:5,6,8,10
242:24 246:21
247:7,24,25

248:12 250:10
250:22 251:6
**supposed**  91:9
144:10 254:12
256:9
**sur**  6:3 248:12
**sure**  20:23
23:19 46:2
50:13 53:4
54:19 55:7
74:5 77:17
83:13 84:19
85:17 86:14,15
88:4,4 95:5
96:6,11,15,20
105:2 120:13
124:22 127:23
128:8 129:2
130:22 134:12
136:22 140:23
156:9,12 158:8
159:20 161:8
165:10 172:10
172:11,20
177:6,7,15
186:6,7,9
202:9 205:10
209:11 215:18
216:9 226:24
230:9 231:1
239:23 240:19
241:24 242:1,4
242:5 251:24
257:25 258:21

Page 52

**[suspect - term]**

**suspect** 97:1
**sustained**
  220:19
**swear** 13:8
**sworn** 8:10
  13:10,14 267:8

**t**

**t** 3:1 4:1 5:1 6:1
  7:1 22:22
  86:21 138:21
  167:13 187:3
**tab** 48:2
**table** 21:3
  224:19
**take** 16:8,13
  20:17 22:5,7
  23:17 24:7
  31:19 53:6
  56:7 59:11,16
  70:9,18 85:7
  91:7 98:9
  106:18 108:19
  108:24,25
  109:1,2,4
  122:5 139:16
  148:21 166:1
  204:8,17 205:5
  206:2 210:2
  216:16 254:18
  260:2
**taken** 1:23
  11:11 17:22
  18:16 23:1
  29:23 59:21
  81:14 109:9

154:24 157:22
158:24 210:8
260:14 262:19
263:11 267:11
267:12
**talent** 122:4
  150:14 153:13
  153:15,16
  154:5,14
**talk** 21:12 25:4
  28:16 31:21
  32:9,12 33:6
  33:15 34:8,13
  35:16 50:13
  76:24 104:9
  108:5,12,17
  112:14 122:1
  124:18 127:3
  127:17,25
  128:3,11,18,21
  198:23 199:19
  199:24
**talked** 19:25
  25:10,11,16
  28:13,17 29:2
  31:8,12,17
  32:22 33:1
  34:11 36:24
  107:25 148:18
  198:17 199:20
  202:3 245:4
  246:12 255:9
**talking** 33:21
  62:2 80:8,11
  108:2 125:3,7

126:19 131:2
157:11 196:24
200:8 211:16
224:2,13,17,24
225:7
**tall** 178:25
  179:1,8,9
  181:17,17
  182:5
**taller** 181:14
**tangentially**
  54:10
**tank** 4:23 37:16
  71:2,8,23 93:2
  138:21 149:16
  149:18 150:4,9
  150:10 151:4,4
  151:20 152:13
  153:1 154:4,14
  154:19 169:17
  170:5 171:21
  173:16 189:19
  189:19 190:8
  190:10,17,18
  191:9 192:5,9
  192:11,24
  193:3,5,9,13,13
  193:17,18,21
  194:1,3,8,14
  201:8,9 207:6
  207:8 216:20
  217:10 261:20
  262:4
**tank's** 169:12
  170:22

**tankx.com**
  142:11 147:15
**tax** 51:18 52:5
**team** 13:4,6
  38:24 127:25
  128:1,8
**technology**
  128:3 207:2
**tell** 23:10 32:3
  57:6,16 79:25
  82:19,20 83:19
  84:12 85:7,14
  85:20 87:17
  117:2 127:7,13
  127:13 138:17
  139:16 149:22
  157:9 160:12
  160:18 168:9
  168:11 170:1
  184:13,18,21
  186:7 200:16
  203:25 219:14
  229:17 255:8
  255:15 260:3
**telling** 82:8
  141:19 153:6
  225:14 246:6
**temporary** 5:21
  247:7
**ten** 78:22,23
  79:18 133:19
  179:1 194:5
  226:22
**term** 78:14

