UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Northern California

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 3:2023cv04910

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 9/25/2023

Date of judgment or order you are appealing: 12/12/2024 [1]

Docket entry number of judgment or order you are appealing: 246

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Yintao Yu

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

1700 Montgomery Street Suite 207

City: San Francisco    State: CA    Zip Code: 94111

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Yintao Yu    **Date** 1/13/2025

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                           Rev. 06/09/2022

[1] Plaintiff does not believe this constitutes a judgment but files this notice out of an abundance of caution to preserve appellate rights.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Yintao Yu

Name(s) of counsel (if any):

> TBD

Address: 

Telephone number(s): 

Email(s): 

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> ByteDance Inc., Shuyi Gao

Name(s) of counsel (if any):

> Charles Thompson, Greenberg Traurig LLP

Address: 101 2nd Street Suite 2200, San Francisco, CA 94105

Telephone number(s): 

Email(s): 

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   1                              *New 12/01/2018*