UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>            Plaintiffs,<br><br>     v.<br><br>BYTEDANCE INC., et al.,<br><br>            Defendants. | Case No. 23-cv-04910-SI<br><br>**CLERK'S NOTICE OF DEFICIENCY IN BILL OF COSTS OF SHUYI (SELENE GAO)** |

**NOTICE TO PARTY REQUESTING TAXATION OF COSTS:**

This is to notify you that your bill of costs filed on December 26, 2024 cannot be taxed for the following reason(s):

( )   Judgment has not been entered; bill of costs is filed prematurely.

( )   Bill of costs is untimely and deemed waived under Civil L.R. 54-1(a) and (c). A motion for administrative relief (Civil L.R. 7-11) seeking leave of court to file a late bill of costs must be filed no later than.

( )   No proof of service on opposing counsel.

( )   The verification required by 28 U.S.C. § 1924 (included in bill of costs Form CAND 133) is not signed or missing.

(X)   Supporting itemization and documentation required by Civil Local Rule 54-1(a) is missing or incomplete. ***Invoices must be submitted to support costs claimed.***

( )   The bill of costs is not submitted on Form CAND 133 approved for use in this court.

( )   A copy of the bill of costs in Microsoft Word format (.docm) was not emailed to the Clerk (costbills@cand.uscourts.gov).

(X)   An amended bill of costs may be filed no later than: 1/31/2025.

( )   Other:

Dated: January 24, 2025

                                                            Mark B. Busby
                                                            Clerk of Court, United States District Court


                                                            By: _____
                                                            Esther Chung, Deputy Clerk