CHARLES H. JUNG (217909)
(charles@njfirm.com)
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, California 94111
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Plaintiff
YINTAO YU

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BYTEDANCE, INC., a Delaware Corporation; SHUYI (SELENE) GAO, an individual,<br><br>    Defendants.<br><br>BYTEDANCE, INC., a Delaware Corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>YINTAO YU, an individual,<br><br>    Counter-Defendant. | Case No. 3:23-cv-04910-SI<br><br>**PLAINTIFF/COUNTER-DEFENDANT YINTAO YU'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>*State Action Filed:* September 5, 2023<br>*Removed:* September 25, 2023 |

Plaintiff/Counter-Defendant Yintao Yu ("Plaintiff") does not oppose Defendants' Administrative Motion. However, both the Administrative and Defendants' pending Motion to Strike should be vacated. This case was stayed pending arbitration by order of the Court on December 12, 2024. (Ord. Grant. Defs.' Mot. for Termination Sanctions, ECF No. 246.) In addition, Plaintiff has appealed that order and the appeal is now pending before the Ninth Circuit Court of Appeals. (9th Cir. Case No. 25-297.) Plaintiff therefore respectfully requests that the Court vacate the pending motions and direct the Parties not to file further motions while the stay and appeal remain pending.

DATED: February 5, 2025

    Respectfully submitted,
    NASSIRI & JUNG LLP

By:   */s/ Charles H. Jung*

    Charles H. Jung
    Attorneys for Plaintiff
    YINTAO YU