CHARLES THOMPSON, State Bar No. 139841
  thompsoncha@gtlaw.com
DAVID S. BLOCH, State Bar No. 184530
  blochd@gtlaw.com
ANTHONY E. GUZMAN II, State Bar No. 311580
  guzmanan@gtlaw.com
MELISSA J. KENDRA, State Bar No. 291905
  melissa.Kendra@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010

Attorneys for Defendant / Counter-Claimant
BYTEDANCE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>BYTEDANCE INC., a Delaware corporation;<br>SHUYI (SELENE) GAO, an individual,<br><br>        Defendants.<br><br>BYTEDANCE INC., a Delaware Corporation,<br><br>        Counter-Claimant<br>vs.<br><br>YINTAO YU, an individual,<br><br>        Counter-Defendant. | Case No. 3:23-cv-04910-SI<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST CHARLES JUNG AND JAIME DORENBAUM**<br><br>[Originally San Francisco Superior Court No. CGC-23-608845]<br><br>Date: April 11, 2025<br>Time: 10:00 a.m.<br>Location: Ctrm. 1,<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

## **ADDITIONAL COUNSEL**

DEMERY RYAN, State Bar No. 217176
   dryan@littler.com
LITTLER MENDELSON, P.C. 2049
Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: 310.553.0308
Facsimile: 800.715.1330

GREGORY ISKANDER, State Bar No. 200215
   giskander@littler.com
LITTLER MENDELSON, P.C.
Treat Towers 1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendant
SHUYI (SELENE) GAO

**NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST CHARLES JUNG AND JAIME DORENBAUM**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 11, 2025, at 10:00 a.m., or as soon thereafter as the Motion may be heard in Courtroom 1 of the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, Defendants ByteDance Inc. ("BDI") and Shuyi Gao (collectively, "Defendants") will and hereby do move this Court for an Order sanctioning Charles Jung and Jaime Dorenbaum (collectively, "Yu's Counsel") pursuant to 28 U.S.C. § 1927 and/or this Court's inherent powers.

Defendants request monetary sanctions in an amount of at least of $6,280,077.38 and any other sanction this Court deems appropriate against Jung and Dorenbaum because they unreasonably and vexatiously multiplied the proceedings in this case by, amongst other things: (1) failing to conduct any investigation or perform any due diligence regarding the anonymous declarant; (2) making false representations and/or reckless misrepresentations—some under penalty of perjury—to this Court including but not limited to those regarding the anonymous declarant; (3) engaging in tactical maneuvers designed to avoid the arbitration process to which their client Yintao (Roger) Yu expressly consented during his employment with BDI and ultimately voluntarily submitted his claims; and (4) attempting to excuse their misconduct with more misrepresentations rather than correct their meritless positions.

Though the Court granted terminating sanctions (ECF 246), judgment has not been entered in light of the ongoing binding arbitration and hence this Motion is timely under Civ. L.R. 7-8 (d).

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, Declaration of Charles O. Thompson, Proposed Order, the papers and records on file herein, any oral argument, and such other evidence as this Court may deem appropriate to consider.

///
///
///
///
///
///
///

|||
|---|---|
| | Respectfully submitted, |
| DATED: March 6, 2025 | GREENBERG TRAURIG, LLP |
| | By _____ |
| | Charles O. Thompson |
| | David S. Bloch |
| | Anthony E. Guzman II |
| | Melissa J. Kendra |
| | |
| | Attorneys for Defendant |
| | BYTEDANCE INC. |