UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YINTAO YU,

          Plaintiff,

    v.

BYTEDANCE INC., *et al.*,

          Defendants.

Case No. 23-cv-04910-SI

**ORDER DENYING BYTEDANCE'S MOTION TO STRIKE OR SEAL AND GRANTING ADMINISTRATIVE MOTION TO SEAL**

Re: Dkt. Nos. 269, 270

Defendant ByteDance Inc. has filed a motion to strike or seal certain pleadings filed by plaintiff Yintao Yu. Because this case is currently on appeal, the Court finds that it is not appropriate to alter the docket and therefore DENIES defendant's motion (dkt. 270). If ByteDance wishes to seek relief related to the filings at issue in the Ninth Circuit, it may do so.

The Court GRANTS ByteDance's administrative motion to file the motion to strike or seal under seal. (dkt. 269).

**IT IS SO ORDERED**.

Dated: March 14, 2025

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California