UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>        Plaintiff,<br><br>    v.<br><br>BYTEDANCE INC., *et al*.,<br><br>        Defendants. | Case No. 23-cv-04910-SI<br><br>**ORDER DENYING BILLS OF COSTS WITHOUT PREJUDICE TO RENEWAL AFTER COMPLETION OF ARBITRATION AND DIRECTING STATUS REPORT BY MAY 30, 2025** |

Defendants ByteDance Inc. and Selene Gao have filed bills of costs. Plaintiff Yu raises a number of objections, including that the pending arbitration precludes an award of costs. The Court agrees with Yu that because this case is currently stayed pending arbitration, it is premature for the Court to tax costs. The Court DENIES the pending bills of costs without prejudice to renewal after the completion of arbitration and the lifting of the stay in this case.

The Court also directs the parties to file a status report regarding the arbitration and pending appeal no later than May 30, 2025.

**IT IS SO ORDERED**.

Dated: March 27, 2025

SUSAN ILLSTON
United States District Judge