United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YINTAO YU,

Plaintiff,

v.

BYTEDANCE INC., et al.,

Defendants.

Case No. 23-cv-04910-SI

**ORDER ADMINISTRATIVELY CLOSING CASE**

In a status report filed June 26, 2026, the parties informed the Court that the arbitration is ongoing and that plaintiff intended to file a petition for a writ of *certiorari* with the United States Supreme Court. On September 8, 2026, the Court received a letter from the Supreme Court stating that it had granted Yu an extension of time to file the petition until October 26, 2026.

In light of the status of this case, the Court deems it appropriate to administratively close this case. The parties shall advise the Court when the arbitration proceedings have concluded and when the Supreme Court rules on the petition for *certiorari*, and the case will be reopened at that time.

**IT IS SO ORDERED**.

Dated: September 29, 2026

SUSAN ILLSTON
United States District Judge