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[terminated - third]**

| | | | |
|---|---|---|---|
| **terminated** | 36:9 43:14 | 37:6,17 41:14 | 176:5 177:5,7 |
| 252:20 256:10 | 44:22 63:19 | 42:24 46:2,12 | 177:19,21 |
| 256:21,24 | 81:8 87:18 | 47:19 50:10 | 178:21 186:4 |
| **termination** | 93:8,19 108:5 | 56:4 57:10,17 | 186:11,24 |
| 230:21 231:9 | 142:8 147:5 | 58:21 59:11 | 188:19,25 |
| 256:5 | 168:22 183:1 | 60:8 61:22 | 195:4 196:1,17 |
| **terms**  189:22 | 202:21 205:25 | 62:10 64:8 | 198:24 199:2,9 |
| **terrible**  94:5,16 | 207:22 208:22 | 69:11 73:18 | 199:10 200:16 |
| 94:19,21 | 210:4 213:25 | 74:10 78:7,9 | 200:24 201:25 |
| 212:23 | 226:7 241:10 | 80:18 84:15 | 202:1 203:7,20 |
| **test**  35:7,22 | 248:6 249:16 | 87:13 95:4 | 205:2 206:13 |
| 55:1 104:20 | 250:16 251:1 | 100:12 101:9 | 206:13 207:7 |
| **testified**  13:15 | 257:4 258:7,24 | 101:25 110:6 | 208:3,7,23 |
| 164:22 | 259:17 263:14 | 114:19,20 | 209:7,23 210:2 |
| **testifies**  183:9 | 264:22 265:14 | 116:16 118:12 | 218:24,24 |
| **testify**  177:8 | **thanks**  227:1 | 119:5 120:18 | 219:16 222:19 |
| **testifying**  188:4 | **thing**  23:16 | 120:18,19 | 223:24 224:4 |
| 246:2 | 24:3,14 28:8 | 121:23 122:25 | 225:16 229:7,9 |
| **testimony** | 35:1 59:1 | 124:21,22,25 | 229:19 230:6 |
| 24:12,13,21 | 71:22 108:14 | 125:6 126:2,8 | 232:24 233:10 |
| 25:1 195:17 | 154:3,11 199:3 | 127:8,21 129:3 | 233:19 236:15 |
| 223:19 234:2 | 199:5 212:13 | 129:17 131:3 | 244:11 247:13 |
| 235:20 236:10 | 232:10 | 132:12,16 | 254:17,18 |
| 239:3 260:14 | **things**  17:4 | 133:13 136:6 | 260:19,23 |
| 263:1 266:6 | 20:4 22:19 | 137:11,25,25 | 261:13 264:1 |
| **testing**  63:12 | 24:2 26:7 42:7 | 139:4 140:15 | 264:23 265:1 |
| 63:13,15 | 51:2 131:3 | 141:25 142:17 | **thinking** |
| **text**  5:10,14 | 146:10 160:15 | 142:20 144:8 | 146:24 224:4 |
| 143:1 156:9 | 200:7 201:18 | 144:16 146:20 | **thinkpad** |
| 230:14,23 | **think**  15:10 | 153:3,5,18 | 175:17,18 |
| 231:7 | 20:21 21:17 | 155:15 156:6 | 176:17 |
| **texts**  238:11 | 25:3 27:11,18 | 156:18,23 | **third**  35:16 |
| **thank**  13:17 | 30:20 31:23 | 157:7 159:18 | 102:18 130:5 |
| 16:24 21:5 | 32:11,11,12,21 | 162:8 167:20 | 190:20 208:7 |
| 28:9 29:20 | 33:12 35:6,10 | 169:5 173:16 | 257:7,9,10 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[thompson - thompson]**

| thompson  2:4 | 55:7,19 56:4 | 109:1,5,12,20 | 186:15,18 |
|---|---|---|---|
| 9:13 12:5,5,19 | 56:10,19,20 | 109:23 110:21 | 188:23 189:4 |
| 12:22 13:17,18 | 57:4,15,22 | 112:3,11,21 | 191:14,16,24 |
| 13:24 14:12,25 | 58:1,6,12,14,23 | 113:10,25 | 192:4,19,22 |
| 15:3,12,24 | 59:13,15,18,24 | 114:6,9 115:8 | 194:17,23 |
| 16:7,11,21,25 | 60:22 61:7,17 | 115:12 116:4 | 195:7,9 199:25 |
| 18:2 19:10,12 | 64:18,23 65:1 | 116:21,24 | 200:3 202:24 |
| 20:1,8,10,13,25 | 65:4,5,12 | 117:5,8,16,20 | 203:2,6,12,16 |
| 21:23 22:11,14 | 66:11,21 69:6 | 119:13,16 | 203:21 204:1,5 |
| 22:16,18 26:18 | 69:10,15 70:5 | 120:4 121:2 | 204:8,12,20,24 |
| 26:21 27:2,7 | 70:17 71:10,18 | 122:16 126:14 | 205:3,6,14,17 |
| 27:11,14 28:5 | 72:10 73:5,23 | 131:8 134:20 | 206:6 207:21 |
| 28:10,12,23 | 74:9,19 76:15 | 134:24 135:1,2 | 208:18 209:1,2 |
| 29:1,16,18 | 76:22 78:13,18 | 138:8,13 | 210:1,11,15,24 |
| 30:1,22 31:1,6 | 81:19 85:2,6 | 139:11,15 | 213:17,21,25 |
| 32:9,18,24 | 86:4,6 87:1,5,8 | 140:3,17 142:4 | 214:3,6,23 |
| 33:14 34:6 | 88:12,16 89:19 | 142:8,9 145:3 | 215:5,8 217:2 |
| 36:9,13 37:21 | 89:23 90:14,25 | 145:6 146:16 | 219:12 220:19 |
| 37:24 38:2,4 | 91:6,18,25 | 147:9 148:20 | 221:2,8,11 |
| 38:18,22,25 | 92:3,22,25 | 148:22 154:10 | 222:13,15 |
| 39:5,8,21 40:4 | 93:9,12,20,23 | 154:20 155:2,7 | 223:18 224:1 |
| 40:8,15 41:6 | 95:22,24 97:4 | 155:10 162:25 | 224:13,16,23 |
| 41:18,23,24 | 97:13,24 99:12 | 163:7,20,23 | 225:6,12 226:6 |
| 42:18,20 43:13 | 99:19,25 | 164:14,25 | 226:10 228:7 |
| 43:15,24 44:1 | 100:16,20 | 165:4,9 166:21 | 228:11,18 |
| 44:12,17,20,22 | 101:11,14 | 166:24 167:2 | 230:10,13 |
| 45:4,20 46:7 | 102:2,5,25 | 168:22 169:2 | 231:15,20 |
| 47:6,22,24 | 103:4,8,10,14 | 169:24 170:15 | 234:16 235:4,8 |
| 48:5 49:6,15 | 103:21,24 | 170:18 171:24 | 235:11,17,19 |
| 50:2,3,10,15,16 | 104:7 105:2,7 | 172:2 173:1,5 | 236:4,21 237:5 |
| 50:22 51:8,11 | 105:17,20 | 173:6 174:12 | 237:7 238:4 |
| 51:14 52:9,12 | 106:1,7,9,11,17 | 174:17 180:12 | 239:2,4,7,11,13 |
| 52:15,20,23 | 106:22,25 | 181:7,25 182:8 | 239:23,24 |
| 53:6,12,14,25 | 107:14,18 | 182:10 183:17 | 240:11,16 |
| 54:13,15,17 | 108:16,22 | 183:21 185:18 | 241:3,6,8,10,13 |

Page 55

**[thompson - told]**

241:14,17,20
241:24 242:3,9
242:13,22
243:14,18,23
245:21 246:15
246:18 247:1,5
247:17,22
248:7,10,23
249:5,16,20,23
250:7,9,16,20
251:1,4,14
252:8,11 257:2
257:10,12
258:7,11,19,23
259:2,15 260:1
260:11,12
261:24 262:4,7
262:12,18
263:7,14,21,24
264:5,15,17,22
265:5,14,15,18
265:20,25
268:1

**thompsoncha**
9:14 268:2

**thoroughly**
70:16

**thought**   16:18
28:7 91:12
154:13,14
245:12

**thread**   5:10

**threatened**
53:18,21 54:8
56:24

**threatening**
54:18 55:15

**three**   16:5 19:1
50:8 123:1
127:18 129:25
130:1,9 143:8
162:21 178:17
178:22,23
197:4,6 199:18
205:4 212:1

**threw**   145:20
152:1 176:18

**throw**   176:1,3
199:12

**thumb**   39:15
134:5

**ticket**   160:10

**tie**   152:7

**time**   12:1 15:20
16:5,12,15
18:9,15,20
20:17 24:17
26:2,6 29:21
29:24 30:20
31:19 42:21
45:1 54:24
55:21 59:19,22
60:16,16 70:15
71:1 76:3,7,17
79:13 81:12,15
89:4 98:17
99:6 108:3
109:7,10
113:13 115:23
115:25 116:2

122:21 125:6
131:13 134:18
137:2,9,17
138:25 139:1
139:21,22,23
139:24 140:1,5
140:7,12,14
142:11,16
145:19,21
146:4,5,12,18
147:22 148:2
152:18 154:22
154:25 159:6
159:11,25
161:9 163:14
163:16 166:9
166:18 169:22
181:8 185:2
197:9 201:18
203:2,8,20
204:7,9 206:3
210:6,13 213:4
216:18 221:18
222:5,8,9
223:17 228:13
228:16 230:20
233:15,19
236:16,19
237:11,18
244:17 247:14
254:19 255:6
255:13 256:24
258:6 262:23
263:9,12 266:5
267:9,12

268:10,18,25
269:7

**times**   24:2
36:15 45:1
142:19 150:13
151:18 152:3
152:21 153:14
201:4 226:22

**tipping**   123:11

**tired**   265:9

**tis**   211:9

**titled**   3:10

**today**   11:16,21
15:14 16:13
24:21 25:2,5,9
25:19,24 38:16
38:24 39:7
40:2 48:25
49:7 50:17,19
51:3,7,21
57:16 85:13
94:7 226:24
240:25 241:20
259:20 260:15
261:6 263:15

**today's**   84:10
266:6

**together**
121:13

**told**   45:10
83:20 95:25
121:5 126:22
126:23 130:12
130:13,16
132:17 137:22

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[told - twice]**

149:10 150:13
161:2 162:18
162:23 185:11
197:7,17
199:17 201:2
201:13 202:5
206:21 207:13
209:24 225:25
225:25 229:20
230:1 233:24
234:21,22
261:19
**tomorrow**
87:10
**ton**   131:2
**took**   29:15 76:8
122:6 160:22
261:3,4 267:18
**top**   37:25 82:12
82:19 95:15,18
97:2 106:15
110:1 116:12
145:8 166:5
226:14 240:4
243:22
**topic**   12:22
**topics**   247:15
**totally**   86:3
211:23,23
**towards**   145:23
**tower**   71:1,13
71:14 73:9
**track**   252:25
253:2,3,8,21

**tracking**
253:18
**traded**   132:11
**transcribed**
267:15
**transcript**   2:10
243:11 267:16
267:20 268:6,8
268:10,13,13
268:22 269:2,2
**transfer**   143:4
144:3 170:4
171:3,11,18,20
176:7 179:16
**translate**   13:10
14:23 33:25
65:9 103:3
104:9 158:14
158:14,16
**translation**
72:7 73:20
158:7,13,15
171:13,14
215:22 260:18
**translator**
14:22
**transmission**
173:14
**transmitted**
75:1,5
**traurig**   9:21
**travel**   18:11
**tree**   72:23,25
73:2,14 75:8
75:17

**tremendous**
123:19
**trial**   57:18 58:4
188:12 201:21
**trick**   58:6
87:11
**tried**   52:12
64:8 199:14,14
**trip**   121:8
127:21,24
**true**   70:10
92:18,18 98:7
98:24,25 99:8
99:11 120:7
141:7,10,12
172:11 179:7
181:13 215:18
215:19,21
216:4 218:9,18
220:5 231:2,21
237:16 251:25
258:1 267:16
**truly**   171:17
**trust**   3:12,14
3:23 4:2 89:24
92:4 102:19
115:13 116:6
117:9
**trustee**   3:21 4:3
102:18 114:10
117:21 118:8
118:20
**truth**   23:10
**try**   14:21 42:18
52:13 97:8

134:8,13 135:3
154:2,9 160:5
191:5,5,11
197:13 199:13
201:21 203:9
217:14 224:15
224:18,21
230:9 241:1,11
259:12
**trying**   30:19
34:7 43:18
56:22 58:2
66:22 68:19
126:20 152:4
154:11 161:8
182:12 194:12
199:15 200:5
200:25 201:15
201:17 216:7
217:19,25
230:7
**tuesday**   162:8
163:9 166:4
167:18 170:20
**turn**   92:8
119:18 141:15
151:23,25
184:16 248:16
**turnaround**
240:12
**turned**   21:17
92:10
**twice**   64:9
101:21

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[twin - usually]

**twin** 104:12,23
**twitter** 62:22
    63:20 125:5
**two** 16:5 19:1
    33:19 59:9
    78:19 91:5
    117:11 123:1,1
    130:24 133:4
    133:18 142:24
    146:10 178:13
    178:14,17,22
    178:23 190:16
    207:9 208:24
    218:9,19 219:2
    219:3 225:3
**typewriting**
    267:15
**typically**
    240:21,22

**u**

**u** 22:22 109:15
    126:1,3,3
    130:4 147:18
    155:18 167:13
    169:9,9 187:3
    226:13
**u.s.** 60:5 67:21
    75:6 78:5,12
    136:15,16,19
    237:25 238:1
    265:19
**uber** 122:24
**uh** 23:16,16
    128:19 144:22

**unaltered** 98:7
**unchanged**
    143:7
**uncle** 111:5
    112:8
**under** 17:1,5
    17:12,16 18:24
    70:21 82:12,18
    84:10 86:10
    100:6,25 142:1
    142:2 190:22
    234:19 245:13
    246:2 249:1,4
**underlying**
    30:18 60:20
    99:16 100:7
**underneath**
    187:2,25
**understand**
    14:9,15 19:13
    19:21 23:12,20
    23:22 24:17,22
    36:22 45:18
    61:13 62:8
    67:10 68:22
    70:2 73:24
    74:6 78:9
    80:10 105:21
    110:19 123:24
    126:22 129:13
    131:4 140:24
    146:5,18,22
    147:1,2,4
    148:4,5 156:21
    156:25 157:5,8

    161:7 166:24
    173:13 182:11
    198:14 224:21
    234:2 236:21
    246:2 256:16
    260:13,22
    262:24
**understanding**
    14:19 15:5
    18:22,25 19:6
    42:1 43:4
    141:2 145:17
    145:21 146:11
    157:6,10,14,16
    219:11,13
    256:8
**understood**
    219:5 256:13
**undertaking**
    165:23,25
    167:17,23,25
    168:3,6 169:4
    174:19 176:23
    196:5,16,21
    197:1,20 199:8
    199:21
**unit** 11:10
**united** 1:1
    11:13 41:11
    46:17 58:15
    216:19,21
    217:21 219:6
    265:21
**university**
    70:23 72:4

**unmodified**
    241:23
**unobstructed**
    44:14
**unredacted**
    44:14 45:11
    232:25 233:25
**unresponsive**
    203:23
**updates** 153:24
**upper** 88:18
**urbana** 72:4
**usb** 38:24 53:2
    53:7
**uscis** 3:8 81:22
**use** 15:19 21:20
    62:21 64:7,10
    77:11,14 78:20
    79:5,9,15
    132:19 159:8
    166:17 179:24
    253:21,22
**used** 40:20,24
    41:1 78:22
    79:12 159:6
**using** 79:5
    90:20 98:20
    132:25 133:2,4
    138:20 147:14
    167:12,12
    169:6 252:23
**usually** 164:6
    185:19

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

## [v - want]

| v | | | |
|---|---|---|---|
| **v** | 258:16 | **videotaped** | 225:15 227:11 |
| **v** 11:12 125:11 | **verifying** 79:20 | 1:15 | 228:4,6 233:14 |
| 268:4 | 171:15 | **view** 68:1,5,8 | 237:14,22 |
| **vague** 28:22,25 | **veritext** 8:5 | 111:17,21 | **wait** 74:14 |
| 29:13 30:13 | 11:20,22 268:7 | **ville** 68:1 | 98:12,12,12 |
| 41:21 61:5,11 | 268:9,11,20 | **vine** 125:4,6,7,8 | 168:20 238:3 |
| 70:1 76:11,18 | **version** 82:24 | 125:10,11,11 | 240:13 |
| 84:21 99:10 | 94:6 145:18 | **vision** 200:14 | **waited** 219:2 |
| 113:17 146:7 | 210:16 232:25 | 200:14 | **waived** 268:24 |
| 146:21 154:7 | 233:3 234:1 | **visit** 121:14 | 268:24 |
| 156:24 157:12 | **versions** 135:19 | 165:12 180:4 | **waiving** 21:1 |
| 185:9 | **versus** 77:15 | **visited** 180:5 | 268:21 |
| **vaguely** 192:25 | 78:1 | **visiting** 121:5 | **wang** 5:11 |
| **valid** 41:19 | **video** 11:10 | **vivos** 4:2 117:9 | 47:23,24,25 |
| 42:22 43:21 | 123:14,15,15 | **voice** 108:15 | 83:22,25 84:2 |
| 44:10 45:16 | 123:16,20 | **voit** 10:5 11:19 | 84:16,23,23,25 |
| **valley** 230:16 | 124:6,16,17 | **voluntary** 3:5 | 87:23 88:1 |
| **valuable** | 129:24 200:12 | 64:15 65:6,14 | 89:16 214:8,20 |
| 102:15 103:7 | **videographer** | 65:16 67:2 | 215:1,10,14 |
| **vanilla** 173:11 | 10:5 11:4,20 | 69:2 | 216:7 217:25 |
| **various** 49:21 | 13:7 29:21,24 | **vs** 1:6,11 | 221:13 222:1 |
| **vehicle** 142:2 | 59:19,22 81:12 | w | 223:2,20 |
| **verbal** 23:15 | 81:15 109:7,10 | | 225:14 226:13 |
| **verbally** 25:20 | 115:25 116:2 | **w** 3:9 48:1,1 | 227:17,18,20 |
| **verification** | 154:22,25 | 85:3 87:21 | 227:22,23,25 |
| 251:19 257:17 | 203:4,13 210:6 | 95:14 126:1,3 | 232:15,21 |
| 257:24 258:20 | 210:13 228:13 | 130:4 155:18 | **want** 11:8 |
| **verified** 4:5 | 228:16 243:4 | 214:14,16,19 | 15:13 16:2,8 |
| 35:5,10 37:3 | 260:15 263:9 | 214:25 216:8 | 16:21 20:17,18 |
| 119:18 251:23 | 263:12 266:5 | 216:12,22 | 20:18 21:4 |
| 259:16 | **videos** 122:4 | 217:3,22 218:1 | 23:19,24,25 |
| **verify** 46:10 | 123:12,13 | 218:3,17 219:1 | 25:11 26:5 |
| 98:6,8,24 | 125:5 | 219:6,17 220:2 | 32:9,12 44:8 |
| 172:6,16,17 | **videotape** | 220:6 222:4,21 | 45:10,22,23 |
| 215:25 229:22 | 262:20 | 222:23 223:6 | 47:21 54:11 |
| | | 223:15,20 | |

Page 59

**[want - witness]**

| | | | |
|---|---|---|---|
| 57:13 63:15 | 229:10,12 | we've 19:25 | whereof 267:21 |
| 74:7,7 76:24 | 233:11 244:11 | 39:6,24 50:10 | whispering |
| 78:17 83:11,12 | 245:2 248:20 | 85:13 88:17 | 11:7 |
| 89:2 92:8 95:9 | 249:19 254:10 | 153:13 203:22 | wife 107:24 |
| 98:14 115:20 | 255:3 261:11 | 203:23 210:12 | 108:9 109:14 |
| 118:15,18 | 263:22 | 210:18 213:13 | wife's 107:7,10 |
| 121:6,6 122:4 | wanted 81:8 | 242:23 259:18 | 107:15 |
| 124:8,15 | 121:21 125:7 | 261:25 262:10 | willing 19:8 |
| 127:22 130:10 | 130:6 150:3,3 | 262:10 | 56:17 153:15 |
| 131:1 132:9,19 | 151:7 152:25 | wechat 4:12 | 196:6 |
| 132:19 133:17 | 153:7 198:25 | 155:3,4,11,14 | wipe 252:18,19 |
| 133:22 134:19 | 202:10 229:7 | 159:6,8,10,12 | wiped 252:17 |
| 142:1,23 | 229:12 249:21 | wednesday | 253:17 |
| 146:21 148:25 | wanting 149:20 | 163:10 | witness 2:10 |
| 149:11,22 | wants 32:21 | week 226:25 | 8:9,10 13:8,14 |
| 150:2,25 | wasting 55:21 | weeks 215:3 | 13:22 14:4,9 |
| 151:19,19 | watch 22:7 | wei 126:1,2,2 | 15:17,25 16:3 |
| 152:10,13 | watched 177:9 | 127:3,9,16 | 21:6,20 29:12 |
| 153:5,15 154:8 | 177:16 183:10 | 129:9 148:18 | 31:2 32:14,17 |
| 157:17 169:23 | watching | 148:18 153:24 | 33:24 34:2 |
| 170:1 172:20 | 262:22 | 155:18 181:24 | 36:11 37:13 |
| 174:2,7,9,14 | water 86:1 | 198:17 199:20 | 40:12 41:2,17 |
| 178:12 180:14 | way 42:19 | 200:9 | 44:5,24 47:13 |
| 182:12 184:4 | 62:10,17 77:18 | weng 243:24 | 47:17 48:3 |
| 184:23,24 | 77:20 78:14 | wenjie 130:4 | 55:12 57:2,13 |
| 185:12,16,17 | 79:20 120:18 | 162:22 | 58:10,21 61:14 |
| 186:5,9 190:2 | 120:19 137:22 | went 19:4 35:1 | 64:22 65:8,11 |
| 190:4,8,11 | 150:19 151:1 | 73:12 115:18 | 66:9,17,20 |
| 192:6,14 193:1 | 152:9 153:12 | 132:21 135:17 | 69:5 70:3,14 |
| 193:5 195:18 | 154:17 176:15 | 188:23 199:23 | 71:6,14,17 |
| 195:19 200:4 | 187:14 193:6 | west 178:20,20 | 72:6,9 73:18 |
| 202:16 204:9 | 201:14,16 | 178:20 | 74:4,10,15,18 |
| 207:4,12 | 212:21,21 | when's 159:11 | 76:13,19 78:16 |
| 208:12 212:23 | 229:20 230:9 | whereabouts | 87:3 91:12,17 |
| 224:3,10 229:8 | 238:17 | 155:21 | 97:1,17,19 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[witness - yeah]**

| | | | |
|---|---|---|---|
| 99:18 100:2,4 | 250:1 264:10 | write   97:23 | **xiaodong** |
| 100:9 103:12 | 264:13,23 | **writing**   16:13 | 227:17,22,25 |
| 104:17 105:6 | 267:8,21 | 85:8,14,18 | **xin**   166:12 |
| 106:1,14 | 268:13,16 | 86:23 87:13 | **y** |
| 107:12 110:18 | 269:2,5 | 89:8 94:9 96:9 | **y**   3:16 22:22,22 |
| 112:2,10,20 | **witnesses**   31:12 | 96:17 114:18 | 65:22 66:1 |
| 113:9,20,23 | **wong**   47:24 | 116:14 118:10 | 86:21 109:15 |
| 120:2,24 | **word**   44:19 | 118:11 185:8 | 118:13 119:6 |
| 122:14 126:8 | 146:25 155:18 | 185:13,24 | 120:24 121:1 |
| 126:13 134:15 | 169:10 226:13 | 186:3,12 209:4 | 147:18 167:13 |
| 138:4 140:1,13 | 242:12,16 | 209:5,7 211:10 | 167:13 169:9,9 |
| 145:2 146:9 | **words**   14:7 | 211:11,15 | 179:25 187:3,3 |
| 151:22 154:8 | 70:25 147:2,4 | 231:24 | 244:8 |
| 163:2 164:12 | 152:2,20 157:9 | **written**   34:23 | **yeah**   13:22,23 |
| 164:23 165:7 | 247:14 | 76:17 185:3 | 19:16 26:4 |
| 166:11,19,22 | **work**   13:3 | 243:10 263:19 | 29:16 30:22 |
| 168:21 169:21 | 46:10,17 60:18 | **wrong**   19:5 | 31:1,7 37:23 |
| 174:13 179:15 | 69:18 77:18 | 20:21 143:24 | 40:14 41:7 |
| 179:18,22 | 95:8 96:1 | 162:11 183:13 | 52:9 54:13,15 |
| 180:2 181:1,22 | 162:19,24 | 227:6 | 63:25 72:9 |
| 185:11 192:2 | 198:6 200:4,11 | **wrote**   95:25 | 73:1 74:5 |
| 192:21 204:22 | 217:20 219:5 | 96:6,10 171:8 | 79:22 87:6 |
| 205:25 206:4 | 230:22 231:9 | 185:13 209:12 | 89:6 99:7 |
| 207:19 213:15 | **worked**   63:11 | **x** | 103:1,8,10,10 |
| 213:18,22 | 216:18 249:8 | **x**   2:1 3:1 4:1 | 103:15 112:14 |
| 214:1 216:24 | **working**   23:20 | 5:1 6:1 7:1 | 121:23 122:14 |
| 219:10 220:21 | 58:15 71:1 | 126:1 228:1,3 | 122:14 128:1 |
| 221:4 223:13 | 73:16,19 | 269:9 | 129:17 135:12 |
| 224:6 225:9 | 121:16 | **x.com**   138:21 | 136:10 137:16 |
| 226:2,4 227:24 | **works**   14:24 | **xia**   31:13,18 | 137:18 142:17 |
| 228:2,5 234:11 | 64:9 153:14 | 33:15 | 142:20,25 |
| 241:13,15,18 | **worry**   91:10 | **xiao**   125:25 | 144:21 147:13 |
| 241:22 242:1,5 | **wound**   26:25 | 129:10 148:19 | 148:7,9 156:10 |
| 242:8,11,15,19 | **wrap**   160:15 | 181:24 198:17 | 157:24 159:1,1 |
| 243:8,15,21 | | 199:20 200:9 | 159:5 160:17 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[yeah - zero]**

160:24 162:17
163:20 164:12
165:2 167:9,10
168:8,14
170:10 172:15
176:9,25
177:23 178:5
180:2 184:11
185:4 189:6
193:10,23
196:10 208:21
213:17,22
217:23 224:7
226:2 227:16
240:20 241:7
243:14 246:5
248:21,23
249:23 255:20
256:2,2,15
262:13 265:17
**year** 132:13
255:25,25
**years** 47:3 50:8
78:23 79:18
121:12
**yell** 149:5,7,8
149:22 201:12
**yelled** 149:9
**yesterday** 39:9
51:1
**yiming** 120:21
127:12,24
128:5,10
129:21,22
130:14,15,21

130:21 131:19
135:9,14,18
143:19,21
144:4 148:24
148:24 150:13
150:15 153:6,9
154:16 181:5
181:20,23
187:14,14,17
200:13,14
207:24 208:1,6
**yintao** 1:4,12
1:15 2:3 3:7,9
5:18,20,22,23
6:3,7,10,11,14
6:21,24 8:1,8
8:15 11:11,12
12:16,18 13:13
82:16 86:10
87:13 90:5
101:1 102:16
118:17 209:14
209:15 246:20
247:6,25 248:1
248:11 250:8
250:22 251:5,6
251:16 258:13
259:4 267:7
268:4,5
**yintao's** 6:19
**yintaoyu**
167:13 169:7
172:23 174:21
**yolanda** 114:21
114:25 264:24

265:1,6,7,10
**youtube** 123:17
**yu** 1:4,12,15
2:3 3:7,9,16
5:18,20,22 6:3
6:7,10,24 7:3
8:1,8,15 11:11
11:11 12:16,18
13:13,19 16:14
18:19 21:10,16
21:19 22:21
40:20,24 41:1
42:15 49:13,17
53:15 65:22
66:2,22 67:20
69:16 75:21,22
77:22 81:24
82:15 86:10
87:13 90:5
101:1 102:17
102:18,20
103:15 104:3
105:1 106:23
106:23 109:24
110:4,9,12,14
110:22 111:1,7
111:9,10,12,16
112:4,16,23,24
112:25 113:1
118:1,4,13,17
118:19,19
119:7 163:12
163:25 166:21
166:21 167:11
172:4 173:10

179:8 209:14
209:15 211:4
213:13,21
222:25 223:7
224:24 228:19
239:25 242:9
242:23 244:9
244:24 245:4
246:20 247:7
247:25 248:11
250:8,22 251:5
258:16 260:13
262:19 263:18
264:6 267:7
268:4,5
**yu's** 5:23 6:11
6:14,19,21
15:19 118:4
248:1 251:6,16
258:13 259:4
**yu12** 259:21
**yu18** 259:21
**yuan** 166:12
**yuanyuan**
166:12 169:9
170:20 171:9
172:5 173:14
174:20
**yy** 116:17

| z |
|---|

**z** 120:25 130:3
130:4 150:15
179:25
**zero** 143:3
144:5,15

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[zhang - zoom]**

| | |
|---|---|
| **zhang**   31:13,17 | **zoom**   131:23 |
| 31:21 32:22 | |
| 34:4 120:22 | |
| 127:12,25 | |
| 128:5,10 | |
| 129:21,23 | |
| 130:2,3,14,15 | |
| 131:19 143:22 | |
| 144:4 150:13 | |
| 150:14,15,15 | |
| 150:16,18,20 | |
| 150:22 153:6,8 | |
| 153:10 162:22 | |
| 181:5,20,24 | |
| 187:14,14,17 | |
| 208:2 | |
| **zhang's**   135:9 | |
| 135:14,18 | |
| 143:19 150:21 | |
| 150:23,25 | |
| 153:8,9,10 | |
| 154:16 200:14 | |
| 207:25 208:6 | |
| **zhonghang** | |
| 178:21 179:14 | |
| 179:16,19,23 | |
| 181:3,4 | |
| **zhu**   130:4 | |
| 162:22 | |
| **zone**   139:21,24 | |
| 140:2,5,12,14 | |
| 163:14,16 | |
| **zones**   140:7 | |
| 166:9,18 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.